IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 OCT 30 P 3: 09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TEDDY A. WATSON ON BEHALF OF HIMSELF, CITIZENS OF ALABAMA & CITIZENS OF THE UNITED STATES | * * * * |
| Plaintiffs/Defendants, | * * |
| vs. | * CIVIL ACTION NO. * 2:06 cv 978 -MEF |
| JERE L. BEASLEY,  J. GREG ALLEN, MICHAEL J. CROW,  THOMAS J. METHVIN, J. COLE PORTIS  &  DANIEL MILES, III of THE BEASLEY LAW FIRM, | * "DEMAND FOR JURY TRIAL" * * "DEMAND FOR INJUNCTION RELIEF" * (CRIMINAL & CIVIL) * |
| PHILIP S. GIDIERE, JR., JACK B. HINTON, JR. & STEVEN K. HERNDON of THE GIDIERE LAW FIRM, | * "NATIONAL CLASS ACTION STATUS" * * * * |
| OFFICIALS OF THE STATE OF ALABAMA, | * * |
| OFFICIALS OF THE UNITED STATES OF AMERICA, | * * * |
| Defendants/Plaintiffs | * |

## NOTICE OF REMOVAL

Under provisions in U.S. Title 28 (§ 1443), layman pro se Plaintiff/Defendant Teddy A.

Watson on behalf of himself, Plaintiffs/Defendants Citizens of Alabama and Plaintiff/Defendants

Citizens of the United States, is filing this notice of removal on the pending fraud, conspiracy &

racketeering claims (citizens criminal/civil injunction relief demands on 7/13/04, 2/25/05 &

5/11/05 and Watson's civil jury demands on 2/25/05), against lawyers, state officials of

Alabama & federal officials of the United States, in the following being removed from the

1

CV-91-78 case in Lowndes County Circuit Court, **(1)** the pending state (CV-91-78) complaints

(7/3/04, 2/25/05 & 5/11/05), **(2)** four pending federal (CV-05-T-179-N) motions to compel

(2/25/05 that were remanded to the state CV-91-78 case on 3/15/05), **(3)** state (CV-91-78)

motion for leave to amend (5/11/05) and **(4)** two state (CV-91-78) motions to compel (5/11/05):

    **1.** The fraud, conspiracy & racketeering claims, **(1)** on Citizens of Alabama & United

States civil rights/liberties in the criminal/civil injunctive demands (7/13/04, 2/25/05 & 5/11/05),

and **(2)** on Watson civil rights & property in the civil jury demands (2/25/05), are filed under the

following, **(CIVIL FRAUD)** Alabama Legal Services Liability Act (§ 6-5-570), **(CIVIL**

**CONSPIRACY)** U.S. Title 42 (§ 1981, § 1983 & § 1985) and **(CRIMINAL & CIVIL**

**RACKETEERING)** The Federal Racketeering Influence and Corrupt Organizations Act

(RICO), U.S. Title 18 (§ 1961 - § 1968); **AND NOTE** the **Ex.DC-M/C/DF (par.6 on page 8)** in

the below (par.2), has shown that U.S. Title 18 (§ 241, § 371, § 1505, § 1506 & § 1510) **are some**

**of the** federal criminal conspiracy statutes, **which citizens have rights** under the national class

action criminal/civil injunctive demands (7/13/04, 2/25/05 & 5/11/05), **to demand that** lawyers,

state officials of Alabama and federal officials of the United States be held criminally liable

under.

    **1-A.** U.S. District Court has jurisdiction over the state fraud, **and** federal conspiracy &

racketeering claims in the above (par.1) against, **(1)** state officials of Alabama under U.S. Title

28 (§ 1343), and **(2)** federal officials of the United States under U.S. Title 28 (§ 1346); **AND**

**NOTE** , TEN (10) YEARS is the statute of limitations on the racketeering claims under U.S.

Title 18 (§ 1961 - § 1968) in this case, **which** because of the injunctive criminal/civil liable

parties in this case, **is being** verified from **Ex.MA-920** bound in Exhibit Pack 5 to DC-NR-4,

which is a news article by AP reporter Phillip Rawls that the Montgomery Advertiser published

on May 23,2005, **which shows** was in regards to statute of limitations having run-out on some of

the state ethics violations former Gov. Don Siegelman could be charged with, **and which shows**

that federal prosecutor Louis Franklin said federal offenses generally have a five-year statute of

limitations, but in racketeering cases, prosecutors can go back 10 years, provided one act in the

offense occurred within the last five years.

    **1-B.** In addition to showing the legal reasoning & justification of the styling of this

national class action case as Watson and Citizens of Alabama & United States as plaintiffs **and**

defendants **verses** lawyers, state officials of Alabama & federal officials of the United States as

defendants **and** plaintiffs, the **Ex.S-DC-NR-4 (par.30 - 30-F-1 on pages 85-91)** in the below

(par.2), **has also shown** that Watson has rights to remove the pending criminal/civil injunctive

demands (7/13/04, 2/25/05 & 5/11/05) and civil jury demands (2/25/05) from the Lowndes

CV-91-78 case under U.S. Title 28 (**§** 1443) **(1)** because of the long running conspiracy

deprivations on Watson's civil rights as a defendant in the Lowndes CV-91-78 case (**involving**

Plaintiff Beasley Firm's liens/demands on Defendant Watson's money), and **(2)** because of

state/federal officials conspiracy in unlawfully using citizens government/tax money to conspire

with the Beasley Firm, to deprive Watson of a jury trial on Defendant Watson's money being

unlawfully held in the Lowndes CV-91-78 case on Plaintiff Beasley Firm's barred by res judicata

liens/demands, **NOTE** which the **Ex.S-DC-NR-4** in the below (par.3) **has shown** indisputable

& compelling evidence thereof, **from** exhibit court records that are bound in Exhibit Pack 4 to

DC-NR-4 and Exhibit Pack 5 to DC-NR-4.

2. This notice of removal is demanding recusal on the federal district judges & federal magistrates of this federal court, **on presiding over this case**, because the U.S. Congress having a special federal judge assigned to preside over Citizens of Alabama & United States criminal & civil injunctive demands (7/13/04 & 2/25/05) that are federal criminal/civil jury issues **and** Watson's civil jury demands (2/25/05), **is included** in the criminal/civil injunctive demands in the amendment to the amended complaint (7/13/04) on February 25,2005, **which** federal officials are due to be held in default on having rights to oppose on the motion to compel for default on May 11,2005, **AND ALSO** because of the criminal/civil liability in the below (par.2-A thru 2-F), **that** federal district judges/magistrates of this federal court have under the injunctive demands (7/13/04, 2/25/05 & 5/11/05), **for prior relating/connecting** conspiracy obstructions of justice **and** enforcements of unconstitutional law in the U.S. District Court in Montgomery Al., **along with** the federal congressional impeachment of the federal district judges of this court (**in the below** (par.2-G **&** par.2-H)!

2-A. U.S. Magistrate Charles S. Coody **(5/17/95)** and U.S. District Judge Ira DeMent **(6/6/95)** in the CV-94-D-1112-N case, see **Ex.S-DC-NR-4 (par.17-E thru 17-E-3 on pages 41-43)** in the below (par.3 on page 7)!

2-B. U.S. Magistrate Vanzetta Penn McPherson **(3/1/99)** and U.S. District Judge Ira DeMent **(3/17/99 & 4/5/99)** in the CV-98-D-1023-N case, see **Ex.S-DC-NR-4 (par.17-H thru 17-H-3 on pages 44-46 and par.18-D on page 48**) in the below (par.3 on page 7), **NOTE** (see **Ex.Z-5 & Ex.Z-6** bound in Ex. Pk. 5 to DC-NR-4) **WHICH** Watson filed in Montgomery County Circuit Court (CV-98-1871-PR) **AND THAT** the federal attorney defendants removed from state court (CV-98-1871-PR) to federal court (CV-98-D-1023-N)!

4

**2-C.** U.S. District Judge Myron H. Thompson **(3/5/02)** in the CV-01-T-1268-N case, see **Ex.S-DC-NR-4 (par.22 thru 22-A on pages 63-65)** in the below (par.3 on page 7); **NOTE WHICH** was the federal Ten Commandments injunctive case against then Alabama Supreme Court Chief Justice Roy Moore (**for the removal** of Chief Justice Moore's monument of the Ten Commandments from the Alabama Judicial Building) **AND WHICH** deprived citizens of Alabama of rights to get a federal injunctive order against the State of Alabama **and also** the United States, **TO REMOVE FROM THE COURTS** (state & federal), the lawyers, state/federal attorneys and state/federal judges who had conspired to obstruct justice/enforce unconstitutional law in the courts **which included** the two federal magistrates **and** the federal district judge in the above (par.2-A - 2-B)!

**2-D.** U.S. District Judge Mark E Fuller **(2/12/03)** and U.S. Magistrate Susan Russ Walker **(1/29/03)** in the CV-02-F-1214-N case, see **Ex.S-DC-NR-4 (par.23 thru 25-D on pages 65-76)** in the below (par.3 on page 7), **NOTE WHICH** was the 1st notice of removal case (CV-02-F-1214-N) that Watson filed on October 31,2002; **AND WHICH** the notice of removal (**Ex.DC-NR-1, par.5 - 6 on pages 5-6** bound in Ex. Pk. 4 to DC-NR-4) **shows/states** that because they were subject to be impeached **and** criminally prosecuted under the federal Racketeering Influence and Corrupt Organization ACT **and/or** under other federal criminal statues as a result of their engagement in the case, subject matter barred the magistrates/district judges in the above (2-A - 2-C) from presiding over the case!

**2-E.** U.S. Magistrate Susan Russ Walker **(listed as co-presiding)** and U.S. District Judge W. Harold Albritton III **(7/23/04)** in the CV-04-A-677-N case, see **Ex.S-DC-NR-4 (par.30 thru 30-F-1 on pages 85-91)** in the below (par.3 on page 7) **NOTE WHICH** was the 2d notice of

removal case (CV-04-A-677-N) that Watson filed on July 13,2004, **AND WHICH** the notice of removal (**Ex.DC-NR-2, par.2 on pages 2-3** bound in Ex. Pk. 4 to DC-NR-4) **stated** that because they were libeling parties in the injunctive demands, **all of the** magistrates/district judges in the above (par.2-A - 2-D) had conflict of interest **and** could not preside over the case!

**2-F.** U.S. Magistrate Susan Russ Walker **(3/2/05)** and U.S. District Judge Myron H. Thompson **(3/2/05, 3/3/05 & 3/15/05)** in the CV-05-T-179-N case, see **Ex.S-DC-NR-4 (par.2-C thru 3-E on pages 6-11** and **par.31 thru 31-F on pages 91-100)** in the below (par.3 on page 7), **NOTE WHICH** was the 3rd notice of removal case (CV-05-T-179-N) that Watson filed on February 25, 2005, **AND WHICH** the notice of removal (**Ex.DC-NR-3, par.7 on pages 12-13** bound in Ex. Pk. 4 to DC-NR-4) **shows** that U.S. Magistrate Walker **and** U.S. District Judge Thompson were aware that because of U.S. District Judge Albritton's conspiracy in the above (par.2-F), in obstructing justice/enforcing unconstitutional law on the federal judges of this court in the above (par.2-A - 2-D) being brought to justice for conspiring to obstruct justice/enforce unconstitutional law, **that the injunctive demands (2/25/05)** were also demanding the U.S. Congress have a judge assigned the case **who would** follow **and** uphold the law on judges!

**2-G.** In addition to U.S. 11th Circuit Court Appeal Judge Bill Pryor **for his** conspiracy engagement in obstructing justice when he was Attorney General of Alabama, the criminal/civil injunctive demands (7/13/04) **which** federal officials are due to be held in default on having to oppose on the motion to compel for default on February 25,2005, **also include** the U.S. Congress impeaching the following district judges of this court **for conspiring** to obstruct justice/enforce unconstitutional law, **(CV-94-D-1112-N case & CV-98-D-1023-N case)** U.S. District Judge Ira DeMent, **(CV-01-T-1268-N case)** U.S. District Judge Myron H. Thompson, **(CV-02-F-1214-N**

6

**1st notice of removal case)** U.S. District Judge Mark E. Fuller!

**2-H.** The criminal/civil injunctive demands (2/25/05) **which** federal officials are due to be held in default on having rights to oppose on the motion to compel for default on May 11, 2005, **include** the U.S. Congress impeaching U.S. District Judge W. Harold Albritton III, **for conspiring** to obstruct justice/enforcing unconstitutional law in the **2d notice of removal case (CV-04-A-677-N)**, which included the injunctive demands (7/13/04) on the federal congressional impeachment's of three federal district judges of this court in the above (par.2-G)!

**3,** For reference purposes, the accompanying statement on evidence in support of this notice of removal is marked and **Exhibit S-DC-NR-4 (which** will be referred to in the below as **Ex.S-DC-NR-4)**, and for the same reason, **Exhibit DC-M/C/DF** is the accompanying motion to compel for U.S. Attorney General Alberto Gonzales to be held in default on having rights to oppose the criminal/civil injunction relief demands in the state (CV-91-78) second amendment to the amended complaint (7/13/04) on May 11,2005, **(which** will be referred to in the below as **Ex.DC-M/C/DF)**.

**4.** The federal criminal/civil injunctive demands in the second amendment to the amended complaint (7/13/04) on May 11,2005, **which today's** motion to compel for default in the above **(Ex.DC-M/C/DF** in par 3) is demanding U.S. Attorney General Gonzales be held in default on having rights to oppose, **includes** U.S. Attorney General Gonzales ordering grand jury investigations in **Montgomery Al.**, which will allow citizens as grand jurors to indict the lawyers & state/federal officials in the injunctive demands (7/13/04, 2/25/05& 5/11/05) in this national class action case, **to be held** criminally/civilly liable to government & citizens, **including the** federal prosecutors who obstructed justice in the long running grand jury investigation on

7

corruption in former Gov. Don Siegelman's administration, **and also in Washington DC**, to determine the extent of corruption within the U.S. Department of Justice during John Ashcroft's tenure as Attorney General of the United States **and** U.S. Senator Shelby's conspiracy engagement therein, **that involves** U.S. Attorney General Ashcroft & U.S. Senator Shelby's conspiracy (**starting** in April 2004) in obstructing justice/enforcing unconstitutional law, **on the** Washington federal civil rights justice officials who conspired in June/July 2003 to obstruct justice/enforce unconstitutional law on Watson's two petitions to U.S. Attorney General Ashcroft on May 16,2003, **which** lead to President Bush being mislead to make his senate recess appointment of Alabama Attorney General Bill Pryor to the U.S. 11th Circuit Court of Appeals on February 20,2004!

    **4-A.** All of the averments in today's motion to compel for default (**Ex.DC-M/C/DF** in the above par.3 on page 7) **has shown** this case now also involves a Washington conspiracy on July 29,2005, between **(1)** one or more officials in the U.S. Attorney General's Office, **(2)** federal civil rights justice official Theresa Weathers, and **(3)** U.S. Senator Richard Shelby, **that** obstructed justice/enforce unconstitutional law on the federal criminal/civil injunctive demands in the above (par.4) **that were** demanded of U.S. Attorney General Gonzales on May 11,2005, **which now also involves** the U.S. Congress being mislead to approve/give Pryor a lifetime position on the U.S. 11th Circuit Court of Appeals on June 9,2005!

    **5.** Today's motion to compel for default (**Ex.DC-M/C/DF** in the above par.3 on page 7) **has shown** that in addition to those three officials criminal/civil liability to government/citizens under the injunctive demands (2/25/05) **for conspiring** to obstruct justice on the federal criminal/civil injunctive demands on July 13,2004 (**NOTE which** those three officials are also to

held in default on having rights to oppose under the motion to compel for default on 5/11/05, **the conspirators** in the Washington conspiracy on July 29,2005 (above par.4-A on page 8), **AND ALSO** U.S. Magistrate Walker & U.S. District Judge Thompson's conspiracy in the 3rd notice of removal case (CV-05-T-179-N) in March 2005 **(above** par.2-F on page 6) **both also obstructed justice** on the demands for federal bench arrest warrants **that were demanded against** Alabama Attorney General Troy King, former U.S. Attorney General John Ashcroft **and** U.S. Senator Richard Shelby on February 25,2005, in the motion to compel for lawyer, state & federal defendants/plaintiffs be held in contempt of court **(which** is marked as **Ex.DC-MC-C),** and also on the pending demands for federal bench arrest warrants **that were** also demanded (2/25/05) against the lawyers & state/federal officials in the below (par.5-A - 5-E), **who have** criminal/civil liability to government/citizens under the national class action injunction demands (7/13/04, 2/25/05 & 5/11/05)**!**

 **5-A.** The following lawyers, state officials of Alabama and federal officials of the United States, **who** were named defendants **(Ex.DC-NR-1)** in the 1st notice of removal case (CV-02-F-1214-N), **(federal officials)** federal attorney Lynn A. Zentner of the Executive Office for U.S. Attorneys in Washington DC **(see Ex.USA-Z1** bound in Ex. Pk. 5 to DC-NR-4**)** and federal attorneys in the U.S. Attorney's Office in Montgomery Al., **(state officials) 1**-Gov. Don Siegelman (former), **2**-Lt. Gov. Steve Windom (former), **3**-Speaker of the House (Rep.) Seth Hammett, **4**-Justices on the Alabama Supreme Court (in January 2002, see **Ex.ASC-1 - Ex.ASC-3** bound in Ex.Pk.5 to DC-NR-4), **5**-Attorney General William H. Pryor Jr. (former**),** **6**-Assistant Attorney General Fred F. Bell, **7**-Circuit Judge Sally M. Greenhaw, and **8**-Circuit Judge H. Edward McFerrin, and **(lawyers)** the Beasley Law Firm partners **and** the Gidiere Law

Firm partners;

     **5-B.** Against the following lawyers, state officials and federal officials, **who conspired** in the 1st notice of removal case (CV-02-F-1214-N) and/or Lowndes CV-91-78 case, to use fraud to obstruct justice on the fraud, conspiracy & racketeering claims against the above (par.5-A) federal/state/lawyer defendants in the amended complaint on October 31,2002, **(lawyers)** Jack B. Hinton Jr. of the Gidiere Firm (Defendant Beasley Firm's attorney, **who was also** a Gidiere Firm defendant in the above 5-A) **&** Ronald G. Davenport of the law firm of Rushton, Stakely, Johnson & Garrett (Defendant Gidiere Firm's attorney), **(state officials)** Assistant Attorney General Ellen Leonard (state defendants attorney) **&** Circuit Judge H. Edward McFerrin **(who was also** a state defendant in the above 5-A), and **(federal officials)** Assistant U.S. Attorney Kenneth E. Vines (see **Ex.FC-18** bound in Ex.Pk.5 to DC-NR-4 **note** the **Ex.Z-5 & Ex.Z-6** in the above page 2-B on page 4 **show that** Vines knew he was also a federal attorney defendant in the above 5-A), U.S. Magistrate Susan Russ Walker **and** U.S. District Judge Mark E. Fuller!

     **5-C.** Against U.S. Attorney Leura G. Canary **and** former Alabama Attorney General Bill Pryor, **for conspiring** to obstruct justice on Watson's petitions to them on November 24,2004 **(Ex.CSX-13 & Ex.CSX-14** bound in Ex. Pk. 3 to DC-NR-4), **that demanded** criminal prosecution on the lawyers, state officials & federal officials in the above (5-B), **who conspired** to use fraud to obstruct justice on the fraud, conspiracy & racketeering claims (10/31/02) against the federal/state/lawyer defendants in the above (par.5-A)!

     **5-D.** Against U.S. District Judge W. Harold Albritton III, **for conspiring** with U.S. Magistrate Walker & U.S. Attorney Canary, to obstruct justice in the federal CV-04-A-677-N case (**Ex.DC-CD-1**, **Ex.DC-CD-2 & Ex.DC-O** bound in Ex. Pk. 4 to DC-NR-4) on the fraud,

10

conspiracy & racketeering against lawyers & state/federal officials in the amended complaint on

July 13,2004, **which includes** the lawyers **and** state/federal officials in the above (par.5-A &

5-B) **and** U.S. Attorney Canary & former Alabama Attorney General Pryor for the above

(par.5-C)**!**

  **5-E.** Against the following state/federal judges for their connecting/related judiciary

conspiracies on Watson's rights to even a hearing (**involving** the ongoing conspiracy

deprivations on Watson's civil rights & property in the Lowndes CV-91-78 case), in the

following cases/courts, **(1)** State Circuit Judge H. Edward McFerrin, **note** in the Lowndes

CV-91-78 case (**ongoing** since June of 2002), **(2)** State Circuit Judge Sally M. Greenhaw, in the

Watson v. Judge McFerrin case (CV-02-2048-GR) in Montgomery County Circuit Court (**in** Oct.

2002), **(3)** U.S. Magistrate Susan Russ Walker **and** U.S. District Judge Mark E. Fuller, in

Watson's 1st notice of removal case (CV-02-F-1214-N) in U.S. District Court (**from** Dec.2002

**thru** Feb.25,2003), and **(4)** U.S. Magistrate Susan Russ Walker **and** U.S. District Judge W.

Harold Albritton III, in Watson's 2nd notice of removal case (CV-04-A-677-N) in U.S. District

Court (**in** July 2004)**!**

  **6.** Today's motion to compel for default (**Ex.DC-M/C/DF, par.7 - 7-B on pages 9-11**

**and par.14-C on page 32** in the above par.3 on page 7) **has shown** the conspirators in the

Washington conspiracy on July 29,2005 (**above** par.4-A on page 8), **obstruct justice** on U.S.

District Judge Thompson & U.S. Magistrate Walker's conspiracy obstruction of criminal/civil

justice in the 3rd notice of removal case (CV-05-T-179-N) in March 2005 (**above** par.2-F on

page 6)**, which** included on March 15,2005 (**Ex.JT-O-3** bound in Ex. Pk. 4 to DC-NR-4), Judge

Thompson expunging the demand for a federal bench arrest warrant against Judge Thompson on

11

March 11,2005 **(Ex.DC-OJ-O)**, for conspiring with U.S. Magistrate Walker to obstruct justice

on all of the demands (2/25/05) for federal bench arrest warrants in the above (par.5 - 5-E); **AND**

**NOTE** the **Ex.S-DC-NR-4 (par.3 on page 7** and **par.3-D on page 11** in the above par.3 on page

7) **has shown that** the motion to compel for hearings on the pretrial injunctive relief demands

(**included** demands for a hearing on the demands for federal bench arrest warrants in the above

par.5 **thru** par.5-E on pages 8-11), **was** one of the four motions to compel **that** Watson filed in

the 3rd notice of removal case (CV-05-T-179-N) on February 25,2005, **that** U.S. District Judge

Thompson remanded to Judge McFerrin the Lowndes CV-91-78 case on March 15,2005

**(Ex.JT-O-4** bound in Ex. Pk. 4 to DC-NR-4)  **AND THE ABOVE** (par.5-A - 5-B on pages 9-10

**and** 1 in par.5-E on page 11) **shows that** U.S. District Judge Thompson **knew that** the multiple

demands for federal bench arrest warrant that Watson had demanded against Judge McFerrin on

February 25,2005, **included** conspiring since June 2002 to defraud Watson of rights to even a

hearing in the Lowndes CV-91-78 case, on the ongoing conspiracy on Watson's civil rights &

property in the Lowndes CV-91-78 case!

   **6-A.** Today's motion to compel for default **(Ex.DC-M/C/DF, par.7 - 7-C on pages 9-12**

in the above par.3 on page 7) **has shown** the conspirators in the in the Washington conspiracy on

July 29,2005 (**above** par.4-A on page 8), **obstructed justice** on Judge McFerrin's long running

conspiracy in the Lowndes CV-91-78 case, in doing nothing to obstruct federal prosecution on

himself **and** a host of coconspirator lawyers and state/federal officials, **by refusing** to even

take-up the motions to compel for change of venue to U.S. District Court, **that** Watson filed in

the Lowndes CV-91-78 case, on November 24,2003 **(Ex.CSX-12)**, on March 11,2005

**(Ex.CSX-15)**, and on June 3,2005 **(Ex.CSX-16), AND NOTE** the averments in the

Ex.S-DC-NR-4 (par.9 - 13-B on pages 17-29 in the above par.3 on page 7), has shown there is

a considerable amount of the exhibit evidence (court documents and letters that Judge McFerrin,

Greg Allen of the Beasley Firm and the Gidiere Firm lawyers have signed) that Watson has

used to proved that Judge McFerrin, the Beasley Firm lawyers and Gidiere Firm lawyers are

aware they are conspiring to keep half of the money from Watson's pro se settlement with CSX

(2/16/96) unlawfully held in the Lowndes CV-91-78 case on the Beasley Firm barred by res

judicata liens/demands (1-on 2/26/96, 2-on 3/14/97, 3-8/30/99, 4-10/13/03 and 5-5/13/05)!

   6-B. From Ex.DC-NR-1, Ex.BF-A, Ex.BF-B, Ex.C-6, Ex.C-19 thru Ex.C-21, Ex.18,

Ex.24, Ex.B & Ex.C bound in Exhibit Pack 4 to DC-NR-4, the averments in the Ex.S-DC-NR-4

(par.9 - 11-A-1 on pages 17-21 in the above par.3 on page 7), has shown, (a) that Judge

McFerrin is well aware that the 40% lien/demand the Beasley Firm filed on Watson's

settlement in the attorney lien hearing that Judge McFerrin ordered on February 29,1996 and

held in the Lowndes CV-91-78 case on March 26,1996, was the first lien/demand the Beasley

Firm filed on Watson's money, (2) that in his Amended Order in Lowndes CV-91-78 case on

April 18,2002, Judge McFerrin conspired to create a phantom attorney lien the Beasley Firm was

to have on file in the CV-91-78 case before Watson's pro se settlement with CSX on February

16,1996, to give himself grounds to strike/disallow Watson's amended complaint on April 2,

2002, against Judge McFerrin, Beasley Firm lawyers, Hinton of the Gidiere Firm & U.S.

Attorney's Office in Montgomery Al. for fraud, conspiracy & racketeering, and (3) that in his

Order in the Lowndes CV-91-78 case on February 26,2003, Judge McFerrin conspired again to

used the Beasley Firm's phantom attorney (that Judge McFerrin conspired to create on

4/18/02), to strike/disallow Watson's amended complaint on October 31,2002, against Judge

McFerrin **and** the other federal/state/lawyer defendants in the above (par.5-A on pages 9-10), **for** fraud, conspiracy & racketeering!

**6-B-1.** The above (par.6-B) **Ex.C** bound in Exhibit Pack 4 to DC-NR-4 **shows that** Judge McFerrin disallowed/struck Watson's amended complaint (4/2/02) **on grounds** it was filed to late **and** without leave of the court, **because** Judge McFerrin had held a final hearing on March 26,1996, on an attorney lien Watson's former attorneys had on file in the CV-91-78 case before Watson's pro se settlement with CSX on February 16,1996; **AND NOTE** the above (par.6-B) **Ex.C-6** (copy of Julia Asam's 10% lien in the CV-91-78 case on 5/23/95), **Ex.18** (copy of Judge McFerrin's sworn affidavit in the CV-98-1871-PR case in Montgomery County Circuit Court on 9/8/98) and **Ex.24** (copy of Judge McFerrin's sworn affidavit in the CV-98-D-1023-N case in U.S. District Court on 1/20/99) bound in Exhibit Pack 4 to DC-NR-4) **show that** Judge McFerrin knew he had testified on September 8,1998 and January 20,1990, **(1)** that Asam was the only attorney who had an attorney lien on file when Watson made his pro se settlement with CSX, and **(2)** that the Beasley Firm had filed a lien/demand on Watson's settlement money in the attorney lien hearing that Judge McFerrin had held on March 26,1996!

**6-B-2.** Using the above (par.6-B) **Ex.BF-B** to replace **Ex.CSX-4,** along with **Ex.C-6, Ex.C-19 thru Ex.C-21, Ex.18, Ex.24 & Ex.C** in the above (par.6-B), **the averments** in the **Ex.CSX-12 (par.1 - NOTE to 1 on pages 6-8** in the above (par.6-A on page 12), **show that** Judge McFerrin knew **in the motion** to compel for change of venue to U.S. District Count in the Lowndes CV-91-78 case on November 24,2003, **Watson had showed** proof of Judge McFerrin's above (par.6-B - 6-B-1) two conspiracies in the Lowndes CV-91-78 case on April 18,2002 **and** February 26,2003,

14

6-C. Ex.DC-NR-1, Ex.FC-19, Ex.FC-23, Ex.C and Ex.G bound in Exhibit Pack 4 to

DC-NR-4, **and** the averments in the **Ex.S-DC-NR-4 (par.23 - 23-A-1 on pages 65-67** in the

above par.3 on page 7), **has shown that** in Watson's 1st notice of removal case in U.S. District

Court (CV-02-F-1214-N), **form just what** Magistrate Walker claimed in her Recommendation

on January 29,2003 **(Ex.FC-19),** that was stated in Judge Greenhaw's Order (CV-00-1545-GR)

on July 30,2001 **(Ex.G note to support** Judge McFerrin's Amended Order in the Lowndes

CV-91-78 case on 4/18/02, **Ex.C**), verses **what is actually stated** in Judge Greenhaw's Order in

the Watson v. Beasley Firm case (CV-00-1545-GR) on July 30,2001 **(Ex.G),** Watson has shown

compelling evidence that that U.S. Magistrate Walker (**on 1/29/03**) and U.S. District Fuller (**on**

**2/12/03),** conspired to used fraud to obstruct justice on the fraud, conspiracy & racketeering

claims **against** the federal/state/lawyer defendants in the above (5-A on pages **which** included

Judge McFerrin's above (par.6-B) conspiracy in the Lowndes CV-91-78 case on April 18,2002,

**in which** Judge McFerrin had conspired to unlawfully created a phantom attorney lien the

Beasley Firm was to have on file in the CV-91-78 case before Watson's pro se settlement with

CSX on February 16,1996, **to give** himself grounds to strike/disallow Watson's amended

complaint on April 2, 2002, **against** Judge McFerrin, Beasley Firm lawyers, Hinton of the

Gidiere Firm & U.S. Attorney's Office in Montgomery Al. **for** fraud, conspiracy & racketeering!

6-C-1. The above (par.6-C) **Ex.FC-19, Ex.C & Ex.G** bound in Exhibit Pack 4 to

DC-NR-4, **show that** in her Recommendation on January 29,2003 **Ex.FC-19**), Magistrate

Walker **used** Judge McFerrin's Amended Order (CV-91-78) on April 18,2002 **(Ex.C)** and Judge

Greenhaw's Order (CV-00-1545-GR) on July 30,2001, to show that Watson had filed the

amended complaint (10/31/02) in violation of Rule 15 of the Alabama Rules of Civil Procedure

15

(WITHOUT LEAVE OF THE COURT), **(1)** because Judge McFerrin's Amended Order

(CV-91-78) on April 18,2002 **(Ex.C)** showed that on March 26,1996, Judge McFerrin had held a

final hearing on the preexisting attorney lien the Beasley Firm on file in the Lowndes CV-91-78

case, and **(2)** that Judge Greenhaw's Order (CV-00-1545-GR) on July 30,2001 **(Ex.G)**, showed

that Watson **had already** unsuccessfully tried to contest the final hearing in the Lowndes

CV-91-78 case in March 26,1996 (**on the** Beasley Firm's preexisting lien), **in cases** against the

Beasley Firm in Montgomery County Circuit Court, **and also in cases** in U.S. District Court,

**against** the Beasley Firm and other attorneys, judges and state & federal officials who Watson

claimed was conspiring with the Beasley Firm), **AND NOTE** what's stated in Judge Greenhaw's

Order (CV-00-1545-GR) on July 30,2001 **(Ex.G), shows that** Magistrate Walker knew she was

conspiring to use that order to obstruct justice in the CV-02-F-1214-N case!

    **6-C-2.** The **Ex.FC-19, Ex.FC-23, Ex.C & Ex.G** in the above (par.6-C), **and the**

**averments** in the **Ex.CSX-12 (par.1 - NOTE to 1 on pages 6-8** in the above (par.6-A on page

12), **show that** Judge McFerrin knew **in the motion** to compel for change of venue to U.S.

District Count in the Lowndes CV-91-78 case on November 24,2003, **that Watson** had showed

proof of U.S. Magistrate Walker (**1/29/03**) and U.S. District Judge Fuller (**2/12/03**) above

(par.6-C -6-C-1) conspiracy, **that had** used fraud to obstruct justice in the CV-02-F-1214-N case!

    **6-D. Ex.MW-O-1 & Ex.JT-O-1** bound in Exhibit Pack 4 to DC-NR-4, **show that** in the

CV-05-T-179-N case, Judge Thompson remanded to two complaints (7/13/04 & 2/25/05) back to

Judge McFerrin in the Lowndes CV-91-78 case on March 15,2005 **(Ex.JT-O-4)**, because of

Watson's failure to meet the stipulation in Magistrate Walker's Order on March 2,2005

**(Ex.MW-O-1)** which shows gave Watson until March 11,2005, **to put forth** a copy of any order

or docket entry from the Lowndes CV-91-78 case, that demonstrated the amendments on July 13,

2004 and February 25,2005 were allowed by the court (Judge McFerrin); **AND NOTE** those

facts in **Ex.MW-O-1 & Ex.JT-O-4**, along with **the averments** on exhibits in above (par.6-B -

6-C-2 on pages 13-16) and the **Ex.CSX-12** in the above (**1**-par.6-A on pages 12-13, **2**-par.6-B-2

on page 14, and **3**-par.6-C-2 on page16), **show that** in the CV-05-T-179-N case, U.S. Magistrate

Walker & U.S. District Judge Thompson **claimed that** Watson needed leave (permission) from

Judge McFerrin in the Lowndes CV-91-78 case, **(1)** on U.S. Magistrate Walker (**1/29/03**) and

U.S. District Judge Fuller (**2/12/03**) fraud & conspiracy in the CV-02-F-1214-N case in U.S.

District Court (**above** par.6-C  - 6-C-2) **that** obstructed justice of Judge McFerrin's fraud &

conspiracy in the Lowndes CV-91-78 case on April 18,2002 (**above** par.6-B - 6-B-1 on pages

13-14), **and also** setup Judge McFerrin's fraud & conspiracy in the Lowndes CV-91-78 case on

February 26,2003 (**above** par.6-B on page 13-14), and **(2)** on Judge McFerrin's ongoing

conspiracy in the Lowndes CV-91-78 case (**above** par.6-A on pages 12-13), **which** Judge

McFerrin had **been** doing nothing in the Lowndes CV-91-78 since November 24,2003 (by

refusing to take-up Watson's motion to compel for change of venue to U.S. District Court, **to**

**obstruct** federal prosecution **on himself** for his two connecting fraud & conspiracies to obstruct

justice in the Lowndes CV-91-78 case on April 18,2002 & February 26,2003 (**above** par.6-B -

6-B-2 on pages 13-16), **and also on** U.S. Magistrate Walker (**1/29/03**) and U.S. District Fuller

(**2/12/05**) fraud & conspiracy to obstruct justice in the CV-02-F-1214-N case (**above** 6-C - 6-C-2

on pages 15-16)**!**

   **6-E.** The above (par.1 - 1-A on pages 2-3) **shows that** under U.S. Title 28 (§ 1343), U.S.

District Court has jurisdiction of Judge McFerrin fraud & conspiracies to obstruct justice in the

Lowndes CV-91-78 case in the above (par.6-A - 6-B-2 on pages 12-14 **and** par.6-C-2 on page 16) **and that** under U.S. Title 28 (§ 1346) U.S. District Court has jurisdiction over, **(1)** U.S. Magistrate Walker & U.S. District Judge Fuller's fraud & conspiracy to obstruct justice in the CV-02-F-1214-N case in the above (par.6-C - 6-C-1 on pages 15-16), **(2)** U.S. Magistrate Walker & U.S. District Judge Thompson's fraud & conspiracy to obstruct justice in the CV-05--T-179-N case **(above par.5 - 5-E on pages 8-11 and** par.6-D on pages 16-17), and **(3)** the Washington conspirators fraud & conspiracy to obstruct justice in the above (par.4 - 5-E on pages 7-11), which **Ex.USDJ-CRD** bound in Exhibit Pack USAGG to DC-NR-4 **and the Ex.DC-M/C/DF (par.3 - 8-E on pages 3-17** in the above par.3 on page 7)**, has shown** that on behalf of one or more officials in the U.S. Attorney General's Office and U.S. Senator Shelby, federal civil rights justice Theresa Weathers conspired to use fraud to obstruct justice on July 29,2005**!**

      **7.** Because of the conspiracy obstrictions of justice/enforcements of unconstitutional law on Watson's three prior notice of removal cases in the above (par.2-D - 2-E on pages 5-6) **this notice of removal** is removing from state court in the Lowndes CV-91-78 case, **the same federal jury issues for the fourth time,** which are the Beasley Firm's liens/demands for payment of attorney fees from Watson's pro se settlement with CSX on February 16,1996, **verses** Watson's claims against the Beasley Firm, others lawyers, Judge McFerrin, other state officials & federal officials for fraud/conspiracy/racketeering on Watson's civil rights & property, **involving** two cases in Lowndes County Circuit Court (CV-91-78 CSX case **&** CV-92-03 cow case)**; AND NOTE** Watson has shown indisputable/compelling evidence of the fraud, conspiracy & racketeering claims filed against lawyers and state/federal officials in the national class action criminal/civil injunctive/civil jury demands, in the **Ex.S-DC-NR-4** &

**Ex.DC-M/C/DF** in the above (par.3 on page 7), **from the exhibit court records & exhibit letters**, that are bound in three (3) of the exhibits packs **that are** being filed with this notice of removal (**1**-Ex. Pk. 4 to DC-NR-4, **2**-Ex. Pk. 5 to DC-NR-4 and **3**-Ex. Pk. USAGG to DC-NR-4).

**7-A.** This notice of removal is removing from the Lowndes CV-91-78 case **FOR THE THIRD TIME,** the pending fraud, conspiracy & racketeering claims in the amended complaint on July 13,2004, **WHICH** was removed the **FIRST TIME TO** the 2nd notice of removal case (CV-04-A-677-N) in the above (par.2-E on pages 5-6) and the **SECOND TIME TO** the 3rd notice of removal case (CV-05-T-179-N in the above (par.2-F on page 6) on February 25,2005, **which has** citizens of Alabama & United States injunctive demands for criminal/civil justice on racketeering conspiring federal/state officials & lawyers, **that includes** the federal judges in the above (par.2-A - 2-D on pages 4-5 **&** par.2-G on pages 6-7), **and** the federal/state officials & lawyers in the above (par.5-A - par.5-C on pages 9-10), **AND NOTE** which did have Watson's civil jury demands (7/13/04) against the Beasley Firm **that** Watson amended on February 25, 2005!

**7-A-1.** This notice of removal is also removing from the Lowndes CV-91-78 case, **the pending** motion to compel for state/federal officials to be held in default on having rights to oppose the criminal/civil injunctive demands (7/13/04), **which was** filed in the 3rd notice of removal case (CV-05-T-179-N) on February 25,2005 **and remanded** to the Lowndes CV-91-78 case on March 15,2005!

**7-B.** This notice of removal is removing from the Lowndes CV-91-78 case **FOR THE SECOND TIME,** the pending national class action fraud, conspiracy & racketeering claims in

the amendment to the complaint (7/13/04) on February 25,2005, **which** was removed the **FIRST TIME** to the 3rd notice of removal case (CV-05-T-179-N) in the above (par.2-F on page 6), **along with** the amended complaint (7/13/04) in the above (par.7-A), **and which** in addition to amending (2/25/05) the above (par.7-A) to national class action criminal/civil injunctive demands (7/13/04), also, **(a)** demanded the criminal/civil justice in the above (par.2-E on pages 5-6 **&** par.2-H on page 7) **against** U.S. District Judge W. Harold Albritton III under the national class action injunctive demands, **(b)** demanded the criminal/civil justice **against** Alabama Attorney General Troy King, former U.S. Attorney General John Ashcroft & U.S. Senator Richard Shelby, **for conspiring to obstruct justice** on the above (par.7-A) criminal/civil injunctive demands on July 13,2004, **(by refusing** to file answers/responses **after being** served with summons by the Court (CV-91-78) to file answers/responses within 30 days); and **(c)** which has Watson's national class action civil jury demands (2/25/05) in the below (par.8 - 8-C on pages 21-22)**!**

     **7-B-1.** This notice of removal is also removing from the Lowndes CV-91-78 case, **the pending** motion to compel that was filed on May 11,2005, **(a)** for state/federal officials to be held in default on having rights to oppose the above (8-A - 8-B) national class action criminal & civil injunctive demands (7/13/04 & 2/25/05) **against** federal/state officials & lawyers, **because** federal/state officials also refused to file answers/responses  and **(b)** the named lawyers, state officials & federal officials in the below (par.8 on page 21) having rights to oppose a jury trial being held on the Watson's national class action civil jury demands (2/25/05), **because** the named federal/state officials also refused to file answers/responses**!**

     **7-C.** This notice of removal is removing from the Lowndes CV-91-78 case, **the pending**

federal criminal/civil injunctive demands **that were demanded** of U.S. Attorney General

Alberto Gonzales in the Lowndes CV-91-78 case in the second amendment to the amended

complaint (7/13/04) on May 11,2005!

    **7-C-1** The above (par.3 on page 7) shows that **Ex.DC-M/C/DF** is the motion to compel

for U.S. Attorney General Gonzales to be held in default on having rights to oppose the federal

criminal/civil injunctive demands (5/11/05), **that is** being filed today with this notice of removal!

    **8.** The **Ex.S-DC-NR-4 (par.1 - 1-C-1 on pages 2-4** in the above par.3 on page 7), **has**

**shown** that the national class action criminal/civil injunction relief demands (7/13/04, 2/25/05 &

5/11/05) that Watson has filed against lawyers & state/federal officials on behalf of the citizens

of Alabama and United States, **are connected/related** to Watson's national class action civil

jury demands (2/25/05) against the following **(lawyers)** the Beasley Law Firm partners **&** the

Gidiere Law Firm partners, **(state officials of Alabama)** Second Judicial Circuit Judge H.

Edward McFerrin (the presiding judge in the state CV-91-78 case) **&** Attorney General Troy

King and **(federal officials of the United States) (1)** U.S. Attorney Leura G. Canary, **(2)** U.S.

Magistrate Susan Russ Walker, **(3)** U.S. District Judge W. Harold Albritton III, **(4)** former U.S.

Attorney General John Ashcroft, and **(5)** U.S. Senator Richard Shelby, **for their** conspiracy

engagement in conspiring in **or** unlawfully allowing the continuation of the below (par.8-A -

8-C) conspiracy deprivations on Watson's civil rights & property in the state CV-91-78 case in

Lowndes County Circuit Court!

    **8-A.** A known illegal judicial search of Watson in the Lowndes CV-91-78 case, **which is**

**allowing** the Beasley Firm to continue claims legal/judicial rights to Watson's money **with**

**liens/demands** that are known to be barred by res judicata!

**8-B.** A known illegal judicial seizure of Watson's property in the Lowndes CV-91-78 case, **which is keeping** half the money from Watson's pro se settlement with CSX on February 16,1996 ($237,500 plus interest), **held on** the Beasley Firm's **liens/demands** that are known to be barred by res judicata!

**8-C.** A known obstruction in the Lowndes CV-91-78 case, **on Watson** rights to hold the Beasley Firm civilly liable **for the damages,** that Defendant Watson incurred in **and** as a result of Cole Portis of the Beasley Firm (Defendant Watson's attorney), **conspiring** with Lowndes County Officials, Plaintiff Daniel Thomas and plaintiff attorney Albert Butler in the Lowndes cow case (CV-92-03), **to frame** Defendant Watson **and to mislead** the civil jury of citizens **to return** a civil judgment against Watson for a conversion/theft of 26 of Thomas's cattle **after the 3:30 PM on June 8,1991,** which the conspirators knew **(1)** was a fraud imputation of a felony crime against Watson and **(2) NOT** the conversion of 26 cattle Thomas had sued for **(NOTE** that claimed Watson had been caught trying to sell 26 of 70 cattle at Hooper Auction Co. on 6/11/91 **that** Thomas had reported missing to state livestock offices on 5/30/91) **which** the conspirators knew was also a fraud imputation of a felony crime against Watson; **AND NOTE** Watson being forced by Lowndes County Official to sell his home & property in Lowndes County to pay the civil judgment (CV-92-03) **that Lowndes County Officials** conspired to get by unlawful means, **is part of the damage** Watson incurred!

**9.** Rights to petitioned government for redress of grievances against government officials, **is one of the sacred rights** that citizens have under the 1st USCA, **AND NOTE** all of the of the above **along with** all of the averments the **Ex.DC-M/C/DF** and **Ex.S-DC-NR-4** in the above (par.3 on page 7) **show that the** conspirators in the Washington conspiracy on July 26,2005

22

(**above** par.4-A on page 8), **was a criminal conspiracy** lock-down/lockout on citizens 1st USCA

petition rights to the U.S. Congress, (**on the** federal legislative injunctive demands), **that are a**

**long list** of grievances against federal officials for conspiring with state officials of Alabama &

lawyers, to enforce unconstitutional law on citizens rights to due process/protection in the U.S.

District Court in Montgomery Al., **against** judges & lawyers conspiring in the courts to enforce

unconstitutional law, **note which** the above (par.4-A-5 thru 4-A-6 on pages 12-13) **has shown,**

includes the connecting/related judiciary conspiracy lock-downs/lockouts to even rights to

hearing on 1st USCA petitioning rights for ongoing conspiracy deprivations on civil rights &

property in the Lowndes CV-91-78 case,  **(1)** Judge McFerrin in the Lowndes CV-91-78 case

(**ongoing since June of 2002**)  **(2)**  Judge Greenhaw in the Montgomery Watson v. Judge

McFerrin case (CV-02-2048-GR, **Oct. 2002**),  **(3)**  U.S. Magistrate Walker & U.S. District Judge

Fuller in the 1st notice of removal case (CV-02-F-1214-N, **Dec.2002 thru Feb.25,2003**),  **(4)**

U.S. Magistrate Walker & U.S. District Judge Albritton in the 2nd notice of removal case

(CV-04-A-677-N, **July 2004**) and  **(5)**  U.S. Magistrate Walker & U.S. District Judge Thompson

in the 3rd notice of removal case (CV-05-T-179-N,  **March 2005**)!

    **10.** In civil cases for conspiracy deprivations on civil rights under U.S. Title 42 (§ 1985),

demands the following in the courts on layman pro se complaints, **(1)** under <u>Bach v. Scott,</u>

D.C.Ill.1973, 357 F.Supp. 1125, they must be held to a less stringent standard than formal

pleadings drafted by attorneys, **(2)** under <u>Mahurin v. Moss,</u> D.C.Mo.1970 313 F.Supp. 1263, **for**

**protection of civil rights**, given the utmost liberality in regards to technicalities, and **(3)** <u>under</u>

<u>Stamber v. Dillon,</u> D.C.N.Y.1969 302 F.Supp. 1250, a liberal reading to the amended complaint;

**AND NOTE** that clearly has to be applied on this notice of removal **and also** today's motion to

compel for default in the above **(Ex.DC-M/C-DF** in par.3 on page 7), **BECAUSE** of the legal profession's conspiracy contempt in the case on citizens constitutional rights/interests to due process & protection **(on** judges & lawyers conspiring in the courts to enforce unconstitutional law) **which has** been well documented in the **Ex.S-DC-NR-4** & **Ex.DC-M/C/DF** in the above (par.3 on pages 7), **AND ALSO BECAUSE** of the conspirators in the Washington conspiracy on July 29, 2005 **(above** par.4 - 4-A-6 on pages 7-13), **layman pro se** Watson is also having to continue to represent citizens of Alabama & United States rights/interests, **on the** fraud, conspiracy & racketeering claims **against** lawyers, state officials of Alabama, and federal officials of the United States, **in the** national class action criminal/civil injunctive demands (7/13/04, 2/25/05 & 5/11/05)**!**

   **10-A.** Because this notice of removal **and also** today's motion to compel for default in the above **(Ex.DC-M/C/DF** in par.3 on page 7), **are seeking** criminal & civil justice on federal conspiracy & racketeering claims that are in violation of federal civil & criminal statutory laws, **and also** because the interest of justice and citizens rights/interests thereunder **demands** an end to lawyers & state/federal officials being allowed to maliciously **and** willfully commit racketeering conspiracy crimes of fraud on this nation's bill of rights **and** citizens rights/interests thereunder **(RIGHTS TO DUE PROCESS OF LAW** and **PROTECTION, note** on judges & lawyers conspiring in the courts to enforce unconstitutional law), **the above** (par.10) is also clearly due to be applied on any mistakes layman pro se Watson has made **in this** notice of removal, **and the** statement on evidence in support thereof **(Ex.S-DC-NR-4) and today's** motion to compel for default **(Ex.DC-M/C/DF)**, in the above (par.3 on page 7)**!**

   **11.** The **Ex.S-DC-NR-4 (par.3-C - 3-C-5 on pages 8-11** and **par.39 on page 114)** in

the above (par.3 on page 7), **has stated that** the following exhibits packs are being filed in

support of all the other pending demands for federal bench arrest warrants that were demanded

on February 25,2005, **(which** includes the ones in above par.4-A-1 thru 4-A-5 on pages 8-12),

**(1)** Exhibit Pack 1 to DC-NR-4 **thru** Exhibit Pack 3 to DC-NR-4, **(2)** Exhibit Pack P to

DC-NR-4 **which** has copies of Watson's petitions to government officials **and** government

officials responses **that are** on file in the 2nd notice of removal case (CV-04-A-677-N) in

Exhibit Pack SAK, Exhibit Pack AAA, Exhibit Pack AA & Exhibit Pack 1, and **(3)** Exhibit Pack

EC **which** is also on file in the 2nd notice of removal case (CV-04-A-677-N).

 **11-A.** The averments in the **Ex.DC-M/C/DF (par.15 - 16-C-1 on page 38-51** in the

above par.3 on page 7), **has shown** that because they were federal defendants in the

CV-98-D-1023-N case in U.S. District Court **in which** U.S. Magistrate McPherson & U.S.

District Judge DeMent conspired to obstruct justice/enforce unconstitutional law in March/April

1999 **(above par.2-B on page 4) and also** in the CV-02-F-1214-N case in U.S. District Court **in**

**which** U.S. Magistrate Walker & U.S. District Judge Fuller conspired to obstruct justice/enforce

unconstitutional law in January/February 2003 **(above par.2-D on page 5 and par.6-C - 6-C-2 on**

pages 15-16), **in addition** to having criminal/civil liability to government/citizens **under** the

fraud, conspiracy & racketeering claims in the national class action injunctive demands, **the**

**following** three Assistant U.S. Attorneys in Montgomery Al., **are included** in the unnamed

federal attorneys in the Montgomery U.S. Attorney's Office in the above (par.5-A on page 9),

**who Watson** has had pending demands for federal bench arrest warrants since February 25,

2005, **for related** obstructions of federal criminal prosecution on state officials & lawyers

conspiracies in state court **(1)** Charles R. Niven on August 12,1994, **(2)** R. Randolph Needy on

25

May 17,1995, and **(3)** Stephen P. Feaga on July 20,1998.

    **11-B.** The **Ex.DC-M/C/DF (par.17 - 17-E-1 on pages 51-55** in the above par.3 on page

7) **has shown** that the Washington conspirators in the above (par.4 - 4-A on pages 7-8), **are due**

**to be charged** with obstructing justice on the following Washington federal justice officials

being indicted to be held criminally/civilly liable to government/citizens **under** the fraud,

conspiracy & racketeering claims in the national class action injunctive demands, **for their**

related obstructions of federal prosecution on Montgomery federal officials, state officials &

lawyers conspiracy obstructions of justice/enforcements of unconstitutional law in federal/state

court,　**(1)**　Marcia Johnson (Legal Counsel for EOUSA) on July 14,1999,　**(2)**　Leslie B.

McClendon (Deputy Legal Counsel for the EOUSA) on November 4,2002 & December 6,2002,

**with the** Lynn A. Zentner (Legal Counsel for the EOUSA) **in the above** (par.5-A on page 9), and

**(3)**　the civil rights justice officials **who conspired in June/July 2003,** to obstruct justice on

Watson's two petitions to U.S. Attorney General Ashcroft on May 16,2003, **which resulted** in

President Bush being mislead to make his senate recess appointment of Alabama Attorney

General Pryor to the U.S. 11th Circuit Court of Appeals on February 20,2004!

    **11-C.** The **Ex.DC-M/C/DF (par.18 - 18-D-1 on pages 55-59** in the above par.3 on page

7) **has shown** that the Washington conspirators in the above (par.4 - 4-A on pages 7-8), **are due**

**to be charged** with obstructing justice **on one or more** officials in the Montgomery Al. FBI

office, **being** indicted to be held criminally/civilly liable to government/citizens **under** the fraud,

conspiracy & racketeering claims in the national class action injunctive demands, **for obstructing**

justice/enforcing unconstitutional law on Watson's complaint/evidence on May 12, 2002,

**against** U.S. Magistrate McPherson, U.S. District Judge DeMent & federal attorneys in

Montgomery Al., **for their conspiracy engagement** in obstructing justice/enforcing

unconstitutional law in the CV-98-D-1023-N case in U.S. District Court, **on the ongoing**

conspiracies being committed on Watson's civil rights & property **involving** two state court

cases in Lowndes County Circuit Court (CV-91-78 & CV-92-03)**!**

      **12.** The **Ex.DC-M/C/DF (par.19 - 19-E-1 on pages 59-69** in the above par.3 on page 7)

**has shown** that the Washington conspirators in the above (par.4 - 4-A on pages 7-8) **and also**

U.S. Attorney Canary & Alabama Attorney General King, **are due to be charged** with

conspiring to obstruct justice, **on** Gov. Bob Riley, Lt. Gov. Lucy Baxley, House Speaker Seth

Hammett, **and also** the officials on the Alabama Ethics Commission, **being indicted** by a federal

grand jury of citizens, **to be held** criminally/civilly liable to government/citizens **under** the

fraud, conspiracy & racketeering claims in the national class action injunctive demands, **for**

**their** conspiracy engagement with the Beasley Firm lawyers, **conspiring in OR obstructing**

**justice** on state officials unlawfully using their state positions/taxpayers money to conspire with

the Beasley Firm lawyers & federal officials, **to convert** Alabama's state/federal judicial system

into an unconstitutional/unlawful judicial system**!**

      **12-A. Ex.MA-1305** (by the Associated Press on 4/16/06) bound in Exhibit Pack 6 to

DC-NR-4 (Part 4), **shows that** there the Beasley Firm lawyers gave Republican Bob Riley

$90,000 in the 2002 governors race against Siegelman, **and that record** of $90,000 in campaign

donations in 2002, **the federal jurors verdict** against former Gov. Siegelman & former

HeathSouth CEO Scrushy in **Ex.MA-1418** (by the Advertiser's reporter Bob Lowry on 6/30/06)

bound in Exhibit Pack 6 to DC-NR-4 (Part 4), **along with** the averments in the **Ex.DC-M/C/DF**

**(par.19-A - 19-B-3 on pages 60-66** in the above par.3 on page 7), **show that** citizens as federal

grand jurors, have rights to indict Republican Gov. Riley **and** the Beasley Firm lawyers for, **(1)** bribery, **(2)** conspiracy, and **(3)** obstruction of justice!

     **12-B.** The **Ex.DC-M/C/DF (par.19-C - 19-C-1 on pages 66-67** in the above par.3 on page 7) **has shown** that the Washington conspirators in the above (par.4 - 4-A on pages 7-8) **and also** U.S. Attorney Canary & Alabama Attorney General King, **are due to be charged** with conspiring to obstruct justice, **on citizens rights** as federal grand jurors, **to indict** Gov. Riley, Rob Riley (Gov. Riley's son), State Finance Director Jim Main (**who** is a ex-Beasley Firm partner), **and** Ben Main (who is State Finance Director Main's brother), **for engaging** in a scheme to get certification from the State's Certificate of Need Review Board **(whose** board members Gov. Riley appoints), **for a group of investors** to build a hospital on Vaughn Road in Bullock County just over the Montgomery/Bullock county-line, to serve the affluent in east Montgomery (who live near the proposed hospital) **and** not the poor citizens of Bullock County (who live many miles away from the proposed hospital)**!**

     **12-C.** The **Ex.DC-M/C/DF (par.19-E - 19-E-1 on pages 68-69** in the above par.3 on page 7) **has shown** that the criminal/civil liability that Attorney King and the Beasley Firm lawyers (**which** includes ex-Beasley partner/state Finance Director James Main) have to state government & its citizens under the fraud, conspiracy & racketeering claims in the national class injunctive demands, **goes back** to conspiring in corruption during former Republican Gov. James's administration, **that is related/connected** to U.S. Magistrate McPherson & U.S. District Judge DeMent's conspiracy with the federal, state, lawyers defendants in the CV-98-D-1023-N case in U.S. District Court in the above (par.11-A on page 25) **which** Washington EOUSA Legal Counsel Johnson obstructed justice on (**above** par.11-B on page 26)**!**

28

**12-D.** The **Ex.DC-M/C/DF (par.19-A - 19-B-2 on pages 60-65** and **par.19-D on pages 67-68** in the above par.3 on page 7) **has shown** that the Washington conspirators in the above (par.4 - 4-A on pages 7-8) **and also** U.S. Attorney Canary & Alabama Attorney General King, **are due to be charged** with conspiring to obstruct justice, **(1)** on the state/lawyer conspirators being brought to justice, **who were involved** in the conspiracy scam in the Montgomery Watson v. Beasley Firm case (CV-00-1545-GR), **to make** it unconstitutional under the equal protection clause in the 14th USCA, for punitive damages to be imposed on the Beasley Firm, **in which** former Attorney General Pryor was a conspirator in, **and which** was part of the conspiracy in the Watson v. Beasley Firm case (CV-00-1545-GR), **that the** Justices on the Alabama Supreme Court in January 2002, conspired to obstruct justice on, **in Watson's** appeal (1002154), **(2)** on King's roll in Gov. Riley hiring Jere Beasley to represent his interest in the retrial of the state's lawsuit against Exxon for compensatory & punitive damages, **along with** the lawyers from Mobile Al. **that** former Gov. Siegelman had hired, **NOTE which** the Washington conspirators, U.S. Attorney Canary & Attorney General King **all knew** that the state's demand for punitive damages from Exxon is unconstitutional under the equal protection clause in the 14th USCA, **because** of their conspiracy obstruction on the state/lawyer conspirators in the conspiracy scam on punitive damages in the Montgomery Watson v. Beasley Firm case (CV-00-1545-GR), and **(3)** on Attorney General King hiring Jere Beasley to sue 79 drug companies for compensatory & punitive damages in a state lawsuit, **along with** lawyers from Mobile Al., **NOTE which** the Washington conspirators, U.S. Attorney Canary & Attorney General King **all knew** that the state's demand for punitive damages from the 79 drug companies is unconstitutional under the equal protection clause in the 14th USCA, **because** of their

29

conspiracy obstruction on the state/lawyer conspirators in the conspiracy scam on punitive

damages in the Montgomery Watson v. Beasley Firm case (CV-00-1545-GR)!

      **12-E.** The **Ex.DC-M/C/DF (par.20 on pages 69-70** and **par.22-D - 22-D-1 on pages**

**77-79** in the above par.3 on page 7) **has shown** that because of their conspiracy in the above

(par.12) **involving** the Beasley Firm in the state's lawsuits against Exxon & 79 drug companies,

that the Washington conspirators in the above (par.4 - 4-A on pages 7-8) **and also** U.S. Attorney

Canary & Alabama Attorney General King, **are due to be charged** with conspiring to obstruct

justice, **on the** Beasley Firm lawyers being unlawfully allowed to sue Merck in civil Vioxx

lawsuits, **(1)** in a state lawsuit in Clay County Circuit Court, and **(2)** in a federal lawsuit in

Texas, in which the averments in **Ex.DC-M/C/DF (par.13 on page 27** in the above par.3 on

page 7) on **Ex.MA-1166** (Advertiser's Staff & Wire Reports on 12/13/05) bound in Exhibit Pack

6 to DC-NR-4 (Part 3), **has shown** that as reult of the federal Texas jury being hung **and that**

evidence was exposed after the jury had sarted its deliberation (that Merck had lied to the New

England Journal of Medical), Jere Beasley vowed in the retrial, **that Merck** would also be

brought to justice for lying to the New England Journal of Medical**; AND NOTE** the

**Ex.DC-M/C/DF (par.13-B-2 - 13-B-4 on pages 27-29** in the above par.3 on page 7)**, has shown**

some of the conspiring lies, **that the** Beasley Firm lawyers, Gidiere Firm lawyers, **and**

state/federal officials **are due to be** brought to criminal/civil justice on, **under** the fraud,

conspiracy & racketeering claims in the national class action criminal/civil junctive/civil jury

demands!

      **13.** From what's reported in **Ex.MA-1418** (by the Advertiser's reporter Bob Lowry on

6/30/06) and **Ex.MA-1419** (by the Advertiser's reporter David Irvin on 6/30/06) bound in

Exhibit Pack 6 to DC-NR-4 (Part 4), the **Ex.DC-M/C/DF (par.24 on pages 84-85** in the above

par.3 on page 7), **has shown** that the two criminal counts of racketeering under RICO ACT **that**

**the federal jury** acquitted former Gov. Siegelman of, **were the** most serious of the criminal

charges federal prosecutors had sought against Siegelman; **AND NOTE** all the averments in

the above **along** with all the averments in the **Ex.S-DC-NR-4 & Ex.DC-M/C/DF** in the above

(par.3 on page 7), **has shown** that because of all the conspiracies in state/federal court in

Alabama **and also** in federal government in Washington DC, **that have used** fraud to obstruct

justice on federal/state officials & lawyers being brought to criminal/civil justice for fraud,

conspiracy & racketeering,  **under** the fraud, conspiracy & racketeering claims in the national

class action criminal/civil injunctive demands (7/13/04, 2/25/05 & 5/11/05), **the criminal/civil**

liable federal/state officials & lawyers in this case, **can be criminally changed** with one or more

counts of racketeering under the RICO ACT, **in addition** to Washington federal civil rights

justice official Theresa Weathers being criminally charged with racketeering under the RICO

Act, **because** of her conspiracy engagement with one or more officials in the U.S. Attorney's

General's office & U.S. Senator Shelby on July 29,2005, in obstructing federal criminal/civil

justice on the fraud, conspiracy & racketeering claim against federal/state officials & lawyers in

the national class action criminal/civil injunctive/civil jury demands, **that are** federal legislative

criminal/civil issues **and** federal criminal/civil jury issues**!**

**13-A.** Judge Greenhaw's Order in the Montgomery Watson v. Beasley Firm case

(CV-00-1545-GR) on July 30,2001 **(Ex.G** bound Ex. Pk. 4 to DC-NR-4), **shows that** she was

who initiated the conspiracies on rights to file claims, **under** the RICO ACT **and under** class

action status; **AND NOTE** Watson had just cause to demand the Montgomery Watson v. Beasley

31

case (CV-00-1545-GR) be tried as a class action RICA case, **because** of Washington EOUSA

Legal Counsel Johnson's fraud & scam on jurisdiction authority on July 14,1999 (see

**Ex.DC-M/C/DF, par.17 - 17-A on pages 51-52** in par.3 on page 7), **to obstruct** federal

prosecution (**with** civil restitution to federal government), **on the** Montgomery federal judges &

federal attorneys **who had** been conspiring to use their federal positions & federal taxpayers

money to obstruct criminal and/or civil prosecution on state officials, Beasley Firm lawyers and

other lawyers, **for their** conspiracies obstructions of justice/enforcements of unconstitutional

law **involving** two civil cases in state court in Lowndes County Circuit Court (CV-91-78 &

CV-92-03)!

  **13-B.** The averments in the **Ex.S-DC-NR-4 (par.17 - 17-h-3 on pages 36-46** in the

above par.3 on page 7), **has shown** that to conceal her fraud in the above (par.13-A) on Watson's

rights for that case to be trial as a RICO class action, **on July 30,2002,** Judge Greenhaw

conspired with the Beasley Firm lawyers & Hinton of the Gidiere Firm, **to use** Judge DeMent's

phantom judgment (6/6/95) in the federal CV-94-D-1112-N case (**on Watson's** state law claims

against the Beasley Firm) and res judicata/collateral estopped, **to deceive/defraud** Watson of

rights to a jury trial in the CV-00-1545-GR case, **against** the Beasley Firm **(1)** for legal

malpractice in the Lowndes CSX case (CV-91-78) & Lowndes cow case (CV-92-03), **(2)** for

demanding to be paid attorney fees from the proceeds of Watson settlement with CSX; **AND**

**NOTE** the averments in the **Ex.S-DC-NR-4 (par.20 - 20-C-2 on pages 51-54** in the above par.3

on page 7), **has shown** that the Justices serving on the Alabama Supreme Court were also

conspirators with Judge Greenhaw's on Watson above (par.13-A) rights that case to be trial as a

RICO class action, because of their connecting conspiracy obstructions of justice/enforcements

of unconstitutional law, **(1)** on Watson's writ of mandamus against Judge McFerrin in the

Lowndes CV-91-78 case, **(2)** on Watson's appeal (1002154) of the conspiracy in Watson v.

Beasley Firm case (CV-00-1545-GR), and **(3)** on Watson's complaints against that Alabama

State Bar and Alabama Judicial Inquiry Commission, for their related/connecting conspiracies in

obstructing justice/enforcing unconstitutional law on Watson's complaints against the Beasley

Firm lawyers, Hinton of the Gidiere Firm, Judge McFerrin and Judge Greenhaw for fraud and

conspiracy**!**

   **14.** All of the above, **along with** the averments in the **Ex.DC-M/C/DF (par.26 - 26-C-1**

**on pages 91-95** in the above on page 7), on **Ex.MA-1392** (by the Advertiser's reporter Mike

Linn on 6/7/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4) **and other** media exhibits and

exhibit court documents, has shown, **(1)** that because of the conspiracies that had committed in

the U.S. District Court in Montgomery Al. **and also** Washington DC , **on the** criminal/civil

liability to government/citizens, **that three magistrates** (Coody, McPherson & Walker) **and that**

**four district judges** (DeMent, Thompson, Fuller & Albritton) have under the fraud, conspiracy

& racketeering claims in the national class action injunctive demands, and **(2)** because the

claims that parties have to give their consent before the district judges assign a magistrate to

preside over pretrial issues, **IS ANOTHER LIE** in the media by the Montgomery conspiring

federal judges to deceive the public, the Court (**the district judges**), do not have rights to

appoint a merit selection committee to make recommendations for filling the vacancies of

Magistrates Boyd and McPherson **who are** resigning**!**

   **14-A.** The **Ex.DC-M/C/DF (par.15 - 17-A on pages 38-52** in the above par.3 on page

7) **has shown** that Alabama State Bar officials, federal justice officials in Montgomery Al. and

33

Washington EOUSA Legal Counsel Johnson, have criminal/civil liability to government/citizens under the fraud, conspiracy & racketeering claims in the national class action injunctive demands **(for their** conspiracy engagement in Montgomery Al. having corrupt federal prosecutors & federal judges), **(1)** because to be a federal prosecutor/judge, you have be a licensed attorney, **(2)** because to U.S. Magistrate McPherson & U.S. District Judge DeMent's conspiracy in the CV-98-D-1023-N case, **included** obstructing justice on Bar officials conspiracy on not disbarring attorneys for conspiring in the courts to obstruct justice/enforce unconstitutional law, **which also kept** Magistrate Coody & Judge DeMent from being disbarred for their conspiracy obstriction of civil prosecution on state/lawyers conspirators in the CV-94-D-1112-N case **and** federal prosecutors Niven, Needy & Feaga from being disbarred for their related/connecting obstructions of federal criminal prosecution on the same state/lawyers conspirators, and **(3)** because Washington EOUSA Legal Counsel Johnson's fraud & scam on jurisdiction authority on July 14,1999, **also obstruct justice** on all the conspiring Montgomery federal justice officials being disbarred (federal attorneys Niven, Needy, Feage & Vines, federal magistrates Coody & McPherson **and** federal district judge DeMent)**!**

    **14-B.** In addition to having control of federal attorneys/judges by having control of the Alabama State Bar, the **Ex.DC-M/C/DF (par.20 - 22-E on pages 69-80** in the above par.3 on page 7), **has shown** that former Democratic Lt. Governor/trial lawyer Jere Beasley's law firm **and** other Democratic trial lawyers, **are also trying** to use the State Bar in a scam to convince the citizens of Alabama to give-up their rights to elect the state's 19 appellate judges, **and for** the governor to appoint them from a list the Bar group will select as being worthily to be appellate judges**!**

**14-C.** All of the above, **along** with the averments in **Ex.DC-M/C/DF (par.22-F - 23-D on pages 80-84** in the above par.3 on page 7), **had shown** that because they were unaware of the type of conspiracy alliance those Republicans candidates have had with former Democratic Lt. Governor/trial lawyer Jere Beasley's law firm, Republicans Gov. Riley, Attorney General King, **and** Alabama Supreme Court Associate Justices Lyons, Woodall & Stuart, **should be criminally charged** with the type of campaign fraud, that applies to them ripping-off the businesses who contributed campaign money to them in PAC's organized by lobbyist in Alabama & Washington DC!

**14-D.** The averments on media exhibits **verses** the other exhibit documents in **Ex.DC-M/C/DF (staring in par.13-A on page 26** in the above par.3 on page 7), **has shown** that because they are conspirators in government being operated as a criminal enterprise for former Democrat Lt. Governor/trial lawyer Jere Beasley's law firm, **and because** of the nature of the deceiving of the public in the media they have done, **in addition** Jere Beasley, Gov. Bob Riley, Attorney General Troy King and Assistant U.S. Attorney Steve Feaga, **are three more** of the criminal/civil liable conspirators to government/citizens in this national class action fraud, conspiracy & racketeering criminal/civil injunctive/civil jury case, **who should** also be criminally charged with the fraud that applies to using the free press to deceive the public!

**15.** In addition to being criminally charged for racketeering under the RICO Act in the above (par.13 - 13-B on pages 30-33), **from the** federal jurors verdict against former Gov. Siegelman & former HealthSouth CEO Scrushy in **Ex.MA-1418** (by AP reporter Bob Lowry on 6/30/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4) **and** the exhibit court orders, exhibits motions and exhibit letters that are bound in Exhibit Pack 4 to DC-NR-4, Exhibit Pack 5 to

35

DC-NR-4 and Exhibit Pack USAGG to DC-NR-4, **today's** motion to compel for default **(Ex.DC-M/C/DF, par.24-A on pages 84-85** in the above par.3 on page 7), **has shown** that because their orders, court motions & letters were served to Watson by U.S. Mail, **because of the** conspiracies in federal/state court & in Washington DC, that used fraud to obstruct justice, the racketeering conspiring federal/state officials & lawyers in this national class action criminal/civil injunctive/civil jury case, **are also due to be criminally charged** with several counts of conspiracy, obstruction of justice, **and** mail fraud; **AND NOTE** the below (par.15-A - 15-F) is being shown, because of the demands in the writ of mandamus in the below (par.16 - 16-A on pages 39-41) **and** the petition demands for federal arrest warrants being incorporated in this notice of removal in the below (par.17 - 17-C on pages 41-44)**!**

15-A In addition to racketeering under the RICO Act **(above par.13 - 13-B on pages** 30-33), **because** his two orders (4/18/02 & 2/26/03) in the above (par.6-B on pages 13-14) were served to Watson by U.S. Mail, the **Ex.MA--1271** (by AP reporter Desiree Hunter on 3/11/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3), **along with** the averments in the above (par.6-B - 6-B-1 on pages 13-14), **and** the above (par.15) **show that** Judge McFerrin can also be criminally charged with conspiracy, obstruction of justice, **and** mail fraud, **(1)** for having conspired to create a phantom attorney lien for to Beasley Firm in the Lowndes CV-91-78 case in April 18, 2002, **in order** to have grounds to expunge fraud, conspiracy & racketeering jury demands (4/2/02) **against** Judge McFerrin, Beasley Firm lawyers, Hinton of the Gidiere Firm and federal attorneys in U.S. Attorney's Office (Montgomery Al.), **(2)** for conspiring to use that phantom lien again in the Lowndes CV-91-78 case on February 26,2003, to expunge the fraud, conspiracy & racketeering jury demands (10/31/02), **against** himself the other named federal/state/lawyer

defendants in the above (par.5-A on pages 9-10); **AND NOTE** the complaints (7/14/04, 2/25/05 & 5/11/05) and the **Ex.CSX-15 & Ex.CSX-16** in the above (par.6-A on pages 12-13), **show that** Judge McFerrin is currently conspiring in the Lowndes CV-91-78 case, to obstruct federal criminal/civil prosecution on the pending fraud, conspiracy & racketeering claims in the national class action criminal/civil injunctive/civil jury demands, **against** Judge McFerrin, all the federal/state officials & lawyers in the above (2-A - 5-E on pages 4-11) **who** have been named in the complaints (7/13/04, 2/25/05 & 5/11/05), **and also** the other federal justice officials in Montgomery Al. **and** Washington DC, **that have** been shown in the **Ex.DC-M/C/DF (starting in par.15 on page 38** in the above par.3 on page 7)**!**

**15-B.** In addition to being criminally charged for racketeering under the RICO Act (**above** par.13 - 13-B on pages 30-33) **Ex.BF-M/D, Ex.BF-A, Ex.BF-B, Ex.BF-MD-2, Ex.BF-1, Ex.GF-L, Ex.GF-O-1, Ex.GF-O-2,** and **Ex.CSX-9** thru **Ex.CSX-11** bound in Exhibit Pack 4 to DC-NR-4, are court motions, exhibits, letters & proposed orders **in regards** to the pending issues in the Lowndes CV-91-78 case, **that** Jack B. Hinton, Jr. of the Gidiere Firm served to Watson by U.S. Mail, **after** the 2003 conspiracies in the CV-02-F-1214-N case in U.S. District Court and Lowndes CV-91-78 case in the above (par.6-B - 6-C-1 on pages 13-16) **and the averments** on those exhibits, other exhibits, **and the pending complaints** (7/13/04, 2/25/05 & 5/11/05) in the **Ex.S-DC-NR-4 (par.12 - 13-B on page 26-29)** and **Ex.DC-M/C/DF (par.8-C - 8-C-1 on pages 14-15** in the above par.3 on page 7) **along with** the above (par.15), **show that** Hinton can also be criminally charged with conspiracy, obstruction of justice, **and** mail fraud!

**15-C.** U.S. Magistrate Walker's Recommendation (1/29/03, **Ex.FC-19)** and U.S. District Judge Fuller's Order (2/12/03, **Ex.FC-23)** in the CV-02-F-1214-N case in U.S. District Count in

the above (par.6-C on page 15), **were served** to Watson by U.S. Mail, **and the averments on**

those exhibit recommendation/order **and the** other exhibits in the above (par.6-C - 6-C-1 on

pages 15-16) **along with** the above (par.15) **show that** U.S. Magistrate Walker and U.S. District

Judge Fuller, can be criminally charged with, conspiracy, obstruction of justice, **and** mail fraud,

**AND NOTE** should be criminally charged with racketeering under the RIOC Act **(above** par.13

- 13-B on 30-33**), because** they conspired to use fraud to obstruct justice on the fraud, conspiracy

& racketeering jury demands (10/31/02) **against** the named federal/state/lawyer defendants in

the above (par.5-A on pages 9-10), **which** included Judge McFerrin conspiring in the Lowndes

CV-91-78 case on April 18,2002 **(above** par.15-A on pages 36) **to create** a phantom attorney lien

for the Beasley Firm, **in order** to have grounds to expunge the fraud, conspiracy & racketeering

jury demands (4/2/02) **against** Judge McFerrin, Beasley Firm lawyers, Hinton of the Gidiere

Firm **and** federal attorneys in Montgomery Al.**!**

    **15-D.** In addition to being criminally charged with racketeering under the RICO Act

**(above** par.13 - 13-B on pages 30-33) U.S. Magistrate Walker's Order (3/2/05, **Ex.MW-O-1)**

and U.S. District Judge Thompson's Orders (2/3/05 **Ex.JT-O-1**, 3/2/05 **Ex.JT-O-2**, 3/15/05

**Ex.JT-O-3** and 3/15/05 **Ex.JT-O-4)** in the CV-05-T-179-N case in U.S. District Court bound in

Exhibit Pack 4 to DC-NR-4, **were served** to Watson by U.S. Mail, **and the** averments of those

exhibits orders, other exhibits, **and the complaints** (7/13/04 & 2/25/05) throughout the above

**shows that** U.S. Magistrate Walker and U.S. District Judge Thompson can also be criminally

charged with, conspiracy, obstruction of justice, **and** mail fraud**!**.

    **15-E.** In addition to being criminally charged with racketeering under the RICO Act

**(above** par.13 - 13-B on pages 30-33), all of the above **along with** the averments on

**Ex.USDJ-CRD** bound in Exhibit Pack USAGG to DC, **the pending** complaints (7/13/04, 2/25/05 & 5/11/05), **the pending** motions to compel for default (2/25/05 & 5/11/05) **and** other exhibits in the **Ex.DC-M/C/DF (1-A - 8-E on pages 2-18** in the above par.3 on page 7), **show that** because of her conspiracy engagement with one or more officials in the U.S. Attorney General's Office & U.S. Senator on July 30,2005, (**which** included fraudulently claiming that the U.S. Department of Justice/U.S. Attorney General Gonzales did not jurisdiction authority to ordering federal grand jury investigations in Montgomery Al. and Washington DC, because she served her letter to Watson by U.S. Mail **(Ex.USDJ-CRD** in Ex. Pk. USAGG to DC-NR-4) **Washington** federal civil rights justice official Theresa Weathers can also be criminally charged with conspiracy, obstruction of justice, **and** mail fraud!

15-F. In addition to being criminally charged with racketeering under the RICO Act (**above** par13 - 13-B on pages 30-33), **because** their orders were served to Watson by U.S. Mail, **the names** of the justices on **Ex.ASC-1 & Ex.ASC-3** bound in Exhibit Pack 5 to DC-NR-4, **along with** the averments on exhibit court documents in the **Ex.S-DC-NR-4 (par.20 - 20-A on pages 51-52** in the above par.3 on page 7), **and** the above (par.15) **show that** the following former/present nine justices can also be criminally charged with conspiracy, obstruction of justice **and** mail fraud, **(1)** Chief Justice Moore (**who** is former), **(2)** Associate Justice Houston **who is** former, **(3)** Associate Justice Johnstone **who is** former, **(4)** Associate Justice Brown **who is** former, **(5)** Associate Justice See **who** is present, **(6)** Associate Justice Lyons **who** is present, **(7)** Associate Justice Woodall **who** is present, **(8)** Associate Justice Stuart **who** is present, and **(9)** Associate Justice Harwood **who** is present!

16. **Ex.ASC-W/M** bound in Exhibit Pack 5 to DC-NR-4 is a copy of the writ of

mandamus against Judge McFerrin in the Lowndes CV-91-78 case, **that** Watson is filing in the

Alabama Supreme Court today, **WHICH** is demanding **recusal** of the Justices in the above

(par.15-F) who were serving in January 2002, **because** of their criminal/civil liability to

government/citizens **under** the fraud, conspiracy & racketeering claims **in Citizens** of

Alabama **&** United States national class action criminal/civil injunctive demands (7/13/03,

2/25/05 **&** 5/11/05), **which** the above (par.5-A on page 9) **has shown** includes pending demands

for federal bench arrest warrants since February 25, 2005, **AND THAT** the non liable Justices to

order Judge McFerrin to transfer the money that Judge McFerrin has held for over ten (10) years

in the CV-91-78 case from Watson's pro se settlement with CSX on February 16,1996 ($237,500

plus interest), **to the case** this notice of removal is assigned in U.S. District Court, **for a civil**

**jury trial** to be held on, the Beasley Firm's claims/demands thereon **verses** Watson's national

class action civil jury demands (2/25/05) in the above (par.8 - 8-C on pages 21-22)**!**

   **16-A. Ex.ASC-W/M (pages 81-112)** bound in Exhibit Pack 5 to DC-NR-4 **shows that**

in addition to their oath to follow/uphold the law does not give them an opinion on the above

(par.16), **Watson  has showed** the non liable Justices should order Judge McFerrin to do that

immediately **(without** allowing Judge McFerrin to file answer to the writ)**, because** in addition

to Watson & Beasley Firm having rights to under the law to present their evidence to a jury on

their completing claims on Watson's money, **that will** force the initiation on federal/state

officials & lawyers being given their equal rights under the law to **prove** a jury why they should

be held criminally/civilly liable to government/citizen **under** the fraud, conspiracy &

racketeering claims **in Citizens** of Alabama & United States national class action injunctive

demands (7/13/04, 2/25/05 & 5/11/05); **AND NOTE** if the non liable Justices conspire with the

racketeering conspiring criminal/civil liable Justices on that federal criminal/civil judicial

process, because that was included in the injunctive demands on May 11,2005, **under** today's

federal motion to compel for default (**Ex.DC-M/C/DF**), U.S. Attorney General Gonzales will

duty under U.S. Title 28 (§ 1442) to have said money removed from state court (CV-91-78) to

said case in federal court!

     **17.** Because of the conspirators in the Washington conspiracy on July 29,2005 (**above**

par.4 - 4-A on page 7-8), **obstruction** on the national class action criminal/civil injunctive/civil

jury demands **that are** federal legislative criminal/civil issues **and** federal criminal/civil jury

issues, **this notice of removal**, is incorporating in **and** serving as petitions to the U.S. Marshal in

Montgomery Al. & U.S. Attorney General Alberto Gonzales, **THAT IS DEMANDING**:

**(a)**  that the U.S. Marshal in Montgomery Al., **to allow** Watson to swear-out federal arrest

warrants today against **(a-1)** attorney Jack B. Hinton Jr., **(a-2)** State Judge H. Edward McFerrin,

**(a-3)** U.S. Magistrate Susan Russ Walker, **(a-4)** U.S. District Judge Myron H. Thompson, and

**(a-5)** Theresa Weathers (Civil Rights Division) of the U.S. Department of Justice in Washington

DC, **because of their** racketeering conspiracy fraud engagement in the above (par.13 -13-B on

pages 30-33 **and** par.15 - 15-E on pages 35-36), **in obstructing federal criminal/civil justice** on

the fraud, conspiracy & racketeering claims against federal/state officials & lawyers in this

national class action criminal/civil injunctive/civil jury case (**that are** federal legislative

criminal/civil issues **and** federal criminal/civil jury issues), **AND TO CALL** U.S. Attorney

General Gonzales for an order to execute the five arrest warrants; **AND**

**(b)**  for U.S. Attorney General Gonzales, **to order** the U.S. Marshal to execute the five federal

arrest warrants, **and also TO NOT OPPOSE** today's motion to compel for default in the above

(**Ex.DC-M/C/DF** in par.3 on page 7) **which is demanding** that U.S. Attorney General Gonzales be held in default on having rights to oppose the federal injunctive demands in the state (CV-91-78) second amendment to the amended complaint (7/13/04) on May 11,2005!

  **17-A.** Under citizens 1st USCA rights to petition government for redress of grievances in the above (par.9 on pages 22-23), **this notice of removal** above (par.17) incorporation of petitions to the U.S. Marshal in Montgomery Al. **&** U.S. Attorney General Gonzales for the five (5) federal arrest warrants **and also** the other petition demands (**being** demanded of U.S. General Gonzales), **is due to be** construed/accepted as within citizens 1st USCA petition rights, **(1)** because all the above shows **that by** already having done so, **note** in order for federal justice officials in Montgomery Al. & Washington DC to evade federal criminal/civil prosecution for their prior criminal conspiracy engagement in obstructing justice on citizens 1st USCA rights to petition government (for **due process** and **protection** on judges/lawyers conspiring in the courts to enforce unconstitutional law), **gives the criminal/civil** liable federal justice officials in Montgomery Al. & Washington DC, **motive** and also **intent,** to also conspire to obstruct criminal & civil justice in the U.S. District Court in Montgomery Al, **on the** petition/injunctive demands, **in this** notice of removal **and today's** motion to compel for default in the above (**Ex.DC-M/C/DF** in par.3 on page 7), and **(2)** because the allowance/execution of the five federal arrest warrants in the above (par.17), **will keep** the criminal/civil liable federal justice officials in Montgomery Al. & Washington DC, from having opportunity to engage in a criminal conspiracy, to obstruct criminal/civil justice in the U.S. District Court in Montgomery Al., **on the** criminal/civil injunctive/civil jury demands in this national class case, **that this** notice of removal is removing from the Lowndes CV-91-78 case!

42

**17-B. Ex.USM/USAGG** bound in Exhibit Pack 5 to DC-NR-4, is a copy of Watson's notice to the U.S. Marshal in Montgomery Al. **and** U.S. Attorney General Gonzales , **of the** petitions demands in the above (par.9 - 9-A) being incorporated in this notice of removal; **AND** the **Ex.S-DC-NR-4 (par.37-A on page 112 and first certificate of service on page 115)** and **Ex.DC-M/C/DF (par.11-A on page 23** and **first certificate of service on page 105)** in the above (par.3 on page 7), **show that** Watson is serving to the U.S. Marshal (**after** the filing thereof in this federal court) **and** U.S. Attorney General Gonzales (**before** the filing thereof in this federal court), **with the** three pending complaint (7/13/04, 2/25/05 & 5/11/05) **and** the motions filed on May 5,2005, **attached to** Exhibit Pack USAGG to DC-NR-4, **and the** following exhibit motions, **(Ex.DC-MC-C)** which is a copy of the still pending motion to compel for the lawyer, state & federal defendants/plaintiffs be held in contempt of court, that was filed in the 3rd notice of removal case (CV-05-T-179-N) on February 25,2005, **which** has the demands for the federal bench arrest warrants against the federal/state officials & lawyers in the above (par.5 thru 5-E on pages 8-11), **(Ex.DC-OJ-O)** copy of the objection (CV-05-T-179-N) to Judge Thompson & Magistrate Walker's orders in the above (par.6 on pages 11-12), **that demanded** (3/11/05) a federal bench arrest warrant against Judge Thompson, **for conspiring** with Magistrate Walker to obstruct justice on the complaint demands (2/25/05) for federal bench arrest warrant against Magistrate Walker **and** the other judges in the above (par.5-E on page 11), **(Ex.CSX-16)** copy of the motion to compel for change of venue to U.S. District Court in the above (par.6-A on pages 12-13), **which** was filed in the Lowndes CV-91-78 case on June 3,2005 **and** which Judge McFerrin refused to even take-up, **(Ex.CSX-15)** copy of the motion to compel for change of venue to U.S. District Court in the above (par.6-A on pages 12-13), **which** was

filed in the Lowndes CV-91-78 case on March 11,2005, **and** which Judge McFerrin refused to

take-up, and (**Ex.CSX-12**) copy of the objection & motion to compel for change of venue to U.S.

District Court in the above (par.6-A on pages 12-13), **which** was filed in the Lowndes CV-91-78

case on November 24,2003, **and** which Judge McFerrin refused to take-up!

    **17-C.** In order to give the non criminal/civil liable Alabama Supreme Court Justices time

to act on the demands in the writ of mandamus in the above (par.16 - 16-A on pages 39-41) **and**

**to also** to give U.S. Attorney General Gonzales to receive the above (par.17-B) through the U.S.

Mail, Watson is requesting that the U.S. Marshal wait 7 days before calling U.S. Attorney

General for an order to execute the five (5) arrest warrants in the above (par 17).

    **18.** Because they are the eight (8) print/television media organizations that Watson has

been serving the documents & exhibit evidence **in this** national class action criminal/civil

injunctive/civil jury case since February 25,2005, **AND BECAUSE OF** their self-imposed gag

on not reporting/informing the Citizens of Alabama & United States of their fraud, conspiracy &

racketeering claims against federal/state officials & lawyers in the national class action

injunctive demands (**that are** federal legislative criminal/civil issues and federal criminal/civil

jury issues), **this notice of removal** is incorporating in **and** serving as petitions to,

(**1**) Associated Press reporter Phillip Rawls (print), Montgomery Al., (**2**) Wanda Lloyd,

Executive Editor of Montgomery Advertiser (print), Montgomery Al., (**3**) WSFA (NBC) News

Director (television), Montgomery Al., (**4**) WAKA (CBS) News Director (television),

Montgomery Al., (**5**) Editor of Mobile Register (print), Mobile Al., (**6**) Editor of

Birmingham News (print), Birmingham Al., (**7**) WBRC (FOX) News Director (television),

Birmingham Al., and (**8**) CNN Headline News Director (television), Atlanta Ga., **to uphold**

their responsibilities under the 1st USCA **and** Freedom of Information Act, **to notify/inform the** Citizens of Alabama & United States, **the** federal legislators in the U.S. Congress, **and** U.S. Attorney General Gonzales, **of the filing** and **the connecting/related** claims/demands, **in this** notice of removal, **the** motion to compel for default **(Ex.DC-M/C/DF** in the above par.3 on page 7), **and the** writ of mandamus (above par.16 - 16-A on pages 39-41); **AND NOTE** the **Ex.DC-M/C/DF (par.12 - 31 on pages 23-104)** in the above (par.3 on page 7), **shows that most** of today's motion to compel for default, **has been devoted** to showing justification of the petition demands **that are** being demanded of the eight media!

    **18-A. Ex.C-N-M** bound in Exhibit Pack 5 to DC-NR-4, is a copy of the citizens notice to the eight media the above (par.18), **of the** petition demands being incorporated in this notice of removal,, **which** has the following exhibits attached **(because** they are further justification on the media petition demands), **Ex.MA-188** (by AP reporter Phillip Rawls on 12/13/03), **Ex.MA-499** (by the Advertiser's reporter Ana Radelet on 5/11/04), **Ex.MA-580** (by AP reporter Kyle Wingfield on 6/13/04), **Ex.MA-884** (by the Advertiser's reporter Dan E. Way on 4/13/05), **Ex.MA-897** (by AP reporter Theresa Agovino on 4/27/05), **Ex.MA-901** (by the Advertiser's reporter Jannell McGrew on 4/30/05), **Ex.MA-903** (by AP reporter Jay Reeves on 5/4/05), **Ex.MA-905** (by AP reporter Samira Jafari on 5/7/05) and **Ex.4** which is a copy of J. Greg Allen of the Beasley Firm sworn affidavit in the CV-94-D-1112-N case in U.S. District Court on January 13,1995, **which** the averments on exhibits in the **Ex.S-DC-NR-4 (par.17-C - 17-D on pages 38-41 and par.34-A - 34-A-2 on pages 106-107** in the above par.3 on page 7) **has shown** was perjury testimony that the Beasley Firm's attorney Hinton of the Gidiere Firm conspired to signed-off-on Allen to give, **in order** for the Beasley Firm to evade a civil jury trial in the federal

CV-94-D-1112-N case, **(1)** on the conspiracy on Watson & civil jury of citizens in the cow case (CV-92-03) in Lowndes County Circuit Court, and **(2)** on the Beasley Firm's out-of court demands that Watson pay the Beasley Firm attorney fees from the proceeds of Watson's upcoming case against CSX in Lowndes County Circuit Court (CV-91-78)**!**

**18-B.** The **Ex.S-DC-NR-4 (par.38-B on pages 113-114** and the **third certificate on service on page 116)** and **Ex.DC-M/C/DF (par.12-B on page 25** and **third certificate of service on page 106)** in the above (par.3 on page 7) **show that** in addition to the same pleadings, and exhibit motions that Watson is serving to the U.S. Marshal & U.S. Attorney General Gonzales in the above (par.17-B on pages 43-44) **before** the filing thereof **and by** U.S. Mail, **Watson is also** serving the eight media with, **Ex.GR-P1, Ex.GR-P2, Ex.LGB-P1, Ex.HSH-P1 & Ex.USSS-P3,** that are bound in the Exhibit Pack P to DC-NR-4 in the above (par.11 on pages 24-25), and **Ex.EC-R** that is bound in the Exhibit Pack EC in the above (par.11 on pages 24-25).

**19.** The certificate of service on page 36 in the **Ex.CSX-16** being served to the media today, **verses** the named eight media in the above (par.18 on page 44-55), **show that** Watson's motion to compel in the Lowndes CV-91-78 case on June 3,2005 **(Ex.CSX-16)**, was served to the Editor of the Montgomery Advertiser and the seven others named in the above (par.18); **and the** Advertiser's Executive Editor Wanda Lloyd is being named in the petitioned demands in the above (par.18), **because** of what she stated/claimed in the Advertiser's editorial article on June 5, 2005, see **Ex.MA-943** bound in Exhibit Pack 6 to DC-NR-4 (Part 1) **and** the averments thereon in **today's** motion to compel for default **(Ex.DC-M/C/DF, par.13 on pages 26** in the above par.3 on page 7), **that if** the Advertiser is provided concrete evidence from a source on the

record that public officials are engaged in wrongdoing (corruption), **the Advertiser** has

obligation under First Amendment to inform the public of public officials corruption; **AND**

**NOTE** in addition to being on the record in the above (par.18), **the averments** in the above **and**

the **Ex.S-DC-NR-4 & Ex.DC-M/C/DF** in the above (par.3 on page 7), **on the** complaints,

motions, exhibits **and the exhibits** bound in the exhibit packs Watson is serving to the media,

**show that** Watson has provided the Advertiser with court documents **and** letters that are signed

by public officials and lawyers, **that are** indisputable evidence that for several years, public

official (federal justice officials in Montgomery Al. & Washington DC **and** state judicial

officials of Alabama) have been using their federal/state positions and taxpayers money, to

conspire with the lawyers in former Democratic Lt. Governor/trial lawyer Jere Beasley's law

firm **and** the Beasley Firm's attorneys (partners of the Gidiere Firm), to use fraud to obstruct

justice/enforce unconstitutional law, on citizens constitutional rights as jurors to bring

federal/state officials, the Beasley Firm lawyers & the Gidiere Firm lawyers to criminal/civil

justice, for their engagement in racketeering conspiracy crimes of fraud being committed of this

nation bill of rights **and** citizens constitutional rights/interest to due process/protection against

judges & lawyers conspiring in the court to enforce unconstitutional law on a citizen of the

United States civil rights and property!

 **19-A.** From media exhibits concerning the media's rights to access to government to

obtain information **and** the public relying on the media to report public officials corruption,

**today's** motion to compel for default **(Ex.DC-M/C/DF, par.14 - 14-F on pages 29-38,**

**par.27-A - 27-A-2 on pages 96-97**, and **par.30 - 31 on pages 101-104** in the above par.3 on

page 7), **has shown** justification for petitioning each of the eight media in the above (par.18 on

47

pages 44-45).

**19-B.** The averments of the complaints and exhibit evidence in support of throughout the above, **along with** the averments on the same in **today's** motion to compel for default **(Ex.DC-M/C/DF, par.15 - 25-A on pages 38-90** in the above par.3 on page 7), **has shown** that because of the ongoing conspiracy obstruction of justice on the fraud, conspiracy & racketeering claims against federal/state officials & lawyers in the national class action injunctive demands **(that are** federal legislative criminal/civil issues **and** federal criminal/civil jury issues), **federal prosecutors** knew the federal Siegelman trial for state corruption, **was federal corruption,** and the citizens of Alabama have rights to be informed of that by the Alabama media being petitioned in the above (par.18 on pages 44-45) of that the evidence Watson has served them with, **shows that** the federal Siegelman trial for state corruption **was federal corruption,** because **Ex.MA-1217** (by AP reporter Phillip Rawls on 1/21/06) and **Ex.MA-1221** (by the Associated Press on 1/25/06) bound in Exhibit Pack 6 to DC-NR-4, **show that** the defendants did not object to evidence being released to the media before trial in the federal Siegelman state corruption case, **and also** because **Ex.MA-1408** (by the Advertiser's reporter Mike Linn on 6/18/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4), **reported that** federal prosecutor Louis Franklin said the defendant attorneys had turned the seven-week trial into "a media event circus." **and also that** there was a blitz of name-calling that played out on televisions and news papers statewide!

**19-C.** The above (par.8 - 8-C on pages 21-22) **shows that** criminal/civil liability that federal/state officials & lawyers have to government/citizens under the national class action injunction relief demands (7/13/04, 2/25/05 & 5/11/05) that Watson filed on behalf of the

citizens of Alabama and United States, **are connected/related** to Watson's national class action civil jury demands (2/25/05) against, **(1)** the Beasley Law Firm partners, **(2)** the Gidiere Law Firm partners, **(3)** Second Judicial Circuit Judge H. Edward McFerrin (the presiding judge in the state CV-91-78 case), **(4)** Attorney General Troy King, U.S. Attorney Leura G. Canary, **(5)** U.S. Magistrate Susan Russ Walker, **(6)** U.S. District Judge W. Harold Albritton III, **(7)** former U.S. Attorney General John Ashcroft, and **(8)** U.S. Senator Richard Shelby; **AND NOTE** because the averments on exhibits evidence in the **Ex.S-DC-NR-4 & Ex.DC-M/C/DF** in the above (par.3 on page 7) **has shows** that criminal/civil liability federal/state officials have is because of their conspiracy engagement in conspiring or allowing federal/state officials use public salaries positions & taxpayers money to obstructing criminal/civil prosecuting on the lawyers in former Democratic Lt. Governor/trial lawyer Jere Beasley's law firm, **the averment** in today's motion to compel for default **(Ex.DC-M/C/DF, par.13-A on pages 26-27** in the above par.3 on page 7), on **Ex.MA-899** (by the Advertiser's reporter Jannell McGrew on 4/29/05) bound in Exhibit Pack 5 to DC-NR-4, **also shows** that to justify the media petition demands in the above (par.18 on pages 44-45), **Watson** has used Jere Beasley's demands in the Beasley Firm's Vioxx state lawsuit against Merck in Clay County Circuit Court, **that all** documents and other evidentiary material be released to the media, because the public **(through the free press)** was entitle to know about the claims/evidence in the Beasley Firm's lawsuit**!**

**20.** The media petition demands in the above (par.18 on pages 44-45) are being demanded to prevent federal/state officials in Alabama and federal justice officials in Washington DC, from again unlawfully using their public salaries positions & taxpayers money to conspire to obstruct justice, on the fraud, conspiracy & racketeering claims against

49

federal/state officials & lawyers in the national class action criminal/civil injunctive/civil jury demands, **which are** federal legislative criminal/civil issues **and** federal criminal/civil jury Issues.

**20-A.** The above (par.7 - 7-C-1 on pages 18-21) shows, **(1)** that the Beasley Firm lawyers were the only liable parties in Watson's civil jury demands on July 13,2004, **and that** under the motion to compel for default on February 25,2005, federal/state officials do not have rights to oppose federal/state officials & lawyers being held criminally/civilly to government/citizens under the injunctive demands on July 13,2005, **(2)** that under the motion to compel for default on May 11,2005, federal/state officials do not have rights oppose federal/state officials & lawyers being held criminally/civilly liable to government/citizens under the national class injunctive demands on February 25,2005 **and also** a civil jury trial being held on Watson's civil jury demands in the above (par.8 - 8-C on pages 21-22), and **(3)** that under **today's** motion to compel for default **(Ex.DC-M/C/DF** in the above par.3 on page 7), U.S. Attorney General Gonzales does not had rights to oppose the criminal/civil injunctive demands on May 11,2005!

**20-B.** Today's motion to compel for default **(Ex.DC-M/C/DF, par.4 - 4-D on pages 5-7** in the above par.3 on page 7) shows, **(1)** that the U.S. Congress assigning special congressional investigators/prosecutors to hold the racketeering conspiring federal/state officials & lawyers criminally/civilly liable to government/citizens, **is included** the federal legislative injunctive demands (7/13/04) **that** federal justice officials are long overdue to be held in default on having rights to oppose under the motion to compel for default on February 25,2005, **(2)** that the U.S. Congress assigning a special federal judge **(who** follow/uphold the law on federal judges) to preside over Citizens of Alabama & United States national class criminal/civil injunctive

50

demands **(that are** federal criminal/civil jury issues) **and** Watson's national class action civil jury demands in the above (par.8 - 8-C on pages 21-22), **is included** in the federal legislative injunctive demands (2/25/05), **that** federal justice officials are long overdue to be held in default on having rights to oppose under the motion to compel for default on May 11,2005, and **(3)** that the demands for U.S. Attorney General Gonzales to order federal grand jury investigations, **in Montgomery Al.** (which will allow citizens as federal grand jurors rights to indict all of the known racketeering conspiring federal/state officials & lawyers to be held criminally/civilly liable to government/citizens under the national class action injunctive demands, **and in Washington DC** (to determine the extent of the corruption within the U.S. Department of Justice during John Ashcroft's tenure as the U.S. Attorney General **and** U.S. Senator Shelby's conspiracy engagement therein), **are included** the injunctive demands on May 11,2005, **that** U.S. Attorney General Gonzales does not have rights to oppose under **today's** motion to compel for default;  **AND NOTE** the averments in **today's** motion to compel for default **(Ex.DC-M/C/DF, par.3 - 8-E on pages 3-17** in the above par.3 on page 7) **has shown**, that because she is now due to be indicted to be held criminally/civilly liable to government/citizens for conspiring on July 29,2005, that the U.S. Department of Justice/U.S. Attorney General Gonzales did not had jurisdiction authority to order the federal grand jury investigations in Montgomery Al. and Washington DC, is further justification for Watson being allowed to swear-out the arrest warrant against her in the above (par.17 on page 41), **because** that will serve as a message to the conspiring Washington justice officials, that they also can no-longer getaway with unlawfully using citizens government/tax money to conspire to obstruct justice/enforce unconstitutional law on the citizens of the United States constitutional rights to due process &

51

protection against federal justice officials conspiring to enforce unconstitutional law on citizens civil rights!

21. Because it is the duty of the U.S. Congress to protect the citizens of this nation from federal judges and federal attorneys for conspiring to operate an unconstitutional/lawful federal judicial system (criminal & civil), the issues in the complaints (7/13/04, 2/25/05 & 5/11/05) on rights to oppose being demanded in three motions to compel for default (2/25/05, 5/11/05 & today) are due to be upheld by the U.S. Congress under the national class federal legislative demands, **BECAUSE** of the conspiracy contempt that state/federal judges and Washington justice officials have exercised on the Alabama Rules of Civil Procedure by refusing to even recognize much less address, **the motions** for leave to amend in the Lowndes CV-91-78 case on March 21,2003 **(Ex.CSX-8** bound Ex. Pk. 4 to DC-NR-4) and on May 11,2005 **(which** is attached to Ex.USAGG to DC-NR-4 **being** served to the media), **and also the motions** to compel for default filed, **in the** Lowndes CV-91-78 case on March 21,2003 **(Ex.CSX-6** bound in Ex. Pk. 4 to DC-NR-4), **in the** 3rd notice of removal case (CV-05-T-179-N) in U.S. District Court on February 25,2005, **and in the** Lowndes CV-91-78 case on May 11,2005, **AND ALSO BECAUSE** of the fraud & conspiracy use of U.S. Title 28 (§ 1443) in the 2nd notice of removal case (CV-04-A-677-N) in U.S. District Court on July 23,2004, **which** obstructed justice on what amounts to **on the injunctive demands** (7/13/04) in the 2nd notice of removal case (CV-04-A-677-N), the citizen owners of federal government being defrauded of their rights to petition their federal elected legislative employees, to uphold their duty to have federal appointed justice employees brought to criminal/civil justice, for conspiring to unlawfully use their federal salaries positions & taxpayers money to enforce unconstitutional law on the citizens

52

owners of federal government!

**21-A.** The corrective copy of the amended complaint on July 13,2004, **shows that** the injunctive demands that federal/state officials did not have rights to oppose under the motion to compel for default that was file in the 3rd notice of removal case (CV-05-T-179-N) on February 25,2005, **included** the U.S. Congress, **(1)** considering impeaching U.S. District Judge Thompson, and **(2)** assigning special congressional investigators/prosecutors to hold the racketeering conspiring lawyers and state/federal officials criminally/civilly liable to government/citizen owners, **which** includes **state employee** Judge McFerrin **and federal employees** Magistrate Walker & Judge Thompson; and **Ex.MW-O-1 & Ex.JT-O-4** bound in Exhibit Pack 4 to DC-NR-4, **shows that** federal employees Magistrate Walker & Judge Thompson claimed **that because** state employee Judge McFerrin had not given citizen owners of government his permission, **citizen owners of state/federal government** did not have rights in federal court the 3rd notice of removal (CV-05-T-179-N), to have their state employee Judge McFerrin **and** federal employees Magistrate Walker & Judge Thompson held criminally/civilly liable to government/citizen owners!

**21-B. Ex.MA-959** (by the Advertiser's reporter Ana Radelat on 6/10/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 1), **along with t**he averments on the complaints, motions & exhibits evidence in **today's** motion to compel **(Ex.DC-M/C/DF, par.3 - 8-E on page 3-17** and **par.17-D - 17-E on pages 54-54** in the above par.3 on page 7), **show that** in order to obstruct federal criminal/civil prosecution on U.S. Senator Shelby & former U.S. Attorney General Ashcroft for that conspiracy **(starting in April of 2004), that concealed** Washington federal civil rights justice officials conspiracy in June/July 2003, **which had** mislead President Bush to

53

make his senate recess appointment of Pryor to the U.S. 11th Circuit Court of Appeals on

February 20,2004, **after the** U.S. Congress was mislead to approve/give Pryor a lifetime position

on the U.S. 11th Circuit Court of Appeals on June 9,2005, the Washington conspiracy scam on

July 29,2005, **included** fraudulently claiming that the U.S. Department of Justice/U.S. Attorney

General Gonzales **did not have the authority** to inform the federal legislators in U.S. Congress,

of their duty under the national class action federal legislative demands, **that include**

**impeaching** Pryor **and the four** racketeering conspiring Montgomery federal district judges

(DeMent, Thompson, Fuller & Albritton)!

    **21-C.** The averments in **today's** motion to compel for default **(Ex.DC-M/C/DF, par.3 -**

**8-E on pages 3-17** in the above par.3 on page 7) **has also shown,** that the Washington

conspirators knew that by refusing to even take-up motions to compel for a change of venue to

federal court, **that** Judge McFerrin would continued to conspire to do-nothing, **so that the**

Washington conspirators above (par.21-B) conspiracy on the U.S. Congress would be concealed

& seized in the in state court in Lowndes CV-91-78 case!

    **21-D.** The averments in **today's** motion to compel for default **(Ex.DC-M/C/DF,**

**par.14-E on pages 34-35** in the above par.3 on page 7), on **Ex.MA-1047** (by Advertiser's

reporter William F. West on 719/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 2), **has shown**

that in the article in regards to U.S. District Judge Thompson ordering the U.S. Marshal to

lockout media from attending a post-trial hearing in a federal criminal drug case, **in addition to**

**also** ordering the record of that closed hearing sealed, **(a)** the Advertiser used Dennis Bailey

(general counsel for the Alabama Press Association) **to show** that Judge Thompson's lockout

actions were in violations of a U.S. Supreme Court ruling on the public/media rights to access to

54

courtrooms, and **(b)** that the Advertiser used Lucy Dalglish (executive director for the Reporters

Committee for Freedom of the Press), **to show** that Judge Thompson's actions in shutting-out the

public from a criminal proceeding, was something that is increasing happening in the federal

court, **because** federal judges don't like the public to see what going on, federal judges are using

bizarre reasons to lockout the public; **AND NOTE** the above (par.2-D - 2-F on pages 5-6,

par.5-E - par.6 on pages 11-12) **shows that** the conspiring Montgomery federal judges

shutting-out of the public from having rights to access to the federal district court in

Montgomery, **includes** a citizen who suing the Montgomery federal judges for conspiring to

obstruct justice/enforcing unconstitutional law!

    **21-E.** All of the racketeering conspiring federal/state officials & lawyers know that

because they have been conspiring to use fraud, to defraud a citizens of the United States from

having rights to access in federal court **and also** the U.S. Congress (**to get** criminal/civil justice

on racketeering conspiring federal/state officials & lawyers), **that they have** been committing

very flagrant racketeering conspiracy felony crimes on the system of democracy that this nation's

bill of rights demands!

    **22.** From the complaints, motions, **along with** some of the exhibits bound in Exhibit

Pack USAGG to DC-NR-1, Exhibit Pack 4 to DC-NR-4 and Exhibit Pack 5 to DC-NR-4 in the

above (par.17-B on pages 43-44 **and** par.18-B on page 46), **the** writ of mandamus against Judge

McFerrin being filed in the Alabama Supreme Court today (**Ex.ASC-W/M, par.15 - 15-F on**

**pages 60--63** bound in Ex. Pk. 5 to DC-NR-4), **has shown** that the connecting/relating

conspiracies that have **or** intent to obstruct federal criminal/civil prosecution on national class

action fraud, conspiracy & racketeering claims, **by** CO-criminal/civil liable  Hinton's current

fraud use of falsified court records in the Lowndes CV-91-78 case, **by** CO-criminal/civil liable

U.S. Magistrate Walker &  CO-criminal/civil liable U.S. District Judge Thompson's fraud use of

LEAVE in the federal CV-05-T-179-N case in March 2005, **by** Washington federal civil rights

justice official Weathers engagement **with** one or more officials in U.S. Attorney General

Gonzales's office **and with** criminal/civil liable U.S. Senator Shelby in fraudulently claiming

lack of federal jurisdiction authority on July 29,2005, **to keep** federal legislative/jury

criminal/civil issues in Citizens of Alabama & United States notional class action injunction

demands **concealed/seized** in the state court Lowndes CV-91-78 case, **and by** CO-criminal/civil

liable State Judge McFerrin currently continuing to do-nothing in state Lowndes CV-91-78 case,

**to keep** the federal legislative/jury criminal/civil issues in Citizens of Alabama & United States

national class action injunction demands **concealed/seized** in the Lowndes CV-91-78 case, **have**

**been** violation of one or more of the following five (5) federal criminal conspiracy statutes,  **(1)**

U.S. Title 18 (§ 242) **involving** deprivations on constitutional rights, **(2)**   U.S. Title 18  (§ 341)

**involving** offenses on **or** to defraud the United States, **(3)**  U.S. Title 18 (§ 1505) **involving**

obstruction of proceedings before departments, agencies and committees, **(4)**  U.S. Title 18 (**§**

1506) **involving** theft **or** alteration of record or process, and **(5)**  U.S. Title 18 (§ 1510)

**involving** obstruction of criminal investigation, **which**. **involve** the below (12-A thru 12-F)

violations on citizens protected rights under 1st, 4th, 5th, 6th, 7th, 8th, & 14th USCA

(Amendments to the United States Constitution).

    **22-A.** Violations of citizens rights under the **1st USCA**, to free speech **and** to petition

government for redress of grievances against government officials & lawyers for the violations

on constitutional rights in the below (par.22-B - 22-F), **to a** jury of citizens in federal court **and**

also to the federal lawmakers in the U.S. Congress.

**22-B.** Violations of citizens rights under the **4th USCA**, from unwarranted searches **and** seizures, **note to continue** concealing the known illegal judicial search/seizure in Lowndes cow case (CV-92-03) in the above (par.8-C on 22), **is the purpose** to conceal the conducting the never ending known illegal judicial search/seizure in the Lowndes CV-91-78 case in the above (par.8-A - 8-B on pages 21-22).

**22-C.** Violations of citizens rights under the 5th USCA (**double jeopardy** from being subject in the courts to the same offense twice), **which** has violations both ways on Watson's rights, **because** the Beasley Firm has been unlawfully allowed in the Lowndes CV-91-78 case, to continue claimed legal/judicial rights to Watson's money (**note** a bench judgment from Judge McFerrin) **with liens/demands** that are known to be barred by res judicata, **NOTE after** U.S. District Judge DeMent's phantom federal judgment (CV-94-D-1112-N case on 6/6/95) **and** res judicata have been unlawfully used in state/federal court in Montgomery Al., **to keep** a jury of citizens from deciding the Beasley Firm's barred by res judicata liens/demands on Watson's money.

**22-D.** Violations of citizens rights under the **5th, 6th, 7th & 14th USCA**, as victims **and** as jurors to speedy, **(1)** civil trials, **(2)** grand jury investigations and **(3)** criminal jury trials, **against** corrupt federal/state officials and lawyers.

**22-E.** Violations of citizens rights under 8th USCA, on cruel **and** unusual punishment, **which is** currently being committed on the law-abiding citizens of Alabama & United States by racketeering/conspiring/defrauding federal/state officials & lawyers **that** Watson is demanding be bought to criminal/civil for their **cruel** and **unusual punishment** on Watson.

**22-F.** Violations of citizens rights under the **14th USCA,** to equal rights under the law as victims to demand **and** as jurors to bring racketeering/conspiring/defrauding federal/state officials & lawyers to criminal/civil justice, **which** all of the above is persuasive evidence thereof.

**23.** Under the national class action criminal/civil injunctive demands, on behalf of all the Citizens of Alabama & United States, **Watson** is demanding that all the known racketeering conspiring federal/state officials & lawyers, be held civilly liable for compensatory **and** punitive damages, to the United States & its citizens, **and/or** to the State of Alabama & its citizens, **in order** for government/citizens to be justly compensated **(compensatory damages)** for the public salaries & taxpayers money that public officials have unlawfully used to conspire with lawyers to obstruct criminal & civil prosecution on federal/state officials & lawyers, **and in order** to a deterrent on state executive, legislative & judicial officials of Alabama **and** federal executive, legislative & justice officials of the United States **(punitive damages)**, from conspiring in **or** knowingly/unlawfully allowing federal/state judges/attorneys to conspire in the courts with lawyers, to enforce unconstitutional law on the civil rights & property of a citizens of the United States!

**23-A.** The above (par.23) compensatory **and** punitive damages is being demanded against the federal/state officials and lawyers, for their conspiracy engagement in conspiring in **or** for having knowingly & unlawfully allowed the continuation of the long running conspiracies on Watson's civil rights and property in the Lowndes CV-91-78 case in the above (8-A - 8-C on pages 21-22) **which** is conducting known illegal judicial search/seizure **involving** Watson's pro se settlement money from CSX in the CV-91-78 case **along with** obstructing justice on another

58

known illegal judicial search/seizure involving the cow case (CV-92-03), **is clearly just** under

the Alabama Litigation Accountability Act (1975), because **Ex.MA-846** (by AP reporter Bob

Johnson on 3/13/05) bound in Exhibit Pack 5 to DC-NR-4, **shows that** Gov. Bob Riley &

Alabama General Troy King claimed that state government would be more accountable with the

new state's open meeting law giving the public rights to access to their government, **and** because

the access to federal government on the federal legislative/jury criminal/civil issues  fraud,

conspiracy & racketeering claims against federal/state officials & lawyers in the national class

action criminal/civil injunctive/civil jury demands, that state officials of Alabama and federal

officials in Montgomery Al. & Washington DC have been conspiring to obstruct justice/enforce

unconstitutional law on, **are federal rights** under the United States Constitution.

   **23-B.** **Ex.BN-2** bound in Exhibit Pack 6 to DC-NR-4 (Part 1), **is a** editorial article by the

Birmingham News on July 2,2005, **which** praised the Mobile Register for looking-out for

citizens taxpayers rights/interests, **by filing** a rights to know lawsuit against the City of Mobile

Al., **that forced** disclosure on how much of citizen tax money was used to settled a

discrimination lawsuit against the city.

   **24.** If they know they can no-longer-getaway with conspiring to unlawfully using citizens

government/tax money to obstruct justice on their criminal/civil prosecution **and that** the law

will now be upheld on them, **most if not all of the** racketeering conspiring federal/state officials

named in the above, will want a plea deal **because** they don't want to face the harsh criminal &

civil verdicts **that a** federal jury of citizens can impose; **AND NOTE** because of the kind of

criminal/civil liability that would put on them, just by the Alabama media  being petitioned in

the above (par.18 on pages 44-45) doing their job, will assure the non liable Alabama Supreme

Court Justices do their job on the demands being demanded in the writ of mandamus in the above (par.16 - 16-A on pages 39-41).

**24-A.** The averments in **today's** motion compel for default **(Ex.DC-M/C/DF, par.14-C on page 32** in the above par.3 on page 7) on **Ex.MA-1271** (by AP reporter Desiree Hunter on 3/11/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3), **has shown** that the Alabama Supreme Court ruled that the public has rights to know (**from** the media's reporting thereof), **if a judge** has expunged a criminal charge against a public officials; **NOTE** all of the above shows **that Watson** is providing media, **with** court documents & letters **that prove** the racketeering conspiring criminal/civil liable state officials, **that** federal judges in Montgomery Al. **and that** federal attorneys in Washington DC, have conspired to used fraud to obstruct federal criminal & civil prosecution on, **include** the Justices serving on the Alabama Supreme Court in January 2002 (**see above** par.15-F on page 39); **AND NOTE** that said nine justices also have criminal & civil liability to government/citizens under Citizens of Alabama & United States national class action criminal/civil injunctive demands (7/13/04, 2/25/05 & 5/11/05), **because** they were state defendants in the amended complaint on October 31,2002, **in which** defendant State Judge McFerrin's conspired in the Lowndes CV-91-78 case on February 26,2003 (**above** par.6-B - 6-B-2 on pages 13-14 **and** par.15 - 15-A on pages 35-37), **to use** the Beasley Firm's phantom attorney lien that Judge McFerrin had conspired to create on April 18,2002, **to expunge** the fraud, conspiracy & racketeering civil jury demands (10/31/02), **against** Judge McFerrin, the nine justices in the above (15-F on page 39) **and the** other named federal, state & lawyer defendants in the above (par.5-A on pages 9-10)!

**25. Ex.BN-3 (see** NATION BRIEFS on 7/20/05) bound in Exhibit Pack 6 to DC-NR-4

(Part 2) reported **(a)** that a three judge panel of the U.S. 4th Circuit Court of Appeals was considering weather to overturn a lower court ruling that Jose Padillia should be charged with a crime **or** released, **(b)** that the government is alleges Padillia (an American citizens) trained with al-Qaida in Afghanistan and Pakistan, and arrived in this country in May 2002 in the intent to blow up apartment buildings, and **(c)** that Paul Clement (acting solicitor general of the United States) had argued that because America is a battlefield, President Bush has authority to detain enemy combatants indefinitely in this country; **Ex.MA-1267** (DC briefing on 3/9/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3) reported, **(aa)** that the Justice Department was investigating its lawyers' conduct in sending suspects to jail when there was insufficient evidence to charge them with a crime, **(bb)** at issue was the material witness law that Congress passed in 1984 to allow for the arrest and detention of witness who might flee before testifying in criminal cases, **(cc)** that the investigation began after a report by two civil liberties groups said the Bush administration had used the law to detain at least 70 people since the Sept. 11 attacks, and **(dd)** that the disclosure came from the inspector general (Glenn A. Fine) in a semiannual report required by the Patriot Act; and **Ex.MA-1282** (by AP reporter Micheal J. Sniffen on 3/6/06) bound in Exhibit Pack 6 (Part 3), **is in regards** to the federal criminal trial of Zacarias Moussaoui (**who** FBI agent Harry Samit arrested in August of 2001 **and** the only person charged in this country in connection with al-Qaida's 9/11/01 attack on the World Trade Center & Pentagon), **which reported** that after testifying as a government wittiness, in cross-examination by the defense attorney, FBI agent Harry Samit of Minneapolis **testified that** he had told the Justice Department inspector general that "obstructionism, criminal negligent and careerism" on the part of FBI headquarters officials had prevented him from getting a warrant that would have

revealed more about Moussaoui's associates **and that** opposition blocked "<u>a serious opportunity to stop the 9/11 attacks</u>."

   **25-A.** The averments in **Ex.DC-M/C/DF (par.18 - 18-D-1 on pages 55-59)** shows that national class federal legislative demands **also includes** the U.S. Congress dealing with,

**(1)**   Montgomery Al. FBI's obstructionism of federal criminal prosecution back May 2000, on the Montgomery Al. federal attorneys/judges, state officials & lawyers who were conspirators in the still ongoing conspiracy in the Lowndes CV-91-78 case in the above (8-A - 8-C on pages 21-22),    **(2)**   the claims of abuse against the FBI & federal prosecutors in Montgomery Al., **in two** federal criminal bribery cases,    **(3)**   Washington FBI officials pledged to reform corruption within the FBI, **after** FBI agents have been charged with the taking bribe taking and also aiding in the murder of informant witnesses; **AND NOTE** Watson has just cause to be concerned with federal attorneys rights to have anyone arrested & held as enemy combatants indefinitely in this country in the above (par.25), **because after** U.S. Senator Shelby & Washington justice officials engaged in obstructionism on Watson's petitions that demanded justice on the conspiring federal justice officials in Washington DC & Montgomery Al., state officials Alabama and lawyers, **someone declared** Watson as being security risk to the administration of justice in the Montgomery federal courthouse, **and** had the U.S. Marshal to have a marshal guard Watson when he comes to the Montgomery federal court seeking justice on the federal officials (in Washington DC & Montgomery Al), who have conspired with state officials of Alabama & lawyers to continue conducting the illegal search & seizure in the above (par.8-A - 8-C on pages 21-22).

   **25-B.** If what is reported in **Ex.MA-1062** (by the Associated Press on 8/17/05) bound in

Exhibit Pack 6 (Part 2) is true, Citizens of Alabama's rights to free speech under the First

Amendment demands a federal criminal investigation on Jackson County Circuit Judge Wallace

Haralson and Sheriff Mike Wells using their state positions to illegally jail a citizen, **because** he

had signs on his property (**yard**) that criticized Judge Haralson.

26. **Ex.MA-1348** (by AP reporter Devlin Barrett on 5/11/06) bound Exhibit Pack 6 to

DC-NR-4 (Part 4) reported, **(a)** that U.S. Representative Maurice Hinchey released to the

Associated Press, the fax he received federal attorney H. Marshal Jarrett (counsel for the Justice

Department's Office of Professional Responsibility - **OPR**) that he was closing his investigation

on Justice Department lawyers role in the National Security Agency **(NSA)** warrantless

eavesdropping program, **because** federal officials with the NSA had denied the Justice

Department OPR lawyers clearance to investigate, if Justice Department lawyers had violated

any ethics rules, **(b)** that Justice Department spokesman Brian Roehrkasse said the terrorist

surveillance program "has been subject to extensive oversight both in the executive branch and

in Congress from the time of its inception.", **that the** OPR's mission is not to investigate

possible wrongdoing in other agencies, but to determine if Justice Department lawyers violated

any ethics rules, **but declined** to comment when asked if the end of the inquiry meant the agency

believed its lawyers had handled the wiretapping matter ethically; and **(c)** that Rep Hinchey is

one of the many House Democrats who have been highly critical of the domestic eavesdropping

program first revealed in December, **that** lawmakers would push to find out who at the NSA

denied the Justice Department lawyers security clearance, **and also that** Rep. Hinchey said "This

administration thinks they can just violate any law they want, and they've created a culture of

fear to get away with it. It's up to us to stand up to them."; **AND NOTE** all of the above shows

that under the national class action injunctive demands (7/13/04, 2/25/05 & 5/11/05), Citizens of

Alabama & United States have just cause to demand that the federal lawmakers in the U.S.

Congress to take action that protect the constitutional rights of the citizens of this nation against

federal officials conspiracy obstructionism on federal officials conspiring to conduct illegally

searches.

**27.** Today's motion to compel for default **(Ex.DC-M/C/DF, par.5 - 5-A on pages 7-8**

**and par.30 - 30-B on pages 101-103** in the above par.3 on page 7), **has shown** another

justification Watson for making the media petition demands in the above (par.18 on pages

44-45), **is to determine if**, that as a result of having office staff members **who** are holdovers

from Ashcroft's staff **who** have withheld from Gonzales, the pleadings & exhibits Watson

mailed him on February 25,2005, on March 11, 2005, on May 11,2005, and June 3,2005, **U.S.**

**Attorney General Gonzales** is not even aware of the fraud, conspiracy & racketeering claims

against federal/state officials & lawyers in national class action criminal/civil injunctive/civil

jury demands (**that are** federal legislative criminal/civil issues **and** federal criminal/civil jury

issues), **OR** that U.S. Attorney General Gonzales is another conspiring federal justice officials

in this case **who** the U.S. Congress will have duty to see is removed as this nation's top law

enforcement officer **and held** criminally/civilly liable to government/citizen, **for conspiring** to

keep illegally concealed/seized in state court (Lowndes CV-91-78), the fraud, conspiracy &

racketeering complaint claims (7/13/04, 2/25/05 & 5/11/05) against lawyers & state/federal

officials **(for conspiring in or for conspiring to allow** court officials & lawyers to conduct the

known illegal search & seizure of property in the Lowndes CV-91-78 case), **that are** federal

criminal/civil legislative/jury issues; **AND NOTE** by the media doing their job in reporting &

64

exposing the Washington conspiracy that has been documented throughout the above **and** in today's motion to compel for default (**Ex.DC-M/C/DF** in the above par.3 on page 7), **if he** is not a conspirator therein, **that will compel** U.S. Attorney General Gonzales to hold a press conference, **to inform** the citizens of this nation **that all** the known racketeering conspiring Washington federal justice officials & U.S. Senator Shelby, **will be** brought to criminal/civil justice for their crimes on this nation bill of rights & this nation's citizens, **along with** all the known racketeering conspiring federal/state officials & lawyers in Alabama!

    **27-A.** By having already having repeatedly done so and if they have opportunity because of the harsh criminal/civil liability they are facing, **it assured** that the racketeering conspiring Washington justice officials **and** co-racketeering/conspirator U.S. Senator Shelby, will again conspire to keep the all the other federal legislators in U.S. Congress **and also** U.S. Attorney General Gonzales (**if he's** not a coconspirator therein) **from** being informed of their constitutional duty to the Citizens of Alabama & United **under** today's filing; **AND NOTE** the racketeering conspiring Washington federal justice officials & co-racketeering/conspiractor U.S. Senator Shelby can not getaway with pulling-off another conspiracy on the U.S. Congress & U.S. Attorney General Gonzales, **by the media doing their job** on the media petition demands **and** to use the free press under the Freedom of Information Act in the above (par.18 on pages 44-45), **to report/inform** the U.S. Congress & U.S. Attorney General Gonzales that today's documents are in the U.S. Mail to U.S. Attorney General Gonzales & U.S. Senator Shelby, **that have** the federal demands in the above (par.17 on pages 41-42 **and** par.20 - 24 pages 49-58)!

    **27-B.** The averments in **today's** motion to compel for default (**Ex.DC-M/C/DF, par.14-A on pages 30-31** in the above par.3 on page 7), on **Ex.MA-1004** (by AP reporter Will

Lester on 6/27/05) bound in Exhibit Pack 6 to DC-NR-4 (part 1), **Ex.MA-1077** (by the

Associated Press on 9/11/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 2), and **Ex.MA-1168**

(D.C. briefing concerning FOIA REQUESTS on 12/15/05) bound in Exhibit Pack 6 to DC-NR-4

(Part 3), **show that** Watson just cause to demand the media being petition to use their free press

resources under the Freedom Information Act on the above (par.25), **to keep** the racketeering

conspiring Washington federal justice officials **and** co-racketeering/conspirator U.S. Senator

Shelby from pulling-off another conspiracy on the U.S. Congress not even knowing about the

nation class action federal legislative criminal/civil injunctive demands!

28. The certificates in the below **and** in the **Ex.S-DC-NR-4 (pages 115-116)** &

**Ex.DC-M/C/DF (pages 105-106)** in the above (par.3 on page 7), **show that** U.S. Attorney

General Gonzales **and also** the media are being served by U.S. Mail **before** the filing thereof,

**and after** the filing thereof Watson is hand delivering the documents to the U.S. Marshal, **which**

is being done, to use the media as safeguarding/observing witnesses for citizens rights/interests

in this case, **(1)** because of Watson demanding they be bought to criminal/civil justice for

conspiring to enforce unconstitutional law on this nation's bill of rights and citizens

constitutional rights/interests thereunder, **one or more** of the criminal/civil liable Montgomery

racketeering conspiring illegal judicial search/seizure judges are who likely declared Watson as

being some type of threat/security risk to the administration of justice **and** had the U.S. Marshal

to assign a marshal to guard Watson when Watson comes the Montgomery courthouse seeking

criminal/civil justice on the Montgomery racketeering conspiring illegal judicial search/seizure

judges, and **(2)** because of the harsh criminal & civil punishments the Montgomery

racketeering conspiring illegal search/seizure judges are facing **in addition** to ordering the U.S.

Marshal to deprive Watson of rights to swear-out the 5 arrest warrants in the above (par.17 on

page 41 **which** will open the door on the ordering of all the outstanding demands for federal

bench arrest warrants that have been pending since 2/25/05 in the par.5 - 5-E on pages 8-11 **and**

par.11-A on pages 25-26), **one or more** of the Montgomery racketeering conspiring search &

seizure judges would  issue an oral arrest warrant to the U.S. Marshal to arrest Watson on some

type of trump-up fraud charge; **AND NOTE** Watson knows at least one of criminal/civil liable

racketeering conspiring illegal search/seizure federal judges will not hesitate to issue an oral

arrest warrant, **because** the averments in **today's** motion to compel for default

**(Ex.DC-M/C-DF, par.14-D on pages 33-34** in the above par.3 on page 7), on  **Ex.MA-725** (by

the Advertiser's reporters Donna Pierce Adams & Jessica Walker on 9/24/04) and **Ex.MA-728**

(by the Advertiser's reporter Donna Pierce Adams on 9/28/04) bound in Exhibit Pack 5 to

DC-NR-4, **show that** for being late for hearing he did not know he should attend (**because** he

was no-longer the plaintiff's attorney), **U.S. District Judge Mark Fuller** did that against an

attorney in a federal illegal search/seizure civil case against Covington County officials!

    **28-A.** The averments in **Ex.DC-M/C/DF (par.14-D on pages 33-34** in the above par.3

on page 7), on **Ex.MA-732** (Advertiser's editorial article on 9/29/04) bound in Exhibit Pack 5 to

DC-NR-4, **show that** because reporters having had to sue the U.S. Marshal Service to obtained

procession of their property that marshals had illegally seized because of U.S. Supreme Court

Justice Antonin Scalia, **Watson** also has just to petition the media to act as the safeguarding &

observing witnesses in the above (par.29), **because** of the jurisdiction authority the racketeering

conspiring criminal/civil liable Montgomery federal district judges have over the U.S. Marshal!

Teddy A. Watson
Plaintiff/Defendant Pro Se
on behalf of himself,
Citizen of Alabama
Citizens of the United States

ADDRESS OF PLAINTIFF/DEFENDANT PRO SE

Teddy A. Watson
4362 Eastmont Drive
Montgomery, Alabama 36109
(334) 272-6252

## FIRST CERTIFICATE OF SERVICE

I hereby certify that before or after the filing thereof, a copy of this notice of removal **with a copy** of the state (CV-91-78) notice of filing notice of removal attached, was served by U.S. Mail **or** hand delivered to the following on October 30, 2006.

|  |  |
|---|---|
| MAILED | HAND DELIVERED |
| BEFORE THE FILING THEREOF | AFTER THE FILING THEREOF |
| U.S. Attorney General Alberto Gonzales | U.S. Marshal |
| 950 Pennsylvania Avenue, NW | Federal Courthouse |
| Washington DC 20530-0001 | Montgomery Alabama |

Teddy A. Watson

## SECOND CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice of removal **with a copy** of the state (CV-91-78) notice of filing notice of removal attached, was served by U.S. Mail to the following on October _30_ ,2006.

U.S. Senator Richard Shelby
110 Hart Boulevard, Senate Office Building
Washington, DC 20510-0103

Alabama Attorney General Troy King
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

U.S. Attorney Leura Canary
Post Office Box 197
Montgomery Alabama 36101

Jack B. Hinton, Jr.
Gidiere, Hinton & Herndon
904 Region Tower
60 Commerce Street
Montgomery, Alabama 36104

_Teddy A. Watson_

## THIRD CERTIFICATE OF SERVICE

I hereby certify that before the filing thereof, a copy of this notice of removal **with a copy** of the state (CV-91-78) notice of filing notice of removal attached, was served by U.S. Certified Mail to the following media on October _30_ ,2006.

Wanda S. Lloyd
Executive Editor of Montgomery Advertiser
425 Molton Street
Montgomery, Alabama 36104

News Director of WSFA TV (NBC)
12 E Delano Avenue
Montgomery, Alabama 36105

Editor
Mobile Register
Post Office Box 2488
Mobile, Alabama 36652-2488

News Director
CNN Headline News
One CNN Center
Atlanta, Georgia 30303

Associated Press reporter Phillip Rawls
201 Monroe Street, Suite 1940
Montgomery, Alabama 36104

News Director WAKA TV (CBS)
3020 Eastern Boulevard
Montgomery, Alabama 36116

Editor
Birmingham News
2200 Fourth Avenue
Birmingham, Alabama 35203

News Director
WBRC (FOX)
1720 Valley View Drive
Birmingham, Alabama 35209

_Teddy A. Watson_

69

IN THE CIRCUIT COURT OF LOWNDES COUNTY ALABAMA

TEDDY A. WATSON ON BEHALF OF     *
HIMSELF, CITIZENS OF ALABAMA &    *
CITIZENS OF THE UNITED STATES    *
            *
    Plaintiffs/Defendants,     *
            *
vs.             *     CASE NO. ~~CV-91-78~~
            *
JERE L. BEASLEY,  J. GREG ALLEN,    *    "DEMAND FOR JURY TRIAL"
MICHAEL J. CROW,  THOMAS J. METHVIN,   *
J. COLE PORTIS  &  DANIEL MILES, III    * "DEMAND FOR INJUNCTION RELIEF"
      of         *
    THE BEASLEY LAW FIRM,    * "NATIONAL CLASS ACTION STATUS"
            *
PHILIP S. GIDIERE, JR., JACK B. HINTON, JR.   *
& STEVEN K. HERNDON      *
      Of         *
    THE GIDIERE LAW FIRM,    *
            *
OFFICIALS OF THE STATE OF ALABAMA,   *
            *
      &         *
            *
OFFICIALS  OF THE UNITED STATES OF   *
AMERICA,         *
            *
    Defendants/Plaintiffs.     *

## AMENDMENT TO THE AMENDED COMPLAINT ON JULY 13,2004

In accordance with rights under the Alabama Rules of Civil Procedure to amend a

complaint, the following is amending and to be incorporated into the amended complaint on July

13,2004 **and** because of the errors therein, a corrective copy of the amended complaint on July

13,2004 (to replace the amended complaint on 7/13/04), is attached and being filed with the

amendment to the amended complaint on July 13,2004.

1


SCANNED

**1-A.** As shown in the above, the amendment to the amended complaint on July 13,2004, is amending the amended complaint (7/13/04) to Teddy A. Watson, citizens of Alabama & citizens of the United States as plaintiffs/defendants vs. the Beasley Law Firm, the Gidiere Law Firm, officials of the State of Alabama & officials of the United States of America as defendants/plaintiffs, because the evidence on file in this Court (CV-91-78) and two cases in U.S. District Court (CV-02-F-1214-N & CV-04-A-677-N) proves that the Beasley Firm, Gidiere Firm, state officials of Alabama and federal officials are continuing to conspire to obstruct justice/enforce unconstitutional law on the Beasley Firm, Gidiere Firm, state officials and federal officials long running conspiracy **(a)** in keeping half of the money from Watson's pro se settlement with CSX on February 16,1996 ($237,500 plus interest), unlawfully held in the CV-91-78 case on the Beasley Firm's barred by res judicata demands thereon, in which Watson & Beasley Firm are <u>PLAINTIFFS/DEFENDANTS</u> because of their counterclaims on Watson's money and **(b)** in keeping the Beasley Firm being held liable to Watson for the damages Watson incurred as the <u>DEFENDANT</u> in and as a result of Lowndes County Officials, Beasley Firm conspiring with Daniel Thomas & his attorney (Albert Butler) to get a civil jury judgment against Watson in the CV-92-03 case in Lowndes County Circuit Court by unlawful means (in which the damages incurred includes Lowndes County Officials forcing Watson to sell his home & property in Lowndes County to pay the judgment in the CV-92-03 case that Lowndes County Officials knew they conspired to get by unlawful means).

**1-A-1.** Because of the claims/counterclaims on half the money Judge McFerrin is holding in the CV-91-78 case from Watson's pro se settlement with CSX on February 16,1996 $237,500 plus interest), Watson & Beasley Firm are both plaintiff & defendant in the long running

2

attorney lien dispute: **(a)** because by filing liens/demands on Watson's money in the CV-91-78 case on March 26, 1996, March 14,1997, September 30,1999 and October 13,2003, makes the Beasley Firm the <u>PLAINTIFF</u> and Watson the <u>DEFENDANT</u> on the Beasley Firm's liens/demands on Watson's money; **(b)** because by Watson having sued the Beasley Firm in amended complaints in the CV-91-78 case on April 2,2002 & October 31,2002 on claims that the Beasley Firm was keeping Watson money  unlawfully held in the CV-91-78 case on barred by res judicata demand the Beasley Firm filed on Watson's money on March 26,1996, March 14, 1997 & August 30,1999, **and** with Watson currently suing the Beasley Firm in the amended complaint on July 13,2004, on claims that the Beasley Firm is keeping Watson's money unlawfully held in the CV-91-78 case on barred by res judicata demands the Beasley Firm filed on Watson's money on March 26,1996, March 14,1997, September 30,1999 & October 13,2003, makes Watson the <u>PLAINTIFF</u> and the Beasley Firm the <u>DEFENDANT</u> on Watson's counterclaims on Watson's money that are countering Plaintiff Beasley Firm's liens/demands on Defendant Watson's money on March 26,1996, March 14,1997, September 30,1999 & October 13,2003.

**1-A-2.** Since October 25,1994, Watson has had claims & evidence on file in the CV-91-78 case against the Beasley Firm: **(a)**  for unlawfully representing Watson's behalf in the CV-92-03 case (in which Watson was the <u>DEFENDANT</u>), which makes Watson the <u>PLAINTIFF</u>  and the Beasley Firm the <u>DEFENDANT</u> on that issue, in which Plaintiff Watson is suing Defendant Beasley Firm for damages that Defendant Watson incurred in and result of Lowndes County Officials, Beasley Firm (defendant attorneys), Plaintiff Thomas & plaintiff attorney Butler conspiring to get a civil jury judgment against Defendant Watson in the

3

CV-92-03 case by unlawful means; **(b)** for unlawfully representing Watson's behalf against CSX in the CV-91-78 case (in which Watson was the <u>PLAINTIFF</u>), after unlawfully representing Defendant Watson's behalf in the CV-92-03 case, which makes Watson (the plaintiff client) the <u>PLAINTIFF</u> and the Beasley Firm (the plaintiff's attorneys) the <u>DEFENDANT</u> on that issue, in which Plaintiff Watson is suing Defendant Beasley Firm for unlawfully representing Plaintiff Watson's behalf against Defendant CSX in the CV-91-78 case, after unlawfully representing Defendant Watson against Plaintiff Thomas in the CV-92-03 case; and **(c)** for unlawfully demanding to be paid attorney fees in the CV-91-78 case after withdrawing as Watson's attorney in the CV-91-78 case, which makes Watson (the former plaintiff client) the <u>PLAINTIFF</u> and the Beasley Firm (the former plaintiff attorneys) the <u>DEFENDANT</u> on that issue, in which Plaintiff Watson (the former plaintiff client) is suing Defendant Beasley Firm (the former plaintiff attorneys) for demanding to be paid attorney fees for the Beasley Firm's unlawful representation of Watson's behalf in the CV-91-78 case, after the Beasley Firm withdrew as Watson's attorneys in the CV-91-78 case on August 30,1994.

**1-A-3.** The evidence Watson has on file in Lowndes County Circuit Court (CV-91-78) and in U.S. District Court (CV-02-F-1214-N & CV-04-A-677-N), proves that Jack B. Hinton, Jr. of the Gidiere Firm (was one of the lawyers), that U.S. Magistrate Susan Russ Walker & U.S. District Judge Mark E. Fuller (were two of the federal officials) and that Alabama 2nd Judicial Circuit Judge H. Edward McFerrin (was one of the state officials), who conspired to use fraud to obstruct justice/enforce unconstitutional law in U.S. District Court (CV-02-F-1214-N) and Lowndes County Circuit Court (CV-91-78), on the amended complaint/notice of removal Watson filed on October 31,2002 and federal complaints on February 7,2003 & February 26,

4

2003, that demanded a jury trial on the issues in the above (par.1-A-1), the liens/demands

Plaintiff Beasley Firm filed on Defendant Watson's money on March 16,1996, March 14,1997 &

September 30,1999, **verses** Plaintiff Watson's counterclaims against Defendant Beasley Firm,

that Plaintiff Beasley Firm's barred by res judicata liens/demands (3/26/96, 3/14/97 & 8/30/99)

were keeping Defendant Watson's money unlawfully held in the CV-91-78 case **and also** on the

above (par.1-A-2) claims Plaintiff Watson has had on file against Defendant Beasley Firm in the

CV-91-78 case since October 25,1994, **(a)** for unlawfully representing Defendant Watson's

behalf in the CV-92-03 case, **(b)** for unlawfully representing Plaintiff Watson's in the CV-91-78

case, after unlawfully representing Defendant Watson's behalf in the CV-92-03 case, and **(c)** for

demanding to be paid attorney fees for the Beasley Firm's unlawful representation of Watson's

behalf in the CV-91-78 case, after the Beasley Firm withdrew as Watson's attorneys in the

CV-91-78 case on August 30,1994.

**2-A.** The State of Alabama & United States are clearly in default by state officials &

federal officials having failed to file answers to the amended complaint on July 13,2004;

**and** that is just cause for Watson to file a notice of filing notice of removal on the amendment to

the amended complaint (7/13/04), because the corrective amended complaint (par.10 - 12 on

pages 6-7) shows **(a)** that U.S. Title 28 (§ 1343) gives U.S. District Court jurisdiction over Judge

McFerrin & other state officials conspiracy crimes **(a-1)** on Watson's civil rights & property and

**(a-2)** on the United States Constitution & citizens rights/interest thereunder and **(b)** that U.S.

Title 28 (§ 1346) gives U.S. District Court jurisdiction over federal officials conspiracy crimes

**(b-1)** on Watson's civil rights & property and **(b-2)** on the United States Constitution and

citizens rights & interests thereunder.

5

**2-A-1.** A copy of the notice of filing notice of removal on the amended complaint on July 13,2004, is attached to the notice of filing notice of removal on the amendment to the amended complaint (7/13/04).

**3-A.** The notice of removal on the amendment to the amended complaint (7/13/04) Watson is filing in U.S. District Court, is claiming Watson has rights to remove the amendment to the amended complaint (7/13/04) back to the CV-04-A-677-N case in U.S. District Court, because of multiple improprieties in the remanding of the amended complaint (7/13/04), that Watson is claiming & showing in the below are in violation of the rules of civil procedure and also in violation of federal statutory law on Watson and citizens of Alabama & United States rights to due process & protection in federal court on the racketeering conspiracy crimes of fraud that federal/state officials & lawyers have committed **(a)** on Watson's civil rights & property and **(b)** on the United States Constitution & citizens rights/interests thereunder; **and** if Watson is not allowed to remove the amendment to the amended complaint (7/13/04) back to the CV-04-A-677-N case, Watson will pay the fee to remove the amendment to the amended complaint (7/13/04) to U.S. District Court.

**3-A-1.** The notice of removal on the amended complaint (7/13/04) in U.S. District Court (CV-04-A-677-N) on July 13,2004, is attached to the notice of removal on the amendment to the amended complaint (7/13/04) that is being filed in the CV-04-A-677-N case or new case in U.S. District Court.

**3-A-2.** In addition to Jack. B. Hinton, Jr. of the Gidiere Firm (counsel for Beasley Firm), U.S. Senator Richard Shelby, the acting or new U.S. Attorney General (because U.S. Attorney General John Ashcroft has resigned) & Alabama Attorney General Troy King being served

6

because they are the parties who were served with notice of removal Watson filed on July 13, 2004, Watson will also serve the notice of removal on the amendment to the amended complaint (7/13/04) by certificate of service, **(a)** to the Circuit Clerk of Lowndes County (to put in the court's files on the CV-91-78 case) and **(b)** to U.S. Attorney Leura G. Canary, because federal court (CV-04-A-677-N) listed the U.S. Attorney in Montgomery Al., as representing to the United States of America on the amended complaint/notice of removal filed on July 13,2004; **and** if Watson is not allowed to remove the amendment to the amended complaint (7/13/04) back to the CV-04-A-677-N case, in addition to Watson & the Clerk of U.S. District Court, the parties served (which includes the Circuit Clerk of Lowndes County) will have to change the case number on the notice of removal on the amendment to the amended complaint (7/13/04).

**4-A.** Watson is filing the following in U.S. District Court with the notice of removal on the amendment to the amended complaint (7/13/04): **(1)** motion to compel for federal officials of the United States & state officials of Alabama be held in default to oppose the injunction relief demands in the amended complaint on July 13,2004; **(2)** motion to compel for junction order for removal of property from state court under U.S. Tile 28 (§ 1442), that orders the Circuit Clerk of Lowndes County to transfer money being held in the CV-91-78 case to U.S. District Court for a jury trial **(NOTE)** which has attached, the motion for injunction order that orders the Circuit Clerk to transfer money to U.S. District Court for a jury trial that Watson filed in the CV-04-A-677-N case on July 13,2004; **(3)** motion to compel for lawyer, state & federal defendants/plaintiffs to be held in contempt of court; **(4)** motion to compel for recusal of state judicial officials & federal justice officials who have criminal & civil liability to the State of Alabama & its citizens and to United States & its citizens; **(5)** motion to compel for hearings;

7

and **(6)** Exhibit Pack DC.

**4-A-1.** All the parties in the above (par.3-A-2) will be served with the above (4-A) by certificate of services; **and** the case number will also have to be changed by the Clerk of District Court, Watson and the parties served, if Watson is not allowed to remove the amendment to the amended complaint (7/13/04) back to the CV-04-A-677-N case.

**5-A.** The amendment to the amended complaint (7/13/04) is demanding a jury be allowed to hold the partners of the Gidiere Firm liable for compensatory & punitive damages to Watson along with the partners of the Beasley Firm, because of Jack B. Hinton, Jr. (of the Gidiere Firm) fraud & conspiracy actions in CV-91-78 case on August 9,2004, **(a)** that is unlawfully trying to keep a jury from holding the partners of the Beasley Firm liable for compensatory & punitive damages to Watson for the racketeering conspiracy crimes of fraud that federal/state officials & lawyers committed on Watson's civil rights & property, and **(b)** that is unlawfully trying to keep the partners of the Beasley Firm and Gidiere Firm from being held criminally & civilly liable to the State of Alabama & its citizens and to the United States & its citizens under the injunction relief demands, for the racketeering conspiracy crimes of fraud that federal/state officials & lawyers committed on the United States Constitution & citizens rights/interests thereunder, in order to defraud the State of Alabama & its citizens of an honest judicial system.

**6-A.** The amendment to the amended complaint (7/13/03) is demanding that a jury be allowed to hold state officials of Alabama (executive, legislative & judicial) and federal officials (judicial in Montgomery Al., executive in Montgomery Al. & Washington DC and legislative in Washington DC) liable for compensatory & punitive damages to Watson, **(a)** because **Ex.USSS-P3, Ex.USAG-P5 & Ex.AGK-P1** bound in Exhibit Pack SAK (on file in the

8

CV-04-A-677-N case) show that the injunction relief demands in the amended complaint/notice of removal on July 13,2004, included demands, **(a-1)** for U.S. Senator Richard Shelby to uphold his duty on demanding that the U.S. Congress impeach U.S. 11th Circuit Court Appeal Judge William H. Pryor, Jr. (for his conspiracy obstruction of justice & enforcement of unconstitutional law as Attorney General of Alabama) and the coconspiring federal judges in the U.S. District Court in Montgomery Alabama, and **(a-2)** because of their conflict of interests, for U.S. Attorney General John Ashcroft & Alabama Attorney General Troy King to not oppose **and** for U.S. Senator Shelby to demand the U.S. Congress assign special congressional investigators & prosecutors to hold federal justice officials (in Montgomery Al. & Washington DC), state executive, legislative & judicial officials of Alabama and lawyers criminally & civilly liable to the State of Alabama & its citizens and to the United States & its citizens, for committing racketeering conspiracy crimes of fraud on this nation's bill of rights & citizens rights/interest thereunder, **(NOTE)** which includes federal officials in Washington DC conspiring to obstruct justice/enforce unconstitutional law on Watson's two petition to U.S. Attorney General Ashcroft on May 16,2003 (that allowed then Alabama Attorney General Pryor to get his federal judgeship to the U.S. 11th Circuit Court of Appeals by unlawful & unconstitutional means), and **(b)** because in joint effort to evade upholding their duty to the citizens of Alabama & United States on the injunction relief demands in the amended complaint/notice of removal on July 13,2004, U.S. Senator Shelby, U.S. Attorney General Ashcroft (who has resigned) & Alabama Attorney General King, all refused to file answers/responses to the injunction relief demands in the amended complaint/notice of removal on July 13,2004.

**6-A-1.** The Beasley Firm is the only party Watson demanded compensatory & punitive

9

damages from on July 13,2004 **and** Watson is now demanding that a jury be allowed to impose & award Watson compensatory & punitive damages against the federal & state officials who have engaged in and/or allowed their federal or state public positions & taxpayers money to be unlawfully used in federal/state officials & lawyers conspiracy to keep the Beasley Firm from being held liable for compensatory & punitive civil damages to Watson for the racketeering conspiracy crimes of fraud that federal/state officials & lawyers committed on Watson's civil rights & property, **(a)** because citizens are not allowed to sue & demand that federal/state officials & lawyers be held liable for compensatory & punitive damages to the State of Alabama & its citizens and to the United States & its citizens, for the racketeering conspiracy crimes that federal/state officials & lawyers committed on citizens rights/interests thereunder and also on this nation's bill of rights, and **(b)** because U.S. Senator Shelby, former U.S. Attorney General Ashcroft & Alabama Attorney General King's refusal to file answers to the injunction relief demands in the amended complaint on July 13,2004, is clearly a joint effort by U.S. Senator Shelby, former U.S. Attorney General Ashcroft & Alabama Attorney General King, **(b-1)** to keep the U.S. Congress from impeaching U.S. 11th Circuit Appeal Judge Pryor & federal judges in the U.S. District Court in Montgomery Al., for the conspiracy crimes they committed on this nation's bill of rights & citizens rights/interests thereof and **(b-2)** to keep the U.S. Congress from assigning special investigators & prosecutors to hold federal justice officials (in Washington DC & Montgomery Al.), state executive, legislative & judicial officials of Alabama and lawyers (which includes the partners of the Beasley Firm & Gidiere Firm), criminally & civilly liable to the State of Alabama & its citizens and the United States & its citizens for the racketeering conspiracy crimes of fraud they committed on this nation's bill of rights and

10

citizens rights & interests thereunder.

**6-A-2.** The exhibits bound in the exhibit packs filed in the CV-04-A-677-N case with the notice of removal on July 13,2004, **and** Watson's petitions on July 13,2004 to U.S. Senator Shelby **(Ex.USSS-P3),** U.S. Attorney General Ashcroft **(Ex.USAG-P5)** & Alabama Attorney General King **(Ex.AGK-P1)** bound in Exhibit Pack SAK (on file in the CV-04-A-677-N case), along the exhibit bound in Exhibit Pack DC, show that by refusing to file answers/responses, U.S. Senator Shelby, U.S. Attorney General Ashcroft (who has resigned) & Alabama Attorney General King have engaged in also obstructing justice of the following: **(a)** on taxpayers of Alabama being held liable for the plaintiffs attorney fees & expenses in the Ten Commandments case (CV-01-T-1268-N), which state taxpayers are not liable for, because U.S. District Judge Myron Thompson obstructed justice/enforced unconstitutional law on Watson's petition on behalf of the citizens of Alabama in the CV-01-T-1268-N case, to get an injunction order that forced federal & state officials to remove the federal/state judges/attorneys & trial lawyers from the courts, who had committed conspiracy crimes on the United States Constitution & citizens rights/interests thereunder; **(b)** on bringing an end to state/federal judges (who have conspired to commit conspiracy crimes on the United States Constitutional & citizens rights/interests thereunder), holding state taxpayers liable for hundreds of millions in attorneys & fines in injunction cases against the State of Alabama; **(c)** on federal/state prosecutors obstructing justice in the ongoing federal grand jury investigation on corruption in former Gov. Siegelman's administration (which state/federal prosecutors are withholding from the federal grand jury that state/federal prosecutors were coconspirators with Gov. Siegelman in state government & state taxpayers money being unlawfully used to serve greed/fraud of corrupt public officials & trial

11

lawyers, which involves/includes federal/state officials & trial lawyers long running conspiracy in the CV-91-78 case in which former Gov. Siegelman is well implicated in along with state & federal prosecutors); and **(d)** on federal/state prosecutors obstructing justice on a federal grand jury investigation on corruption in current Gov. Riley's administration (which is allowing state government & state taxpayers money to be unlawfully used to serve the greed/fraud of public officials & trial lawyers, which also involves/includes federal/state officials & trial lawyers long running conspiracy in the CV-91-78 case, in which Gov. Riley willingly implicated himself in along with federal/state prosecutors).

**7-A.** The interest of justice & citizens rights/interests thereunder clearly demand that state officials of Alabama and federal officials of the United States be held in default to oppose the injunction relief demands in the amended complaint on July 13,2004, on the above (4-A on page 7) motion to compel thereof, **(a)** because U.S. Senator Shelby, U.S. Attorney General Ashcroft & Alabama Attorney General King all knew that if they or some other federal official on the United States & state official of Alabama did not file answers/responses within 30 days to the injunction relief demands in the amended complaint on July 13,2004, federal officials of the United States and state officials of Alabama would be due to be held in default to oppose the injunction relief demands that Watson demanded on behalf of himself, citizens of Alabama & citizens of the United States and **(b)** because to date, federal officials of the United State & state officials of Alabama have yet to file answers/responses to the injunction relief demands in the amended complaint on July 13,2004, that are seeking to bring an end to corrupt federal/state officials & lawyers conspiring to unlawfully use government & taxpayers money to serve their greed/fraud.

12

**7-A-1.** The averments in the above (par.4-A on page 7) motion to compel for default

shows the exhibit evidence Watson has on file in U.S. District Court (CV-04-A-677-N case &

CV-02-F-1214-N) proves the following: **(a)** that the state defendants were due to be held in

default **and** Assistant Attorney General Ellen Leonard held in contempt of federal court

(CV-02-F-1214-N) on Watson's motions thereof on December 18,2002 and January 2,2003,

because Leonard filed a motion to strike in the CV-91-78 case on December 2,2002, **(a-1)** that

acknowledged Watson had remove the amended complaint (10/31/02) to federal court and **(a-2)**

that claimed Judge McFerrin (one of the state defendants) had rights to strike (dismiss);

**(b)** that the federal defendants were due to be held in default **and** Assistant U.S. Attorney

Kenneth E. Vines held in contempt of federal court (CV-02-F-1214-N) on Watson's motions

thereof on January 2,2003, because to evade being held in default from failing to file an answer

within 30 days on Watson motion thereof on December 18,2002, Vines fraudulently claimed in

the CV-02-F-1214-N case on December 23,2002, that the federal defendants had not been served

with the amended complaint Watson had filed on October 31,2002; **(c)** that instead of

holding the Beasley Firm in default (for failing to file an answer to Watson's motion of

complaints with demand for jury trial thereof) and releasing Watson's money, by allowing

Hinton of the Gidiere Firm (on behalf of the Beasley Firm) to file another barred by res judicata

demand on Watson's money in the CV-91-78 case on September 30,1999, Judge McFerrin

conspired with the Beasley Firm & Hinton of the Gidiere Firm to continue keeping Watson's

money unlawfully held in the CV-91-78 case on the Beasley Firm's barred by res judicata

demands thereon; and **(d)** that instead of holding Daniel & Cecile Thomas in default in the

CV-95-108 case on Watson's motion thereof on September 22,1999 (for failing to file an answer

13

within 30 days to Watson's third amended complaint on Aug.18,99), Judge McFerrin conspired with Daniel & Cecile Thomas and Albert Butler (Thomas's attorney in the CV-92-03 case) to use fraud to dismiss the CV-95-108 case on February 7,2001, which in addition to Daniel & Cecile Thomas, Judge McFerrin knew was also a conspiracy obstruction of justice/enforcement of unconstitutional law on the Beasley Firm being held liable to Watson for the damages Watson incurred in and result of Lowndes County, Beasley Firm, Thomas & attorney Butler conspiracy on Watson & jury in the CV-92-03 case.

**8-A.** In addition to the above (par.6-A), the U.S. Congress also had duty to see that a law abiding judge is assigned to preside over this case, because the evidence Watson has on file in the CV-04-A-677-N case proves that in remanding the amended complaint (7/13/04) on July 13,2004, U.S. District Judge W. Harold Albritton, III knew he was also conspiring to obstruct justice/enforce unconstitutional law on citizens of Alabama & United States constitutional rights, to have three of district judges who preside in the U.S. District Court in Montgomery Al. (U.S. District Judge Ira DeMent, U.S. District Judge Myron H. Thompson & U.S. District Judge Mark E. Fuller), impeached and held criminally/civilly liable to the State of Alabama & its citizens and to the United States & its citizens, for their engagement in committing racketeering crimes on the United States Constitution & citizens rights/interests thereunder to defraud the State of Alabama & its citizens of an honest judicial system.

**9-A.** The injunction relief demand in amendment to the amended complaint 7/13/04) is demanding the U.S. Congress take appropriate action against U.S. Senator Shelby, because Senator Shelby's withholding the above (par.6-A - 6-A-3) injunction relief demands from the U.S. Congress, has kept every federal legislator from upholding their duty to protect & serve this

14

nation's bill of rights & citizens rights/interests thereunder from the racketeering conspiracy crimes that federal judges have & intend to continue to conspire with federal attorneys, state officials of Alabama & lawyers to commit on the United States Constitution and citizens rights & interest thereunder, in order to defraud the State of Alabama & its citizens of an honest judicial system.

**9-A-1. Ex.MA-778** bound in Exhibit Pack DC shows that in five page letter to President Bush, U.S. Attorney General Ashcroft claimed he was resigning, because "The objective of securing the safety of Americans from crimes and terror has been achieved."; **and** the exhibits bound in the exhibit packs Watson filed in the CV-04-A-677-N case with the notice of removal on July 13,2004, and the averments on those exhibits in Watson's petitions on July 13,2004, to U.S. Senator Shelby (**Ex.USSS-P3** bound in Ex. Pk. SAK in the CV-04-A-677-N case**)**, U.S. Attorney General Ashcroft **(Ex.USAG-P5** bound Ex. Pk. SAK in the CV-04-A-677-N case) and Alabama Attorney General King (**Ex.AGK-P1** bound in Ex. Pk. SAK in the CV-04-A-677-N case) show that Watson provided U.S. Attorney General Ashcroft with evidence, **(a)** that showed there has been increase terror threats on this nation & its citizens, because instead of appropriately dealing with the corruption within, justice officials try to cover-up corruption in the agencies within the U.S. Department of Justice, and **(b)** that proved instead of dealing with, justice officials in the U.S. Department Justice have & intend to continuing to conspire to unlawfully use their federal justice positions & federal taxpayers to obstruct justice on the conspiracy crimes federal justice officials engage in committing on this nation's bill rights and citizens rights & interests thereunder; and **(NOTE)** because of Watson error in referencing to a exhibit in **Ex.USSS-P3 (par.4-B on page 11)** bound in Exhibit Pack SAK, the notice of removal

15

on the amendment to the amended complaint (7/13/04) being filed in U.S. District Court has copies of a corrective page 11 attached, which Watson is requesting the Clerk of U.S. District Court and all parties served to replace in the Court's (CV-04-A-677-N) and parties copies of Watson's petition to U.S. Senator Shelby on July 13,2004 **(Ex.USSS-P3** bound in Ex. Pk. SAK).

**10-A.** The corrective copy of the amended complaint (par.60 on page 38) **and** the notice of removal (par.9 on page 9) filed in the CV-04-A-677-N case on July 13,2004, show that layman pro se Watson quoted the case law that demands for protection of civil rights in layman pro se complaints, layman are to be given the utmost liberality and not be held to technicalities in their pro se complaints; **and** the corrective copy of the amended complaint (par.59 on page 38) shows/states the injunction relief demands in the amended complaint (7/13/03), is seeking to put the United States and the State of Alabama under a form conservator-ship in this case, to force and until federal & state officials uphold their duty to the citizens of Alabama & United States to hold federal/state officials & lawyers criminally/civilly liable to the State of Alabama & United States for the conspiracy crimes they committed on the United State Constitution, the law and citizens rights & interests thereunder.

**10-A-1.** Keeping the U.S. Congress from upholding its duty on the above (par.6-A - 6-A-3), played a roll in U.S. Senator Shelby, former U.S. Attorney General Ashcroft and/or U.S. Attorney Canary, and also Alabama Attorney General King refusing to file answers/responses to the injunction relief demands in the amended complaint on July 13,2004, **and** because of that, layman pro se Watson is also having to continue to represent & demand justice on citizens of Alabama & United States rights/interests to due process & protection against federal/state officials unlawfully using their public positions & taxpayers money to conspire with lawyers to

16

commit racketeering conspiracy crimes of fraud on the United States Constitution & citizens rights/interests thereunder, in order to defraud the State of Alabama & its citizens of an honest judicial system.

**10-A-2.** Any district attorney or assistant district attorney in the counties of Alabama who are outraged & feel they have be betrayed by fellow state officers of the court (the conspiring state judges/attorneys) **and** who are willing to step forward and demand justice on behalf of the citizens of Alabama (which includes the honest state judges/attorneys) on federal/state officials & trial lawyers racketeering conspiracy crimes on this nation's bill of rights & citizens rights/interests thereunder to defraud the State of Alabama & its citizens of an honest judicial system, has RIGHTS to assist in seeing that the racketeering conspiring federal/state officials & lawyers are appropriately/justly held criminally/civilly liable to the State of Alabama & its citizens.

**11-A.** The styling on page 1 of the amendment to the amended complaint (7/13/04), shows that on behalf of himself and citizens of Alabama & United States, Watson is demanding this case be given NATIONAL CLASS ACTION STATUS.

**11-A-1.** The corrective copy of the amended complaint (par.61 on pages 38-39) **and** the notice of removal (par.8 on page 5) Watson filed in the CV-04-A-677-N case on July 13,2004, show/state that if U.S. Senator Shelby, U.S. Attorney General Ashcroft & Alabama Attorney General King opposed the injunction relief demands in the amended complaint (7/13/04), Watson demanded this case be given national class action status and that a federal jury be allowed to hold the conspiring federal justice officials, state executive/legislative/judicial officials of Alabama & lawyers liable to civil damages to the United States & State of Alabama;

17

and **(NOTE)** by refusing to file answers/responses thereof, U.S. Senator Shelby, U.S. Attorney General Ashcroft & Alabama Attorney General King have opposed the injunction relief demands in the amended complaint on July 13,2004.

**11-A-2.** Under the United States Constitution & law, **(a)** no one is above the law, and **(b)** everyone is to be held liable for breaking the law; **and** that clearly makes the jury & injunction relief demands in the amended complaint (7/13/04) and the amendment to the amended complaint (7/13/04) national class issues, because to get corrupt federal judges impeached and the racketeering conspiring lawyers, state/federal officials held criminally/civilly liable to the State of Alabama & its citizens and to the United States & its citizens under the injunction junction demands on July 13,2004, Watson is having to demand that a federal jury of citizens also be allowed to hold federal officials (in Washington DC & Montgomery Al.), state officials of Alabama & partners of the Gidiere liable for compensatory & punitive civil damages to Watson.

**12-A.** The corrective copy of the amended complaint (par.13 on pages 7-8) on July 13, 2004 shows that **Ex.CSX-5** thru **Ex.CSX-14** bound in Exhibit Pack 2 (on file in the CV-04-A-667-N case) are copies of the following: **(Ex.CSX-5 - Ex.CSX-8)** the four motions Watson filed in the CV-91-78 case on March 21,2003 (which show had exhibits attached); **(Ex.CSX-9 - Ex.CSX-11)** Hinton of the Gidiere Firm's letter & two proposed orders to Judge McFerrin in the CV-91-78 case on October 12,2003, which claimed Judge McFerrin had rights to award the Beasley Firm $232,855.27 of the money Judge McFerrin is holding from Watson's pro se settlement with CSX on February 16,1996 ($237,500 plus interest), on grounds that Judge McFerrin had held a final hearing on March 26,1996, on a 50% attorney lien the Beasley Firm

18

had filed after withdrawing as Watson's attorney; **(Ex.CSX-12)** Watson's objection to the above

(Ex.CSX-9 - Ex.CSX-11) **&** motion to compel for change of venue to U.S. District Court, in the

CV-91-78 case on November 24,2003; and **(Ex.CSX-13 & Ex.CSX-14)** Watson's petitions to

U.S. Attorney Leura G. Canary & then Alabama Attorney General Bill Pryor on November 24,

2003, which show had evidence attached & demanded criminal prosecution on the conspirators

in the ongoing conspiracy in the CV-91-78 case.

    **12-A-1.** The certificate of services in **Ex.CSX-5 thru Ex.CSX-8** bound in Exhibit Pack

2 (on file in the CV-04-A-677-N case), show that Watson also served U.S. Attorney's Office in

Montgomery Al. & the Alabama Attorney General Office with his four motions (with attached

exhibits) in the CV-91-78 case on March 21,2003.

    **12-A-2.** The certificate of certificate of service in **Ex.CSX-12** bound in Exhibit Pack 2

(on file in the CV-04-A-677-N case) shows that Watson also served U.S. Attorney Canary &

then Alabama Attorney General Pryor with his objection & motion to compel for change of

venue in the CV-91-78 case on November 24,2004; **and Ex.CSX-12 (par.A on page 2)** show

that Ex.CSX-5 thru Ex.CSX-8 attached to Watson's objection/motion to compel for change of

venue in the CV-91-78 case on November 24,2003, were copies of page 1 of Watson's four

motions in the CV-91-78 case on March 21,2003.

    **12-A-3. Ex.CSX-12 (par.B on page 2)** bound in Exhibit Pack 2 (on file in the

CV-04-A-667-N case) shows that **Ex.CSX-9 thru Ex.CSX-11** that Watson served U.S. Attorney

Canary & then Alabama Attorney General Pryor with Watson's objection & motion to compel

for a change of venue in the CV-91-78 case on November 24,2004, were copies of the Gidiere

Firm's letter & two proposed orders to Judge McFerrin in the CV-91-78 case on October 13,

2003, that are **Ex.CSX-9 thru Ex.CSX-11** bound in Exhibit Pack 2 (on file in the

CV-04-A-677-N case).

    **12-A-4. Ex.CSX-13 (par.1 on page 1) & Ex.CSX-14 (par.1 on page 1)** bound in

Exhibit Pack 2 (on file in the CV-04-A-667-N case) along with Exhibit Pack A (on file in the

CV-04-A-677-N case) show that the other exhibits Watson's filed with his petitions to U.S.

Attorney Canary & then Alabama Attorney General Pryor on November 24,2003, are the exhibits

bound in Exhibit Pack A (on file in the CV-04-A-677-N case); **and** U.S. Attorney Canary & then

Attorney General Pryor did not even respond to Watson's petitions on November 24,2003 (that

demanded criminal prosecution on all the conspirators liable/involved in the ongoing conspiracy

in the CV-91-78 case), because the averments in **Ex.CSX-12** thru **Ex.CSX-14** (bound in Ex. Pk.

2 on file in the CV-04-A-677-N case) show the exhibit evidence Watson provided on November

24, 2003 (exhibits bound in Ex. Pk A on file in the CV-04-A-667-N case), along with the above

(par.12-A & 12-A-1) four motions with attached exhibits Watson had provided to the U.S.

Attorney's Office & Alabama Attorney General Office from the CV-91-78 case on March 21,

2003 (Ex.CSX-5 - Ex.CSX-8), proved that U.S. Attorney Canary & then Alabama Attorney

General Pryor were federal/state coconspirators with Alabama Assistant Attorney General Ellen

Leonard, Assistant U.S. Attorney Kenneth E. Vines, U.S. Magistrate Susan Russ Walker, U.S.

District Judge Mark E. Fuller & Alabama Circuit Judge H. Edward McFerrin, in federal/state

officials & lawyers conspiracy in using fraud to obstruct justice/enforce unconstitutional law the

CV-02-F-1214-N case in U.S. District Court & CV-91-78 case on the amended complaint

(CV-91-78) & notice of removal (CV-02-F-1214-N) Watson filed on October 31,2002, **and also**

that U.S. Attorney Canary & then Alabama Attorney General Pryor were two of the federal/state

officials that Judge McFerrin was conspiring to keep from being brought to justice with Judge McFerrin, Beasley Firm, Gidiere Firm & other lawyers, in the ongoing conspiracy obstruction of justice/enforcement of unconstitutional law in the CV-91-78 case on/after March 21,2003.

**13-A.** The jury demands in the amendment to the amended complaint (7/13/04) is adding claims against the Beasley Firm, Gidiere Firm, Judge McFerrin **and** the federal officials & state official who engaged in obstructing justice/enforcing unconstitutional law on the jury & injunction relief demands in the amended complaint on July 13,2004 (U.S. Senator Shelby, former U.S. Attorney General Ashcroft, U.S. Attorney Canary, U.S. Magistrate Walker, U.S. District Judge Albritton & Alabama Attorney General King): **(1)** for conspiring in the continuation of an illegal judicial search on Defendant Watson in the CV-91-78 case (Plaintiff Beasley Firm being allowed to continue to claim judicial/legal rights to Watson's money with liens/demands that are known to be barred by res judicata); **(2)** for conspiring in the continuance of an illegal judicial seizure of Defendant Watson's property in the CV-91-78 case (the $237,500 plus interest from Plaintiff Watson's pro se settlement with CSX on 2/16/96 being held on Plaintiff Beasley Firm's barred by res judicata liens/demands); and **(3)** for conspiring in the continuance on the conspiracy in the CV-91-78 case, that is defrauding Watson of rights relief (damages) from the Beasley Firm for the damages Defendant Watson incurred in and as a result of the judicial conspiracy on Defendant Watson & civil jury of citizens in the cow case (CV-92-03), which includes the seizure of Defendant Watson's property (Watson's home & property in Lowndes County), which Watson was forced to sell to pay the civil judgment in the cow case (CV-92-03) for a felony crime, **note 1**-that was a fraud/phantom crime, **2**-that the Beasley Firm (Watson's attorneys) & Lowndes County Officials knew they had conspired to

21

frame & mislead the civil jury of citizens to return against Defendant Watson, and **3**-which is also the cause of the above (1 & 2 in par.13-A) ongoing conspiracy illegal judicial search/seizure on Defendant Watson in the CV-91-78 case.

**13-A-1.** Being versed on the search/seizure law and the law on conspiracy, the above (par.13-A) federal/state officials are aware that their & Gidiere Firm's willful engagement with the Beasley Firm in allowing the Beasley Firm to continue to claim judicial/legal rights in the CV-91-78 case to Watson's settlement money with barred by res judicata liens/demands, constitutes said federal/state officials & Gidiere Firm conspiring with Plaintiff Beasley Firm to conduct an unlawful judicial search on Defendant Watson in the CV-91-78 case **and also** an unlawful judicial seizure of Defendant Watson's property in the CV-91-78 case; and **NOTE** all this averments in this amendment to the amended complaint (7/13/04), the corrective copy of the amended complaint (7/13/04) and the above (par.4-A on page 7) four motions to compel, have shown there is well documentation (exhibit court records & other published documents), that proves said federal/state officials & said lawyers/law firms in the above (par.13-A), have conspiracy engagement in said ongoing illegal judicial search/seizure in the above (par.13-A).

**13-A-2. Ex.2-A** & **Ex.6-A** bound in Exhibit Pack A and also Exhibit Pack 3 (on file in the CV-04-A-677-N case) **and** averments of those two exhibits in **Ex.CSX-12 (NOTE to 1-E on pages 16-17)** bound in Exhibit Pack 2 (on file in the CV-04-A-677-N case) show that just Plaintiff Thomas's complaint claims of conversion against Defendant Watson in **Ex.2-A** (which show sued Watson on claims that Watson had been caught trying to sell 26 of 70 cattle at Hooper's on 6/11/91 that Thomas had reported missing to state livestock officers on 5/30/91) and four pages of Plaintiff Thomas's testimony to the jury **(pages 447-450 in Ex.6-A** which

22

show claimed that those 26 cattle had been stolen from Thomas's property after 3:30 PM 6/8/91), proves that by allowing Plaintiff Thomas & plaintiff attorney Butler to claim a different crime to the jury than Thomas had sued Watson for committing, proves Cole Portis (Defendant Watson's attorney) conspired with Plaintiff Thomas and his attorney (Albert Butler) to get the civil jury judgment (CV-92-03) against Defendant Watson by unlawful means, **(NOTE)** the fact Judge Ted Bozeman had duty to see that Plaintiff Thomas & his attorney (Butler) proved the crime Plaintiff Thomas sued Defendant Watson of committing, just Plaintiff Thomas's complaint claims of conversion in **Ex.2-A** and testimony to the jury in **Ex.6-A (pages 447-450)** prove that Judge Bozeman was a coconspirator in getting a civil jury judgment against Defendant Watson in the CV-92-03 case by unlawful means; and **Ex.A-33** bound in Exhibit Pack A and also Exhibit Pack 3 (on filed in the CV-04-A-677-N case), show Watson had to sell his home & property in Lowndes County to pay the judgment in the CV-92-03 case, because the Lowndes County Sheriff served Watson notice on June 22,1995, that he was going to seize and sell Watson's home & property to pay the judgment in the CV-92-03 case.

**13-A-3. Ex.6 & Ex.GF-1** bound in Exhibit Pack DC (which are already on file in the CV-04-A-677-N case in Ex. Pk. SAK) show on December 15,1995, Watson's complaint claims against the Beasley Firm in the CV-95-1944-G case in Montgomery County Circuit Court on September 1,1995 (for legal malpractice in the CV-91-78 & CV-92-03 case and for demanding attorneys fees on the pending CV-91-78 case after withdrawing as Watson's attorneys in the CV-91-78 case), were put on the court's docket for a jury trial to begin on November 18,1996, **and** the averments in **Ex.CSX-5 thru Ex.CSX-8 & Ex.CSX-12** bound in the Exhibit Pack 2 (on file in the CV-04-A-667-N case) along with averments in the corrective copy of amended

23

complaint, show the exhibits Watson filed with the notice of removal in the CV-04-A-677-N case on July 13,2004, proves the following: **(a)** that federal officials conspired to defraud Watson of rights to a jury trial in the CV-94-D-1112-N case in U.S. District Court, on the conspiracy on Watson & jury in the CV-92-03 case and connecting conspiracy in the pending CV-91-78 case that was defrauding Watson of rights to due process against CSX (**note** which included the Beasley Firm demanding attorneys fees after withdrawing as Watson's attorneys to keep Watson from obtaining new counsel & getting a change of venue on the CV-91-78 case), **(b)** that Judge McFerrin conspired with the Beasley Firm & their attorneys (the Gidiere Firm) to keep a jury in the CV-95-1944-G case in Montgomery County Circuit Court (which had already been docketed on 12/15/95 for a jury trial to begin on 11/18/96), from deciding the 40% attorney lien on Watson's money on March 26,1996, **(c)** that state & federal judges have conspired with the Beasley Firm & Gidiere Firm to unlawfully use the CV-94-D-1112-N case & doctrine of res judicata to defraud Watson of rights to a jury trial against the Beasley Firm, **(c-1)** in the CV-95-1944-G case in Montgomery County Circuit (which defrauded Watson of rights to a jury trial on the Beasley Firm's 40% attorney lien/demand on Watson's money on 3/26/96), **(c-2)** in the CV-98-D-1023-N case in U.S. District Court (which defrauded Watson of rights to a jury trial on the Beasley Firm's barred by res judicata 50% attorney lien/demand on Watson's money on 3/14/97), and **(c-3)** in the CV-00-1545-GR case in Montgomery County Circuit Court (which defrauded Watson of rights to a jury trial on the Beasley Firm's barred by res judicata demand on Watson's money on 8/30/99 that fraudulently claimed Watson is barred by res judicata to oppose the Beasley Firm liens/demands on Watson's money that are barred by res judicata).

    **14-A.** In addition to the Beasley Firm being held liable for civil damages to Watson on

24

federal prosecutors malicious civil prosecution of Defendant Watson in the CV-95-T-1445-N case in U.S. District Court (as part of the damages Defendant Watson incurred as a result of the conspiracy on Watson & jury in the CV-92-03 case), the jury demands in the amendment to the amended complaint (7/13/04), is demanding a jury be allowed to hold the Gidiere Firm, Judge McFerrin for civil damages to Watson **and** also the above (par.13-A) named federal/state officials who conspired to obstruct justice/enforce unconstitutional law on the jury & injunction relief demands in the amended complaint on July 13,2004, because the exhibit evidence Watson has on file in the CV-04-A-677-N case proves that U.S. Attorneys (Montgomery Al.) civil suit in the CV-95-T-1445-N case in U.S. District Court (for defaulting on FHA farm loans) was **(a)** malicious civil prosecution of Defendant Watson and **(b)** part of the damages Defendant Watson incurred as a result of the conspiracy on Defendant Watson & civil jury in the CV-92-03 case.

**14-A-1.** Watson defaulted on his FHA farm loans as a result of having to give-up his farming operation on the Risher property, **and** Watson had to give-up his farming operation on the Risher property, because Lowndes County Sheriff John Hulett's conspiracy with Daniel Thomas in June of 1991, **(a)** in covering-up that Thomas had fraudulently reported & imputed Watson in different thefts of the same cattle, and **(b)** in trying to frame Watson of committing crimes on Thomas's property & with Thomas's cattle, to keep Thomas from having to pay damages his astray cattle had caused on the Risher property during April, May & June of 1991.

**14-A-2.** The evidence Watson has on file in the CV-04-A-677-N case proves, **(a)** that before their civil suit (CV-95-T-1445-N) against Defendant Watson, in addition to conspiring to obstruct justice (criminal prosecution) on the conspirators in the CV-92-03 case, U.S. Attorneys (Montgomery Al) were aware & unlawfully allowed U.S. Magistrate Charles S. Coody & U.S.

25

District Judge Ira DeMent to conspire with the conspirators (CV-92-03), to obstruct civil prosecution of the conspirators (CV-92-03) in the CV-94-D-1112-N case in U.S. District Court, **(b)** that after their civil suit (CV-95-T-1445-N) against Defendant Watson, in addition to continuing to conspire to obstruct justice on criminal prosecution, U.S. Attorney's have conspired with the partners of the Beasley Firm, the Beasley Firm's attorneys (partners of the Gidiere Firm), Judge McFerrin, then Alabama Attorney General Pryor & Pryor's assistants, and also U.S. Magistrate Vanzetta Penn McPherson & U.S. District Judge Ira DeMent in the CV-98-D-1023-N case in U.S. District Court and with U.S. Magistrate Susan Russ Walker & U.S. District Judge Mark E Fuller in the CV-02-F-1214-N case in U.S. District Court, to keep the Beasley Firm from being held liable to Watson **(1)** for the damages that Defendant Watson incurred in and result of the conspiracy on Defendant Watson & civil jury in the CV-92-03 case and **(2)** for federal/state officials & lawyers conspiracy in keeping Watson's money unlawfully held in the CV-91-78 case on the Beasley Firm's barred by res judicata demands thereon..

**15-A.** Because of the above (14-A - 14-A-2), on behalf of himself and citizens of Alabama & United States, Watson is again demanding in the injunction relief demands in the amendment to the amended complaint (7/13/04), justice on federal attorneys and federal magistrates/judges unlawfully using their federal positions and federal taxpayers money to conspire to obstruct justice on federal government being repaid federal loans (which was federal taxpayers money): **(a)** because if federal attorneys, federal magistrates/judges had not unlawfully used their federal positions & federal taxpayers money to conspire to obstruct criminal & civil justice, Watson could & would have paid off his federal loans (which was federal taxpayers money) from the damages he received in federal court (CV-94-D-1112-N) from the conspiring

26

plaintiffs in the CV-92-03 case (Daniel & Cecil Thomas) and conspiring lawyers in the

CV-92-03 case (defendant attorneys Beasley Firm & plaintiff attorney Butler); and **(b)** because

the evidence Watson filed in the CV-04-A-677-N case on July 13,2004 and filing with the notice

of removal on the amendment to the amended complaint (7/13/04), proves that federal attorneys

and federal magistrates/judges intend to continue to unlawfully use their federal positions &

federal taxpayers money to conspire to obstruct criminal & civil justice on federal attorneys,

federal magistrate/judges unlawfully using their federal positions & federal taxpayers money to

conspire to obstruct criminal/civil justice.

 **16-A. Ex.DC-CD-1, Ex.DC-CD-2** bound in Exhibit Pack DC show that U.S. Magistrate

Susan Russ Walker was listed as co-presiding with U.S. District Judge W. Harold Albritton, III

and the U.S. Attorney in Montgomery Al. was listed as representing the United States of

America in the CV-04-A-677-N case on July 19,2004 (Ex.DC-CD-1) and on August 27,2004

(Ex.DC-CD-2), **and** those facts in **Ex.DC-CD-1 & Ex.DC-CD-2** along with **Ex.DC-O** bound

in Exhibit Pack DC, show that with Magistrate Walker co-presiding & the Montgomery Al. U.S.

Attorney representing the United States, Judge Albritton remanded the amended complaint

(7/13/04) back to the CV-91-78 case on July 23,2004.

 **16-A-1.** The corrective copy of the amended complaint on July 13,2004 (par.57 on pages

36-37) **and** the notice of removal (par.2 on pages 2-3) show that Judge Albritton knew the

presiding magistrate & district judge could not be bias and also that Magistrate Walker had

conflict of interest, because of the following magistrates & district judges have criminal & civil

liability to the State of Alabama & its citizens and United States & its citizens in the injunction

relief demands in the amended complaint on July 13,2004 (for conspiring to obstruct justice &

enforce unconstitutional law in cases in U.S. District Court in Montgomery Al): U.S. Magistrate

Charles S. Coody (CV-94-D-1112-N case); U.S. Magistrate Vanzetta Penn McPherson

(CV-98-D-1023-N case); U.S. MAGISTRATE SUSAN RUSS WALKER (CV-02-F-1214-N

case); U.S. District Judge Ira DeMent (CV-94-D-1112-N & CV-98-D-1023-N cases); U.S.

District Judge Myron H. Thompson (CV-01-T-1268-N case); and U.S. District Judge Mark E.

Fuller (CV-02-F-1214-N case).

**16-A-2.** The above (par.12-A - 14-A-2) shows that Judge Albritton also knew that

because of U.S. Attorney Canary & other federal attorneys in the Montgomery Al. U.S.

Attorney's Office criminal/civil liability to the State of Alabama & its citizens and to the United

States & its citizens in the injunction relief demands in the amended complaint/notice of

removal on July 13,2004, U.S. Attorney Canary and the other federal attorneys in the U.S.

Attorney's Office in Montgomery Al., had conflict of interest on representing the United States

& its citizens.

**16-A-3.** The corrective copy of the amended complaint (par. B on page 2, par.6 on

page 4,  par.9 on pages 5-6 & par.54 - 55 on pages 35-36) and notice of removal (par.7 on page

5) Watson filed in the CV-04-A-677-N case on July 13,2004, show Judge Albritton knew that

U.S. Senator Shelby & U.S. Attorney General Ashcroft **(1)** were the federal officials Watson had

served with the amended complaint (7/13/04) with summons and **(2)** the two federal officials

who were to file answers/responses thereof, **(a)** because the criminal & civil injunction relief

being demanded against federal justice officials (in Montgomery Al. & Washington DC) for

conspiracy obstruction of justice/enforcement of unconstitutional law included federal officials

in Washington DC withholding evidence from the U.S. Congress (which caused President Bush

28

to make his senate recess appointment of then Alabama Attorney General Pryor to the U.S. 11th

Court of Appeals on 2/20/04), **(b)** that in addition to impeaching U.S. 11th Circuit Appeal Judge

Pryor and the above (par.16-A-1) three federal district judges, because Washington DC federal

justice officials had conspired to withhold evidence from the U.S. Congress so Montgomery Al.

federal officials could continue to conspire with state officials & lawyers to defraud the State of

Alabama & its citizens of an honest to judicial system, demanded the U.S. Congress to assign

special investigators & prosecutors to hold the racketeering conspiring federal justice officials

(in Washington DC & Montgomery Al.) state executive, legislative judicial officials of Alabama

and lawyers criminally & civilly liable to the State of Alabama & its citizens and to the United

States & its citizens.

**16-A-4.** Being versed on federal law, Judge Albritton knew **(a)** that giving State Judge

McFerrin jurisdiction over his and other state officials racketeering conspiracy crimes on

Watson's civil rights & property and on this nation's bill of rights & citizens rights/interests

thereunder was in violation of U.S. Title 28 (§ 1343) and **(b)** that giving State Judge McFerrin

jurisdiction over federal officials racketeering conspiracy crimes on Watson civil rights &

property and this nation's bill of rights & citizens rights/interest thereunder was in violation of

U.S. Title 28 (§ 1346).

**17-A.** The notice of removal (par.1 on pages 1-2 verses par.10 on pages 6-7) that Plaintiff

Watson filed in the CV-04-A-677-N case on July 13,2004, shows that Watson claimed he had

rights to remove the jury & injunction relief demands in the amended complaint (CV-91-78)

from state court under U.S. Title 28 (§ 1343), **(a)** because the conspiracy in the CV-02-F-1214-N

case in U.S. District Court had obstructed justice/enforced unconstitutional law on Plaintiff

29

Watson's rights to due process of law on the ongoing conspiracy in the CV-91-78 case in which

Judge McFerrin was conspiring to deprive Watson of his rights to due process of law **(a-1)** on the

barred by res judicata demands the Beasley Firm filed in the CV-91-78 case on Watson's

settlement money from CSX, and **(a-2)** to collect the damages Watson incurred & as a result of

being the defendant in the CV-92-03 case, and **(b)** because in the CV-91-78 case, Judge

McFerrin was continuing to conspire to deprive Watson of his rights to due process of law **(b-1)**

on the Beasley Firm's barred by res judicata demands on Watson's settlement money, and **(b-2)**

on Watson's rights to the damages he incurred & as a result of being the defendant in the

CV-92-03 case; **and Ex.DC-O** bound in Exhibit Pack DC shows that in the CV-04-A-677-N

case on July 23,2004, Judge Albritton remanded the amended complaint (7/13/04) back to Judge

McFerrin in the CV-91-78 case, on grounds that U.S. Title 28 (§ 1343) allows only a defendant

& not the plaintiff to remove a case from state court.

 **17-A-1. Ex.FC-21 (page 1 & par.3 - 3-C on pages 2-3)** and **Ex.FC-26 (page 1 & par.3**
**- 3-C on pages 3-4)** bound in Exhibit Pack 4-A (on file in the CV-04-A-677-N case), show that

the federal complaints to replace/amend claims in the notice of removal/amended complaint that

Watson filed in the CV-02-F-1214-N case on February 7,2003 (Ex.FC-21) and February 21,2003

(Ex.FC-26), both stated that the relief Plaintiff Watson was demanding in that case was on an

ongoing conspiracy in the CV-91-78 case on Watson's equal rights & property in which Judge

McFerrin was conspiring to enforce unconstitutional law **(a)** on Judge McFerrin's conspiracy

with the Beasley Firm in keeping Watson's (the defendant) money unlawfully held in the

CV-91-78 case on the Beasley Firm (the plaintiff) barred by res judicata demands thereon, and

**(b)** on Watson's rights to civil damages from the Beasley Firm for the civil damages the

30

unlawful judgment in the CV-92-03 case had caused Defendant Watson to incur.

**18-A.** Watson has just cause to claim that Judge Albritton's remand Order (7/23/04) is not enforceable (because of the court's clerk failure to follow the appropriate steps to effect the remand) **and** also that Watson has rights to remove the amendment to the amended complaint back to the CV-04-A-677-N case, **(a)** because even though Watson was the party who initiated the CV-04-A-677-N case by filing the notice of removal on July 13,2004, Watson was not served with Judge Albritton's remand Order in the CV-04-A-677-N case on July 23,2004, **(b)** because Watson became aware of the existence of said remand order (7/23/04) on August 24,2004, through the Beasley Firm's motion to dismiss in the CV-91-78 case on August 9,2004 **(see Ex.BF-M/D** bound in Ex. Pk. DC), which shows claimed that by order on July 23,2004, Judge Albritton remanded the amended complaint back to the CV-91-78 case on grounds of lack of jurisdiction, **(c)** because Watson obtained his copy of said remand order **(Ex.DC-O** bound in Ex. Pk. DC), by paying the clerk the fee to make him a copy of said remand order (/7/23/04) and the civil docket **(Ex.DC-CD-2** bound in Ex. Pk. DC) on August 27,2004, **(d)** because as **Ex.DC-O** bound in Exhibit Pack DC shows, Watson's copy of said remand order (which Watson paid the clerk to make him a copy of on 8/27/04) is not signed & states was signed by Judge Albritton, and **(e)** because **Ex.DC-O** shows that Judge Albritton DIRECTED the clerk to take appropriate steps to effect the remand **and** by the clerk having failed to this date to serve Watson (the initiating party) with a signed copy of said remand order (7/23/04), the appropriate steps have not been taken to effect the remand, gives Watson rights to file & to remove the amendment to the amended complaint (7/13/04) in the CV-04-A-677-N case in U.S. District Court.

**18-A-1.** Watson became aware of the existence of said remand order (7/23/04) through the Beasley Firm's motion to dismiss in the CV-91-78 case on August 9,2004, which the U.S. Postal Service delivered/served on Watson on August 24,2004 as a result of the Beasley Firm's motion to dismiss (8/9/04) having to be re-mailed to Watson at the address shown/stated in the amended complaint/notice of removal on July 13,2004 (4362 Eastmont Drive, Montgomery Al. 36109), because **Ex.BF-M/D (see address Watson was served in certificate of service on page 3)**, shows/states that Jack . B. Hinton, Jr. of the Gidiere Firm mailed the Beasley Firm's motion to dismiss in the CV-91-78 case on August 9,2004, to Watson at 1620 London Town Lane, Montgomery Al. 36117, which was a non-deliverable/non-serviceable address for the U.S. Postal Service to deliver/serve Watson with the Beasley Firm's motion to dismiss in the CV-91-78 case on August 9,2004.

**18-A-2.** Additional grounds for Watson to remove the amendment to the amended complaint (7/13/03) to the CV-04-A-677-N case are: **(a)** that when Watson became aware of the existence of Judge Albritton's remand Order (7/23/04) on August 24,2004, through the Beasley Firm's motion to dismiss (9/8/04) in the CV-91-78 case as a result of the above (par.18-A-1), the Beasley Firm, state officials of Alabama and federal officials of the United States, were all due to be held in default in the CV-04-A-677-N case, for failing to file answers/responses within 30 days to the amended complaint/notice removal on July 13,2004; **(b)** because to this date federal/state officials have yet to file answers/responses in the CV-91-78 case to the injunction relief demands in the amended complaint (7/13/04), that the CV-04-A-677-N case in U.S. District Court had jurisdiction over under U.S. Title 28 (§ 1343 & § 1346), **(c)** because being required to remove the amended complaint (7/13/04) from the CV-91-78 case back to U.S.

32

District Court under U.S. Title 28 (§ 1442), (because under U.S. Title 28, § 1346, state court does not have jurisdiction over cases in which there are federal defendants), played a major roll in federal officials refusing to file answers & responses in the CV-91-78 case to the amended complaint (7/13/04), and **(d)** because with the State of Alabama & United States clearly being in default (because federal officials & state officials have refused to file answers/responses in the CV-91-78 case), under U.S. Title 28 (§ 1343 & § 1346) U.S. District Court has to take jurisdiction over the notice of removal on the amendment to the amended complaint (7/13/04).

**19-A.** The injunction relief demands in amendment to the amended complaint (7/13/04) is demanding the clerk/clerks of the U.S. District Court be held in contempt of court, if the clerk/clerks refuses to allow Watson to file the notice of removal on the amended complaint (7/13/04) in the CV-04-A-677-N case, **(a)** because Watson has shown in the above (par.18-A), by having failed to serve Watson with Judge Albritton's remand Order in the CV-04-A-677-N case on July 23,2004, the clerk/clerks have not taken the appropriate steps to effect the remand, **(b)** because Watson paid the fee on July 13,2004, for a jury trial on the jury demands in the amended complaint/notice of removal (7/13/04), and **(c)** because requiring Watson to pay the fee for a jury trial again to cover-up the clerk/clerks failures to appropriately effect the remand, would be a willful act of contempt by the federal clerk/clerks, on citizens rights/interests to justice in federal court in a case involving/demanding justice on the conspiring federal judges in the federal court.

**19-A-1.** The below (par.21-A-3 on pages 39-42) averments on **Ex.FC-19, Ex.FC-22, Ex.FC-23 & Ex.FC-27** bound in Exhibit Pack 4 in the CV-04-A-677-N and **Ex.FC-20, Ex.FC-21 & Ex.FC-24 thru Ex.FC-26** bound in Exhibit Pack 4-A in the CV-04-A-677-N case, show that Clerks Debra P. Hackett & Sheryl Lent were unlawfully used by U.S. Magistrate

33

Walker & U.S. District Judge Fuller, or conspired in obstructing justice on the above (17-A-1 on pages 30-31) federal complaints Watson filed in the CV-02-F-1214-N case on February 7,2004 (Ex.FC-21 which shows added & sued Magistrate Walker for conspiring to obstruct justice & enforcing unconstitutional law in the CV-02-F-1214-N case) and February 21,2003 (Ex.FC-26 which shows added & sued Judge Fuller for conspiring with Magistrate Walker to obstruct justice/enforcing unconstitutional law in the CV-02-F-1214-N case).

**20-A.** In the above (4-A on page 7) motion to compel for lawyer, state & federal defendants/plaintiffs to be held in contempt of court, Watson is demanding: **(a)** that in addition to conspiring to use fraud to try to evade in the Beasley Firm's motion to dismiss in the CV-91-78 case on August 9,2004, that Hinton of the Gidiere Firm also be held in contempt of court for refusing to serve federal & state officials with the Beasley Firm's motion dismiss in the CV-91-78 case on August 9,2004, because the certificate of services in **Ex.FC-5, Ex.FC-6, Ex.FC-12, Ex.FC-18, Ex.CSX-1 thru Ex.CSX-3,** along with the averments in **Ex.FC-9 & Ex.FC-14** which are all bound in Exhibit Pack A on file in the CV-04-A-677-N case, show that Hinton knew the lawyer, state & federal defendants attorneys (which included Hinton as the Beasley Firm's attorney) illegally got away with doing that in their motions in the CV-02-F-1214-N case in U.S. District Court and/or CV-91-78 case; **(b)** that U.S. Senator Shelby, former U.S. Attorney Ashcroft, U.S. Attorney Canary & Alabama Attorney General King be held in contempt of court, for their engagement in answers/responses not being filed in the CV-91-78 case to keep federal/state officials & lawyers from being criminally/civilly held liable to the State of Alabama & its citizens and to the United States & its citizens; and **(c)** that U.S. Magistrate Walker & U.S. District Albritton be held of contempt of court, for their engagement

34

in obstructing justice & enforcing unconstitutional law in the CV-04-A-677-N case on federal jury & injunction relief demands in the amended complaint/notice of removal on July 13,2004.

**21-A.** Because the pleadings & exhibits Watson filed in the CV-02-F-1214-N case & CV-04-A-677-N case in U.S. District Court along with **Ex.DC-CD-1, Ex.DC-CD-2 & Ex.DC-O** bound in Exhibit Pack DC are persuasive evidence thereof, Watson is also demanding in the motion to compel for lawyers, state & federal defendants/plaintiffs be held in contempt of court, that State Circuit Judge H. Edward McFerrin, State Circuit Judge Sally M. Greenhaw, U.S. Magistrate Susan Russ Walker, U.S. District Judge Mark E Fuller & U.S. District Judge W. Harold III be held in contempt of court, because of their connecting conspiracy engagement in defrauding Watson of rights to even a hearing in cases in which Watson demanded **(a)** citizens constitutional rights to due process & protection against judges conspiring to obstruct justice & enforce unconstitutional law on prior conspiracy obstructions justice/enforcements of unconstitutional law judges engaged in and **(b)** for Watson's money Judge McFerrin is holding in the CV-91-78 case to be transferred to U.S. District Court for a jury trial on Watson & Beasley Firm's counterclaims thereon.

**21-A-1. Ex.L1 thru Ex.L-8** bound in Exhibit Pack 1 on file in the CV-02-F-1214-N case in U.S. District Count show the following: **(a)** that to keep from having to transfer Watson's money to U.S. District Court and allow a jury to decide Watson & Beasley Firm's counterclaims thereon, in his Order on April 17,2002 (Ex.L-2) & Amended Order on April 18,2002 (Ex.L-3), Judge McFerrin disallowed/struck Watson's amended complaint in the CV-91-78 case on April 2,2002 (Ex.L-1), that sued Judge McFerrin, partners of the Beasley Firm, Hinton of the Gidiere Firm & U.S. Attorney's Office (Montgomery Al.), for fraud, conspiracy & racketeering; and **(b)**

35

that Judge McFerrin defrauded Watson of rights to even a hearing on Watson's motion to compel

for a hearing in the CV-91-78 case on June 18,2002 (Ex.L-8), which shows demanded a hearing

**(b-1)** on Watson's motion to vacate or rescind on April 24,2004 (Ex.L-4), **(b-2)** on Watson's

motion to compel for amended order to be vacated or rescinded on May 1,2002 (Ex.L-5), **(b-3)**

on Watson's motion to compel for recusal on May 1,2002 (Ex.L-6), and **(b-4)** Watson's motion

to compel for a change of venue on June 18,2002 (Ex.L-7); **and** the averments in **Ex.L-4 thru**

**Ex.L-8** show that Judge McFerrin knew he had conspired to use fraud to disallow/strike

Watson's amended complaint (4/2/02) before the federal defendants (U.S. Attorneys) had to file

an answer/response thereof, because the federal defendants would have had to remove the

amended complaint (4/2/02) to U.S. District Court (because state court did not have jurisdiction

over Watson's claims against federal attorneys for committing fraud, conspiracy & racketeering

crimes on Watson's civil rights & property), which would have required Watson's money to also

be transferred to U.S. District Court for a federal civil jury to decide, **(1)** if the Beasley Firm was

entitled to Watson's money that Judge McFerrin had held in the CV-91-78 case for over six (6)

years, or **(2)** that the Beasley Firm be held liable to Watson for Judge McFerrin, Beasley Firm,

Hinton of the Gidiere Firm & U.S. Attorneys long running conspiracy **(2-a)** in keeping Watson's

money unlawfully held in the CV-91-78 case for over six (6) years on the Beasley Firm barred by

res judicata demands thereon and **(2-b)** depriving/interfering with Watson of his rights to due

process & protection, on Judge McFerrin, Beasley Firm, Hinton of the Gidiere Firm & U.S.

Attorneys conspiracy in keeping Watson's money unlawfully held in the CV-91-78 case for over

six (6) years on the Beasley Firm's barred by res judicata demands thereon.

    **21-A-2. Ex.M-1 thru Ex.M-15** bound in Exhibit Pack 10 on file in the

CV-04-A-677-N case and bound in Exhibit Pack 6 (Part 1) on file in the CV-02-F-1214-N case show the following in the Watson v. Judge McFerrin case (CV-02-2048-GR) in Montgomery County Circuit Court: **(a)** that the memorandum brief in support of motion to dismiss that Assistant Attorney General Fred F. Bell filed on September 4,2002 (Ex.M-4) along the a motion to dismiss (Ex.M-3), acknowledged that Judge McFerrin and also the State of Alabama could be held liable for Watson's conspiracy complaint claims against Judge McFerrin (Ex.M-1, for conspiring to obstruct justice on Watson's amended complaint in the CV-91-78 case on 4/2/02) **and** also Watson's abuse of process amended complaint claims against Judge McFerrin (Ex.M-2); **(b)** that on September 18,2002, Plaintiff Watson filed a motion to strike or disallow defendant's motion to dismiss (Ex.M-5), motion for injunction order (Ex.M-6) and statement on undisputed facts in support of Plaintiff Watson's motion to strike or disallow (Ex.M-5) & motion for injunction order (Ex.M-6) **and** the averments in those exhibits (Ex.M-5 - Ex.M-7) show that because Watson filed exhibit court records that proved Judge McFerrin had on April 17 & 18, 2002 and was currently continuing to conspire to obstruct justice/enforce unconstitutional law in the CV-91-78 case on Watson's amended complaint on April 2,2002, in order to keep from having to transfer the amended complaint (4/2/04) & Watson's money to U.S. District Court and a federal jury holding the Beasley Firm liable for Judge McFerrin, Beasley Firm, Hinton of the Gidiere Firm & U.S. Attorneys above (par.21-A-1) long running conspiracy on Watson's civil rights & property in the CV-91-78 case, demanded that Judge McFerrin's motion to dismiss be struck or disallowed **and** gave Watson rights to a judgment on the demands in his motion for injunction order (Ex.M-6), that demanded **1**-for Judge McFerrin to be ordered to rescind his unlawful orders on April 17 & 18,2002 and transfer Watson's amended complaint & money to

37

U.S. District Court for a jury trial and **2**-that $2,000 compensatory damage & $20,000 punitive

damage be imposed on Judge McFerrin for conspiring to obstruct justice/enforce

unconstitutional law on Watson's amended complaint (4/2/04); **(c)** that Judge Johnny

Hardwick's recusal of himself on September 24,2002 (Ex.M-8) and Judge Tracy S. McCooey's

recusal of herself on September 30,2002 (Ex.M-9), allowed Judge Greenhaw to be assigned &

quickly dismiss that case on October 2,2002 (Ex.M-10); **(d)** that on October 15,2002

(Ex.M-12), Judge Greenhaw defrauded Watson of rights to even a hearing on the combination

motion Watson filed on October 11,2002 (Ex.M-11) which shows demanded Judge Greenhaw to

rescind of vacate her order (Ex.M-10), demanded Judge Greenhaw to recuse herself **&**

demanded a change of venue to federal court; **(e)** that on October 30,2002 (Ex.M-14) Judge

Greenhaw defrauded Watson of his rights to even a hearing on the objection to Judge

Greenhaw's Order (10/15/02) that Watson filed on October 25,2002 (Ex.M-13), **and** the

averments in Ex.M-11 & Ex.M-13 show that Judge Greenhaw knew that Watson had proved

from the exhibits Watson filed in that case, because the ongoing conspiracy in the CV-91-78

case was covering-up that in the Watson v. Beasley Firm (CV-00-1545-GR) on July 30,2001,

Judge Greenhaw had conspired with the Beasley Firm & Hinton of the Gidiere Firm to

unlawfully use doctrine of res judicata/collateral estopped & the CV-94-D-1112-N case in U.S.

District Court to dismiss Watson's claims against the Beasley Firm for legal malpractice in the

CV-91-78 & CV-92-03 case & for demanding to be paid attorney fees from the proceeds of

Watson's settlement with CSX, Judge Greenhaw knew she was conspiring to obstruct justice &

enforce unconstitutional law in the Watson v. Judge McFerrin case (CV-02-2048-GR), to keep

Watson's amended complaint (4/2/02) & money from being transferred to U.S. District Court

and a federal jury also holding the Beasley Firm liable for Judge Greenhaw, Beasley Firm &

Hinton of the Gidiere Firm's conspiracy in the CV-00-1545-GR case on July 30,2001; and **(f)**

because of the U.S. Attorney's Office (Montgomery Al.) conspiracy engagement in the ongoing

conspiracy on Watson's civil rights & property in the CV-91-78 case **and** getting his amended

complaint (4/2/02) & money transferred to U.S. District Court for a jury trial was the primary

relief Watson sought in the Watson v. Judge McFerrin case (CV-02-2048-GR), the certificate of

services in Ex.M-5 thru Ex.M-7, Ex.M-11 & Ex.M-13 show that Lynn Zentner (Legal Counsel

for the Executive Office for U.S. Attorneys in Washington DC) was served with the pleadings &

exhibits Watson filed in the Watson v. Judge McFerrin case (CV-02-2048-GR), that proved

Judge Greenhaw's above (a - e in par.21-A-2) conspiracy in the Watson v. Judge McFerrin case

(CV-02-2048-GR), obstructed justice/enforced unconstitutional law on Judge McFerrin's above

(par.21-A-1) ongoing conspiracy obstruction of justice/enforcement of unconstitutional law in

the CV-91-78 case, on Judge McFerrin, Beasley Firm, Hinton of the Gidiere Firm & U.S.

Attorney's Office (Montgomery Al) ongoing conspiracy on Watson's civil rights & property.

    **21-A-3. Ex.FC-3, Ex.FC-9 thru Ex.FC-14, Ex.FC-19, Ex.FC-22, Ex.FC-23,**

**Ex.FC-27 & Ex.CSX-1 thru Ex.CSX-3** bound in Exhibit Pack 4 on file in the

CV-04-A-677-N case, along with **Ex.FC-11, Ex.FC-15, Ex.FC-16, Ex.FC-20, Ex.FC-21 &**

**Ex.FC-24 thru Ex.FC-26** bound in Exhibit Pack 4-A on file in the CV-04-A-677-N case, show

the following in the CV-02-F-1214-N case in U.S. District Court: **(a)** that in her

recommendation on January 29,2003 (Ex.FC-19), Magistrate Walker refused to even

acknowledge that Watson had filed a motion to compel for hearings on Watson's pending

motions on January 10,2003 (Ex.FC-16), which shows demanded hearings **(1)** on Watson's

motion to deny on December 18,2002 (Ex.FC-9), which shows demanded the attorneys for the

attorney & state defendants be held liable for their failure to serve each other & the federal

defendants (Ex.FC-5, Ex.FC-6 & Ex.CSX-1 - Ex.CSX-3), demanded the state defendants be held

in default & Assistant Attorney General Leonard be held in contempt of court  because Leonard

had filed a motion to strike in the CV-91-78 case on December 2,2002 (Ex.CSX-3), that Leonard

knew federal court had jurisdiction of, and that demanded the federal defendant be held in

default for failing to file an answer within 30 days, **(2) NOTE** on Watson's motion for a order to

remove money in state court to U.S. District Court (CV-02-F-1214-N) on December 18,2002

(Ex.FC-10), **note** which Watson showed therein he had rights & demanded that his money be

removed from state court (CV-91-78) to federal court (CV-02-F-1214-N) for a jury trial on

Watson & Beasley Firm's counterclaims thereon, **(3)** on Watson's motion for a order to put a

stay of Watson's appeal of the Watson v. Judge McFerrin case (CV-02-2048-GR) to the Alabama

Court of Civil Appeals (AV2020172) on December 23,2002 (Ex.FC-11), which should have

been granted because U.S. District Court (CV-02-F-1214-N) had jurisdiction over the above

(par.21-A-1 - 21-A-2) connecting conspiracies obstructions of justice/enforcements of

unconstitutional law in the CV-91-78 case & CV-02-2048-GR case that kept the claims in

Watson's amended complaint (4/2/02) & money from being transferred to U.S. District Court for

a jury trial on Watson & Beasley Firm's counterclaims on Watson's money, **(4)** on Watson's

motion for the Court to reconsider Defendant U.S. Attorney's motion for extension of time on

January 2,2002 (Ex.FC-14 vs. Ex.FC-12 & Ex.FC-13), which shows that in addition to

re-demanding justice on the demands in Watson's motion to deny on December 18,2002

(Ex.FC-9), demanded that Assistant U.S. Attorney Vines be held liable for refusing to serve the

lawyer & state defendants attorneys with the federal defendants motion for extension of time on December 23,2002 (Ex.FC-12) **and also** held in contempt of court, for fraudulently claiming in the federal defendants motion for extension of time on December 23,2002 (Ex.FC-12 that the federal defendants had not been served with the amended complaint Watson filed on 10/31/02), to keep the federal defendants from being held in defraud on Watson's demand thereof in his motion to deny on December 18,2002 (Ex.FC-9), and **(5)** on Watson's request for a hearing on Watson's pending motion for a order to put stay on appeal on January 2,2003 (Ex.FC-15 vs. Ex.FC-11);   **(b)**   that on February 11,2003 (Ex.FC-22) the Clerk returned Watson's federal amended complaint on February 7,2003 (Ex.FC-21 that had added Magistrate Walker, U.S. Attorney Canary & Assistant U.S. Attorney Vines as defendants with the defendants in the amended complaint/notice of removal), because Watson had not filed a motion for leave to amend **and** before Watson could file his federal amended complaint with a motion for leave to amend, on February 12,2003 (Ex.FC-23) Judge Fuller defrauded Watson of his rights to hearing on the objection to recommendation of magistrate & motion compelling for recusal of magistrate Watson filed on February 7,2003 (Ex.FC-20), that Watson his filed with the federal amended complaint (Ex.FC-21) and **(NOTE)** the averments in Ex.FC-20 & Ex.FC-21 show that Judge Fuller knew Watson had proved that Assistant U.S. Attorney Vines (on behalf of U.S. Attorney Canary) & Magistrate Walker had conspired to obstruct justice/enforce unconstitutional law in the CV-02-F-1214-N case, on the claims in the amended complaint/notice of removal Watson had filed on October 31,2002;   **(d)**   that on February  25, 2003 (Ex.FC-27), Judge Fuller defrauded Watson of his rights to a hearing on the motion to compel for order (Ex.FC-23) to be rescinded or vacated & motion to compel for recusal of district judge Watson filed on February

41

21,2003 (Ex.FC-24) **and also** the motion for leave to amend that Watson filed on February 21,

2003 (Ex.FC-25), along with a federal amended complaint (Ex.FC-26) that had added Judge

Fuller with Magistrate Walker, U.S. Attorney Canary & Assistant U.S. Attorney Vines as

defendants with the defendants in the amended complaint & notice of removal, and **(NOTE)** the

averments in Ex.FC-1, Ex.FC-3 & Ex.FC-24 thru Ex.FC-26 show that because of their

conspiracy engagement in and/or for unlawfully refusing to uphold their duty to take action on

the above (21-A-1 - 21-A-2) connecting conspiracy obstructions of justice/enforcements of

unconstitutional law in the CV-91-78 case & CV-02-2048-GR case, Judge Fuller knew he was

conspiring to obstruct justice/force unconstitutional law in the CV-02-F-1214-N case, on

Watson's rights to add & sue Judge Fuller, Magistrate Walker, U.S. Attorney Canary & Assistant

U.S. Attorney Vines with the following: **(federal defendants)** U.S. Attorney Lynn A. Zentner

(Counsel for the EOUSA in Washington DC) & U.S. Attorney's Office (Montgomery Al.); **(state**

**defendants)** Gov. Don Siegelman, Lt. Gov. Steve Windom, Speaker of the House (Rep.) Seth

Hammett, Justices on the Alabama Supreme Court (January 2002), Attorney General William H.

Pryor, Jr., Assistant Attorney General Fred F. Bell, Circuit Judge Sally M. Greenhaw & Circuit

Judge H. Edward McFerrin; and **(attorney defendants)** partners of the Beasley Firm & partners

of the Gidiere Firm.

 **21-A-4. Ex.CSX-5 thru Ex.CSX-8 & Ex.CSX-12** bound in Exhibit Pack 2 on file

in the CV-04-A-677-N case show: **(a)** that since March 21,2003, Judge McFerrin has been

defrauding Watson of rights to a hearing in the CV-91-78 case, **(1)** on Watson motion to compel

for Judge McFerrin to rescind or vacate his Order on February 26,2003 **and** to recuse himself

Ex.CSX-5), **(2)** on Watson's motion for judgment of default against the United States (federal

defendants, Ex.CSX-6), which shows Watson was due because the federal defendants never filed

an answer in the CV-91-78 case to Watson's amended complaint on October 31,2002 **and also**

because Watson proved that Assistant U.S. Attorney Vines had lied in U.S. District Court

(CV-02-F-1214-N) on December 23,2002, to keep the federal defendants from being held in

default on Watson's motion thereof on December 18,2002 (for failing to file an answer within 30

days), **(3)** on Watson motion to compel for change of venue & transferal of money to U.S.

District Court for a jury trial (Ex.CSX-7), and **(4)** on Watson's motion for leave to amend

(Ex.CSX-8), which is asking Judge McFerrin for permission to sue Judge McFerrin, state

officials, federal justice officials & lawyers for their conspiracy crimes of fraud to keep a federal

jury from deciding the claims in Watson's amended complaint on October 31,2002; and

**(b)** Watson's objection & motion to compel for change of venue to U.S. District Court on

November 24,2003 **(Ex.CSX-12 (par.10 - 11 on pages 37-38)** which shows Judge McFerrin

knew that since March 21,2003, he had been conspiring to obstruct justice on Watson's the

above four motion (Ex.CSX-8 - Ex.CSX-8), that Judge McFerrin did not have jurisdiction over

Watson & Beasley Firm's counterclaims on Watson's money Judge McFerrin is holding; **and** all

the averments in **Ex.CSX-12** show that Judge McFerrin is well aware that he is conspiring to

keep Watson's money unlawfully held in the CV-91-78 case on the Beasley Firm fraud demands

thereon, in order to keep himself, partners of the Beasley, partners of the Gidiere Firm and a host

of state & federal officials from being brought to justice by a federal jury of citizens, for the

conspiracy crimes they engaged in or allowed to be unlawfully committed on citizens rights as

jurors in the courts to protect citizens from judges & attorneys from conspiring in the court to

defraud citizens of their property and/or rights to due process of law in the courts.

**21-A-5.** The corrective copy of the amended complaint on July 13,2004 (par. 52 - 53 on

pages 35-36 & par.58 on pages 37-38), and the notice of removal (par.6 on page 5) demanded a

hearing on Watson's motion for junction order that orders the Circuit Clerk of Lowndes County

to transfer money being held in the CV-91-78 case to U.S. District Court for a jury trial, if that

motion was not granted, because Magistrate Walker & Judge Fuller defrauding Watson of his

rights to a hearing on his motion for the same in the CV-02-F-1214-N case on December 18,

2002, was one of the conspiracy scams federal justice officials had used to obstruct justice &

enforce unconstitutional law on a federal jury of citizens deciding the claims in Watson's

amended complaint/notice of removal on October 31,2002; **and** the above (par.16-A  -  16-A-1

on pages 27-28) averments on **Ex.DC-CD-1, Ex.DC-CD-2  &  Ex.DC-O** bound in Exhibit

Pack DC, the corrective amended complaint (7/13/04) & notice of removal along with all the

averments in the corrective copy on the amended complaint (7/13/04) and in the notice of

removal & motion for injunction order Watson filed in the CV-04-A-677-N case on July 13,

2004, are persuasive, **(a)** that Judge Albritton knew that because Magistrate Walker & Judge

Fuller had conspired with federal, state & lawyer defendants and their attorneys to use fraud to

keep Watson's money from being transferred and a federal jury in the CV-02-F-1214-N case

from deciding Watson & Beasley Firm's counterclaims thereon, Watson had rights to an

injunction order that removed Watson's money from the CV-91-78 case to U.S. District Court

(CV-04-A-677-N) for a federal jury to decide Watson & Beasley Firm's counterclaims thereon,

and **(b)** that remanding the amended complaint (7/13/04) on July 23,2004 with Watson's pending

demand for a hearing on his motion for injunction order for removal of money from the

CV-91-78 case **&** Magistrate Walker co-presiding (who Judge Albritton knew had criminal/civil

44

liability to the State of Alabama & its citizens and to United States & its citizens), Judge

Albritton knew he was conspiring with Magistrate Walker to defraud Watson of rights to a

hearing in the CV-04-A-677-N on Watson's motion for injunction order for removal of removal

from the CV-91-78 case, **note** which Judge Albritton knew was obstructing justice/enforcing

unconstitutional law on Magistrate Walker & Judge Fuller being brought to criminal/civil justice

along with their conspirators (the defendants & their attorneys), for conspiring to defraud

Watson of rights to even a hearing in the CV-02-F-1214-N on Watson's motion of order to

remove money from the CV-91-78 case.

**22-A.** Because the evidence Watson has on file in the CV-91-78 case and U.S. District

Court (CV-04-A-667-N case & CV-02-F-1214-N case) proves that federal/state officials &

lawyers are aware they are conspiring in a judicial conspiracy to keep Defendant Watson's

money unlawful held (seized) in the CV-91-78 case on the Plaintiff Beasley Firm's fraud

(unlawful) demands thereon, demands Watson's above (par.4-A on page 7) motion to compel for

injunction order for removal of property from state court under U.S. Title 28 (**§ 1442),** that

orders the Circuit Clerk of Lowndes County to transfer money being held in the CV-91-78 case

to U.S. District Court for a jury trial BE GRANTED, **(a)** because state court does not have

jurisdiction over federal officials judicial/political racketeering conspiracy crimes on Watson

civil rights & property and United States Constitution & citizens rights/interests thereunder,

federal officials refused to file an answer/response in the CV-91-78 case to the amended

complaint on July 13,2004, to keep from having to remove the amended complaint (7/13/04) &

Watson's money to U.S. District Court, **(b)** because Judge McFerrin does not have jurisdiction

over his & other state officials judicial/political racketeering conspiracy crimes on Watson's

45

civil rights & property and on the United States Constitutional & citizens rights/interests thereunder; **(c)** because by federal & state officials having chosen not to file answers/responses in the CV-91-78 case, the United States and also the State of Alabama are both clearly in default to oppose the injunction relief demands in the amended complaint on July 13,2004, that are demanding lawyers, state officials & federal officials be held criminally/civilly liable to the State of Alabama & its citizens and to United States & its citizens for the judicial/political racketeering conspiracy crimes they engaged or allowed to be committed on this nation's bill of rights and citizens rights/interests thereunder to defraud the State of Alabama & its citizens of an honest judicial system; and **(d)** because in addition to citizens of Alabama's chief attorney (Attorney General King) & citizens of United States chief attorney U.S. Attorney General Ashcroft), U.S. Senator Shelby has also chosen to join-up with the racketeering conspiring lawyers & state/federal officials to defraud the citizens of this nation, in order to expose & get all the racketeering conspiring lawyers, state officials & federal officials held criminally/civilly liable to the State of Alabama & its citizens and to the United States & its citizens, Watson is demanding in the above (par.13-A - 13-A-3 on pages 21-24) that a federal jury be allowed to hold the partners of the Beasley Firm, partners of the Gidiere Firm, Judge McFerrin, U.S. Senator Shelby, former U.S. Attorney General Ashcroft, U.S. Attorney Canary, U.S. Magistrate Walker, U.S. District Judge Albritton & Alabama Attorney General King liable to Watson for civil damages for conspiring in and/or obstructing justice on, **(d-1)** in the continuance of a known unlawful/illegal search on Defendant Watson in the CV-91-78 case (Plaintiff Beasley Firm being allowed to continue to claim judicial/legal rights to Watson's money with liens/demands that are known to be barred by res judicata), **(d-2)** the continuance of a know unlawful/illegal seizure of

46

Defendant Watson's property in the CV-91-78 case ($237,500 plus interest from Plaintiff Watson's pro se settlement with CSX on 2/16/96 being held on Plaintiff Beasley Firm's liens/demands that are known to be barred by res judicata), **(d-3)** the continuance of the conspiracy in the CV-91-78 case on Defendant Watson's rights to collect from the Beasley Firm, the damages Defendant Watson incurred and as a result of the judicial conspiracy on Defendant Watson & civil jury of citizens in the cow case (CV-92-03), **note** which includes the seizure of Defendant Watson's property in the CV-92-03 case (home & property in Lowndes County, **1**-that Lowndes County Officials forced Watson to sell to pay the judgment in the CV-92-03 case, and **2**-that Judge Bozeman, Portis of the Beasley Firm -(Defendant Watson's attorney)-, Plaintiff Thomas & plaintiff attorney Butler conspired in trial to get by unlawful means).

**22-A-1.** Because the above (par.13-A - 13-A-3 on pages 21-24) jury demands are being demanded to get lawyers and state officials & federal officials held criminally/civilly to the State of Alabama & its citizens and the United States & its citizens, for state & federal officials unlawfully using their public positions & taxpayers money to conspire with lawyers to commit judicial/political racketeering conspiracy crimes on the nation's bill of rights & citizens rights/interests thereunder to defraud the State of Alabama & its citizens of an honest judicial system, a federal jury of citizens has rights to hold lawyers and state/federal officials liable to Watson for their conspiracy engagement in/allowing the continuation of the known illegal judicial search & illegal judicial seizure property in CV-91-78 case, because **Ex.MA-725, Ex.MA-728 & Ex.MA-732** bound in Exhibit Pack DC are news articles dated September 24, 2004 (Ex.MA-725), September 28 (Ex.MA-728) & September 29,2004 (Ex.MA-732), which show: **(Ex.MA-725 & Ex.MA-728)** Covington County (Al.) officials are being sued in U.S.

47

District Court by a Elmore County (Al.) man, to recover property seized in a search in a 2003 traffic stop in Covington County Alabama, which the plaintiff is claiming was an illegal search & seizure and which Covington County (Al.) taxpayers will end-up having to pay the plaintiff legal expense to recover his property if that was an illegal search & seizure; and **(Ex.MA-732)** that federal taxpayers have already had to bear the burden of paying the attorney fees the U.S. Marshals Service agreed pay to settle a lawsuit against the U.S. Marshals, for illegally seizing two reporters recordings of a public speech U.S. Supreme Court Antonin Scalia made in Hattiesburg Mississippi in April of 2004.

**23-A.** Because no federal justice officials has rights to use their federal position & taxpayers to money to obstruct justice/enforce unconstitutional law on citizens bringing those federal justice officials to criminal/civil justice for conspiring to use their federal positions & taxpayers to conspire with state officials & lawyers to commit racketeering conspiracy crimes on this nation's bill of rights & citizens rights/interests thereunder to defraud the State of Alabama & its citizens of an honest judicial system, demands recusal of the federal justice officials who have criminal & civil liability under the jury & injunction relief demands in the amendment to amended complaint (7/13/04), on the motion to compel thereof in the above (par.4-A on page 7).

**24-A.** There is no question as to Watson and citizens of Alabama & the United States having rights to hearings on the motion to compel thereof in above (par.4-A on page 7) to give arguments on the evidence that is in support of the civil jury demands & criminal/civil injunction relief demands, in the amended complaint (7/13/04), amendment to the amended complaint (7/13/04), notice of removal on the amendment to the amended complaint (7/13/04) and the above (par.4-A on page 7) **1-**motion to compel for default on injunction relief demands,

48

2-motion to compel for injunction order to remove money, **3**-motion to compel for lawyer, state

& federal defendants/plaintiffs be held in contempt of court and **4**-motion to compel for recusal

of federal justice officials who have criminal/civil liability, because the above (par.21-A -

21-A-5 on pages 35-46) evidence along with **Ex.30, Ex.C, Ex.FC-19, Ex.FC-23 &**

**Ex.CSX-4** bound in Exhibit Pack A on file in the CV-04-A-677-N case prove the above

(par.21-A - 21-A-5) connecting judicial conspiracies on rights to hearings, **(1)** by Judge McFerrin

in the CV-91-78 case (above par.21-A-1 on pages 35-36), **(2)** by Judge Greenhaw in the

CV-02-2048-GR case (above par.21-A-2 on pages 36-39), **(3)** by Magistrate Walker & Judge

Fuller in the CV-02-F-1214-N case (par.21-A-3 on pages 39-42), **(4)** by Judge McFerrin in the

CV-91-78 case (above par.21-A-4 on pages 42-43), and **(5)** by Magistrate Walker & Judge Fuller

in the CV-04-A-677-N case (above par.21-A-5 on pages 44-46) were committed to cover-up the

attorney lien hearing Judge McFerrin ordered on December 8,1999 & held in the CV-91-78 case

on December 21,1999, **(a)** by the fact **Ex.30** shows that in his Order in the CV-91-78 case on

December 8,1999, Judge McFerrin ordered a hearing to be held on December 21,1999, on the

unresolved attorney lien dispute, **(b)** by the fact **Ex.C** shows that in his Amended Order in the

CV-91-78 case on April 18,2002, Judge McFerrin claimed he had held a final hearing on

attorney liens on March 26,1996, **(c)** by fact **Ex.FC-19 & Ex.FC-23** show that on Magistrate

Walker's recommendation in the CV-02-F-1214-N case, Judge Fuller used Judge McFerrin's

Amended Order in the CV-91-78 case on April 18,2002 (Ex.C), to claim that on March 26, 1996,

Judge McFerrin had held a final hearing in the CV-91-78 case on the Beasley Firm's attorney

lien on Watson's money, **(d)** by the fact **Ex.CSX-4** shows that in his Order in the CV-91-78 case

on February 26,2006, Judge McFerrin used his claims in Amended Order on April 18,2002 (that

49

he had held a final hearing on 3/26/96 on attorney liens); and **(NOTE** above c in par.7-A-1 on

page 13), Watson's has shown in the above (par.4-A on page 7) motion to compel for default, the

reason Judge McFerrin has covered-up that he ordered (on 12/8/99) & held another hearing on

the Beasley Firm's attorney liens/demands on Watson's money in the CV-91-78 case on

December 21,1999, **(1)** Judge McFerrin knows he should have held the Beasley Firm in default

on Watson's motion thereof (for failing to file an answer within 30 days to Watson's motion of

complaints with demand for jury trial thereof) **and** released Watson's money to Watson, **(2)**

Judge McFerrin knows to keep from having to release Watson's money to Watson, Judge

McFerrin allowed Hinton of the Gidiere Firm (on behalf of the Beasley Firm) to file another

barred res judicata demand on Watson's money on September 30,1999, and **(3)** Judge McFerrin

knows to cover-up Judge McFerrin, Beasley Firm & Hinton of the Gidiere Firm's ongoing

conspiracy on/after September 30,1999, Judge McFerrin ordered (12/8/99) & held a hearing (on

12/21/99), to make it appear he was giving due judicial consideration on Watson & Beasley

Firm's attorney lien dispute (**note** which in December of 1999 had being ongoing for 3 years & 9

months).

    **24-A-1. Ex.CSX-12 (par.1-F on pages 15-16)** bound in Exhibit Pack 2 on file in the

CV-04-A-677-N case, shows the Beasley Firm's demands for payment of attorney fees on the

CV-91-78 case and Watson's claims against the Beasley Firm for legal malpractice in the

CV-91-78 & CV-92-03 cases have always been a jury issue; and **(NOTE)** from the exhibits

bound in Exhibit Pack DC along with the exhibits Watson has on file in the CV-04-A-677-N

case, Watson has shown in the compel for default motion in the above (1 in par.4-A on page 7),

that state & federal judges have conspired with the Beasley Firm & Gidiere Firm to defraud

Watson of rights to a jury trial on the Beasley Firm's demands for payment of attorney fees on

the CV-91-78 case and Watson's claims against the Beasley Firm for legal malpractice in the

CV-91-78 & CV-92-03 cases **and** force Watson to agree to pay the Beasley Firm any amount

they want to demand for unlawfully representing Watson's behalf, before Watson can get Judge

McFerrin to released Watson's money that Judge McFerrin is conspiring to unlawfully hold on

the Beasley Firm's barred by res judicata demands thereon.

**24-A-2.** The above (par.21-A - 21-A-5 on pages 35-45) evidence, along with the reported

facts in the news articles on **Ex.MA-725** (9/24/04) & **Ex.MA-728** (9/28/04) bound in Exhibit

Pack DC demand that **(a)** State Circuit Judge Greenhaw (CV-02-2048-GR case), **(b)** U.S.

Magistrate Walker & U.S. District Judge Fuller (CV-02-F-1214-N case), **(c)** State Circuit Judge

McFerrin (CV-91-78 case), and **(d)** U.S. Magistrate Walker & U.S. District Judge Albritton

(CV-04-A-677-N case), all be held in contempt of court for their judiciary conspiracies on

citizens rights to even a hearing in cases involving judges conspiring to defraud citizens of their

constitutional rights to due process of law in the courts, **(1)** because those news articles

(Ex.MA-725 & Ex.MA-728) show that in a case in U.S. District Court, in which R. Scott Golden

(outgoing mayor of Wetumpka Al.) had withdrawn as the attorney for a Elmore County man who

is trying to recover books & CDs seized in a 2003 traffic stop in Covington County, U.S. District

Judge Mark Fuller ordered & held Golden in contempt of court **and** had Golden arrested because

Golden refused to pay the other attorneys time for Golden being 56 minutes late for a hearing in

that case that Golden did not think involved him, because he had withdrawn as the attorney of

the Elmore County man who is suing Covington County officials for illegal search and seizure ,

**(2)** because the above (par.21-A - par.21-A-5 on pages 35-35) pleadings & evidence Watson

51

filed in the CV-02-F-1214-N & CV-04-A-677-N cases along with **Ex.DC-CD-1, Ex.DC-CD-2 & Ex.DC-O** bound in Exhibit Pack DC show that said state judges, said federal magistrate & said federal judges knew their judiciary conspiracies on citizens rights to even a hearing were committed to evade having to address state/federal judges conspiracy judicial engagement in unlawfully allowing the Beasley Firm to continue to claim judicial/legal rights to Watson's money in the CV-91-78 case, with liens/demands that are known to be barred by res judicata (**note** which by being versed on the law thereof, said state judges & federal magistrate/judges knew then, that constituted them conspiring in a judiciary conspiracy for the continuation of **1**-a known illegal judicial search on Watson in the CV-91-78 case and **2**-a known illegal seizure of Watson's property in the CV-91-78 case.

**24-A-3.** There is no question that the interest of justice & citizens rights/interests thereunder demand bench arrest warrants be issued on the conspirators due to be held in contempt of court, **(a)** because in addition the above (par.24-A-2, Ex.MA-725 7 Ex.MA-728) to the action Judge Fuller ordered, **Ex.MA-780, Ex,MA-784, Ex.MA-789 & Ex.MA-813** bound in Exhibit Pack DC, are news articles that show/state in a six-count capital murder case trial in Luverne (Crenshaw County), Judge McFerrin declared a mistrial November 2004, after holding a hearing which has lead to one of jurors being charged/arrested for perjury (lying about being contracted by someone on behalf of the defendant during the trial) and the individual being charged/arrested for jury tampering (talking with the juror on behalf of the defendant during trial), **(b)** because **Ex.1-A, Ex.2-A, Ex.5-A, Ex.6-A, Ex.7-A, Ex.9-A, Ex.12-A, Ex.50 thru Ex.52, Ex.7 & Ex.H-D** bound in Exhibit Pack 3 **and** the averments on those exhibits in **Ex.USAG-P2 (par.A-1 - A-2 on pages 5-6 & par.7 - 11 on pages 32-37)** in Exhibit

52

Pack 1 and in **Ex.AGK-P1 (par.6-B-5 on pages 17-18, par.9 - 9-A on page 27 & par.13-A - 13-C on pages 31-32)** bound in Exhibit Pack SAK, show that Judge McFerrin & Portis of the Beasley Firm's pretrial conspiracy in the cow case (CV-92-03) in August of 1993, **1**-Portis voluntarily withdrawing Watson's libel claims against Thomas for suing Watson for a fraud imputation of a felony crime (which Sheriff Hulett's deposition showed proof of) and **2**-Judge McFerrin dismissing Watson's abuse of process claims against Thomas for reporting & suing Watson of different crimes of the same cattle which were both fraud imputations of felony crimes against Watson (which Sheriff Hulett deposition showed proof of), setup Judge Bozeman, Sheriff Hulett, Portis of the Beasley Firm, Thomas & Butler trial conspiracy (perjury testimony & fraud) on Watson & civil jury of citizens in the cow case (CV-92-03), to frame Watson & mislead the jury to return a civil judgment against Watson for a felony crime, **a**-which the conspirators knew was a fraud imputation of a felony crime against Watson, and **b**-which the conspirators knew was not the crime Thomas had sued Watson for (which the conspirators also knew was a fraud imputation of a felony crime against Watson), and **(c)** because all those lawyers & state/federal officials are aware they have conspired to obstruct justice on any of the pretrial & trial conspirators in the judicial conspiracy on the civil jury of citizens in the cow case (CV-92-03), from being brought to justice by a jury of citizens, **NOTE** which have been willful conspiracy judiciary tyrannies by the judges (on the judicial provisions in this nation's bill of rights & citizens rights/interests thereunder), **(a)** because protecting/serving the citizens of this nation's rights to a fair jury trial, is the primary **and also** the most sacred duty a judge has under the judicial provisions in this nation's bill of rights, and **(b)** because to keep the judicial conspiracy on the civil jury of citizens in the cow case (CV-92-03) from being exposed, judges &

magistrates in Montgomery County Circuit Court & U.S. District Court, have repeatedly

conspired to unlawfully dismiss or unlawful remand jury cases in those courts, **note** which have

setup & unlawfully allowed Judge McFerrin (who's pretrial judicial conspiracy setup the trial

judicial conspiracy on the jury of citizens in cow case -(CV-92-03), to conspire with Plaintiff

Beasley Firm in the CV-91-78 case, to conduct an illegal judicial search on Defendant Watson &

illegal judicial seizure of Defendant Watson's property, in order to punish/persecute Watson for

continuing to demand justice on the judicial conspiracy in the cow case (CV-92-03, Judge

Bozeman, Sheriff Hulett, Portis/Beasley Firm, Plaintiff Thomas & plaintiff attorney Butler's trial

judicial conspiracy on Defendant Watson & civil jury of citizens, which Judge McFerrin &

Portis/Beasley Firm's pretrial judicial conspiracy setup, in order to cover-up Sheriff Hulett's

pre-litigation conspiracy with Thomas).

**24-A-4.** This civil jury & criminal/civil injunction case now also clearly constitutes &

involves national political/judiciary conspiracy tyranny on this nation's bill of rights & citizens

rights/interests thereunder, because of U.S. Senator Shelby's conspiracy engagement in trying to

keep the other federal legislators in U.S. Congress upholding their duty on the impeachment of

corrupt federal judges in injunction relief demands in the amended complaint (7/14/04).

**25-A.** In addition to being justification to the injunction relief demands being demanded

of the U.S. Congress in the above, **(1)** paragraphs 13 - 15 (on pages 22-26) in the compel for

contempt motion in the above (3 in par.4-A on page 7) and **(2)** paragraphs 8 - 16 (pages 11-34) in

the compel for recusal motion in the above (4 in par.4-A on page 7), has additional injunction

relief demands being demanded of the U.S. Congress **and also** injunction relief demands that are

now being demanded of state legislators in the Alabama 2005 legislative session.

**26-A.** The second certificate of service in the below, in the corrective copy of amended complaint on July 13,2004, the notice of removal on the amendment to the amended complaint (7/13/04) and also the five motions to compel in the above (par.4-A on page 7), show they are being hand delivered or mailed by Watson to the Associated Press and other media, which is being done because in addition to being in the media's interests to demand to be class action claimants with Watson and citizens of Alabama & United States in this case (because it involves federal/state judges/attorneys engaging in committing racketeering conspiracy crimes on citizens rights under the 1st Amendment to the United States Constitution to speech & to petition government for redress of grievances), the media has duty to inform the citizens of Alabama & United States they are class action claimants in this case in which because of the above (6-A - 19-A-1 on pages 8-34), Watson is now having to demand that federal/state officials be held liable for civil damages to Watson for the racketeering conspiracy crimes federal/state officials & lawyers committed on Watson's civil rights & property, in order to force federal/state officials to uphold their duty to have federal/state officials & lawyers held criminally/civilly liable to the State of Alabama & its citizens and United States & its citizens, for the political/judicial racketeering conspiracy crimes they have committed on the United States Constitution & citizens rights/interests thereunder to defraud the State of Alabama & its citizens of an honest judicial system.

**26-A-1. Ex.MA-794** bound in Exhibit Pack DC is a news article dated December 15, 2004, which shows/states that journalism organizations are planning a nationwide campaign for a week being on March 13,2005 (Sunshine Week), in order to get the citizens of this nation to support the media to press for access to information from government, because of the increased

55

trend toward secrecy from city hall to Congress and from police chiefs' offices to the attorney general's office, **and** that media campaign for citizens support is just cause for the Alabama & nation media to join & be nation class action claimants with citizens of Alabama & United State in the criminal/civil injunction relief demands, because just the media exhibits bound in Exhibit Pack DC also show, **(a)** that Alabama media personal are being deprived of rights to obtained information from government that exposes corruption in government **(b)** that media personal in other states are being held in contempt (fined & jailed) for reusing to disclosed the names of government officials who disclosed information to the media, **(c)** that Jere Beasley and coconspiring state officials of Alabama & federal officials (in Montgomery Al. & Washington DC), have used the media to portray themselves as protectors of the principles of democracy under this nation's bill of rights, **and also** because the media exhibits bound in Exhibit Pack DC along with the media exhibits bound in Exhibit Pack SAK, show that in addition to it taking the media to expose corruption to the public before government officials will address corruption in government, it also takes the media to expose to the public that government officials are covering-up government officials corruption that the media has exposed, before government officials will address government officials covering-up government officials corruption in government.

**26-A-2. Ex.MA-785, Ex.MA-796, Ex.MA-811, Ex.816, Ex.MA-820 & Ex.MA-823** bound in Exhibit Pack DC show the media has reported that that candidates for the Alabama 2006 governors race will be, **(Republicans)** Gov. Bob Riley & former Chief Justice Roy Moore, and **(Democrats)** Lt. Gov. Lucy Baxley & former Gov. Don Siegelman; **and** because the averments in **Ex.USSS-P3, Ex.USAG-P5 & Ex.AGK-P1** bound in Exhibit Pack SAK show that

56

all of them are criminally/civilly liable to state/federal government & its citizens under the injunction relief demands in this case **and also** because if either one of them is elected as governor in 2006, that will assure that conspiring state/federal officials & lawyers are allowed to continue to unlawfully use hundreds of millions of state taxpayers money to serve their greed/fraud, the media has an obligation to report that to the citizens of Alabama, because the public relies on the media as being a reliable source.

**27-A.** Because the injunctive relief demands in this case involves citizens of this nation retaining their constitutional rights to access to government for protection of civil rights, on behalf of the citizens of Alabama & United States, Watson is demanding this case be an open injunction case for any citizen or group of citizens (including the media), to get an injunction order for access to and in government (state & federal), when access to government or information from government has been unjustly denied by government officials, **and** with Montgomery Alabama being the birthplace of the American Civil Rights Movement, the federal court in Montgomery Alabama is clearly the ideal place for citizens of this nation to have an open injunction case, for citizens to seek & get injunction protection of their civil rights against corrupt government officials.

Teddy A. Watson
Plaintiff/Defendant Pro Se
on behalf of himself,
Citizen of Alabama &
Citizens of the United States

ADDRESS OF PLAINTIFF/DEFENDANT PRO SE

Teddy A. Watson
4362 Eastmont Drive
Montgomery, Alabama 36109
(334) 272-6252

## JURY DEMAND

PLAINTIFF/DEFENDANT WATSON HEREBY DEMANDS TRIAL BY JURY ON THE JURY DEMANDS IN THE AMENDED COMPLAINT (7/13/04) & AMENDMENT TO THE AMENDED COMPLAINT (7/13/04).

Teddy A. Watson

## CERTIFICATE OF SERVICE

I hereby certify the amendment to amended complaint was served on the following, by placing a copy of the same in the U.S. Mail, postage prepaid and addressed to the address in the below, on this 25 th day of February 2005.

U.S. Senator Richard Shelby
110 Hart Senate Office Building
Washington, DC 20510-0103

U.S. Attorney General Alberto Gonzales
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

Alabama Attorney General Troy King
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Jack B. Hinton, Jr.
Gidiere, Hinton & Herndon
904 Region Tower
60 Commerce Street
Montgomery, Alabama 36104

Teddy A. Watson

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above was hand delivered or mailed to the Associated Press and other media on or before February 25, 2005.

Teddy A. Watson

58

IN THE CIRCUIT COURT OF LOWNDES COUNTY ALABAMA

| | | |
|---|---|---|
| TEDDY A. WATSON ON BEHALF OF HIMSELF, CITIZENS OF ALABAMA & CITIZENS OF THE UNITED STATES | * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | CASE NO. ~~CV-91-78~~ |
| JERE L. BEASLEY, J. GREG ALLEN, MICHAEL J. CROW,  THOMAS J. METHVIN, J. COLE PORTIS  &  DANIEL MILES, III of THE BEASLEY LAW FIRM, | * * * * * | "DEMAND FOR JURY TRIAL" "DEMAND FOR INJUNCTION RELIEF" |
| THE STATE OF ALABAMA | * * | |
| & | * * | |
| UNITED STATES OF AMERICA | * * | |
| Defendants. | * | |

## CORRECTIVE COPY OF AMENDED COMPLAINT FILED ON JULY 13,2004

**A.** In accordance with Rule 15 of the Alabama Rules of Civil Procedure, on behalf of

himself, citizens of Alabama & citizens of the United States, Plaintiff Watson is filing this

amended complaint against the above defendants **and** is demanding the above named attorneys

(hereafter referred to as Beasley Firm) be held liable for civil damages to Plaintiff Watson for

the following: **(a)** for fraud on Watson's civil rights & property under the Alabama Legal

Services Liability Act (§ 6-5-570); **(b)** for conspiracy deprivations on Watson's civil rights &

property under U.S. Title 42 (§ 1981, § 1983 & § 1985) and **(c)** for racketeering crimes on

Watson's civil rights & property under the civil provisions of the Federal Racketeer Influence

1


SCANNED

and Corrupt Organizations Act, U.S. Title 18 (§ 1961 - § 1968).

**B.** In accordance with rights under U.S. Title 42 (§ 1983) to demand due process & protection for violations of citizens rights under the 1st, 4th, 5th, 6th, 7th, 8th, 10th & 14th Amendments to the United States Constitution, on behalf of himself, citizens of Alabama & citizens of the United States, Plaintiff Watson is demanding injunction relief that orders state officials of the State of Alabama & federal officials of the United States of America to take action that brings corrupt federal justice officials, state executive/legislative/judicial officials of Alabama & lawyers to justice, for the racketeering conspiracy crimes of fraud they committed on citizens rights/interest under and on the United States Constitution, to deprive/defraud the State of Alabama & its citizens of an honest judicial system.

## CAUSE OF ACTION

1. On February 16,1996, Plaintiff Watson made a pro se settlement with CSX, that settled his claims against CSX in this case (CV-91-78) **and** the unresolved issues in the CSX case (CV-91-78) now are **(a)** the Beasley Firm's demands for attorney fees from Watson's settlement money and **(b)** Watson's claims that half of his settlement money ($237,500 plus interest), is being unlawfully held in the CSX case (CV-91-78) on barred by res judicata demands the Beasley Firm filed on said money on March 26,1996, March 14,1997, September 30,1999 & October 13,2003, and **(c)** Watson's claims that he is being unlawfully kept from collecting the civil damages he incurred in and as result of Lowndes County Officials & Beasley Firm conspiring with Daniel Thomas & his attorney (Albert Butler) in the cow case (CV-92-03) to get a civil judgment against Watson by unlawful means, **(c-1)** by withholding from the jury that Thomas sued Watson on claims that Thomas had reported 70 cattle missing to state livestock

2

officers on May 30,1991 and claims that Watson had been caught trying to sell 26 of those 70 cattle at Hooper Auction Company on June 11,1991 (which was a fraud imputation of a felony crime against Watson), and **(c-2)** by misleading the jury to believe & return a civil judgment against Watson for stealing those 26 cattle from Thomas's property after 3:30 PM June 8,1991 (which was also a fraud imputation of a felony crime in addition to not the crime Thomas sued Watson for committing).

2. Since October 25,1994, Watson has had claims on file in the CSX case (CV-91-78) against the Beasley Firm **(a)** for legal malpractice in the CSX case (CV-91-78) & cow case (CV-92-03) and **(b)** for fraudulently demanding to be paid attorney fees from the upcoming proceeds of Watson's settlement with CSX after withdrawing as Watson's attorneys in the CSX case (CV-91-78) on August 30,1994, which have always been a jury issue **and** which federal & state judges have repeatedly conspired with the Beasley Firm to keep a jury from deciding.

3. When federal/state officials & lawyers conspire to deprive/defraud a citizen of their rights to equal rights under the law to due process & protection against federal/state officials & lawyers conspiring in the courts to defraud a citizen of their civil rights & property, that is conspiracy crimes on the United States Constitution & citizens rights/interest thereunder, that every citizen in Alabama & the United States has an interest & right to demand an end be brought to; **and** in addition to criminal prosecution on all the federal/state officials & lawyers who committed racketeering conspiracy crimes of fraud on the United States Constitution & citizens rights/interests thereunder, to recover taxpayers money that has been unlawfully used and to set a deterrent on other federal/state officials & lawyers committing conspiracy crimes that disenfranchise the principles of U.S. Democracy (which is demanded in the United States

3

Constitution), the injunction relief being demanded also demands that all the conspiring federal/state officials & lawyers be held liable for civil compensatory & punitive damages to the State of Alabama & United States.

4. Court records prove that to obstruct justice on prior conspiracy obstructions of justice that federal/state officials and lawyers committed, federal justice officials conspired to use fraud in the CV-02-F-1214-N case in U.S. District Court in January and February 2003 to unlawfully remand Watson's amended complaint on October 31,2002 back to Judge McFerrin in the CSX case (CV-91-78) to disallow/strike, **and** that gives Watson just cause to file exhibits proving that with the notice of removal being filed in U.S. District Court today, in order to keep a repeat of the same on this amended complaint.

5. On behalf of the Beasley Firm, Jack B. Hinton, Jr. of the Gidiere Law Firm filed claims on Watson's money in the CSX case (CV-91-78) on October 13,2003, **and** with the Beasley Firm being established as demanding parties in the CSX case (CV-91-78) and being represented by Mr. Hinton of the Gidiere Firm, Mr. Hinton is being served with this amended complaint with a certificate of service.

6. Plaintiff Watson is providing the Clerk with copies of this amended complaint to serve to Alabama U.S. Senator Richard Shelby, U.S. Attorney General John Ashcroft & Alabama Attorney General Troy King with summons.

7. Because the exhibits being filed with the notice of removal in U.S. District Court show that Mr. Hinton and his law partners in the Gidiere Firm have previously used fraud and are currently trying to use fraud to keep a jury from deciding the Beasley Firm's demands on Watson's money, Plaintiff Watson is demanding that Mr. Hinton or any other attorney who files

4

the Beasley Firm's answer to this amended complaint, be held in contempt of court if they use

fraud to try to keep a jury in U.S. District Court from holding the Beasley Firm liable for their

ongoing efforts since October 13,2003, to get a judgment from Judge McFerrin in the CSX case

(CV-91-78) on a federal court jury issue that would award the Beasley Firm $232,855.27 from

half the proceeds of Watson's pro se settlement with CSX on February 16,1996 ($237,500 plus

interest), that Judge McFerrin is unlawfully holding in the CSX case (CV-91-78) on barred by res

judicata demands the Beasley Firm filed on Watson's money on March 26,1996, March 14,1997

and September 30,1999.

8. In addition to federal officials, state officials and the Beasley Firm, the partners of the

Gidiere Firm and Ronald G. Davenport (who represented the Gidiere Firm's behalf in the

CV-02-F-1214-N case in U.S. District Court), are criminal/civil libeling parties in the injunctions

relief demands being demanded in this amended complaint on the United States and State of

Alabama; **and** because those injunction relief demands are being made on the United States and

State of Alabama, federal and state prosecutors are due to deal with federal officials, state

officials, the Beasley Firm, Gidiere Firm and attorney Davenport being held criminally and

civilly liable to the citizens of Alabama and United States for their crimes on the United States

Constitution and citizens rights/interests thereunder.

9. Because the injunction relief being demanded on the United States & State of Alabama

is not only in the interests and rights of the citizens thereof, the United States Constitution and

citizens rights/interest thereunder demands that action be taken to bring an end to federal

officials, state officials and lawyers committing conspiracy crimes of fraud on the United States

Constitution & citizens rights/interest thereunder, Plaintiff Watson is demanding U.S. Senator

Shelby, U.S. Attorney General Ashcroft & Alabama Attorney General King file answers to the injunction relief demands in this amended complaint.

## JURISDICTION

10. U.S. Title 28 (§ 1343) gives U.S. District Court jurisdiction over conspiracy deprivations that state officials engage in committing in state court on civil rights & property, **and** U.S. District Court has jurisdiction over this amended complaint, **(1)** because in addition to the CSX case (CV-91-78), this Court (Judge McFerrin) has also conspired to keep a jury from deciding the Beasley Firm's demands on Watson's money in cases in Montgomery County Circuit Court and in U.S. District Court, and **(2)** because the pleadings & exhibits on file in the CSX case (CV-91-78) show that Judge McFerrin is aware that to keep himself from being brought to justice for his own racketeering conspiracy crimes of fraud on Watson's civil rights & property and also on the United States Constitution & citizens rights/interests thereunder, Judge McFerrin has intent to use fraud to give himself rights to make a judgment that awards the Beasley Firm Watson's money that Judge McFerrin knows is being unlawfully held on the Beasley Firm's fraud demands thereon.

11. U.S. Title 28 (§ 1346) gives U.S. District Court jurisdiction over conspiracy deprivations that federal officials engage in committing on civil rights & property, **and** U.S. District Court has jurisdiction over this amended complaint, because the pleadings & exhibits on file in the CSX case (CV-91-78) and being filed with the notice of removal in U.S. District Court today, prove that federal justice officials conspired to use fraud in the CV-02-F-1214-N case in U.S. District Court in January & February 2003, to unlawfully remand Watson's amended complaint on October 31,2002 back to this Court (CV-91-78), which sued Judge McFerrin, other

6

state officials, partners of the Beasley Firm, partners of the Gidiere Firm & federal justice officials for committing racketeering conspiracy crimes of fraud on Watson's civil rights & property and on the United States Constitution & citizens rights/interests thereunder.

12. The above (par. 10-11) also takes jurisdiction away from Judge McFerrin on the injunction relief being demanded, because Judge McFerrin is a liable party **and** also because a state judge does not have jurisdiction over the federal libeling parties & federal issues in which injunction relief is being demanded, which includes demanding U.S. Senator Shelby to initiate action in the U.S. Congress & U.S. Attorney General Ashcroft as head of the U.S Department of Justice to initiate action, that appropriately deals with Washington civil rights justice officials conspiring to obstruct justice on Watson's petitions to U.S. Attorney General Ashcroft on May 16,2003, which included Washington civil rights justice officials withholding evidence from the U.S. Congress that lead to President Bush being mislead to make his senate recess appointment of Alabama Attorney General Bill Pryor to the U.S. 11th Circuit Court of Appeals on February 20,2004.

### STATEMENT OF FACTS

13. Exhibit Pack 2 being filed with the notice of removal in U.S. District Court has copies of the following: **(Ex.CSX-5)** a copy of Watson's combination motion to compel for order to be rescinded or vacated & motion to compel for recusal on March 21,2003, which shows had exhibits attached; **(Ex.CSX-6)** a copy of Watson's motion for judgment of default in the CSX case (CV-91-78) on March 21,2003, which shows had exhibits attached; **(Ex.CSX-7)** a copy of Watson's combination motion to compel for change of venue & transferal of money to U.S. District Court for a jury trial in the CSX case (CV-91-78) on March 21,2003, which shows

7

had exhibits attached; **(Ex.CSX-8)** a copy of Watson's motion for leave to amend in the CSX

case (CV-91-78) on March 21,2003, which show had exhibits attached; **(EX.CSX-9 -**

**Ex.CSX-11)** copies of the letter & two proposed orders that Jack. B. Hinton, Jr. mailed to Judge

McFerrin in the CSX case (CV-91-78) on October 13,2003, which show claimed Judge McFerrin

has rights & should award the Beasley Firm $232,855.27 from Watson's settlement money with

CSX on February 16,1996, on grounds **(a)** that CSX made a $400,000 settlement offer before the

Beasley Firm withdrew as Watson's attorney, **(b)** that the Beasley Firm had a 50% contingency-

fee contract with Watson on the CSX case (CV-91-78) **&** filed a 50% attorney lien in the CSX

case (CV-91-78) after withdrawing as Watson's attorneys and **(c)** because Judge McFerrin had

held a hearing on the Beasley Firm's 50% attorney lien on March 26,1996; **(Ex.CSX-12)** a copy

of Watson's objection to the above (CSX-9 - CSX-11) in the CSX case (CV-91-78) on

November 27,2003, which shows referred to exhibits attached to & the above four pending

motions on March 21,2003 (CSX-5 - CSX-8), which Judge McFerrin had refused to even take-up

and consider those claims/evidence that showed Judge McFerrin is obstructing justice/enforcing

unconstitutional law on himself, other state officials, Beasley Firm, Gidiere Firm & federal

justice officials from being brought to justice, for their conspiracy engagement in obstructing

justice/enforcing of unconstitutional in U.S. District Court (CV-02-F-1214-N) & CSX case

(CV-91-78), on Watson's amended complaint/notice of removal on October 31,2002;

**(Ex.CSX-13 & Ex.CSX-14)** copies of Watson's petitions to U.S. Attorney Leura G. Canary &

Alabama Attorney General Bill Pryor on November 27,2003, which show had exhibits enclosed

that showed Judge McFerrin's above (Ex.CSX-12) ongoing obstruction of justice/enforcement of

unconstitutional law in the CSX case (CV-91-78).

8

14. Most of the exhibits attached to Watson's above (par.13) four motion in the CSX case (CV-91-78) on March 21,2003 (Ex.CSX-5 - Ex.CSX-8 bound in Ex. Pk. 2), are bound in the other exhibit packs Watson is filing with the notice of removal in U.S. District Court, **and** to shortening references to exhibits bound in those exhibit packs being filed in U.S. District Court, Watson is only referring to them as Exhibit Packs 3 and so on in the below.

15. Exhibit CSX-4 bound in Exhibit Pack 2-A is a copy of Judge McFerrin's Order in the CSX case (CV-91-78) on February 26,2003, which shows acknowledged that on February 12, 2003, federal court had remanded Watson's amended complaint on October 31,2003 back to the CSX case (CV-91-78) **and** that Judge McFerrin disallowed/struck it on the same grounds Judge McFerrin had disallowed/struck Watson amended complaint on April 2,2002 in his Amended Orders on April 18,2002.

16. Exhibit A bound in Exhibit Pack 2-A is a copy of Judge McFerrin's Amended Order in the CSX case (CV-91-78) on April 18,2002, which shows the primary grounds Judge McFerrin used to disallow/strike Watson's amended complaint on April 2,2002, was that it was filed too late and also without leave (permission) of the Court (Judge McFerrin), because Judge McFerrin had held a final hearing on March 26,1996 on an attorney lien the Beasley Firm had on file in the CSX case (CV-91-78) before Watson made his pro se settlement with CSX in this case on February 16, 1996, **and** an improper attempt to effect the recusation of the judge from hearing the cause.

17. **Exhibit 6** bound in Exhibit Pack SAK is a copy of the complaint Watson filed against the Beasley Firm in Montgomery County Circuit Court on September 1,1995, which shows demanded a jury trial against the Beasley Firm for legal malpractice in the CSX case

9

(CV-91-78), cow case (CV-92-03) & for demanding to be paid attorney fees for their legal malpractice from the upcoming proceeds of Watson's settlement with CSX; **Exhibit C-9** bound in Exhibit Pack 3 is a copy of Watson's motion in the CSX case (CV-91-78) on September 1, 1995, which shows stated that Watson was withdrawing his claims against the Beasley Firm in the CSX case (CV-91-78) **&** that Watson was demanding the Beasley Firm's alleged attorney lien and Watson's claims against the Beasley Firm for legal malpractice be decided in the case Watson filed against the Beasley Firm in Montgomery County Circuit Court on September 1, 1995; **Exhibit GF-1** bound in Exhibit Pack SAK is a copy of the Court's Scheduling Conference Order in the CV-95-1944 case on December 15,1995, which show a trial date had been set for November 18,1996; **Exhibit C-6, Exhibit C-19 through Exhibit C-21, Exhibit 18 & Exhibit 24** bound in Exhibit Pack 3 are copies of the 10% attorney lien Julia Asam filed in the CSX case (CV-91-78) on May 23,1995 (Ex.C-6), Judge McFerrin's Order and Watson's & CSX's joint stipulation for dismissal on February 16,1996 (Ex.C-19) , Judge McFerrin's two Orders on February 29,1996 (Ex.C-20 & Ex.C-21) and Judge McFerrin's two sworn affidavits in the CV-98-1871-PR case in Montgomery County Court on September 8,1998 (Ex.18) and the CV-98-D-1023-N case in U.S. District Court on January 20,1999 (Ex.24), which are indisputable and persuasive evidence that Asam's 10% attorney lien (filed on 5/23/95) was the only attorney lien on file in this case on the day of Watson's pro se settlement with CSX on February 16,1996 and that the Beasley Firm filed a 40% attorney lien/demand on Watson's settlement money in the attorney lien hearing judge McFerrin ordered on February 29,1996 and held on March 26,1996; **and** those exhibits show, **(a)** that Judge McFerrin could not have held a final hearing on March 26,1996 on an attorney lien the Beasley Firm had on file before said settlement on February 16,

10

1996, because the Beasley Firm did not have one, and **(b)** that Judge McFerrin could not have

held a final hearing on March 26,1996 on the attorney lien the Beasley Firm filed on Watson's

money on March 26,1996, because on December 15,1995 a trial date had already been set for

November 18,1995 on the complaint Watson filed against the Beasley Firm in Montgomery

County Circuit Court on September 1,1995, which Judge McFerrin knew from Watson's motion

in the CSX case (CV-91-78) on September 1,1995, the pending Montgomery case had

jurisdiction over the Beasley Firm's demand on Watson's money on March 26,1996

18. Exhibit C-22, Exhibit C-23, Exhibit C-24 and Exhibit 11 bound in Exhibit Pack 3 are

copies of the following: **(Ex.C-22)** a copy of the disbursement schedule the Beasley Firm

prepared in June of 1994 on a settlement offer CSX made before the Beasley Firm withdrew as

Watson's attorneys, which shows **(a)** was for $259,225 because CSX was to deduct $40,775

from the $300,000, **(b)** that the Beasley Firm was going to deduct $11,642.81 for expenses &

that was to leave $247,582.19 for the Beasley Firm's 40% contingency, expenses the Beasley

Firm was going to charge to Watson and Watson's 60% share, **(c)** that the Beasley Firm were

going to take $139,032,88 for their 40% contingency-fee (which was $40,000 more than they

was due), which would have ended-up in the Beasley Firm taking more for their 40%

contingency-fee than they was going to give Watson for his 60% share, even if the Beasley Firm

was not going to take $5,171.62 from Watson's share which Watson can prove was also illegal,

because the $841.62 to Medtronic was a medical expense CSX was liable for that the Beasley

Firm had refused to make CSX pay, because the $1,830 to Whaley & Grimes was to go to the

attorney who unlawfully represented Watson's behalf on his appeal of the cow case (CV-92-03)

to cover-up the Beasley Firm's unlawful representation of Watson's behalf in trial in the cow

11

case (CV-92-03) and because $2,500 for Allocation to Railroad Retirement had already been deducted by CSX in the above $40,775; **(Ex.C-23)** a copy of a letter to Watson from Philip S. Gidiere, Jr. of the Gidiere Firm on February 19,1996, which shows was in regards to a settlement in the CV-95-1944-G case & that in addition to claiming Watson owed the Beasley Firm approximately $7,000 on the cow case (CV-92-03), claimed that because CSX's $259,225 settlement offer in Exhibit C-22 was for $400,000 before the Beasley Firm withdrew as Watson's attorneys, Watson owed the Beasley Firm $11,642 in expenses and $160,000 in attorney fees on the Beasley Firm's 40% contingency-fee contract **&** which shows offered Watson a settlement that was waive the $7,000 on the cow case (CV-92-03), reduce the Beasley Firm's contingency-fee to 25% ($100,000 in attorney fees) plus expenses ($11,642) and **(note)** the above on Exhibit C-22 shows the Beasley Firm settlement offer for $100,000 in attorney fees on the CSX case (CV-91-78) was almost a thousand dollars more the Beasley Firm was due, if the Beasley Firm could prove they are due attorney fees; **(Ex.C-24)** a copy of Watson's motion in this Court (CV-91-78) on April 23,1996, which shows demanded Judge McFerrin transfer Watson's money & the Beasley Firm's demand thereon on March 26,1996, to the pending CV-95-1944-G case in Montgomery County Circuit Court; and **(Ex.11)** a copy of Greg Allen's affidavit in the CV-95-1944-G case on May 15,1996, which shows denied the Beasley Firm had committed legal malpractice in the CSX case (CV-91-78), cow case (CV-92-03) & withheld the fact that the Beasley Firm had filed and was seeking a bench judgment from Judge McFerrin in the CSX case (CV-91-78), on the Beasley Firm's attorney lien/demand on Watson's settlement money on March 26,1996 that Watson was demanding and had rights for a jury in the CV-95-1944-G case to decide.

12

19. Exhibit 14 thru Exhibit 17 bound in Exhibit Pack 3 are copies of the following:
**(Ex.14 & Ex.15)** copies of motions attorneys Kenneth Hemphill & Donald Harrison filed in the CSX case (CV-91-78) on September 3, 1996 (Ex.14) & January 22,1997 (Ex.15), which show claimed that the Beasley Firm's attorney lien & demand for attorney fees in the CSX case (CV-91-78) was barred by res judicata, because the Beasley Firm failed to file claims and counterclaims for attorney fees in the prior cases in U.S. District Court (CV-94-D-1112-N) and Montgomery County Circuit Court (CV-95-1944-G); **(Ex.16)** a copy of the Beasley Firm's demands on Watson's money in the Court (CV-91-78) on March 14,1997, that Greg Allen filed in opposition to Hemphill & Harrison's above motions (Ex.14 & Ex.15), which shows acknowledged/claimed the following, **(a)** acknowledged that because the Beasley Firm did not file claims/counterclaims therein, the Beasley Firm's demands for attorney fees had not been litigated in the prior cases (CV-94-D-1112-N & CV-95-1944-G), **(b)** acknowledged that if the Beasley Firm did not have a preexisting attorney lien on file in the CSX case (CV-91-78), the Beasley Firm would be barred by res judicata from having rights to make demands in the CSX case (CV-91-78) for payment of attorney fees from the proceeds of Watson's settlement money, and **(c)** claimed that the Beasley Firm filed a 50% attorney lien in the CSX case (CV-91-78) when they withdrew as Watson's attorneys on August 30,1994 **&** that by ordering the Clerk to retain 50% of Watson's settlement money, Judge McFerrin had recognized that preexisting 50% lien in his Order on February 29,1996; and **(Ex.17)** a copy of the demand for a jury trial Harrison filed in this Court (CV-91-78) on April 3,1997, **and** Exhibit C-20, Exhibit C-21, Exhibit 18 & Exhibit 24 bound in Exhibit Pack 3 show the following, **(Ex.C-20)** Judge McFerrin's Order on February 29,1996, ordered the Clerk to release to Watson 50% of the settlement money **&** to

13

retain 50% to cover attorney liens; **(Ex.C-21)** Judge McFerrin's Order on February 29,1996,

ordered the Clerk to serve notice to Watson, Julia Asam & Greg Allen of the Beasley Firm, that

Judge McFerrin was holding an attorney lien hearing on March 26,1996, and **(Ex.18 & Ex.24)**

Judge McFerrin acknowledged in sworn affidavits in the CV-98-1871-PR case on September 8,

1998 & CV-98-D-1023-N case on January 20,1999, **(1)** that Asam's attorney lien was the only

attorney on file in the CSX case (CV-91-78) on the day of said settlement, **(2)** that because of

CSX's attorney's knowledge of claimed lien by the Beasley Firm, Judge McFerrin held money

from Watson's settlement to cover the Beasley Firm's claims of a lien & Asam's claimed lien;

**and** those facts in Exhibit C-20, Exhibit C-21, Exhibit 18 & Exhibit 24 verses the facts in

Exhibit 14 thru Exhibit 17 are indisputable evidence, that Judge McFerrin knew he deprived

Watson of a jury trial on the Beasley Firm's barred by res judicata demand on Watson's money

on March 14,1997, in which Greg Allen fraudulently claimed the Beasley Firm had filed a 50%

attorney lien in the CSX case (CV-91-78) when they withdrew as Watson's attorney on August

30,1994, to cover-up that the Beasley Firm's 40% attorney lien Greg Allen had filed on Watson's

money in the attorney lien hearing Judge McFerrin had ordered on February 29,1996 & held on

March 26,1996, is barred by res judicata.

20. Exhibit 27 thru Exhibit 30 bound in Exhibit Pack 3 are copies of the following:

**(Ex.27 - Ex.29)** copies of the pleadings Jack B. Hinton, Jr. filed in the CSX case (CV-91-78) on

behalf of the Beasley Firm on September 30,1999, in response to Watson's motion for judgment

of default against the Beasley Firm for failing to file an answer to Watson's motion of

complaints/with demand for jury trial thereof, which show claimed Watson is barred by res

judicata & collateral estopped to oppose Judge McFerrin awarding the Beasley Firm Watson's

settlement money, **(Ex.30)** a copy of Judge McFerrin's Order in December 8,1999, which shows ordered another hearing to be held on December 21,1999 on the pending attorney lien dispute, **and** those facts in Exhibit 27 thru Exhibit 30 verses the above (par.19) facts in Exhibit 14 thru Exhibit 18 & Exhibit 24 are indisputable & persuasive evidence that Judge McFerrin knew the Beasley Firm filed another barred by res judicata demand on Watson's money on September 30, 1999 **&** that Judge McFerrin held a hearing on December 21,1999, to make it appear that Watson was not being deprived of his rights to due process of law (jury trial) on the Beasley Firm demands on Watson's settlement money on March 26,1996, March 14,1997 & September 30,1999, which Judge McFerrin & Beasley Firm knew back in 1999 are all barred by res judicata.

21. Rule 15 of the Alabama Rules of Civil Procedure states that when justice so requires an amended complaint is to be freely allowed, **and** the above (par.15-16) verses the above (par. 17-20) is persuasive evidence that Judge McFerrin knows, **(a)** that he is unlawfully holding Watson's money in the CSX case (CV-91-78) on barred by res judicata demands the Beasley Firm filed on Watson's money on March 26,1996, March 14,1997 and September 30,1999, and **(b)** that to give himself grounds to disallow/strike Watson's amended complaints on April 2, 2002 and October 31,2002 that were trying to force Judge McFerrin to recuse himself on presiding over the Beasley Firm's barred by res judicata demands on Watson's money, Judge McFerrin fraudulently claimed in his Amended Order on April 18,2002 and Order on February 26,2003, that Judge McFerrin had held a final hearing on March 26,1996 on an attorney lien the Beasley Firm had on file in the CSX case (CV-91-78) before Watson's pro se settlement with CSX on February 16,1999.

15

22. Exhibit CSX-1 and Exhibit A through Exhibit F bound in Exhibit Pack 2-A are copies of the Beasley Firm's motion to dismiss/sanctions and exhibits that Jack B. Hinton, Jr. of the Gidiere Firm filed in the CSX case (CV-91-78) on November 27,2002, in response to Watson's amended complaint on October 31,2002, **and** those exhibits are copies of the following: **(Ex.A)** Judge McFerrin's Amended Order in the CSX case (CV-91-78) on April 18,2002; **(Ex.B)** U.S. District Judge Ira DeMent's Order/Judgment on June 6,1995 & U.S. Magistrate Charles S. Coody's Recommendation on May 17,1995 in the CV-94-D-1112-N case in U.S. District Court; **(Ex.C)** Circuit Judge William Gordon's Order/Judgment in the CV-95-1944-G case in Montgomery County Circuit Court on June 18,1996; **(Ex.D)** U.S. District Judge DeMent's Orders on April 5,1999 & March 17,1999 and U.S. Magistrate Vanzetta Penn McPherson's Recommendation on March 1,1999 in the CV-98-D-1023-N case in U.S. District Court; **(Ex.E)** Circuit Judge Sally Greenhaw's Order in the CV-00-1545-GR case in Montgomery County Circuit Court on July 30,2001 and **(Ex.F)** the Alabama Supreme Court's Order on January 25, 2002 on Watson's appeal (1002154) of the Watson v. Beasley Firm case (CV-00-1545-GR); and **Exhibit FC-5** bound in Exhibit Pack 4 shows that Mr. Hinton filed the same exhibits with the Beasley Firm's motion to dismiss & for sanctions in U.S. District Court (CV-02-T-1214-N) on November 27,2002; **and** Exhibit CSX-1 and Exhibit FC-5 show that the Beasley Firm used their Exhibit B through Exhibit F to claim/show that Watson's complaint claims against the Beasley Firm on October 31,2002 were barred by res judicata, because those claims had been decided in the CV-94-D-1112-N case in U.S. District Court on June 6,1995 and had been already been barred by res judicata in cases two in Montgomery County Circuit Court (CV-95-1944-G & CV-00-1545-GR), by the Alabama Supreme Court (1002154/CV-00-1545-GR), and in one case

16

in U.S. District Court (CV-98-D-1023-N).

23. Exhibit FC-6 and the preceding Exhibit A through Exhibit G bound in Exhibit Pack 4 are copies of the Gidiere Firm's motion to dismiss, remand & for sanctions that Ronald G. Davenport filed in U.S. District Court (CV-02-F-1214-N) on December 2,2002 **and** those exhibits are copies of the following: **(Ex.A)** the Alabama SJIS Case Detail (11 pages) in the CSX case (CV-91-78); **(Ex.B)** Watson's amended complaint in the CSX case (CV-91-78) on April 2, 2002; **(Ex.C)** the same Amended Order in the CSX case (CV-91-78) on April 18,2002, that is the Beasley Firm's above (par.22) Exhibit A; **(Ex.D)** the same Order/Judgment on June 6,1995 & Recommendation on May 17,1995 is in the CV-94-D-1112-N case, that is the Beasley Firm's above (par.22) Exhibit B; **(Ex.E)** the same Order/Judgment in the CV-95-1944-G case on June 18,1996, that is the Beasley Firm's above (par.22) Exhibit C; **(Ex.F)** the same Orders on April 5,1999 & March 17,1999 and Recommendation on March 1,1999 in the CV-98-D-1023-N case that are in the Beasley Firm's above (par.22) Exhibit D; **(Ex.G)** the same Order in the CV-00-1545-GR case on July 30,2002, that is the Beasley Firm's above (par.22) Exhibit E; **and** Exhibit FC-6 shows that the Gidiere Firm used their Exhibit D thru Exhibit G to claim/show that Watson did not have actionable claims in the CV-02-F-1214-N case against the Gidiere Firm for their representation of the Beasley Firm's behalf,, because Watson's claims against the Beasley Firm had been decided in CV-94-D-1112-N case in U.S. District Court on June 6,1995 and had already been barred by res judicata in two cases in Montgomery County Circuit Court (CV-95-1944-G & CV-00-1545-GR) and one case in U.S. District Court (CV-98-D-1023-N).

24. Exhibit FC-17, Exhibit FC-18 and the preceding Exhibit A thru Exhibit C bound in Exhibit Pack 4 are copies of the federal defendants motion to dismiss or remand, memorandum

brief and exhibits that on behalf of U.S. Attorney Leura G. Canary Assistant U.S. Attorney

Kenneth E. Vines filed in U.S. District Court (CV-02-F-1214-N) on January 23,2003, **and** those

exhibits are copies of the following: **(Ex.A)** Judge McFerrin's Order in the CV-91-78 case on

April 17,2002, which Judge McFerrin amended on April 18,2002, because he had claimed he

held a final hearing on March 16,1996 on an attorney lien the Beasley Firm had on file before

said settlement on February 16,1996: **(Ex.B)** Magistrate McPherson's Recommendation in the

CV-98-D-1023-N case on March 1,1999, that is in the Beasley Firm's above (par.22) Exhibit D

and the Gidiere Firm's above (par.23) Exhibit F; **(Ex.C)** Judge DeMent's Order in the

CV-98-D-1023-N case on March 17,1999, that is in the Beasley Firm's above (par.22) Exhibit

D and the Gidiere Firm's above (par.23) Exhibit F; **and** Exhibit FC-18 shows that by using said

recommendation (Ex.B) and order (Ex.C) to claim/show that the CV-02-F-1214-N case was the

second time Watson had sued U.S. Attorneys for obstruction of justice/conspiracy involving the

Beasley Firm's attorney lien and the third time federal court was having to address Watson's

baseless allegations concerning the Beasley Firm's attorney lien, the federal defendants knew

they were backing-up the Beasley Firm and Gidiere Firm's above (par.22 - 23) claims/evidence

in the CV-02-F-1214-N case, that the Beasley Firm's attorney lien on Watson's settlement

money had been resolved in the CV-94-D-1112-N case in U.S. District Court.

25. Exhibit CSX-3 bound in Exhibit Pack 2-A is a copy of the state defendants motion to

strike that Assistant Attorney General Ellen Leonard filed in the CSX case (CV-91-78) on

December 2,2002, which **(a)** acknowledged Watson had filed/removed his amended complaint

in the CSX case (CV-91-78) to U.S. District Court on October 31,2002 and **(b)** claimed that

Judge McFerrin had rights in the CSX case (CV-91-78) to strike Watson's amended complaint

on October 31,2002 (that was suing Judge McFerrin), on the same grounds Judge McFerrin had

used in his Order on April 17,2002, to strike Watson's amended complaint on April 2,2002 (that

sued Judge McFerrin).

26. Exhibit FC-19 and Exhibit FC-23 bound in Exhibit Pack 4 show the following:

**(Ex.FC-23)** that U.S. District Judge Mark E. Fuller remanded Watson's amended complaint

(10/31/02) in the CV-02-F-1214-N case on February 12,2003, on the magistrate recommendation

thereof on January 29,2003; and **(Ex.FC-19)** U.S. Magistrate Susan Russ Walker's

Recommendation in the CV-02-F-1214-N case on January 29,2003 shows the following, **(a)** that

Magistrate Walker acknowledged that because Judge McFerrin had disallowed Watson's

amended complaint on April 2,2002 (that sued Judge McFerrin), Watson had filed/removed his

amended complaint to federal court on October 31,2002, before Judge McFerrin had opportunity

to disallow Watson's amended complaint in the CSX case (CV-91-78) on October 31,2002 (that

sued Judge McFerrin), **(b)** that Magistrate Walker used the Gidiere Firm's above (par.23) Exhibit

C (Judge McFerrin's Amended Order in the CV-91-78 case on April 18,2002) and Exhibit G

(Judge Greenhaw's Order in the CV-00-1545-GR case on July 30,2001), to show/claim that after

Judge McFerrin had held a final hearing on March 26,1996 on an attorney lien the Beasley Firm

had on file in the CSX case (CV-91-78) before Watson's pro se settlement with CSX on

February 16,1996, Watson had vigorously contested that lien in cases against the Beasley Firm

(and other attorneys, judges, and state and federal officials who had allegedly conspired with the

Beasley Firm), in state court and that federal court, and **(c)** that Magistrate Walker stated that

because the Alabama Rules of Civil Procedure requires leave from the court to file an amended

complaint any time after forty-two (42) days before the first setting of trial, Watson's amended

19

complaint on October 31,2002 was in violation of Ala. R. Civ. P. 15(a), because Judge McFerrin

had ruled in his Amended Order on April 18,2002, that Watson's amended complaint on April 2,

2002 was filed too late and without leave of the court, because Judge McFerrin had held a final

hearing on March 26,1996 on an attorney lien the Beasley Firm had on file in the CSX case

(CV-91-78) before said settlement on February 16,1996; **and** Exhibit FC-9 (see par.8-D on pages

5-6 & par.16 - 16-A on pages 14-15) bound in Exhibit Pack 4 shows that Watson's motion to

deny in the CV-02-F-1214-N case on December 18,2002, had references to the Beasley Firm's

above (par.22) Exhibit A, the Gidiere Firm's above (par.23) Exhibit C, and to Watson's Exhibit

6, Exhibit 11, Exhibit 18, Exhibit 24, Exhibit C-9 and Exhibit C-24 in the above (par.17-18) that

showed **(a)** that Judge McFerrin had testified in his affidavits in the CV-98-1871-PR case on

September 8,1998 and CV-98-D-1023-N case on January 20,1999, that the Beasley Firm did not

have an attorney lien on file on the CSX case (CV-91-78) before Watson's pro se settlement with

CSX and that the Beasley Firm had filed their attorney lien in the hearing Judge McFerrin had

held on March 26,1996, and **(b)** that the Beasley Firm and Gidiere Firm were both trying to use

Judge McFerrin's Amended Order on April 18,2002, to fraudulently claim that Judge McFerrin

had held a bench trial (final hearing) on the attorney lien the Beasley Firm had filed in the CSX

case (CV-91-78) on March 26,1996, **(1)** that the CV-95-1944-G Watson had filed in

Montgomery County Circuit Court on September 1,1995 had jurisdiction of, and **(2)** that Judge

McFerrin had conspired with the Beasley Firm to keep a jury in the CV-95-1944-G case from

deciding.

27. The Gidiere Firm's above (par.23) Exhibit G in the CV-02-F-1214-N case shows the

following: **(1)** that Judge Greenhaw acknowledged that Watson's claims against the Beasley

20

Firm in the CV-00-1545-GR case were for legal malpractice in the CSX case (CV-91-78) and

cow case (CV-92-03) and to contest payment of attorney fees to the Beasley Firm from

settlement proceeds in the CSX case, and **(2)** that on the Beasley Firm's motion for summary

judgment Judge Greenhaw dismissed those claims on July 30,2001, on grounds Judge DeMent

had made a judgment on those claims in summary judgment in the CV-94-D-1112-N case on

June 6,1995 **and** that Watson was barred by res judicata and collateral estopped from

re-litigating those claims again in the CV-00-1545-GR case; **and** the Gidiere Firm's above

(par.23) Exhibit D in the CV-02-F-1214-N case was persuasive evidence that Judge Greenhaw

had conspired with the Beasley Firm to unlawfully use the CV-94-D-1112-N case and doctrine of

res judicata/collateral estopped to dismiss Watson's claims in the CV-00-1545-GR case on July

30,2001, by the fact Judge DeMent's Order/Judgment on June 6,1995 in the Exhibit D shows

that he made his judgment from the magistrate recommendation and Magistrate Coody's

Recommendation on May 17,1995 in Exhibit D shows that following, **(a)** that Magistrate Coody

had not even acknowledged claims involving the CSX case (CV-91-78), much less make a

recommendation thereon; **(b)** that on Watson's claims involving the cow case (CV-92-03),

Magistrate Coody had not even recognized that even one member of the Beasley Firm was a

defendant in that case **and** had recognized Watson as plaintiff and Lowndes County Judge Ted

Bozeman, Lowndes County Sheriff John Hulett, Albert Butler & Daniel Thomas as defendants;

and **(see Due Process Claim on pages 2-3)** that lack of jurisdiction was recommended to be

claimed of Watson's due process claims that were attacking the propriety of the state judicial

proceeding in the cow case (CV-92-03); **(see Conspiracy Claim on pages 3-4)** that dismissal of

Watson's conspiracy claims was recommended on grounds, **(1)** that Judge Bozeman was the only

21

defendant who was acting under of color of state law **and** that Watson had not shown in his

affidavits where Judge Bozeman had reached an understanding in concert, or acted in concert

with the other defendants to deprive Watson of his constitutional rights in the cow case

(CV-92-03) and **(2)** that Watson had failed to show in his affidavits, evidence of his claims that

Sheriff Hulett & Thomas had given perjury testimony in trial, **(see Discrimination Claim on**

**page 5)** that Magistrate Coody acknowledged that Sheriff Hulett was also acting under color of

state law after claiming in Watson's conspiracy claim Judge Bozeman was the only defendant

acting under color of state law **and** recommended dismissal of Watson's discrimination claim on

grounds that Watson had failed to show where black Sheriff Hulett had been an influence to

deprive Watson of any of his constitutional protected rights in the cow case (CV-92-03); and

**(note)** with lack of jurisdiction being claimed in the CV-94-D-1112-N case on Watson's due

process claims that were attacking the propriety of the state judicial proceeding in the cow case

(CV-92-03), had to include Watson's state law claims against the Beasley Firm for legal

malpractice in the cow case (CV-92-03), by the fact under 64 ALR4th 323, just attorney

incompetence by Cole Portis in the cow case (CV-92-03), gave Watson rights in the

CV-94-D-1112-N case to relief of the judgment in the cow case (CV-92-03).

    28. Exhibit FC-1 bound in Exhibit Pack 4-A and Exhibit FC-3 bound in Exhibit Pack 4

show that Watson's conspiracy claims in his amended complaint in the CSX case (CV-91-78) on

October 31,2002 and notice of removal in U.S. District Court (CV-02-T-1214-N) on October 31,

2002, included claims that the CV-94-D-1112-N case in U.S. District Court and doctrine of res

judicata/collateral estopped had been unlawfully used to dismiss Watson's claims against the

Beasley Firm in the CV-00-1545-GR case in Montgomery County Circuit Court on July 30,2001;

**and** the above (par.27) on the Gidiere Firm's above (par.23) Exhibit D and Exhibit G show that the Exhibit D and Exhibit G the Gidiere Firm filed in the CV-02-F-1214-N case on December 2, 2002, were persuasive evidence of Watson's conspiracy claims that the CV-94-D-1112-N case and doctrine of res judicata/collateral estopped had been unlawfully used to dismiss Watson's claims against the Beasley Firm in the CV-00-1545-GR case on July 30,2001, and **(Note)** the above (par.22) on Exhibit CSX-1 and Exhibit A through Exhibit F bound in Exhibit Pack 2-A and FC-5 bound in Exhibit Pack 4 show that Exhibit B and Exhibit E that the Beasley Firm filed in the CSX case (CV-91-78) and federal court (CV-02-T-1214-N) on November 27,2002, were also persuasive evidence of Watson's claims.

29. The above (par.27 - 28) on Exhibit FC-3, Exhibit D and Exhibit G bound in Exhibit Pack 4 and Exhibit FC-1 bound in Exhibit Pack 4-A, verses the above (par.27) on Exhibit G and Exhibit FC-19 bound in Exhibit Pack 4, show that Magistrate Walker was aware that to evade having to address Watson's conspiracy claims involving the CV-94-D-1112-N case and doctrine of res judicata/collateral estopped being unlawfully used to dismiss Watson's claims against the Beasley Firm in the CV-00-1545-GR case on July 30,2001, in which the Gidiere Firm's Exhibit D and Exhibit G showed were claims Watson could prevail on in trial, Magistrate Walker fraudulently claimed in her Recommendation on January 29,2003, that Judge Greenhaw's Order in the CV-00-1545-GR case on July 30,2001 (the Gidiere Firm's Ex.G), showed that the CV-00-1545-GR case was the last case of a number of cases in which Watson had contested Judge McFerrin holding a final hearing on March 26,1996 on an attorney lien the Beasley Firm had on file in the CSX case (CV-91-78) before said settlement on February 16,1996; **and** the averments in Exhibit CSX-12 (see par.F on pages 5-6) on the Gidiere Firm's above (par.23)

23

Exhibit F bound in Exhibit Pack 4, show that Magistrate McPherson's references in her Recommendation in the CV-98-D-1023-N case on March 1,1999, show that it is unlawful for the Court to not consider claims that the plaintiff can prevail on in trial.

30. Exhibit Pack 4-A has documents from the CV-02-F-1214-N case in U.S. District Court that are not bound in Exhibit Pack 4, **and** the above (par.15 - 29) along with Exhibit FC-22 and Exhibit FC-27 bound in Exhibit Pack 4 and Exhibit FC-20, Exhibit FC-21 and Exhibit FC-24 through Exhibit FC-26 bound in Exhibit Pack 4-A is persuasive evidence that Judge Fuller conspired to obstruct justice/enforce unconstitutional law on Watson's rights to file an amended complaint in the CV-02-F-1214-N case that added the federal officials who conspired to obstruct justice in the CV-02-F-1214-N case on Watson's amended complaint/notice of removal on October 31,2002.

31. Exhibit FC-10 bound in Exhibit Pack 4 and Exhibit FC-16 bound in Exhibit Pack 4-A show the following: **(Ex.FC-10)** that Watson filed a motion for order to remove his money from state court to federal court for a jury trial thereon in the CV-02-F-1214-N case on December 18, 2002; **(Ex.FC-16)** that Watson filed a motion in the CV-02-F-1214-N case on January 10,2003, that demanded a hearing on his pending motions; **and** Exhibit FC-19 shows that in her Recommendation on January 29,2003, Magistrate Walker did not even acknowledge Watson had pending motions, much less justify why Watson was not even being allowed a hearing in the CV-02-F-1214-N case.

32. The averments in Exhibit FC-24 (see par.1 - 3 on pages 2-4) on Exhibit C, Exhibit FC-19 and Exhibit FC-23 in the above (par.26) and on Exhibit C-6, Exhibit C-19 thru Exhibit C-24, Exhibit 18 and Exhibit 24 in the above (par.17) show that Judge Fuller was aware from

24

Watson's combination motion for order to be rescinded or vacated & motion to compel for recusal of the district judge in the CV-02-F-1214-N case, that Watson's above (par.17) Exhibit C-6, Exhibit C-19 through Exhibit C-21, Exhibit 18 and Exhibit 24 were persuasive evidence that Magistrate Walker and Judge Fuller knew that the Beasley Firm filed their first attorney lien on Watson's money in the CSX case (CV-91-78) on March 26,1996 **and** that Magistrate Walker and Judge Fuller had conspired in the CV-02-F-1214-N case to use Judge McFerrin's Amended Order in the CSX case (CV-91-78) on April 18,2002, to remand Watson's amended complaint (10/31/02) back to Judge McFerrin in the CSX case (CV-91-78) to disallow/strike, on grounds Judge McFerrin had held a final hearing on March 26,1996 on an attorney lien the Beasley Firm had on file in the CSX case (CV-91-78) before Watson's pro se settlement with CSX on February 16,1996.

33. The above (par.15 - 32) show that Exhibit Pack SAK, Exhibit Pack 2, Exhibit Pack 2-A, Exhibit Pack 3, Exhibit Pack 4, Exhibit Pack 4-A have exhibits bound therein that prove the remanding of Watson's amended complaint (10/31/02) in U.S. District Court (CV-02-F-1214-N) and disallowing/striking thereof in the CSX case (CV-91-78), was a conspiracy obstruction of justice/enforce of unconstitutional law on Watson's rights to due process of law on Watson's money being unlawfully held in the CSX case (CV-91-78) on barred by res judicata demands the Beasley Firm filed on Watson's money on March 26,1996, March 14,1997 and September 30, 1999.

34. The averments in Exhibit CSX-12 bound in Exhibit Pack 2 along with the exhibits bound in Exhibit Pack SAK, Exhibit Pack 2, Exhibit Pack 3, Exhibit Pack 4, Exhibit Pack 4-A, are persuasive evidence of an ongoing conspiracy obstruction of justice/enforcement of

25

unconstitutional law on Watson's rights to a jury trial in federal court on his money being

unlawfully held in the CSX case (CV-91-78) for over eight (8) years on the Beasley Firm's fraud

demands thereon, Judge McFerrin is aware that by refusing to take-up and make a ruling on

Watson's four motions in the CSX case (CV-91-78) on March 21,2003 (Ex.CSX-5 - Ex.CSX-8

in Ex. Pk. 2) and Watson's above (par.13) objection on November 27,2003 (Ex.CSX-12 bound

in Ex. Pk. 2), Judge McFerrin is also conspiring to obstruct justice/enforce unconstitutional law

on Watson's rights for a jury in federal court to award Watson the damages he incurred in and as

a result of the conspiracy in the cow case (CV-92-03), which Watson showed in one of his

motions on March 21,2003 (Ex.CSX-5 in Ex. Pk. 2) and objection on November 27,2003, that

Judge McFerrin still has civil liability along with the Beasley Firm for the damages the

conspiracy in the cow case (CV-92-03) caused Watson to incur, **and** as shown in the above

(par.B & par.2 - 12), the civil liability Judge McFerrin is due to be held liable for is to go to the

State of Alabama and United States and a matter for state and federal prosecutors to pursue.

## COUNT ONE

## ATTORNEY FRAUD

## UNDER

## THE ALABAMA LEGAL SERVICES LIABILITY ACT (§ 6-5-570)

35. The Beasley Firm allowed Jack B. Hinton, Jr. of the Gidiere Firm to make fraud

claims in the CSX case (CV-91-78) on October 13,2003, to try to obtain $232,855.37 of

Watson's money by unlawful means **and** also in order for the Beasley Firm to continue evading

being held liable for **(a)** the Beasley Firm's fraud in keeping half of the money from Watson's

pro se settlement with CSX on February 16,1996 ($237,500 plus interest), unlawfully held in the

26

CSX case (CV-91-78) on barred by res judicata demands the Beasley Firm filed on Watson's money on March 26,1996, March 14,1997 & September 30,1999, and **(b)** the Beasley Firm's fraud in the cow case (CV-92-03) in allowing Thomas to get a civil judgment for a different crime than Thomas sued Watson's for, in which just Exhibit 2-A and Exhibit 6-A bound in Exhibit Pack 3 and the averments on those two exhibits in Exhibit CSX-12 (see NOTE to 1-F on pages 16-17) are persuasive evidence thereof.

36. With the statute of limitations for attorney fraud being two years **and** the Beasley Firm is clearly liable for the fraud committed in the CV-02-F-1214-N case in U.S. District Court and in the CSX case (CV-91-78) from November 27,2002 through February 26,2003, to keep the Beasley Firm from being held liable for the damages Watson incurred as a result of **(a)** the Beasley Firm's fraud in keeping Watson's money unlawfully held in the CSX case (CV-91-78) and **(b)** the Beasley Firm's fraud in the cow case (CV-92-03).

37. Judge McFerrin's Amended Order on April 18,2002 (Ex.A bound in Ex. Pk. 2-A) and Order on February 26,2003 (Ex.CSX-4 in Ex. Pk. 2-A), states that the motions and exhibits on file in the CSX case (CV-91-78) on and before March 26,1996, are to be considered in the ongoing attorney lien dispute; **and** Exhibit 1 thru Exhibit 3 bound in Exhibit Pack 3 are copies of the following: **(Ex.1)** Watson's motion to dismiss liens in the CSX case (CV-91-78) on October 25,1994, which shows had exhibits attached that showed the Beasley Firm's unlawful representation of Watson's behalf in the cow case (CV-92-03) and demanded that any lien the Beasley Firm had or attached to the CSX case (CV-91-78) be dismissed; **(Ex.2)** Watson's motion for summary judgment in the CSX case (CV-91-78) on October 25,1994, which shows had exhibits attached that showed as result of CSX obtaining records of the cow case (CV-92-03)

that proved the Beasley Firm had unlawfully represented Watson's behalf therein, the Beasley

Firm had started taking discovery with CSX that CSX was to use in trial, that was covering-up

**(a)** that Watson had an on-duty-injury in 1989 and disabled from his job as a result thereof and

**(b)** that CSX was depriving Watson of his rights to another job with CSX and medical treatment

on his back injuries that Watson was entitled to; and **(Ex.3)** Watson's affidavit with motions in

the CSX case (CV-91-78) on January 5,1995, which shows had exhibits attached were additional

proof of Watson's claims/evidence in the above Exhibit 1 and Exhibit 2.

38. Exhibit 18 and Exhibit 24 bound in Exhibit Pack 3 show that Judge McFerrin also

acknowledged in his affidavits in the CV-98-1871-PR case on September 8,1998 (Ex.18) and

CV-98-D-1023-N case on January 20,1999 (Ex.24), that Watson's falling out with the Beasley

Firm in the CSX case (CV-91-78), was initiated over the Beasley Firm's representation of

Watson's **behalf** in the cow case (CV-92-03); **and** that acknowledgment in said affidavits along

with the above (par.37) show that with Watson having those claims on file in the CV-91-78)

before March 26,1996, the Beasley Firm do not have grounds to claim Watson does not have

rights to contest the Beasley Firm's attorney lien on Watson's settlement money, with claims that

the Beasley Firm unlawful representation of Watson's behalf in the cow case (CV-91-78) caused

the Beasley Firm to unlawfully represent Watson's behalf in the CSX case (CV-91-78).

39. The Beasley Firm are aware fraud is a jury issue **and** that their fraud to deprive

Watson of his rights to a jury trial on the connecting fraud the Beasley Firm committed in the in

the cow case (CV-92-03 and CSX case (CV-91-78) is a jury issue, along with the Beasley Firm's

fraud in keeping Watson's money unlawfully held in the CSX case (CV-91-780 for over eight (8)

years.

28

WHEREFORE, Plaintiff Watson demands a judgment against the Beasley Firm for fraud and requests a jury return a fair and reasonable amount of compensatory and punitive damages to Watson for his injuries, damages and costs.

## COUNT TWO

## CONSPIRACY TO DEPRIVE

## OF

## EQUAL RIGHTS UNDER THE LAW

## &

## RIGHTS TO PROPERTY

## UNDER U.S. TITLE 42 (§ 1981, § 1983, § 1985 & § 1986)

40. Plaintiff Watson reclaims paragraphs 1 through 39 of this amended complaint as if set out here in full.

41. Exhibit FC-9 (see par.1 on pages 1-2) bound in Exhibit Pack 4 shows that in his motion to deny in the CV-02-F-1214-N case on December 18,2002, that in order to keep federal and state taxpayers from being put in jeopardy of being used to pay civil damages to Watson for conspiracy crimes federal/state officials committed on Watson's civil rights and property, Watson demanded the Beasley Firm and Gidiere Firm also be held liable for federal/state officials civil damages under Chicarelli v. Plymouth Garden Apartments, D.C. Pa.1982, 551 F.Supp. 532; **and** Exhibit FC-14 (see 7-B on page 9) bound in Exhibit Pack 4 shows that Watson stated in his motion for the court to reconsider the defendant U.S. Attorneys motion for extension of time in the CV-02-F-1214-N case on January 2,2003, that if federal officials tried to keep the Beasley Firm and Gidiere Firm from being held liable for all the civil damages in the

29

CV-02-F-1214-N case, federal officials would be knowingly and unlawfully using their federal

positions and taxpayers money.

42. The fraud federal and state officials conspired to commit in the CV-02-F-1214-N case

in U.S. District Court and CSX case (CV-91-78) from December 2,2002 through February 26,

1996, was to keep the Beasley Firm and Gidiere Firm from being held liable for civil damages;

**and** the Gidiere Firm conspired to commit was to keep the Beasley Firm from being held liable

for civil damages.

43. U.S. Title 42 (§ 1981), U.S. Tile 42 (§ 1983), U.S. Title 42 (§ 1985) and U.S. Title 42

(§ 1986) are statutory laws enacted by the U.S. Congress, to hold public officials and private

parties bound by law (such as attorneys), liable for civil damages for conspiring to deprive

anyone of their civil rights and property **and** when federal/state officials and attorneys conspire

to obstruct justice/enforce unconstitutional law on a civil complaint against federal/state officials

and lawyers for conspiracy deprivations on civil rights and property, federal/state officials and

lawyers know they are committing conspiracy crimes on the United States Constitution and

citizens rights/interest thereunder.

44. Because Watson believes it still would be an injustice for federal and state taxpayers

to be held liable for conspiracy crimes federal/state officials committed to deprive citizens of

their rights to due process of law and equal protection under the law against federal/state

officials conspiring with attorneys to commit conspiracy crimes on the United States

Constitution and citizens rights/interests thereunder, Watson is demanding the Beasley Firm be

held liable for civil damages under <u>Chicarelli v. Plymouth Garden Apartments,</u> D.C.Pa.1982,

551 F.Supp. 532, for the fraud federal/state officials conspired with the Beasley Firm to commit

on Watson's civil rights and property in U.S. District Court (CV-02-F-1214-N) and CSX case

(CV-91-78) in January and February 2003.

WHEREFORE, Plaintiff Watson demands a judgment against the Beasley Firm for

conspiracy deprivations on Watson's civil rights and property, and requests a jury return a fair

and reasonable amount of compensatory and punitive damages to Watson for his injuries,

damages and costs.

## COUNT THREE

## RACKETEERING ON CIVIL RIGHTS AND PROPERTY

## UNDER

## THE CIVIL PROVISION

## OF THE

## FEDERAL RACKETEERING INFLUENCE AND CORRUPT ORGANIZATIONS ACT

## U.S. TITLE 18 (§ 1961 - § 1968)

45. Plaintiff Watson reclaims paragraphs 1 through 44 of this amended complaint as if

set out here in full.

46. The RICO Act (USCA 18, § 1961 - § 1968) was enacted by the U.S. Congress, to give

government a better means of allowing citizens as jurors to bring organized criminals to criminal

and civil justice in federal court; **and** Exhibit G bound in Exhibit Pack 4 shows that Judge

Greenhaw acknowledged in her Order in the CV-00-1545-GR case on July 30,2001, that Watson

had demanded his complaint in the CV-00-1545-GR case be allowed to be amended to a RICO

Class Action.

47. Exhibit B bound in Exhibit Pack 4 shows that Watson's amended complaint in the

31

CSX case (CV-91-78) on April 2,2002, was also filed as a RICO case under USCA 18 (§§ 1961-1968) **and** that Watson did not seek civil damages from Judge McFerrin and U.S. Attorneys.

48. Exhibit FC-1 bound in Exhibit Pack 4-A and Exhibit FC-3 bound in Exhibit Pack 4 show that Watson's amended complaint in the CSX case (CV-91-78) on October 31,2002 and notice of removal in U.S. District Court (CV-02-T-1214-N) on October 31,2002, stated claims were being filed under RICO (USCA 18, § 1961 - § 1968) **and** that those claims involved **(a)** Judge Greenhaw's conspiracy with the Beasley Firm in unlawfully using the CV-94-D-1112-N case and doctrine of res judicata/collateral estopped to dismiss Watson's claims against the Beasley Firm in the CV-00-1545-GR case on July 30,2001, **(b)** Judge McFerrin conspiring on April 18,2002, to unlawfully dismiss Watson's amended complaint in the CSX case (CV-91-78) on April 2,2002, and **(c)** Judge Greenhaw conspiring on October 2,2002, to unlawfully dismiss Watson's claims against Judge McFerrin in the CV-02-2048-GR case in Montgomery County Circuit Court; **and** Exhibit M-6 and Exhibit M-10 bound in Exhibit Pack 4 show that to keep from having to order Judge McFerrin to rescind/vacate his orders in the CSX case (CV-91-78) on April 17 & 18,2002 and transfer Watson's money and amended complaint (4/2/02) to U.S. District Court for a jury trial on Watson and Beasley Firm's counterclaims on Watson's money, Judge Greenhaw dismissed Watson's claims against Judge McFerrin in the CV-02-2048-GR case on October 2,2002.

49. When federal/state judges/attorneys conspire with attorneys to use fraud  to obstruct justice/enforce unconstitutional on complaints against federal/state officials and lawyers for racketeering conspiracy crimes of fraud on civil rights and property, that is organized crime in the courts by the legal profession, that citizens have rights under the United States Constitution

and the law to bring federal/state officials and lawyers to justice on **and** a jury holding the

Beasley Firm liable to civil damages to Watson under the civil provisions of RICO is only the

first step in this amended complaint, for citizens to bring federal/state officials and lawyers to

justice for the racketeering conspiracy crimes of fraud they committed on the United States

Constitutional and citizens rights/interests thereunder.

WHEREFORE, Plaintiff Watson demands a judgment against the Beasley Firm for

racketeering on Watson's civil rights and property, and requests a jury return a fair amount of

compensatory and punitive damages to Watson for his injuries, damages and costs.

**COURT FOUR**

**INJUNCTION RELIEF**

**AGAINST THE STATE OF ALABAMA AND UNITED STATES OF AMERICA**

**UNDER**

**U.S. TITLE 42 (§ 1983)**

50. Plaintiff Watson reclaims paragraphs 1 through 49 of this amended complaint as if

set out here in full.

51. The 1st Amendment to the U.S. Constitution gives citizens rights to petition

government for redress of grievances **and** Judge McFerrin's refusal to even take-up and make a

ruling on the four motions Watson filed in the CSX case (CV-91-78) on March 21,2003

(Ex.CSX-5 - Ex.CSX-8 bound in Ex. Pk 2) and objection on November 27,2003 (Ex.CSX-12

bound in Ex. Pk 2), because they proved Judge McFerrin was obstructing justice on himself,

other state officials, partners of the Beasley Firm, partners of the Gidiere Firm and federal justice

officials being brought to justice, is a flagrant violation of citizens petition rights under the 1st

33

USCA which Plaintiff Watson is demanding to be justly dealt with.

52. Because of the above (par.51), Plaintiff Watson is demanding an injunction order from U.S. District Court, that orders the Circuit Clerk in Lowndes County to transfer Watson's money to U.S. District Court for a jury trial, **and** Plaintiff Watson is filing a motion for that order with the notice of removal in U.S. District Court.

53. The interest of justice and citizens rights/interests thereunder demands the federal court issue the above (par.52) order, **(a)** because federal officials pull their conspiracy off in the CV-02-F-1214-N case by ignoring Watson's motion on December 18,2002, that demanded an order that removed said money in the CSX case (CV-91-78) to the CV-02-F-1214-N case for a jury trial thereon, **(b)** because federal officials knew their conspiracy in the CV-02-F-1214-N case obstructed justice/enforced unconstitutional law on Judge McFerrin using fraud in his Amended Order on April 18,2002, to unlawfully dismiss Watson's amended complaint in the CSX case (CV-91-78) on April 2,2002 (that was a federal court jury complaint), in addition to federal officials using the same fraud to unlawfully remand Watson's amended complaint on October 31,2002 back to Judge McFerrin in the CSX case (CV-91-78) to also unlawfully dismiss, which federal justice officials knew was a federal court jury complaint, and **(c)** because the transferal of said money from the CSX case (CV-91-78) to federal court for a jury trial will compel federal and state officials to take-up the injunction relief being demanded against the State of Alabama and United States, which are that federal/state officials and lawyers be held criminally and civilly liable to the State of Alabama and United States for the racketeering conspiracy crimes of fraud they committed on the United States Constitution and citizens rights/ interests thereunder, in order to deprive/defraud the State of Alabama and its citizens of an

34

honest judicial system.

54. The issues that Plaintiff Watson is demanding U.S. Senator Shelby file an answer on the injunction relief being demanded, are stated in Exhibit USSS-P3 bound in Exhibit Pack SAK, which shows includes demanding that U.S. Senator Shelby state/acknowledge in his answer, **(a)** the he either withdraw his claim in his letter on June 10,2004 that my petitions to him on April 1,2004 (Ex.USSS-P1 bound Ex. Pk. AA) & April 24,2004 (Ex.USSS-P2 bound in Ex. Pk. AAA) were not federal legislative matters, or consider himself a defendant in this case, and **(b)** that he inform all the federal legislators in the U.S. Congress of the injunction relief being demanded in the notice of removal/amended complaint, which because of the corruption within the U.S. Department of Justice is demanding the U.S. Congress uphold its duty to bring an end to federal justice officials conspiring with state officials and lawyers to deprive/defraud the State of Alabama and its citizens of an honest judicial system, which includes Washington federal civil rights justice officials conspiring to obstruct justice on Watson's two petitions to U.S. Attorney General Ashcroft on May 16,2003, which had resulted in President Bush being mislead to make his senate recess appointment of Alabama Attorney General Pryor to the U.S. 11th Circuit Court of Appeals on February 20,2004.

55. The issues Plaintiff Watson is demanding U.S. Attorney General Ashcroft file an answer to on the injunction relief being demanded, are stated in Exhibit USAG-P5 bound in Exhibit Pack SAK, which shows is also demanding U.S. Attorney General Ashcroft explain why he has not responded to Watson's petitions on April 1,2004 (see Ex.USAG-P3 bound in Ex. Pk. AA) and on April 24,2004 (see Ex.USAG-P4 bound in Ex. Pk. AAA), which demanded U.S. Attorney General Ashcroft uphold his duty to bring federal justice officials in Washington DC

and Montgomery Al., state executive/legislative/judicial officials of Alabama and lawyers to

justice, for the conspiracy crimes they committed on the United States Constitution and citizens

rights/interests thereunder, to deprive/defraud the State of Alabama and its citizens of an honest

judicial system, **and** which shows is demanding U.S. Attorney General Ashcroft state in his

answer, that special prosecutors and investigators will be assigned to represent citizens rights

and interests in this matter involving high ranking federal justice officials in Washington DC and

Montgomery Al. conspiring with state officials and lawyers to deprive/defraud the State of

Alabama and its citizens of an honest judicial system.

56. The issues Plaintiff Watson is demanding Alabama Attorney General King file an

answer to on the injunction relief being demanded, are stated in Exhibit AGK-P1 bound in

Exhibit Pack SAK, which shows that Watson has shown that Attorney General King may have

conflict of interest on representing citizens of Alabama's rights/interest in this matter **and** that

Attorney General King address that conflict in his answer, to ensure that citizens of Alabama's

rights/interests are protected and served in this matter.

57. Because the above (par.54 - 56) Exhibit USSS-P3, Exhibit USAG-P5 and Exhibit

AGK-P1 show that because U.S. Magistrate Charles S. Coody (CV-94-D-1112-N case), U.S.

Magistrate Vanzetta Penn McPherson (CV-98-D-1023-N case), U.S. Magistrate Susan Russ

Walker (CV-02-F-1214-N case), U.S. District Judge Ira DeMent (CV-94-D-1112-N &

CV-98-D-1023-N cases), U.S. District Judge Myron H. Thompson (CV-01-T-1268-N case) and

U.S. District Judge Mark E. Fuller (CV-02-F-1214-N case) are libeling parties in the injunction

relief being demanded, they have conflict of interest and can not preside over this amended

complaint; **and** because this amended complaint is seeking to rid this federal courthouse of

36

corrupt magistrates and district judges, the magistrate and district judge who presides over this amended complaint, must not show the slightest intent to obstruct justice/enforce unconstitutional law on citizens rights/interests to rid this federal courthouse of magistrates and district judges who have conspired to obstruct justice/enforce unconstitutional law on citizens rights to due process of law and equal protection under the law against federal/state officials and lawyers conspiring in the courts to defraud citizens of their civil rights.

58. Plaintiff Watson is demanding and the interest of justice clearly demands that fair public hearings be held in this matter, because Magistrate Walker and Judge Fuller refused to hold even one hearing in the CV-02-F-1214-N case, **(a)** because Watson's exhibit evidence proved that to cover-up Watson's money is being unlawfully held in the CSX case (CV-91-78) on barred by res judicata demands the Beasley Firm had filed on Watson's money on March 26, 1996, March 14,1997 and September 30,1999, the attorney and federal defendants were conspiring in the CV-02-F-1214-N case to use Judge McFerrin's orders in the CSX case (CV-91-78) on April 17 & 18,2002, to fraudulently claim Judge McFerrin had held a final hearing on March 26,1996 on an attorney lien the Beasley Firm had on file in the CSX case (CV-91-78) before Watson's pro se settlement with CSX on February 16,1996, and **(b)** because the defendants own exhibit evidence even proved that the federal and attorney defendants were conspiring in the CV-02-F-1214-N case, to fraudulently claim the Beasley Firm's attorney lien on Watson's settlement money had been decided in the first case in that federal court (CV-94-D-1112-N) **and also** that the first case in that federal courthouse (CV-94-D-1112-N) had been unlawfully used in the second case in that federal courthouse (CV-98-D-1023-N), to deprive Watson of a jury trial on the Beasley Firm's attorney lien on Watson's settlement money.

37

59. The injunction relief demands in this amended complaint is seeking for the United States and the State of Alabama be put under a form of conservator-ship in this case, to force and until federal and state officials uphold their duty to the citizens of Alabama and United States to hold federal/state officials and lawyers criminally and civilly liable to the State of Alabama and United States, for the conspiracy crimes they have committed on the United States Constitution, the law and citizens rights/interests thereunder.

60. Plaintiff Watson is a layman pro se, who is representing his, citizens of Alabama and citizens of the United States behalf against federal/state officials and lawyers who have and intend to continue to conspire to have a judicial system that is unconstitutional under the United States Constitution and unlawful under the law; **and** with Bach v. Scott, D.C.Ill.1973, 357 F.Sppp. 1125, Mahurin v. Moss, D.C.Mo.1970, 313 F.Supp. 1263 and Stambler v. Dillion, D.C.N.Y.1969, 302 F.Supp. 1250 demanding that for the protection of civil rights, pro se complaints are to be given the utmost liberality and not held to technicalities, demands the magistrate and district judge who presides over this amended complaint being removed to U.S. District Court, not interfere with citizens rights to force federal and state officials to bring the conspiring federal/state officials and lawyers to justice for the crimes they have committed on the State of Alabama and United States.

61. If U.S. Senator Shelby, U.S. Attorney General Ashcroft & Alabama Attorney General King oppose the injunction relief being demanded against the United States & State of Alabama in their answers, on behalf on the citizens of Alabama & United States Plaintiff Watson is demanding this case become a national class action and that a federal jury be allowed to hold the conspiring federal justice officials, state executive/legislative/judicial officials & lawyers liable

38

for civil damages to the State of Alabama & United States under the above three counts.

> Teddy A. Watson
> Plaintiff Pro Se on behalf of
> himself, Citizen of Alabama &
> Citizens of the United States

ADDRESS OF PLAINTIFF PRO SE

Teddy A. Watson
4362 Eastmont Drive
Montgomery, Alabama 36109
(334) 272-6252

### JURY DEMAND

PLAINTIFF HEREBY DEMANDS TRIAL BY JURY ON THE CLAIMS IN COUNT

ONE THROUGH COUNT THREE OF THIS AMENDED COMPLAINT.

> Teddy A. Watson
> Plaintiff Pro Se

39

## CERTIFICATE OF SERVICE

I hereby certify a corrective copy of the amended complaint on July 13, 2004, was served on the following, by placing a copy of the same in the U.S. Mail, postage prepaid and addressed to the address in the below, on this _25_ th day of February 2005.

U.S. Senator Richard Shelby
110 Hart Senate Office Building
Washington, DC 20510-0103

U.S. Attorney General Alberto Gonzales
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

Alabama Attorney General Troy King
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Jack B. Hinton, Jr.
Gidiere, Hinton & Herndon
904 Region Tower
60 Commerce Street
Montgomery, Alabama 36104

Teddy A. Watson

## CERTIFICATE OF SERVICE

I hereby certify a copy of the corrective amended complaint, was hand delivered or mailed to the to the Associated Press and other media on or before February _25_, 2005

Teddy A. Watson

40

IN THE CIRCUIT COURT OF LOWNDES COUNTY ALABAMA

| | |
|---|---|
| TEDDY A. WATSON ON BEHALF OF | * |
| HIMSELF, CITIZENS OF ALABAMA & | * |
| CITIZENS OF THE UNITED STATES | * |
| | * |
| Plaintiffs/Defendants, | * |
| | * |
| vs. | *      CASE NO. CV-91-78 |
| | * |
| JERE L. BEASLEY,  J. GREG ALLEN, | *      "DEMAND FOR JURY TRIAL" |
| MICHAEL J. CROW,  THOMAS J. METHVIN, | * |
| J. COLE PORTIS  &  DANIEL MILES, III | * "DEMAND FOR INJUNCTION RELIEF" |
| of | * |
| THE BEASLEY LAW FIRM, | * "NATIONAL CLASS ACTION STATUS" |
| | * |
| PHILIP S. GIDIERE, JR., JACK B. HINTON, JR. | * |
| & STEVEN K. HERNDON | * |
| of | * |
| THE GIDIERE LAW FIRM, | * |
| | * |
| OFFICIALS OF THE STATE OF ALABAMA, | * |
| | * |
| OFFICIALS OF THE UNITED STATES OF | * |
| AMERICA, | * |
| | * |
| Defendants/Plaintiffs | * |



**SECOND AMENDMENT TO THE AMENDED COMPLAINT ON JULY 13,2004**

Plaintiff/Defendant Teddy A. Watson, on behalf of himself, Plaintiffs/Defendants

Citizens of Alabama & Plaintiffs/Defendants Citizens of the United States, is filing this second

amendment to the amended complaint on July 13,2004, to add the following claims to the

amended complaint on July 13,2004 and amendment to the amended complaint (7/13/04) on

February 25,2005:

**AA-1.** On March 11,2005, Watson filed a combination motion to compel for, change of

venue to U.S. District Court on the amended complaint on July 13,2004 & amendment to the

1

amended complaint (7/13/04) on February 25,2005, and transferal of money to U.S. District Court for a jury trial.

**AA-1-a.** Watson's copy of the above (par.AA-1) combination motion to compel, is missing page 16; **and** because of the likelihood said motion on file in this Court (CV-91-78) and the copies served are also missing, a page 16 of said motion is attached for this Court (CV-91-78) and the parties being served with this second amendment to the amended complaint (7/13/04).

**AA-2.** This second amendment to the amended complaint on July 13,2004, is amending the criminal & civil injunction relief demands, which in addition to demanding additional injunction relief from the U.S. Congress, is also demanding injunction relief from U.S. Attorney General Gonzales, which includes **(a)** removing all the unresolved issues in this case (CV-91-78) to U.S. District Court under U.S. Title 28 **(§ 1442), and (b)** advises (inform) President Bush & the U.S. Congress of federal officials criminal/civil conspiracy obstruction of justice & enforcement of unconstitutional law on the amended complaint on July 13,2004 & amendment to the amended complaint (7/13/04) on February 25,2005, **note** because it includes former U.S. Attorney General John Ashcroft & U.S. Senator Richard Shelby conspiring to obstruct justice on the criminal/civil injunction relief demands in the amended complaint on July 13,2004, because they were conspirators in President Bush being mislead to make his senate recess appointment of Alabama Attorney General Pryor to the U.S. 11th Circuit Court of Appeals on February 20,2004, **and** U.S. Senator Shelby currently obstructing justice on the criminal/civil injunction relief demands in the amendment to the amended complaint (7/13/04) on February 25,2005 (withholding from the U.S. Congress), that are demanding the U.S. Congress to have special

2

congressional investigators & prosecutors to also hold U.S. Senator Shelby, former U.S.
Attorney General Ashcroft & Alabama Attorney General King criminally/civilly liable to
state/federal government & its citizens, for their conspiracy engagement with U.S. Attorney
Canary, U.S. Magistrate Walker & U.S. District Judge Albritton, in obstructing justice/enforcing
unconstitutional law on the criminal & civil injunction relief demands in the amended complaint
on July 13,2004.

**AA-3.** The motion for leave to amend that is being filed today, has averments on
evidence in support of the above (par.AA-2), **and** should be considered to be set-out here in full
in this second amendment to the amended complaint (7/13/04).

**AA-4.** The motion to compel for default and the motion to compel for recusal also being
filed today **and also** Watson's petition to U.S. Attorney General Gonzales today **(see
Ex.USAG-G-P1** bound in Exhibit Pack. SC-MLTA), have averments on the evidence in support
of the above (par.AA-2) **and** should be considered set-out here in full in this second amendment
to the amended complaint on July 13,2004.

**AA-5.** To keep any more of the U.S. Senate time being wasted on Bill Pryor's
nomination for a lifetime appointed on the U.S. 11th Circuit Court of Appeals, U.S. Attorney
General Gonzales clearly has duty to inform the U.S. Congress of the above (par.AA-2), **(a)**
because **Ex.MA-900** is a news article dated April 29,2005, which shows that consideration for
Pryor's nomination had been put-off until May 12, **(b)** because Pryor being impeached & held
criminally/civilly liable to state/federal government & its citizens for his conspiracy engagement
as Attorney General of Alabama in criminal/civil obstruction of justice/enforcement of
unconstitutional, is included in the criminal/civil injunction relief demands in the amended

3

complaint on July 13,2004, that state/federal officials are long overdue to be held in default on

having rights to oppose on Watson's motion to compel on February 25,2005, and **(b)** the criminal

& civil injunction relief demands in the amendment to the amended complaint (7/13/04) on

February 25,2005 that state/federal officials are due to be held on rights to oppose on the above

(par.AA-4) motion to compel for default, includes Watson's demands for bench arrest warrants

against the conspiring lawyers & state/federal officials on February 25,2005, which includes

Pryor, former U.S. Attorney General Ashcroft **and also** Senator Shelby for conspiring deprive &

defraud citizens of their rights on Watson demand thereof on July 13,2004 **(Ex.USSS-P3** bound

in Ex. Pk. SAK), to give testimony in senate hearings against Pryor getting a lifetime judgeship

on the U.S. 11th Circuit Court of Appeals, which is a conspiracy crime by Senator Shelby on

citizens rights to access to federal legislative government.

    **AA-6.** Because it is connected/related to federal/state officials conspiring to obstruct

justice on the federal criminal/civil injunction relief demands against lawyers & state/federal

officials in the amended complaint on July 13,2004 and amendment to the amended complaint

(7/13/04) on February 25,2005 (**note** which includes Watson's demands for bench arrest

warrants on 2/25/05 against lawyers & state/federal officials for conspiring to obstruct justice)

**and also** the federal jury demands against lawyer & state/federal officials in the amendment to

the amended complaint (7/13/04) on February 25,2005, this second amendment to the amended

complaint on July 13,2004, is also demanding that U.S. Attorney General Gonzales to order a

federal grand jury investigation in Montgomery Alabama, on federal prosecutors in Montgomery

Al. conspiring to obstruct justice in their long running federal grand jury investigation on

corruption in former Gov. Don Siegelman's administration, because that will also allow citizens

4

as federal grand jurors to decide that under the criminal/civil injunction relief demands in this case (7/13/04 & 2/25/05), lawyers & state/federal officials are to be held criminally/civilly liable to the State of Alabama & its citizens and to the United States & its citizens.

**AA-7.** Because of the above (par.AA-3 & par.AA-5 - AA-6) **and also** because of state/federal officials willful default on rights to oppose, **(1)** the criminal & civil in the amended complaint on July 13,2004 & amendment to the amended complaint (7/13/04) on February 25, 2005 (in which Judge McFerrin has criminal/civil liability to state/federal government & its citizens), and **(2)** a jury trial being held on the federal civil jury demands in the amendment to the amended complaint (7/13/04) on February 25,2005 (in which Judge McFerrin has civil liability to Watson), under U.S. Title 28 (§ 1342 & § 1346) this Court (Judge McFerrin) dose not have jurisdiction on any issue involving this case, **and** jurisdiction now lies between U.S. Attorney General Gonzales & the U.S. Congress, on the law also being followed/upheld on all the preliminary federal court pretrial issues/demands, **(a)** involving the criminal & civil injunction relief demands (7/13/04 & 2/25/05) in this case that are federal jury issues (including Watson's demands for pretrial bench arrest warrant on 2/25/05 against lawyers & state/federal officials which includes Judge McFerrin) and **(b)** the federal civil jury demands (2/25/05) against lawyers & state/federal officials, which includes removing Watson's money from this case (CV-91-78) under U.S. Title 28 (§ 1442) to U.S. District Court, for a jury trial on Watson & Beasley Firm's counterclaims thereon.

**AA-8.** The above (par.AA-3) motion for leave to amend has also shown,  **(a)**  that U.S. Attorney Canary has conspired with Alabama Attorney General King to give  Judge McFerrin opportunity in this state case (CV-91-78), to continue obstructing justice on themselves being

5

brought to criminal/civil justice in federal court for their federal criminal/civil conspiracy

violations on Watson civil rights & property **and also** on this nation's bill of rights & citizens

rights/interests, and    **(b)**    in addition to providing U.S. Attorney General Gonzales with the

exhibit packs & pleadings Watson mailed to U.S. Attorney General Ashcroft (because Ashcroft

may have had them destroyed), Watson is also mailing U.S. Attorney General Gonzales with the

exhibit packs & pleadings Watson mailed U.S. Attorney General Gonzales on February 25,2005

& March 11,2005, because of the likelihood U.S. Attorney General Gonzales has holdover staff

members of former U.S. Attorney General Ashcroft serving on his staff **and that** U.S. Attorney

General Gonzales is not aware of the exhibit packs & pleadings Watson's mailed U.S. Attorney

Gonzales on February 25,2005 & March 11,2005, because said holdover staff members withheld

them from him and destroyed them, in order cover-up that then U.S. Attorney General Ashcroft

had unlawfully allowed U.S. Attorney Canary to represent federal government on the amended

complaint on July 13,2004 **and also** for U.S. Attorney Canary to be unlawfully given rights to

represent federal government on the amendment to the amended complaint (7/13/04) on

February 25,2005.

 **AA-9.** Watson is demanding that U.S. Attorney General Gonzales sign federal

government answer/response to this second amendment to the amended complaint (7/13/04),

because in addition to the above (par.AA-3 & par.AA-5 - AA-8) putting duty on U.S. Gonzales

to advise/inform the U.S. Congress of the conspiracy U.S. Senator Shelby is committing on the

federal congress & citizens of this nation **and** addressing  if  Watson's exhibits & pleadings on

February 25,2005 & March 11,2005, were withheld from him & destroyed by staff members who

are holdovers from former Attorney General Ashcroft staff, the above (par.AA-3) motion for

leave to amend and the above (par.AA-4) motions to compel for default & recusal have shown,

**(a)** that lawyers & state/federal officials are conspiring to defraud Watson of his rights to a jury

trial in federal court on lawyers & state/federal conspiracy to keep Watson's money (237,500

plus interest since 2/16/06) unlawfully held in this state case (CV-91-78) on the Beasley Firm's

liens/demands (3/26/96, 3/14/97, 8/30,99 & 10/13/03) **and** that with Watson providing U.S.

Attorney General Gonzales with persuasive evidence of that, Watson has rights to demand under

U.S. Title 28 (§ 1442) **and also** that U.S. Attorney General Gonzales has duty to have Watson's

money removed from this case (CV-91-78) to U.S. District Court for a jury trial to be held on

Watson & Beasley Firm's counterclaims thereon, and

**(b)** that Watson has rights to demand **and also** that U.S. Attorney General Gonzales has duty to

not allow this Court (Judge McFerrin) to obstruct justice on Watson's demands for bench arrest

warrants against lawyers & state/federal officials on February 25,2005, **NOTE** that are

conspiracy crimes on citizens rights to access to government, which also includes the ones

against judges for their connecting/related judiciary conspiracies on Watson's rights to a hearing

in Lowndes County Circuit Court (CV-91-78), Montgomery County Circuit Court

(CV-02-2048-GR) & U.S. District Court (CV-02-F-1214-N & CV-04-A-677-N), that this **Court**

**(Judge McFerrin)** initiated in this case (CV-91-78) back in June of 2002 **and also** which U.S.

Magistrate Walker & U.S. District Judge Thompson conspired to obstruct justice/enforce

unconstitutional law on in the CV-05-T-179-N case in U.S. District Court.

    **AA-10.** This second amendment to the amended complaint (7/13/04), is demanding that

U.S. Attorney General Gonzales, to also order a Washington DC federal grand jury investigation

on the extent of corruption within the U.S. Department of Justice in Washington DC during John

Ashcroft's tenure as Attorney General of the United States and also U.S. Senator Richard

Shelby's conspiracy engagement therein, because Watson has shown in his petition to U.S.

Attorney General Gonzales (**Ex.USAG-G-P1** bound in Ex.Pk.SC-MLTA), that then U.S.

Attorney General Ashcroft & U.S. Senator Shelby's conspiracy engagement in this case includes,

covering-up Washington DC federal civil rights justice officials conspiracy obstruction of justice

on Watson's two petitions to U.S. Attorney General Ashcroft on May 16,2003, which played a

major role in President Bush being mislead to make his senate recess appointment of Alabama

Attorney General Pryor to the U.S. 11th Circuit Court of Appeals on February 20,2004.

**AA-11.** Because the fraud, conspiracy & racketeering claims in this criminal/civil

injunction & civil jury case involves federal officials in Washington DC conspiring to defraud

citizens of their access rights to federal government **and** because **Ex.MA-889** (news article dated

4/14/05) bound in Exhibit Pack SC-MLTA shows that U.S. Attorney General Gonzales welcome

the head of the American Civil Liberties Union and other critics into his Justice Department

office, Watson is demanding U.S. Attorney General Gonzales to do the same for Watson (as a

citizens who is acting on behalf of all the citizens of this nation's rights/interests to access to

federal government), to review the evidence on federal officials in Washington DC (U.S. Senator

Shelby, former U.S. Attorney General Ashcroft, federal attorneys & federal civil rights justice

officials), conspiracy crimes on citizens rights to access to federal government in Washington

DC.

Teddy A. Watson
Plaintiff/Defendant Pro Se
on behalf of himself,
Citizen of Alabama &
Citizens of the United States

8

ADDRESS OF PLAINTIFF/DEFENDANT PRO SE

Teddy A. Watson
4362 Eastmont Drive
Montgomery, Alabama 36109
(334) 272-6252

## CERTIFICATE OF SERVICE

I hereby certify the second amendment to the amended complaint (7/13/04) & Exhibit Pack SC-MLTA was served on the following, by placing copies of the same in the U.S. Mail, postage prepaid and properly addressed on this _//_ th day of May 2005.

U.S. Senator Richard Shelby
110 Hart Boulevard, Senate Office Building
Washington, DC 20510-0103

U.S. Attorney Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

Jack B. Hinton, Jr.
Gidiere, Hinton & Herndon
904 Region Tower
60 Commerce Street
Montgomery, Alabama 36104

U.S. Attorney General Alberto Gonzales
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Alabama Attorney General Troy King
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Teddy A. Watson

## CERTIFICATE OF SERVICE

I hereby certify a copy of the second amendment to the amended complaint (7/13/04) & Ex.USAG-G-P1, were mailed to the Associated Press and other media on May _//_ ,2005.

Teddy A. Watson

9

Box of Exhibits
Located in Clerk's Office.
Filed conventionally.

Note: Exhibits are too
Voluminous to
scan.