IN THE CIRCUIT COURT OF LOWNDES COUNTY ALABAMA

| | |
|---|---|
| TEDDY A. WATSON ON BEHALF OF HIMSELF, CITIZENS OF ALABAMA & CITIZENS OF THE UNITED STATES | * * * * |
| Plaintiffs/Defendants, | * * |
| vs. | * CIVIL ACTION NO. CV-91-78 * |
| JERE L. BEASLEY, J. GREG ALLEN, MICHAEL J. CROW, THOMAS J. METHVIN, J. COLE PORTIS & DANIEL MILES, III of THE BEASLEY LAW FIRM, | * "DEMAND FOR JURY TRIAL" * * "DEMAND FOR INJUNCTION RELIEF" * * "NATIONAL CLASS ACTION STATUS" * |
| PHILIP S. GIDIERE, JR., JACK B. HINTON, JR. & STEVEN K. HERNDON of THE GIDIERE LAW FIRM, | * * * * |
| OFFICIALS OF THE STATE OF ALABAMA, | * * |
| OFFICIALS OF THE UNITED STATES OF AMERICA, | * * * |
| Defendants/Plaintiffs | * |

**NOTICE OF FILING NOTICE OF REMOVAL
ON
THE CIVIL JURY DEMANDS & CRIMINAL/CIVIL INJUNCTION RELIEF DEMANDS
IN THE
AMENDED COMPLAINT ON JULY 13,2004
AMENDMENT TO THE AMENDED COMPLAINT (7/13/04) ON FEBRUARY 25,2005
&
SECOND AMENDMENT TO THE AMENDED COMPLAINT (7/13/04) ON MAY 11,2005**

1. On behalf of himself, Plaintiffs/Defendants Citizens of Alabama and

Plaintiffs/Defendants Citizens of the United States, Plaintiff/Defendant Teddy A. Watson is

hereby serving notice of filing a notice of removal on the civil jury demands & criminal/civil

1

injunction relief demands in the amended complaint on July 13,2004, amendment to the amended complaint (7/13/04) on February 25,2005 & second amendment to the amended complaint (7/13/04) on May 11,2005; **and also** the pretrial criminal/civil injunction relief demands in the four pending federal (CV-05-T-179-N) motions to compel (2/25/05) that were remanded on March 15, 2005, **and** the three state (CV-91-78) motions filed on May 11,2005.

**2.** In order to have a record of file in this Court (CV-91-78), Plaintiff/Defendant Watson is filing with this state (CV-91-78) notice of filing notice of removal, copies of the following being filed in U.S. District Court today **and also** served to all the parties in the below three certificate of services: **(1)** the federal notice of removal being filed; **(2)** the federal motion to compel for default on U.S. Attorney General Gonzales having rights to oppose the criminal/civil injunction relief demands in the second amended complaint on 5/11/05), **which** is marked as **Exhibit DC-M/C/DF**; **(3)** the federal statement on evidence in suppurt of the notice of removal, **which** is marked as **Exhibit S-DC-NR-4**; **(4)** Exhibit Pack USAGG to DC-NR-4, **(5)** Exhibit Pack 4 to DC-NR-4, **(6)** Exhibit Pack 5 to DC-NR-4 and **(7)** Exhibit Pack 6 to DC-NR-4 (Part 1 Part 2, Part 3 & Part 4).

                                                Teddy A. Watson
                                                Plaintiff/Defendant Pro Se
                                                on behalf of himself,
                                                Citizen of Alabama
                                                Citizens of the United States

ADDRESS OF PLAINTIFF/DEFENDANT PRO SE

Teddy A. Watson
4362 Eastmont Drive
Montgomery, Alabama 36109
(334) 272-6252

## FIRST CERTIFICATE OF SERVICE

I hereby certify that a copy of this state notice of filing notice of removal is being attached to a copy the federal notice of removal **and** hand delivered to the U.S. Marshal in Montgomery Alabama on October 30, 2006.

_____
Teddy A. Watson

## SECOND CERTIFICATE OF SERVICE

I hereby certify that a copy of this state notice of filing notice of removal was attached to a copy of the federal notice of removal **and** mailed to the following on October 30, 2006.

U.S. Senator Richard Shelby
110 Hart Boulevard, Senate Office Building
Washington, DC 20510-0103

U.S. Attorney Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

Jack B. Hinton, Jr.
Gidiere, Hinton & Herndon
904 Region Tower
60 Commerce Street
Montgomery, Alabama 36104

U.S. Attorney General Alberto Gonzales
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Alabama Attorney General Troy King
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

_____
Teddy A. Watson

## THIRD CERTIFICATE OF SERVICE

I hereby certify that a copy this state notice of filing notice of removal was attached to the federal notice of removal **and** mailed to the following media on October 30, 2006.

Wanda Lloyd
Executive Editor of Montgomery Advertiser
425 Molton Street
Montgomery, Alabama 36104

Associated Press reporter Phillip Rawls
201 Monroe Street, Suite 1940
Montgomery, Alabama 36104

News Director of WSFA TV (NBC)
12 E Delano Avenue
Montgomery, Alabama 36105

News Director WAKA TV (CBS)
3020 Eastern Boulevard
Montgomery, Alabama 36116

Editor
Mobile Register
Post Office Box 2488
Mobile, Alabama 36652-2488

Editor
Birmingham News
2200 Fourth Avenue
Birmingham, Alabama 35203

News Director
CNN Headline News
One CNN Center
Atlanta, Georgia 30303

News Director
WBRC (FOX)
1720 Valley View Drive
Birmingham, Alabama 35209

Teddy A. Watson