# EXHIBIT DC-M/C/DF

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

| | | |
|---|---|---|
| TEDDY A. WATSON ON BEHALF OF HIMSELF, CITIZENS OF ALABAMA & CITIZENS OF THE UNITED STATES | * * * * | OCT 3 0 2006 |
| Plaintiffs/Defendants, | * * | CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA. |
| vs. | * * | CIVIL ACTION NO. |
| JERE L. BEASLEY,  J. GREG ALLEN, MICHAEL J. CROW,  THOMAS J. METHVIN, J. COLE PORTIS  &  DANIEL MILES, III of THE BEASLEY LAW FIRM, | * * * * * | 2:06cv 978 -MEF "DEMAND FOR JURY TRIAL"  "DEMAND FOR INJUNCTION RELIEF" |
| PHILIP S. GIDIERE, JR., JACK B. HINTON, JR. & STEVEN K. HERNDON of THE GIDIERE LAW FIRM, | * * * * * | "NATIONAL CLASS ACTION STATUS" |
| OFFICIALS OF THE STATE OF ALABAMA, | * * | |
| OFFICIALS OF THE UNITED STATES OF AMERICA, | * * | |
| Defendants/Plaintiffs | * * | |

**MOTION TO COMPEL FOR U.S. ATTORNEY GENERAL ALBERTO GONZALES**

**TO BE HELD IN DEFAULT ON HAVING RIGHTS TO OPPOSE**

**THE CRIMINAL/CIVIL INJUNCTION RELIEF DEMANDS IN**

**THE SECOND AMENDMENT TO AMENDED COMPLAINT (7/13/04) ON MAY 11,2005**

Comes now Plaintiff/Defendant Teddy A. Watson on behalf of himself,

Plaintiffs/Defendants Citizens of Alabama and Plaintiffs/Defendants Citizens of the United

States, motion to compel for U.S. Attorney General Alberto Gonzales to be held in default on

1

having rights to oppose the criminal/civil injunction relief demands in the second amendment to the amended complaint (7/13/04) on May 11,2005:

1. This federal motion to compel for default **(which** for reference purposes is marked as **Exhibit DC-M/C/DF),** is being filed with the notice of removal, that is removing the following from the state CV-91-78 case in Lowndes County Circuit Court:

**1-A.** The criminal/civil injunction relief demands in amended complaint on July 13,2004;

**1-B.** The criminal/civil injunction relief demands **and** civil jury demands, in the amendment to the amended complaint (7/13/04) on February 25,2005, **and also** the following related four pending federal motions that were filed with the notice of removal (CV-05-T-179-N) on February 25,2005 **(that** were remanded to the state CV-91-78 case on 3/15/05), **(a)** motion to compel for state officials of Alabama & federal officials of the United States, be held in default on having rights to oppose the criminal/civil injunction relief demands in the amended complaint on July 13,2004, **(b)** motion to compel for injunction order for removal of property from state court under U.S. Title 28 (§ 1442), that orders the Circuit Clerk of Lowndes County to transfer money being held in the CV-91-78 case to U.S. District Court for a jury trial, **which** has attached, the federal motion for the same that was filed with the notice of removal (CV-04-A-677-N) on July 13,2004 **(that** was remanded to the state CV-91-78 case on 7/23/04), **(c)** motion to compel for lawyer, state & federal defendants/plaintiffs be held in contempt of court, **which** for references purposes is marked as **Ex.DC-MC-C,** because of the demands for federal bench arrest warrants against lawyers, state officials of Alabama & federal officials (in Montgomery Al. & Washington DC), and **(d)** motion to compel for hearings on the pretrial criminal/civil injunctive **(7/13/04 & 2/25/05)** issues **and** pretrial civil jury (2/25/05) issues.

2

**1-C.** The second amendment to the amended complaint (7/13/04) on May 11,2005, **and also** the following related three state (CV-91-78) pending motions that were filed on May 11, 2005, **(1)** motion for leave to amend the criminal/civil injunction relief demands, **(2)** motion to compel for default, **(2-a)** on state officials of Alabama & federal officials of the United States, having rights to oppose the criminal/civil injunction relief demands in the amendment to the amended complaint (7/13/04) on February 25,2005, and **(2-b)** on the named lawyer, state & federal defendants/plaintiffs having rights to oppose a jury trial being held on the civil jury demands in the amendment to the amended complaint (7/13/04) on February 25,2005, and **(3)** motion to compel for recusal of state judicial officials of Alabama & federal justice officials of the United States, **(3-a)** who have criminal/civil liability to state/federal government & its citizens under the injunction relief demands (7/13/04 & 2/25/05) and **(3-b)** who have civil liability to Watson under the civil jury demands (2/25/05), **which** was filed because of U.S. District Judge Myron H. Thompson's unlawful dismissal on March 3,2005, of the federal motion to compel for the same that was filed in the 3rd notice of removal case (CV-05-T-179-N) on February 25,2005.

**2.** A statement on evidence in support of the notice of removal is also being filed, **and** is marked as **Exhibit S-DC-NR-4** for references purposes in the below **and also** the notice of removal, **which** is the 4th notice of removal **that** is removing the same federal civil jury issues to U.S. District Court from the state CV-91-78 case in Lowndes County Circuit Court **(see** par.1-A - 1-C on pages 2-3 in **Ex.S-DC-NR-4**).

**3. Ex.USDJ-CRD** in Exhibit Pack USAGG to DC-NR-4 is a copy of the letter that Theresa Weathers (Civil Rights Division) of the U.S. Department of Justice in Washington DC

3

mailed to Watson on July 29,2005, **which** in addition to stating was in reply to Watson's

correspondence to U.S. Attorney General Gonzales **and** apologizing for the delay in responding,

**also states** the following, **(a)** that the matter Watson had mention in his letter "is one within the

jurisdiction of the court or the state.", and **(b)** "This Department has no authority to take action

in this matter."

     **3-A.** The averments in the above (par.2) **Ex.S-DC-NR-4 (par.5 - 5-D on pages 13-14)**

has the criminal/civil injunction relief demands that were demanded of U.S. Attorney General

Gonzales, in the state (CV-91-78) second amendment to the amended complaint (7/13/04) on

May 11,2005, **and** petition on May 11,2005 **(Ex.USAG-G-P1** in Ex. Pk. USAGG to DC-NR-4),

**which along** with the **Ex.USDJ-CRD** in the above (par.3), show that Weathers knew she

conspired to obstruct justice enforce unconstitutional law on July 29,2005, on the federal

criminal & civil issues that were demanded on May 11,2005, **because** by having refused to file

answers/responses in the Lowndes CV-91-78 case, federal officials were already due to be held

in default on having rights to oppose citizens of Alabama & United States federal legislative and

jury criminal/civil injunctive demands against lawyers & state/federal officials in the amended

complaint on July 13,2004, **note** on the motion to compel for default on February 25,2005, **and**

**also because** by having refused to file answers/responses in the Lowndes CV-91-78 case, **under**

the motion to compel for default on May 11,2005, federal officials are due to be held in default

on having rights to oppose, **(1)** citizens of Alabama & United States federal legislative/jury

criminal/civil injunctive demands against lawyers & state federal officials in amendment to the

amended complaint (7/13/04) on February 25,2005, and **(2)** a federal jury trial being held on

Watson civil jury demands against lawyers & state/federal officials in the amendment to the

4

amended complaint (7/13/04) on February 25, 2005, **which** are stated in the above (par.2)

**Ex.S-DC-NR-4 (par.1 - 1-C on pages 2-3)!**

 **4.** The above (par.2) **Ex.S-DC-NR-4 (par.5-A on pages 11 & par.5-C on page 14)**

shows that in regards to Washington DC, the injunction relief demands (5/11/05) included

demands for U.S. Attorney General Gonzales, **(a)** to inform President Bush **&** the U.S. Congress

of former U.S. Attorney General Ashcroft & U.S. Senator Shelby's conspiracy engagement with

federal justice officials, in obstructing criminal/civil justice on the amended complaint on July

13,2004 **&** amendment to the amended complaint (7/14/04) on February 25,2005, **because**

President Bush had been mislead to re-nominate **and** the U.S. Congress was due to take-up

Pryor's re-nomination for a lifetime position on the U.S. 11th Circuit Court of Appeals; and **(b)**

to order a federal grand jury investigation in Washington DC, to determine the extent of

corruption in the U.S. Department of Justice during John Ashcroft's tenure as Attorney General

of the United States **and** U.S. Senator Richard Shelby's conspiracy engagement therein, because

**Ex.S-DC-NR-4 (par.6 - 6-B-1 on page 15)** shows that in his petition to U.S. Attorney General

Gonzales on May 11,2005 **(Ex.USAG-G-P1** in Ex. Pk. USAGG to DC-NR-4), Watson showed

persuasive evidence of the following: **(1)** Washington civil rights justice officials conspiracy

obstruction of justice in June & July 2003, on Watson's two petitions to U.S. Attorney General

Ashcroft on May 16,2003 (see **Ex.USA-M1 & Ex.USDJ-1** bound in Ex. Pk. 5 to DC-NR-4),

**which** lead to President Bush being mislead to make his senate recess appointment of Alabama

Attorney General Pryor to the U.S. 11th Circuit Court of Appeals on February 20,2004, and **(2)**

former U.S. Attorney General Ashcroft **&** U.S. Senator Shelby's conspiracy engagement

(**starting** in April of 2004), in obstructing justice on Washington civil rights justice officials

conspiracy obstruction of justice (June/July 2003).

**4-A.** The above (par.2) **Ex.S-DC-NR-4 (par.2-C on pages 6-7 & par.3-A - 3-A-1 on pages 7-8)** shows that the criminal/civil injunction relief demands (7/13/04) that state/federal officials are due to be held on default on having rights to oppose under the federal motion to compel (2/25/05), include the following injunction relief demands being demanded of the U.S. Congress: **(a)** to impeach the federal judges who have conspired to obstruct justice in the case, **which** includes U.S. 11th Circuit Court Appeal Judge Pryor (for his conspiracy engagement in this case in obstructing criminal/civil justice as Attorney General of Alabama); and **(b)** to assign special congressional investigators & prosecutors to hold all the racketeering conspiring lawyers, state officials of Alabama & federal officials of the United States, criminally & civilly liable to government & its citizens.

**4-B.** The above (par.2) **Ex.S-DC-NR-4 (par.4-B - 4-B-1 on pages 12-13)** shows that the criminal/civil injunction relief demands (2/25/05) state/federal officials are due to be held in default on having rights to oppose under the state motion to compel (5/11/05), include the U.S. Congress having a special judge to preside over **(a)** citizens of Alabama & United States criminal/civil injunction relief demands (7/13/04 & 2/25/05), that are federal jury issues, and **(b)** Watson civil jury demands (2/25/05); **AND NOTE** the amendment to the amended complaint (7/13/04) on February 25,2005 (par.9-A on pages 14-15) and **Ex.DC-NR-3 (par.7 on pages 12-13)** bound in Exhibit Pack 4 to DC-NR-4, show that the criminal/civil injunction relief demands (2/25/05) are also demanding the U.S. Congress to take appropriate action against U.S. Senator Shelby, for conspiring to withhold the above (par.4-A) criminal/civil injunction relief demands (7/13/04) from the U.S. Congress.

6

**4-C.** The above (par.2) **Ex.S-DC-NR-4 (par.5-B on page 14)** shows the injunction relief demands (5/11/05) demanded U.S. Attorney General Gonzales to order a federal grand jury investigation in Montgomery Al., **which** will allow citizens as grand jurors to indict lawyers & state/federal officials, to be held criminally/civilly liable to government & its citizens under citizens of Alabama & United States injunction relief demands (7/13/04, 2/25/05 & 5/11/05), for committing racketeering conspiracy crimes of fraud on this nation's bill of rights & citizens rights/interests thereunder, to defraud the State of Alabama & its citizens of a lawful and constitutional state & federal criminal/civil judicial system, **note** which includes federal prosecutors obstructing justice in federal prosecutors ongoing federal grand jury investigation on corruption in former Gov. Don Siegelman's administration.

**4-D.** The above (par.2) **Ex.S-DC-NR-4 (par.5-D on page 14)** shows the injunction relief demands (5/11/05), demanded U.S. Attorney General Gonzales to remove from the state CV-91-78 case to U.S. District Court under U.S. Title 28 (§ 1442), **(1)** Watson's money, **(2)** the pending complaints (7/13/04 & 2/25/05) and **(3)** pending motions, **in order** for a federal jury trial to be held on Beasley Firm's claims on Watson's money **verses** Watson's civil jury demands (2/25/05) against lawyers & state/federal officials involving Watson's money, **and also** to initiate the above (par.4-C) process for due process of law, **on citizens of Alabama & United States** criminal/civil injunctive relief demands (7/13/04, 2/25/05 & 5/11/05) **that are** federal grand jury & trial jury criminal/civil issues!.

**5. Ex.S-DC-NR-4 (par.7 on pages 15-16)** shows that in an answer to the second amendment to the amended complaint (7/13/04) on May 11,2005, U.S. Attorney General Gonzales was to address if he had holdover staff members from former U.S. Attorney General

Ashcroft's staff, **who** had withheld & destroyed the pleadings & exhibits Watson had mailed U.S. Attorney General Gonzales on February 25,2005 & March 11,2005.

   **5-A.** The above (par.5) is now an issue that U.S. Attorney General Gonzales has duty to personally address in an answer/response to the notice of removal being filed, **because** the above (par.3 - 5) **show that** Weathers conspiracy actions on July 29,2005, **is a result** of Gonzales having said holdover staff members **who** have also withheld the pleadings & exhibits Watson mailed U.S. Attorney General Gonzales on May 11,2005 **and** had Weathers to claim her actions (7/29/05) were on behalf of U.S. Attorney General Gonzales,, **OR** U.S. Attorney General Gonzales is conspiring with other federal justice officials in Washington DC **&** U.S. Senator Shelby, to obstruct federal criminal/civil justice on the fraud, conspiracy & racketeering claims (7/13/04, 2/25/05 & 5/11/05), against lawyers, state/federal officials in this national class action criminal/civil injunction case!

   **6.** Being versed on federal law, Washington federal civil rights justice official Weathers' (above par.3) was well the criminal/civil injunctive demands (7/13/04, 2/25/05) against lawyers & state/federal officials that Watson demanded (5/11/05) federal criminal/civil prosecution on, are federal conspiracy/racketeering civil & criminal violations on citizens of Alabama & United States constitutional rights to due process protection on judges & lawyers conspiring in the courts to enforce unconstitutional law, **under** the following federal statutes: **(1)** CONSPIRACY, **(CIVIL)** under U.S. Title 42 (§ 1981, § 1983 & § 1985) and **(CRIMINAL)** under U.S. Title 18 (§ 241, § 371, § 1505, 1506 **&** § 1510) and **(2)** RACKETEERING **(CRIMINAL & CIVIL)** under U.S. Title 18 (§ 1961 - § 1968), Racketeer Influenced and Corrupt Organizations Act (RICO); **AND NOTE** the above (par.3 - 4) **shows** that the issues Washington federal civil rights

justice official Weathers claimed (7/29/05) the Washington U.S. Department of Justice did not have jurisdiction on **and also** authority to take action on, included the ordering of a federal grand jury investigation in Washington DC, to criminally indict, **(a)** the Washington federal civil rights justice officials who conspired in June/July 2003, to obstruct justice on Watson's petitions to U.S. Attorney General Ashcroft on May 16,2003, **which** lead to President Bush being mislead to make his senate recess appointment of Pryor to said federal appeal court on February 20,2004, and **(b)** former U.S. Attorney General Ashcroft & U.S. Senator Shelby for their conspiracy **(starting in April 2004)** in obstructing justice on Washington federal civil rights justice officials conspiracy obstriction of justice in June/July 2003!

  **6-A.** By being versed on the above (par.6) federal civil law, Washington federal civil rights justice official Weathers also knew that it was unlawful to allow State Judge McFerrin in the Lowndes CV-91-78 case, to continue presiding over Watson's civil conspiracy claims (2/25/05) under U.S. Title 42 (§ 1981, § 1983 **& § 1985) and** Watson's civil racketeering claims under U.S. Title 18 (§ 1964), **against** lawyers & state/federal officials (**see** par.1 on page 2 of **Ex.S-DC-NR-4** in the above par.2 on page 2), **(a)** because U.S. Title 28 (§ 1343) gives U.S. District Court jurisdiction over Watson's civil conspiracy/racketeering claims (2/25/05) against state officials (<u>Judge H. Edward McFerrin</u> & Attorney General Troy King), and **(b)** because U.S. Title 28 (§ 1346) gives U.S. District Court jurisdiction over Watson's civil conspiracy & racketeering claims (2/25/05) against federal officials (**1**-U.S. Attorney Leura G. Canary, **2**-U.S. Magistrate Susan Russ Walker, **3**-U.S. District Judge W. Harold Albritton III, **4**-former U.S. Attorney General John Ashcroft, and **5**-U.S. Senator Richard Shelby)!

  **7. Ex.CSX-12, Ex.CSX-15, Ex.DC-OJ-O & Ex.CSX-16** are being filed in federal court

with the notice of removal, **which** are copies of the following: **(Ex.CSX-12)** the objection to proposed orders (see **Ex.CSX-9 - CSX-11** bound in Ex. Pk. 4 to DC-NR-4) **&** motion to compel for change of venue to federal court **(on** Watson's money **&** Watson/Beasley Firm's counterclaims thereon), **that** Watson filed in the Lowndes CV-91-78 case on November 24,2003, (**note** with criminal/civil liability therein **that** Judge McFerrin refused to even take-up); **(Ex.CSX-15)** the combination motion to compel for change of venue to federal court **(on** the complaints on 7/13/04 & 2/25/05 **and on** Watson's money & Watson/Beasley Firm's counterclaims thereon**), that** Watson filed in the Lowndes CV-91-78 case on March 11,2005, (**note** with criminal/civil liability therein **that** Judge McFerrin refused to take-up), **which** the certificate of service on page 29 shows was served to U.S. Senator Shelby & U.S. Attorney General Gonzales by U.S. Mail on March 11,2005; **(Ex.DC-OJ-O)** the objection to orders Watson filed in the 3rd notice of removal case (CV-05-T-179-N) on March 11,2005, **which** the certificate of service on page 26 shows was served to U.S. Senator Shelby & U.S. Attorney General Gonzales by U.S. Mail on March 11,2005; and **(Ex.CSX-16)** the motion to compel for change of venue to federal court **(on** the complaints on 7/14/04, 2/25/05 & 5/11/05 **and on** Watson's money & Watson/Beasley Firm's counterclaims thereon), **that** Watson filed in the Lowndes CV-91-78 case on June 3,2005, **(note** with criminal & civil liability therein **that** Judge McFerrin refused to take-up) **which** the certificate of service on page 35 shows was served to U.S. Senator Shelby & U.S. Attorney General Gonzales by U.S. Mail on June 3,2005.

 **7-A. Ex.JT-O-1, Ex.MW-O-1, Ex.JT-O-2, Ex.JT-O-3 & Ex.JT-O-4** bound in Exhibit Pack 4 to DC-NR-4, **along with** the averments in the above (par.7) **Ex.CSX-15, Ex.DC-OJ-O & Ex.CSX-16,** show that U.S. Senator Shelby & the handling Washington justice officials knew

that State Judge McFerrin, U.S. Magistrate Walker & U.S. District Judge Thompson's connecting conspiracies in March 2005 in the state CV-91-78 case & 3rd notice of removal case (CV-05-T-179-N), had also obstructed justice on the demands for federal bench arrest warrants that were demanded on lawyers & state/federal officials on February 25,2005, **which included** , State Judge McFerrin (state Lowndes CV-91-78 case), U.S. Magistrate Walker (1st federal notice of removal case, CV-02-F-1214-N) **and other** judges (**for** conspiring to obstruct justice/enforce unconstitutional law on the known long running illegal search/seizure in the Lowndes CV-91-78 case), **and also** U.S. Senator Shelby, former U.S. Attorney General Ashcroft & Alabama Attorney General King (**for** conspiring to obstruct justice on citizens of Alabama & United States criminal/civil injunction relief demands in the amended complaint on 7/13/04)!

**7-B. Ex.JT-O-3** bound in Exhibit Pack 4 to DC-NR-4 **along with** the averments in the above (par.7) **Ex.DC-OJ-O & Ex.CSX-16,** show that U.S. Senator Shelby & the handling Washington federal justice officials **knew that** in CV-05-T-179-N case on March 15,2005, **that** Judge Thompson had also obstructed justice/enforced unconstitutional law on the demand for a federal bench arrest warrant against Judge Thompson on March 11,2005, for conspiring with Magistrate Walker to obstruct justice/enforce unconstitutional law on the above (par.7-A) demands for federal bench arrest warrants on February 25,2005!

**7-C.** By having been served, U.S. Senator Shelby & the handling Washington federal justice officials knew that Judge McFerrin had refused to take-up the motion to compel for recusal **that** Watson filed in the Lowndes CV-91-78 case on May 11,2005, **because** Judge McFerrin knew his criminal/civil liability in this case **for his** conspiracy engagement in the ongoing illegal search/seizure in the Lowndes CV-91-78 case **demands** Judge McFerrin recusal;

11

**AND NOTE** the motion to compel for recusal on May 11,2005, **along** with the above (par.**7**)

**Ex.CSX-15 & Ex.CSX-16** show that U.S. Senator Shelby & the handling Washington federal

justice were aware that by refusing to take-up those motions to compel (3/11/05, 5/11/05 &

6/3/05), **doing nothing** has been the means in which Judge McFerrin has been using to conspire

with other state officials of Alabama, lawyers and federal officials (in Montgomery Al. &

Washington DC), to obstruct justice/enforce unconstitutional law on federal criminal & civil jury

issues **against** Judge McFerrin, lawyers, other state officials of Alabama & federal officials of

the United States **for** their conspiracy engagement in conspiring in or allowing the continuation

of an **illegal search & seizure** in the Lowndes CV-91-78 case!

    **8.** The U.S. Title 18 (§ 1505, § 1506 & § 1510) in the above (par.6 on page 8) are federal

criminal statutes involving the following conspiracies, **(§ 1505)** obstruction of proceedings

before departments, agencies and committees, **(§ 1506)** theft **or** alteration of record or process,

and **(§ 1510)** obstruction of criminal investigation; **AND NOTE** the above (par.1 - 7-C) is

persuasive evidence **that in order** to keep CONCEAL & SEIZED in state court in the Lowndes

CV-91-78 case, **(a)** citizens of Alabama & United States national class action criminal/civil

injunctive demands (7/13/04, 2/25/05 & 5/11/05), **which are** federal legislative criminal/civil

issues **and** federal criminal/civil jury issues, and **(b)** Watson's national class action civil jury

demand (2/25/05), **which is** a federal civil jury issue, **Washington** federal civil justice official

Weathers's claims (7/29/05) in the **Ex.USDJ-CRD** in the above (par.3 on pages 3-4), **verses** all

of the above, incriminate Weathers conspiring in, **(1)** obstruction on the federal criminal/civil

injunctive demands that were demanded of U.S. Attorney General Gonzales on May 11,2005, **in**

**violation** of U.S. Title 18 (§ 1505), **(2)** alteration on process **(by** claiming the U.S. Department

of Justice/U.S. Attorney General Gonzales did not have jurisdiction/authority on the federal criminal/civil injunctive demands on 5/11/05) **in violation** of U.S. Title 18 (§ 1506), and **(3)** on obstruction of criminal investigations **(the** ordering of federal grand jury investigations in Washington DC **&** Montgomery Al). **that were** demanded in the injunctive demands on May 11, 2005, **which was in violation** of U.S. Title 18 (§ 1510)**!**

**8-A. Ex.S-DC-NR-4 (par.9 - 22-A on pages 17-65)** in the above (par.2 on page 3) has shown **that** Weathers' above (par.8) conspiracy, obstructed justice on a long list of conspiracy alterations of records & process by lawyers & state/federal court officials **in order** to obstruct criminal **and/or** civil prosecution on lawyers and state/federal officials, **which includes** Judge McFerrin's conspiracy alteration of record in the Lowndes CV-91-78 case on April 18,2002, (see averments in par.9 - 11-A-1 on pages 17-21 in **Ex.S-DC-NR-4,** on **Ex.BF-A, Ex.C, Ex.C-6, Ex.C-19** thru **Ex.C-21, Ex.18 & Ex.24** bound in Ex. Pk. 4), **which created** a phantom attorney the Beasley Firm was to have on file in the CSX case (CV-91-78) before Watson's pro se settlement with CSX on February 16,1996**!**

**8-B. Ex.S-DC-NR-4 (par.23 - 25-A-1 on pages 65-73)** in the above (par.2 on page 3) has shown from exhibit court records, **that** using the Beasley Firm's phantom lien in the above (par.8-A, **that** that Defendant Judge McFerrin had conspired to create in the Lowndes CV-91-78 case on 4/18/02), **was only part** of the fraud **that** U.S. Magistrate Walker (**on 1/29/03**) and U.S. District Judge Fuller **(on 2/12/03)** conspired to use in the 1st notice of removal case (CV-02-F-1214-N), **in order** to obstruct justice/enforce unconstitutional law in federal court **and** to remand the amended complaint (10/31/02) back to Defendant Judge McFerrin in Lowndes CV-91-78 case**!**

13

**8-C. Ex.S-DC-NR-4 (par.12 - 13-B on pages 26-29)** in the above (par.2 on page 3), has

have shown that to cover-up Hinton of the Gidiere Firm's fraud/conspiracy claims on October

13,2003 **(Ex.CSX-9 - Ex.CSX-11** bound in Ex. Pk. 4 to DC-NR-4), **that claimed** Judge

McFerrin had rights to award the Beasley Firm $232,855.27 of Watson's money, **on grounds**

that Judge McFerrin held a final hearing on March 26,1996, **on a 50% attorney lien** the Beasley

Firm had on file before Watson's pro se settlement with CSX on February 16,1996, **Hinton of**

**the Gidiere Firm's** fraud/conspiracy claims on May 13,2005 **(Ex.GF-L, Ex.GF-O-1 &**

**Ex.GF-O-2** bound in Ex. Pk. 4 to DC-NR-4), **claimed** that **(1)** Judge McFerrin had rights to

award the Beasley Firm $192,861.47 of Watson's money, **on grounds** that Judge McFerrin held

a final hearing of March 26,1996, **on a 40% attorney lien** the Beasley Firm had on file before

said settlement on February 16,1996, and **(2)** that Judge McFerrin had rights to strike/disallow all

the claims in the amended complaint on July 13,2004 & amendment to the amended complaint

(7/13/04) on February 25,2005, **on grounds** that it was filed too late **and** without leave of the

court, **because** Judge McFerrin had held a final hearing on March 26,1996, on an attorney lien

the Beasley Firm had on file before Watson's pro se settlement with CSX on February 16,1996;

**AND NOTE** the **Ex.CSX-12 (see** par.1 - 1-A on pages 6-8 **and** certificate of service on page 40)

in the above (par.7 on page 9), **along** with **Ex.C-6, Ex.C-19** thru **Ex.C-21, Ex.18, Ex.24 & Ex.C**

bound in Exhibit Pack 4 to DC-NR-4, **show that** with having been served with Watson's

objection motion to compel in the Lowndes CV-91-78 case on November 24,2003, **and** with

Watson having shown proof of the above (par.8-A) from the same exhibits in said objection **&**

motion to compel (11/23/03), **along with** the fact Hinton is aware what the claims in the

complaints (7/14/04 & 2/25/05) are, is indisputable evidence **that criminal/civil** liable Hinton

14

was well aware his fraud & conspiracy claims in the Lowndes CV-91-78 case on May 13,2005, **were** trying to use the phantom attorney lien Judge McFerrin conspired to create on April 18, 2004, **to give** criminal/civil liable Judge McFerrin grounds,    **(a)**    to unlawfully award criminal/civil liable Beasley Firm $192,861.47 of Watson's money, and    **(b)**    to also unlawfully strike/disallow the fraud, conspiracy & racketeering claims against all the criminal & civil liable racketeering/conspiring lawyers, state officials of Alabama & federal officials (in Washington DC & Montgomery Al.), in this national class action criminal/civil injunctive case **and** civil jury case!

   **8-C-1.** Under U.S. Title 18 (§1506) in the above (par.8), **Hinton's** above (par.8-A) current fraud/conspiracy (on/after 5/13/05) in the Lowndes CV-91-78 case, is an ongoing conspiracy attempt to use an altered record (**the** Beasley Firm's phantom attorney lien Judge McFerrin conspired to create on 4/18/02), **to execute** a conspiracy theft of property **(Judge McFerrin** using the phantom lien to award the Beasley Firm Watson's money)!

   **8-D.** In addition to criminal/civil liable conspirator Hinton's above (par.8-C) fraud & conspiracy efforts in the Lowndes CV-91-78 case on May 13,2005, **the averments** in the **Ex.CSX-16** in the above (par.7 on page 9) **along with** the above (par.1-A - 8-B) show that U.S. Senator Shelby & the handling Washington federal justice officials knew that Watson had showed in his motion to compel in the Lowndes CV-91-78 case on June 3,2005, **that** jurisdiction **and** determination on the law also being upheld on all the pretrial criminal & civil issues in the complaint (7/13/04, 2/25/05 & 5/11/05), fell between the U.S. Congress **and** U.S. Attorney General Gonzales,    **(a)**    because of the federal legislative injunctive demands under the criminal & civil injunction relief demands in the amended complaint on July 13,2004, **which**

15

federal officials are due to be held in default on having rights to oppose on the motion to compel on February 25,2005, **which include** the U.S. Congress assigning special investigators & prosecutors to hold the racketeering conspiring lawyers & state/federal officials criminally & civilly liable to government/citizens,  **(b)**  because of the federal legislative injunctive demands under the criminal/civil injunction relief demands in the amendment to the amended complaint (7/13/04) on February 25,2005, **which** federal officials are due to be held in default on having rights to oppose on the motion to compel on May 11,2005, **which include** the U.S. Congress, **(b-1)** to take appropriate action against U.S. Senator Shelby for conspiring to withhold the federal legislative injunctive demands (7/13/05) from the U.S. Congress, and **(b-2)** to have a special federal judge to preside over citizens of Alabama & United States criminal/civil injunctive demands (7/13/04 & 2/25/05) in this national class action case that are federal jury issues **and also** Watson's civil jury demands (2/25/05); and **(c)** because the injunction relief demands on May 11,2005, put duty on U.S. Attorney General Gonzales, **(c-1)** to inform the U.S. Congress of its duty to the citizens of Alabama & United Stated under the criminal/civil injunctive demands (7/13/04, 2/25/05 & 5/11/05), **(c-2)** to order a grand jury investigation in Washington DC, to determine the extent of corruption within the U.S. Department of Justice in Washington DC, **during** John Ashcroft's tenure as U.S. Attorney General **and** U.S. Senator Shelby's conspiracy engagement therein, **(c-3)** to order a grand jury investigation in Montgomery Al., **which will allow** citizens of Alabama to indict the racketeering/conspiring lawyers, state officials of Alabama and federal officials of the United States, to be held criminally & civilly liable to government/citizens **and which** is to include federal prosecutors obstructing justice in their long running grand jury investigation on corruption in former Gov. Siegelman's

16

administration, and **(c-4)** to remove from the Lowndes CV-91-78 case to federal court under U.S. Title 28 (§ 1442), the pending complaints (7/13/04, 2/25/05 & 5/11/05), the pending motions (2/25/05 & 5/11/05) **and** Watson's money, **for due process of law** on citizens of Alabama & United States criminal/civil injunctive claims against lawyers & state/federal officials for fraud, conspiracy & racketeering, **and for a jury trial** to be held on the Beasley Firm's liens/demands on Watson's money **verses** Watson's fraud, conspiracy & racketeering against lawyers (**Beasley Firm** partners & **Gidiere Firm** partners), state officials of Alabama (**Judge McFerrin** the presiding judge in the Lowndes CV-91-78 case & **Attorney General King** the state's top law enforcement officer) and federal officials of the United States (**U.S. Attorney Canary** federal government top law enforcement officer in Montgomery Al., **U.S. Magistrate Walker** a presiding federal magistrate judge in Montgomery Al., **U.S. District Judge Albritton** a presiding federal district judge in Montgomery Al., **former U.S. Attorney General Ashcroft** this nation's former top federal law enforcement officer in Washington DC, and **U.S. Senator Shelby** a federal legislative officer in Washington DC)**!**

 **8-E.** Weathers claims (7/29/05) in **Ex.USDJ-CRD** in the above (par.3 on pages 3-4 ) **verses** all of the above, **shows that** in violation of U.S. Title 18 (§ 1505 & §1506) in the above (par.8) **Washington** civil rights justice official Weathers also conspired with the handling Washington justice officials in the U.S. Attorney General's office **&** U.S. Senator Shelby, **to obstruct justice** on the injunctive demands (5/11/05), **that demanded** U.S. Attorney General Gonzales inform the U.S. Congress, of citizens of Alabama & United States federal legislative criminal/civil injunctive demands in this national class action case, **that** U.S. Senator Shelby has been conspiring to withhold from the U.S. Congress**!**

**9.** Under Rule 4 of the Alabama Rules of Civil Procedure, a defendant can be held in default for failing to file an answer/response within 30 days to the claims/demands against the defendant in a complaint; **and as a result** of an answer/response has not been filed in the state CV-91-78 case to the criminal/civil injunction relief demands (5/11/05) **because** of the well documented Washington conspiracy obstruction of justice in the above (par.3 - 8-E), **and also** because of **the conspiracies** on default in the below (par.9-A - 9-B), **demands** on this motion to compel, **that** U.S. Attorney General Gonzales be held in default on having rights to oppose the criminal/civil injunctive relief demands in the second amendment to the amended complaint (7/13/04) on May 11,2005 and petition on May 11,2005 **(Ex.USAG-G-P1** bound in Ex. Pk. To DC-NR-4).

**9-A.** The above (par.2) **Ex.S-DC-NR-4 (par.11-F - 11-G-1 on pages 24-26** verses **par.11-A - 11-D-1 on pages 20-24)** has averments on exhibit court records being filed, that has shown Judge McFerrin, Beasley Firm & Gidiere Firm's conspiracy in the state CV-91-78 case in 1999, in Judge McFerrin allowing Gidiere of Gidiere Firm to file the Beasley Firm another barred by res judicata demand on Watson's money on September 30,1999 **(that** claimed Watson is barred by res judicata/collateral estopped to oppose Judge McFerrin awarding the Beasley Firm all of Watson's money **that** Judge McFerrin is aware he is conspiring to unlawfully hold in the CV-91-78 case on the Beasley Firm's barred by res judicata liens/demands**), instead** of Judge McFerrin holding the Beasley Firm in default for having failed to file an answer within 30 days to Watson's motion of complains with demand for jury trial, **which** kept Judge McFerrin from having to release Watson's money to Watson **and** to continue to conspire with the Beasley Firm & Gidiere Firm, to unlawfully hold Watson's money on the Beasley Firm's known three

18

barred by res judicata liens/demands **(1**-40% on 3/26/96, **2**-50% on 3/14/97 and **3**-for all of on

8/30/99)**!**

       **9-B.** The above (par.2) **Ex.S-DC-NR-4 (par.28 - 28-A-1 on pages 81-83)**, has shown

that Judge McFerrin knew his refusal to take-up Watson's motion to compel in the CV-91-78

case on March 21,2003 **(Ex.CSX-6** bound in Ex. Pk. 4 to DC-NR-4), **that demanded** the federal

attorney defendants be held in default for having failed to file an answer in the CV-91-78 case to

the amended complaint on 10/30/02), **State Judge McFerrin** knew he was also conspiring to

cover-up U.S. Magistrate Walker **&** Assistant U.S. Attorney Vines fraud/conspiracy in the 1st

notice of removal case (CV-02-F-1214-N), in U.S. Magistrate Walker not holding the federal

attorney defendants in default **&** federal attorney Vines in contempt of court on Watson's

demand on January 2,2003, **(1)** because the Gidiere Firm's **Ex.A** on file in the 1st notice of

removal case (CV-02-F-1214-N), showed that the Court (CV-91-78) had serve the federal

attorney defendants with the complaint (10/31/02) with a summon on November 12,2002, and

**(2)** because federal attorney Vines had knowingly lied **&** fraudulently claimed in the federal

attorney defendant motion (CV-02-F-1214-N) on December 23,2002 **(that** the federal attorney

defendants had not been served with the complaint on 10/31/02), **in order** to keep the federal

attorney defendants from being held in default on Watson demand thereof in a motion

(CV-02-F-1214-N) on December 18,2002, **because** the federal attorney defendants had not filed

an answer within 30 days in the 1st notice of removal case (CV-02-F-1214-N) **after** being served

with the complaint (10/31/03) with a summon by the Court (CV-91-78) on November 12,2002;

**AND NOTE** the certificate of service in **Ex.DC-NR-1 (pages 6-7)** bound in Exhibit Pack 4 to

DC-NR-4 **shows that** U.S. Magistrate Walker & federal attorney Vines **were both aware,** that a

copy of the state (CV-91-78) amended complaint (10/31/04) was attached to the notice of

removal, **that** Watson filed in the 1st notice of removal case (CV-02-F-1214-N) on October 31,

2002 **&** served the defendants by U.S. Mail on October 31, 2002, **which** included the U.S.

Attorney's Office in Montgomery Alabama, **and BEING VERSED OF FEDERAL LAW**, U.S.

Magistrate Walker & federal attorney Vines knew that under U.S. Title 28 (§ 1446) the federal

attorney defendants were required to file an answer to the state (CV-91-78) complaint (10/31/02)

in the federal removal case (CV-02-F-1214-N), within 30 days after being officially served with

the state (CV-91-78) complaint (10/31/02) with a summon by the Court (CV-91-78) on

November 12,2002.

　　　　10. Under Rule 15 of the Alabama Rules of Civil Procedure, **(a)** leave is not needed to

file an amended complaint, if it is filed 42 days before the first settling of trial; and **(b)** when

leave is needed an amended complaint is to be freely allowed when justice so requires; **AND**

**NOTE** because of criminal/civil issues (7/13/04, 2/25/05 & 5/11/05) the racketeering conspiring

lawyers & state/federal officials are due to be held in default on having rights to oppose under

this motion and motions to compel for default on February 25,2005 & May 11,2005 (**for** their

conspiracy engagement in defrauding Watson of his constitutional rights to a jury trial against

the Beasley Firm), **LEAVE** is a moot issue, **(a)** on Watson's civil jury demands (2/25/05) that

are federal jury issues, and **(b)** on citizens of Alabama & United States criminal/civil injunctive

demands (7/13/04, 2/25/05 & 5/11/05) that are **(b-1)** federal legislative criminal/civil issues,

**(b-2)** federal grand jury criminal/civil issues, and **(b-3)** federal trial  criminal/civil jury issues**!**

　　　　**10-A.** The above (par.2) **Ex.DC-NR-4 (par.27 - 27-B-1 on pages 79-81** and **par.30-F on**

**pages 89-90)**, has shown that Watson's pending conspiracy obstruction of justice/enforcement of

unconstitutional law claims against Judge McFerrin in the amended complaint on July 13,2004, **also include** Judge McFerrin refusing to take-up Watson's motion for leave to amend in the CV-91-78 case on March 21,2003 **(see Ex.CSX-8** bound in Ex. Pk. 4 to DC-NR-4), that demanded rights to update the conspiracy crimes Judge McFerrin had committed on Watson's civil rights & property **and also** the conspiracy crimes federal officials had committed on Watson's civil rights in the 1st notice of removal case (CV-02-F-1214-N).

   **10-B.** The above (par.2) **Ex.S-DC-NR-4 (par.31 on page 91)** has shown that Watson filed the state (CV-91-78) to amend on May 11,2005, **because** in the 3rd notice of removal case (CV-05-T-179-N) on March 15,2005 **(see Ex.JT-O-4** bound in Ex. Pk. 4 to DC-4), U.S. District Judge Thompson had remanded the federal claims in the complaints (7/13/04 & 2/25/05) back to Judge McFerrin in state CV-91-78 case, **on grounds** Watson had failed to meet the requirement in U.S. Magistrate Walker's Order (CV-05-T-179-N) on March 2,2005 **Ex.MW-O-1** bound in Ex. Pk. 4 to DC-NR-4), to file in the federal case (CV-05-T-179-N) an order of docket from the state CV-91-78 case that showed Judge McFerrin would allow Watson to file those federal claims (7/13/04 & 2/25/05); **AND NOTE** the motion to compel for default on February 25,2005 and **Ex.DC-NR-3** bound in Exhibit Pack 4 to DC-NR-4 show that Magistrate Walker & Judge Thompson knew the pending criminal/civil injunction demands (7/13/04) that state/federal officials **were due** to be held in default on having rights to oppose in the 3rd notice of removal case (CV-05-T-179-N) under the still pending motion to compel for default on February 25,2005, **included** a federal jury of citizens having to rights to hold State Judge McFerrin (Lowndes CV-91-78 case), U.S. Magistrate Walker (the CV-02-F-1214-N 1st federal notice of removal case), and U.S. District Judge Thompson (CV-01-T-1268-N federal Ten Commandments case),

21

criminally/civilly to government/citizens, for unlawfully using their judiciary positions &

taxpayers money to conspire to obstruct justice/enforce unconstitutional law on citizens

constitutional rights to due process & protection against judges & lawyers conspiring to enforce

unconstitutional law!

**11.** Under the 1st Amendment to the United States Constitution, citizens have rights to

petition government for redress of grievances; **AND NOTE** the above (par.2) **Ex.S-DC-NR-4**

**(par.37 on page 112),** states that the 4th notice of removal being filed, is incorporating in **and**

serving as petitions to the U.S. Marshal in Montgomery Al. **&** U.S. Attorney General Gonzales

demanding, **(a)** that the U.S. Marshal to allow Watson to swear-out federal arrest warrants

against the following for conspiring to obstruct justice on federal criminal & civil jury issues,

**(a-1)** attorney Jack B. Hinton, Jr., **(a-2)** Alabama Second Judicial Circuit Judge H. Edward

McFerrin, **(a-3)** U.S. Magistrate Susan Russ Walker, **(a-4)** U.S. District Judge Myron H.

Thompson, and **(a-5)** Theresa Weathers (Civil Rights Division) of the U.S. Department of

Justice in Washington DC, **and** to call U.S. Attorney General Gonzales for a order to have the

five arrest warrants executed, and **(b)** for U.S. Attorney General Gonzales to order the U.S.

Marshal to execute the five arrest warrants; **AND NOTE** the above (par.3 - 10-B) has shown

that Watson has just cause to petition/demand **and also** that the interest of justice demands that

the U.S. Marshal allow Watson to swear-out and that U.S. Attorney General Gonzales order

those five federal arrest warrants be executed, **in order** prevent Montgomery federal judges from

conspiring in another obstruction justice on the criminal/civil prosecution of Montgomery

federal judges, **and in order** to compel federal officials to uphold the law **on the** connecting

conspiracies obstructions of justice/enforcements of unconstitutional law in federal government

(in Washington DC & Montgomery Al.) and state court (Lowndes CV-91-78 case), **on citizens of Alabama & United States** criminal/civil injunctive demands (7/13/04, 2/25/05 & 5/11/05), against lawyers, state officials of Alabama, and federal officials of the United States (in Washington DC & Montgomery Al.), **which are** federal legislative/jury criminal/civil issues, **and also on Watson's** related civil jury demand (2/25/05) against the lawyers & state/federal officials in the above (par.6-A on page 9), **which** is a federal civil jury issue!

 **11-A.** The **Ex.S-DC-NR-4 (par.37-A on page 37** and the **1st certificate of service on page 115),** in the above (par.2 on page 3) shows that **Ex.C-N-USM/USAGG** bound in Exhibit Pack 5 to DC-NR-4, is a copy of the notice to the U.S. Marshal & U.S. Attorney General Gonzales on the above (par.11) petitions demands being incorporated in the 4th notice of removal; **and also that** Watson is serving the U.S. Marshal & U.S. Attorney General Gonzales with the following pleadings & exhibits,  **(1)**  Exhibit Pack USAGG to DC-NR-4 (**see** above par.3 - 3-A on pages 3-5) **note** which has the following **attached,** the three state (CV-91-78) complaints (7/13/04, 2/25/05 & 5/11/05) **&** three state (CV-91-78) motions,  **(2)**  Exhibit Pack 4 to DC-NR-4, Exhibit Pack 5 to DC-NR-4 **&** Exhibit Pack 6 to DC-NR-6 (Part 1, Part 2, Part 3 & Part 4), and  **(3)**  the **Ex.DC-MC-C, Ex.DC-OJ-O, Ex.CSX-16,  Ex.CSX-15,  Ex.CSX-12** in the above (**par.**1-B on page 2, **par.**7 - 7-C on pages 9-12, and **par.**8-C  - 8-D on pages 14-17).

 **12.** Because they are the eight media that Watson has been serving the court documents in this case since February 25,2005, **AND ALSO** because of their self-imposed gag order on not informing the public of the filings/demands in those court documents, the above **Ex.S-DC-NR-4 (par.38 on page 113** and the **3rd certificate of service on page 116)** in the above (par.2 on page 3), **has shown** that the 4th notice of removal, is incorporating in **and** serving as petitions to the

following eight media organizations to uphold their responsibilities under the FIRST

AMENDMENT **&** FREEDOM INFORMATION ACT to use the free press to report, **to the**

citizens of Alabama & United States, **to the** U.S. Congress **and to** U.S. Attorney General

Gonzales, of federal officials (in Washington DC & Montgomery Al) and state officials of

Alabama, conspiracy in unlawfully using their government positions & taxpayers money to

conspire with lawyers, to obstruct justice on the criminal/civil injunction & civil jury demands in

this national class action case against lawyers, state officials of Alabama & federal officials, for

fraud, conspiracy & racketeering; **(1)** Wanda S. Lloyd, Executive Editor of the Montgomery

Advertiser, Montgomery Al. **(2)** Associated Press reporter Phillip Rawls, Montgomery Al., **(3)**

News Director of WSFA TV (NBC), Montgomery Al., **(4)** News Director WAKA TV (CBS),

Montgomery Al., **(5)** Editor of the Mobile Register, Mobile Al., **(6)** Editor of the Birmingham

News, Birmingham Al., **(7)** News Director of WBRC TV (FOX), Birmingham Al., and **(8)** News

Director of CNN Headline News, Atlanta Ga.

    **12-A.** The **Ex.S-DC-NR-4 (par.38-A on page 113)** in the above (par.2 on page 3) shows

that **Ex.C-N-M** bound in Exhibit Pack 5 to DC-NR-4, is a copy of the notice to the media in the

above (par.12) of the petition demands being incorporated in the 4th notice of removal, **which**

has the following exhibits attached **(because** they are further justification on the media petition

demands), **Ex.MA-188** (by AP reporter Phillip Rawls on 12/13/03), **Ex.MA-499** (by the

Advertiser's reporter Ana Radelet on 5/11/04), **Ex.MA-580** (by AP reporter Kyle Wingfield on

6/13/04), **Ex.MA-884** (by the Advertiser's reporter Dan E. Way on 4/13/05), **Ex.MA-897** (by AP

reporter Theresa Agovino on 4/27/05), **Ex.MA-901** (by the Advertiser's reporter Jannell

McGrew on 4/30/05), **Ex.MA-903** (by AP reporter Jay Reeves on 5/4/05), **Ex.MA-905** (by AP

reporter Samira Jafari on 5/7/05) and **Ex.4** which is a copy of J. Greg Allen of the Beasley Firm

sworn affidavit in the CV-94-D-1112-N case in U.S. District Court on January 13,1995, **which**

the averments on exhibits in the **Ex.S-DC-NR-4** (par.17-C - 17-D on pages 38-41 **and** par.34-A

- 34-A-2 on pages 106-107) in the above (par.2 on page 3) **has shown** was perjury testimony that

the Beasley Firm's attorney Hinton of the Gidiere Firm conspired to signed-off-on Allen to give,

**in order** for the Beasley Firm to evade a civil jury trial in the federal CV-94-D-1112-N case,

**(a-1)** on the conspiracy on Watson & civil jury of citizens in the cow case (CV-92-03) in

Lowndes County Circuit Court, and **(a-2)** on the Beasley Firm's out-of-court demands that

Watson pay the Beasley Firm attorney fees from the proceeds of Watson's upcoming case

against CSX in Lowndes County Circuit Court (CV-91-78)**!**

   **12-B. Ex.S-DC-NR-4 (par.38-B on page 113** & the **3rd certificate of service on page**

**116)** in the above (par,2 on 3), **has shown** that media are being served with copies of the same

pleadings, exhibits **and** exhibit packs in the above (par.11-A), **that** Watson is serving to the U.S.

Marshal & U.S. Attorney General Gonzales; **and also** the following exhibits,

**Ex.GR-P1** from Exhibit Pack P to DC-NR-4 **and also** Exhibit Pack 1 on file in the 2nd notice of

removal case (CV-04-A-677-N),

**Ex.GR-P2, Ex.LGB-P1** & **Ex.HSH-P1** from Exhibit Pack P to DC-NR-4 **and also** Exhibit

Pack AA on file in the 2nd notice of removal case (CV-04-A-677-N),

**Ex.EC-R** from Exhibit Pack EC being filed with the 4th notice of removal, **which** is also on file

in the 2nd notice of removal case (CV-04-A-677-N), and

**Ex.USSS-P3** from Exhibit Pack P to DC-NR-4 **and also** Exhibit Pack SAK on file in the 2nd

notice of removal case (CV-04-A-677-N).

**13. Ex.MA-943** bound in Exhibit Pack 6 to DC-NR-4 (Part 1) is an editorial article by the Montgomery Advertiser's Executive Editor Wanda Lloyd on June 5,2005, **which shows** stated, **(1)** that media has responsibilities under the First Amendment, to inform the public what elected and public officials are doing and to hold them responsible for doing the right thing, **(2)** that the Advertiser only allows its reporters to use and unidentified source, **when that** is the only way the public can be informed **and when that** is done, the managing editor and executive editor have to know who the source is **and also that** the reporter has concrete evidence that the source is credible and is telling the truth; **AND NOTE** all of above has shown that in addition to petitioning the media on the record in this national class action criminal/civil junction/civil jury case, Watson is providing the media with evidence (court records, petitions to government and government letters), **which** is concrete evidence that public officials have conspired to use fraud to obstruct criminal/civil justice on the fraud, conspiracy & racketeering claims against federal/state officials & lawyers in the national class action criminal/civil injunctive/jury demands, **that** Watson is petitioning/demanding the media on the record to report **to the** citizens of Alabama & United States, **to the** U.S. Congress **and to** U.S. Attorney General Gonzales, **which will** keep public officials from again conspiring to use their public positions & taxpayers money to obstruct criminal/civil justice on the national class action criminal/civil injunctive/civil jury demands!

**13-A. Ex.MA-899** (by the Advertiser's reporter Jannell McGrew on 4/29/05) bound in Exhibit Pack 5 to DC-NR-4, **is in regards** to the Beasley Firm's Vioxx lawsuit against Merck in Clay County Circuit Court, **which shows also reported** that Beasley had called on Merck's attorneys to file a joint motion with Beasley, for the Clay County judge to lift his gap order on all

documents and other evidentiary material being released to the media **and quoted Beasley saying** "We (Beasley Firm lawyers) would like that to be done because we think the public is entitled to know."; **AND NOTE** the above (par.12) eight media self imposed gag order in not reporting/informing the public, of the filings/demands in court documents that Watson has been serving them with since February 25,2004, **has allowed** federal officials in Washington DC & Montgomery Al., **and also** state officials of Alabama, both to getaway with unlawfully using their government positions & taxpayers money, to conspire with lawyers to obstruct criminal & civil justice, on the fraud, conspiracy & racketeering claims against federal officials (in Washington DC & Montgomery Al.), state officials of Alabama, the Beasley Firm partners, the Gidiere Firm partners, and other lawyers, in this national class action federal criminal/civil injunction/civil jury case!

**13-B. Ex.MA-1166** (Advertiser's Staff & Wire Reports on 12/13/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 3), **is in regards** to the jury being hung in the Beasley Firm's federal Vioxx lawsuit against Merck in Texas **and** the trial judge ordering a retrial **in which** the Beasley Firm would have evidence that Merck had withheld information from the New England Journal of Medical about a 2000 Vioxx study so the drug would appear safer than it is (**which had** been publicly disclosed after the jury had begun its deliberation), **which quoted Beasley saying,** "You can't lie to people like the New England Journal of Medical and get away with it," **and** "We look forward to the next trial."

**13-B-1. Ex.2-A** & **Ex.6-A** bound in Exhibit Pack 4 to DC-NR-4 **and the averments** on those two exhibit court records in **Ex.S-DC-NR-4 (par.17-C - 17-C-3 on pages on pages 38-40)** in the above (par.2 on page 3), **has shown** Watson is providing the media with exhibit court

27

document, **that are** concrete evidence that the way Portis of the Beasley Firm (Defendant

Watson's attorney) Lowndes County Judge Bozeman, Plaintiff Thomas, and plaintiff attorney

Butler pulled their conspiracy off in framing Watson **and** misleading the civil jury of citizens in

the Lowndes cow case (CV-92-03), **was by** Portis defrauding Watson of his rights to testify to

the jury, **after** Thomas's lying/perjury testimony to the jury **(that** claimed a theft of 26 cattle),

**which** the trial conspirators knew was a phantom felony crime **and also not** the felony crime

Thomas had sued Watson for (**which** the conspirators also knew was a phantom felony crime)!

   **13-B-2.** The **Ex.4** attached to **Ex.C-N-M** in the above (par.12-A on pages 24-25), **Ex.2-A**

& **Ex.6-A** bound in Exhibit Pack 4 to DC-NR-4, **Ex.18, Ex.18-A & Ex.50** thru **Ex.52** bound in

Exhibit Pack 5 to DC-NR-4, **along with** the averments on those exhibits the in **Ex.S-DC-NR-4**

(par.17-C - 17-D on pages 38-41 **and** par.34-A - 34-A-2 on pages 106-107) in the above (par.2 on

page 3), **has shown** Watson is providing the media with exhibit court documents/letters, **that are**

concrete evidence that the Beasley Firm's attorney Hinton of the Gidiere Firm conspired to

sign-off-on Greg Allen of the Beasley Firm to lie (perjury testimony) in an affidavit in the

CV-94-D-1112-N case in U.S. District Count on January 13,1995, **in order** for the Beasley Firm

to evade a civil jury trial in the federal CV-94-D-1112-N case, **(1)** on the conspiracy on Watson

& civil jury of citizens in the cow case (CV-92-03) in Lowndes County Circuit Court, and **(2)** on

the Beasley Firm's out-of-court demands that Watson pay the Beasley Firm attorney fees from

the proceeds of Watson's upcoming case against CSX in Lowndes County Circuit Court

(CV-91-78)!

   **13-B-3. Ex.C-6, Ex.C-19** thru **Ex.C-21, Ex.18, Ex.24 & Ex.C** bound in Exhibit Pack 4 to

DC-NR-4 **and the averment** on those seven exhibit court documents in **Ex.CSX-12 (par.1 -**

28

**NOTE to 1 on pages 6-8)** in the above (par.11-A on page 23 **and** par.12-B on page 25) **and also** in the **Ex.S-DC-NR-4 (par.9 - 11-A on pages 18-21)** in the above (par.2 on page 3), **have shown** Watson is providing the media with exhibit court document, **that are** concrete evidence that in the Lowndes CV-91-78 case, Judge McFerrin conspired to lie in his Amended Order on April 18,2002, **to create a phantom attorney lien** that the Beasley Firm was to have had on file in the CV-91-78 case before Watson's pro se settlement with CSX on February 16,1996!

**13-B-4.** The averments on court documents **and** exhibit court documents/petition/letter in the above (par.3 - 10-B on pages 3-22), **has shown** Watson is providing the media concrete evidence **that** on July 29,2005 **(Ex.USDJ-CRD** in Ex.Pk.USAGG to DC-NR-4), **Washington** federal civil justice official Theresa Weathers **was the** last federal official who conspired to lie to keep Beasley & Beasley's partners from being brought to criminal/civil justice by a federal jury of citizens, **along with** other lawyers, state officials of Alabama and federal officials of the United States (in Washington DC & Montgomery Al.)!

**14.** In the **Ex.MA-943** bound in Exhibit Pack 6 to DC-NR-4 (Part 1) in the above (par.13 on page 26) on July 5,2005, the Advertiser's Executive Editor Lloyd referred the public record law signed by Gov. Riley in 2005 being important to journalist and for readers; **NOTE** the **Ex.GR-P1 & Ex.GR-P2** in the above (par.12-B on page 25) **are copies** of Watson's petitions to Gov. Riley on March 31,2003 and February 6,2004, **which** Gov. Riley did not even respond **and which show** had exhibit evidence included proving ongoing corruption involving state officials & Beasley Firm in the Lowndes CV-91-78 case **and demanded** Gov. Riley as the state's chief executor officer, to take reforming action thereon **which show** that Gov. Riley's policy is that a citizen does not have that access right to the governor's office to petition the governor to do the

29

job that the citizens of Alabama elected Gov. Riley to do; **AND NOTE** the below is further

justification on the media's petitions demands in the above (par.12 on pages 24-25).

14-A. **Ex.MA-1004** bound in Exhibit Pack 6 to DC-NR-4 (Part 1) has a news article by

Associated Press reporter Will Lester on June 27,2005, **which** shows that a survey by the Pew

Research Center for the People & the Press (**note** on where the people believed their source of

believable news came from), 7 out of 10 people said that it came from their local news papers,

local TV news, cable news networks and network broadcast news; **Ex.MA-1168** bound in

Exhibit Pack 6 to DC-NR-4 (Part 3) has a D.C. briefing article on December 15,2005 (FOIA

REQUESTS) which shows, **(1)** that President Bush issued an executive order for federal

agencies to be more efficient in dealing with requests for government information, **but left** in

place a four-year-old policy that restricts access under the Freedom Information Act (FOIA), and

**(2)** that in response to said executive order, Mark Tapscott (director of the Center for Media and

Public Policy at the Heritage Formation) said, "Its positive in the sense that it puts the president

on record as recognizing that there is a problem with the FOIA process," **and** "But the negative

is that the focus is on process rather than getting at the root problem - too broad exemptions and

complete lack of penalties either for individuals or agencies that violate FOIA,"; and

**Ex.MA-1077** bound in Exhibit Pack 6 to DC-NR-4 (Part 2) has a news article by the Associated

Press on September 11,2005, which shows **(a)** that after CNN filed an access suit against the

Federal Emergency Management Agency in U.S. District Court in Houston Texas, the Bush

administration dropped its efforts to ban the media from continuing their coverage on the

recovery of the bodies of Hurricane Katrina victims, and **(b)** that Jim Walton (CNN Newsgroup

president) said, "We believe very strongly in the free flow of information and felt it necessary to

have access to tell the full story,"; **AND NOTE** in addition to flow process of the national class action federal legislative injunctive reaching the U.S. Congress, **the above** (par.5 on pages 7-8 **verses** par.7 - 8-E on page 9-17) shows that U.S. Attorney General Gonzales may not be aware of the fraud, conspiracy & racketeering claims against federal/state officials & lawyers in this national class action criminal/civil injunctive/civil jury case, **as a result** of having an office staff **who** are holdovers from former U.S. Attorney General Ashcroft's staff **who have** conspired with U.S. Senator Shelby to keep this national class action criminal/civil injunctive/civil jury case **seized** and **concealed** in the CV-91-78 case Lowndes County Circuit Court!

    **14-B. Ex.MA-874** (by MA reporter Mike Linn on 4/4/05) bound Exhibit Pack 5 to DC-NR-4, **Ex.MA-1111** (by AP reporter Phillip Rawls on 10/24/05), **Ex.MA-1112** (by MA reporter Mike Linn on 10/26/05), **Ex.MA-1148** (by AP reporter Samira Jafari on 11/15/05), **Ex.MA-1151** (by AP reporter Samira Jafari on 11/16/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 2), **Ex.MA-1209** (by AP reporter Samira Jafari on 6/13/06), **Ex.MA-1215** (by the Advertiser's reporters Kristen J. Barnes & Marty Roney on 1/20/06), and **Ex.MA-1273** (by AP reporter Samira Jafari on 3/12/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3), are news articles **in regards** to media members of the Alabama Press Association contesting being denied of rights to access to some of the information on state crimes reports **and** the commissioners on the Alabama Criminal Justice Information Center ruling that the media is not entitled to that information; **AND NOTE** the averments throughout the above, **along with** the averments in the below, **show that** this motion **and also** the above (par.2) **Ex.S-DC-NR-4,** are serving as detail crimes reports to the media, on the conspiracy crimes that have been committed of citizens rights to access to government, **note** to petition government for due process of law on the racketeering

conspiracy crimes **that** federal/state court officials & lawyers have committed on citizens of Alabama & United States!

**14-B-1.** In the **Ex.MA-1273** (by AP reporter Samira Jafari on 2/12/06) in the above (par.13-C), Birmingham News reporter Carol Robinson's said that the pubic/media being denied access to information on crime reports, **adds** another step to the media reporting thereof **and also** that a good reporter will find out what they need anyway!

**14-C. Ex.MA-1271** (by AP reporter Desiree Hunter on 3/11/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3), **is in regards** to the Alabama Supreme Court ruling in favor of the Mobile Register, **that** the public should be allowed to see all the criminal files have been expunged by the Mobile municipal court and kept from public review since 1968, **which** the Register demanded public disclosure of after learning that the president of the Mobile County School Board had a drunken driving charge expunged in 1998; **AND NOTE** the above (par.3 - 3- A on pages 3-5 **and** par.7 - 7-B on pages 9-11), is providing the media with court documents & exhibit court documents/petition/letter **that shows** the Washington conspiracy on July 29,2005, **included** obstructing justice on U.S. District Judge Thompson expunging (3/15/05) the demand for a federal bench arrest warrant against Judge Thompson on March 11,2002, for conspiring with U.S. Magistrate Walker to obstruct justice on the still pending demands for federal bench arrest warrants on February 25,2005, **which include** the following for their conspiracy engagement in the ongoing illegal search/seizure in the Lowndes CV-91-78 case,  **(1)** Judge McFerrin (**note** in the Lowndes CV-91-78), **(2)** U.S. Magistrate Walker ( CV-02-F-1214-N case & CV-04-A-677-N case), **(3 - 5)** U.S. Senator Shelby, former U.S. Attorney General Ashcroft **and** Alabama Attorney General King (**for** refusing to file answers/responses to the criminal/civil

32

injunctive demands on 7/13/04)!

　　　**14-D. Ex.MA-732** bound in Exhibit Pack 5 to DC-NR-4, **which is an** editorial article

the Montgomery Advertiser published on September 29,2004, which shows **(a)** that as a result of

U.S. Marshals seizing two reporters audio tape recordings of a public speech that U.S. Supreme

Court Justice Antonin Scalia made in Hattiesburg Miss. (**about** the sanctity of the U.S.

Constitution **which the Advertiser stated included we presume the First Amendment)**, and

that in addition to **admitting** it was wrong in taking said property, the U.S. Marshal Service

**agreed** to settle a lawsuit **and pay** the reporters legal expense for having to sue to obtain

procession of their property, and **(b)** that U.S. Supreme Court Justice Scalia deserved some

blame also, **because** if it had not been for his silly policy against the news media taping his

public speeches, the incident probably would not have occurred; **Ex.MA-725** (by the

Advertiser's reporters Donna Pierce Adams & Jessica Walker on 9/24/04) and **Ex.MA-728** (by

the Advertiser's reporter Donna Pierce Adams on 9/28/04) bound in Exhibit Pack 5 to DC-NR-5,

**are in regards** to a illegal search/seizure federal civil lawsuit against Covington County officials

(**to recover** books & CD's seized in a 2003 traffic stop), **which** show, **(aa)** that for failing to

appear in a hearing (**note** in which he did not think he was required to attend because he had

withdrawn as the plaintiff's attorney) U.S. District Judge Mark Fuller issued an oral bench arrest

warrant to the U.S. Marshal for contempt of court against the plaintiff's former attorney,

**(bb)** that when notified to do so, the former plaintiff's attorney appeared in the federal hearing

56 minutes late, and **(cc)** that **on the** contempt of court charges, the plaintiff's former attorney

spent 48 hours in the Montgomery City jail, **as a result** Judge Fuller ordering said jail time

because said attorney contested Judge Fuller's order that he pay attorney fees to the defendant

attorney **and also** the Alabama Attorney General office, **for** having to wait 56 minutes for him to appear in the federal hearing; **AND NOTE** the above (par.7-A - 7-B on pages 9-10) **along with** the **Ex.DC-MC-C** in the above (par.1-B on page 2), the amendment to the amended complaint (7/13/04) on February 25,2005 (par.21-A - 21-A-5 on pages 35-45) **and** the averments in the **Ex.S-DC-NR-4 (par.3-C on page 8** and **par.3-C-5 on pages 10-11)** in the above (par.2 on page 3), **show that** U.S. Magistrate Walker & U.S. District Judge Thompson knew their lock-down/lockout judiciary conspiracy in defrauding Watson of his 1st USCA rights to free speech in a hearing in 3rd notice of removal case (CV-05-T-179-N), **obstructed justice** on the still pending demands for federal bench arrest warrants that were demanded against the following judges on February 25,2005, **for their** connecting/related lock-down/lockout judiciary conspiracies in defrauding Watson of his 1st USCA rights to free speech in hearings in cases in state/federal court (**that also concerned** the still ongoing illegal search/seizure in the Lowndes CV-91-78 case),   **(1)**   State Circuit Judge H. Edward McFerrin in the Lowndes CV-91-78 case (**ongoing** since June of 2002), **(2)**   State Circuit Judge Sally M. Greenhaw in the Watson v. Judge McFerrin case (CV-02-2048-GR) Montgomery County Circuit Court (October 2002),   **(3)** U.S. Magistrate Susan Russ Walker **&** U.S. District Judge Mark E. Fuller in Watson's 1st notice of removal case (CV-02-F-1214-N) in federal court (December 2002 **thru** February 25,2003), and   **(4)**   U.S. Magistrate Susan Russ Walker **&** U.S. District Judge W. Harold Albritton III in Watson's 2nd notice of removal case (CV-04-A-677-N) in federal court (July 2004)**!**

    **14-E. Ex.MA-1047** bound in Exhibit Pack 6 to DC-NR-4 (Part 2) is a news article by the Advertiser's reporter William F. West on July 19,2005, **in regards** to U.S. District Judge Myron Thompson ordering the U.S. Marshal to keep the public & media from attending a post-trial

hearing in a federal criminal drug case, **in addition to also** ordering the record of that closed

hearing sealed, **which** shows, **(a)** that Dennis Bailey (general counsel for the Alabama Press

Association) said that Judge Thompson's actions were in violations of a U.S. Supreme Court

ruling on the public/media rights to access to courtrooms, and **(b)** that Lucy Dalglish (executive

director for the Reporters Committee for Freedom of the Press) said that Judge Thompson's

actions in shutting-out the public from a criminal proceeding, is something that is increasing

happening in the federal court, **and also** "They (federal judges) don't like the public to see what

going on, and they (federal judges) are closing things for bizarre reasons,"; **AND NOTE** in

addition to being able to expunge (3/15/05) the demand for a federal bench arrest warrant against

Judge Thompson (3/11/05), for conspiring with U.S. Magistrate Walker to obstruct justice on the

still pending demands for federal bench arrest warrants (2/25/05) against state/federal judges for

their connecting/related shutdown/lockout judiciary conspiracies on 1st USCA free speech rights

in a hearing in state/federal court on the long running illegal search/seizure in the Lowndes

CV-91-78 case, **the averments** on court documents in the (par.7 - 10-B on pages 9-21) and in the

**Ex.S-DC-NR-4 (par.22 - 22-A on pages 63-65)** in the above (par.2 on page 3), **show that** Judge

Thompson's self-serving reasons for conspiring with Magistrate Walker in a shutdown/lockout

conspiracy on citizens rights in the 3rd notice of removal case (CV-05-T-179-N), **included**

**keeping** citizens form having 1st USCA rights to speech in federal court on the conspiracy

crimes Judge Thompson committed on citizens constitutional rights/interest to due process of

law, **and also keeping** citizens from exercising their constitutional rights/duty as federal jurors to

bring Judge Thompson to criminal/civil justice for the conspiracy crimes he committed on the

U.S. Constitution and citizens rights/interests thereunder in the federal Ten Commandments case

(CV-01-T-1268-N)!

**14-E-1. Ex.MA-978** (by Advertiser's reporter William F. West on 6/15/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 1), **is in regards** to the federal drug trial against Leon Carmichael and Freddie William, **which reported** that should defense attorneys choose to put Carmichael on the stand, his case would be benefited from Judge Thompson's ruling that prohibited prosecutors from bringing up a 1976 murder conviction for which Carmichael got a pardon on in 1988, **which** prosecutors wanted to bring up in support of testimony of some witnesses who claimed they felt threatened by Carmichael; and **Ex.MA-987** (by Advertiser's reporter William F. West on 7/19/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 1), **is in regards** to sentencing being scheduled for Aug.22, on Carmichael and William, **which** reported, **(1)** that prosecutors argued that their chief investigator (Raymond David DeJohn), was concerned for his safety **and that** an informant refused to cooperate because he feared being killed by Carmichael, and **(b)** that in repose to a defense attorney taking issue on the jurors confirming their verdict by identifying themselves only by their initials, **quoted** U.S. District Judge Thompson saying I am concerned about Mr. Carmichael retaliating against the jury."

**14-E-2. Ex.MA-519** (5/19/04), **Ex.MA-534** (5/22/04) and **Ex.MA-646** (7/21/04) bound in Exhibit Pack 5 to DC-NR-4, **are by the** Advertiser's reporter Jessica M. Walker, **which show** a contributing factor to the concerns and fear in the **Ex.MA-978 & Ex.MA-987** in the above (par.13-F-1), **is because** even with federal persecutors pleading with Judge Thompson that investigators **and** witnesses were living in fear as a result Carmichael having posted on an Internet web site, "Eye for an Eye" posters **that had** the names & photos of four individuals labeled as informants **and that had** the names of four federal agents in boxes captioned

36

"pictures coming.", **NOTE on the** same provisions/principles of a FREE PRESS under the FIRST AMENDMENT, Judge Thompson ruled that Carmichael's 1st USCA rights to free speech **and also** rights to a fair trial, **trump any threat** Carmichael's Web site was causing!

 **14-F. Ex.MA-1275** bound in Exhibit Pack 6 to DC-NR-4 (Part 3) is a news article by the Advertiser's reporter Mike Linn on March 15,2006, **in regards** to U.S. Magistrate Charles Coody holding a hearing in the federal criminal case against former Gov. Don Siegelman, former HealthSouth CEO Richard Scrushy, Paul Hamrick (Siegelman's former chief of staff) and former state Department of Transportation Director Mack Roberts, **which shows** that federal prosecutor Franklin & Scrushy's attorney Art Leach gave some heated testimony during the hearing in regards **(1)** to Franklin misleading Leach, by Franklin not revealing to Leach on Oct.4 that Franklin already had a sealed indictment against Scrushy, **(2)** on Leach claims that federal prosecutors locked-down a grand jury witness and former HealthSouth employee (**who** initially testified in favor of Scrushy but change her story in December), **in order** for federal prosecutors to drop the conspiracy charge in the seal indictment **and** get the conspiracy charge Scrushy is indicted on, and **(3)** that during Leach testimony, Magistrate Coody ordered the public out of courtroom for about 20 minutes, **which** Dennis Bailey (an attorney for the Montgomery Advertiser) issued an objection to on behalf of the newspaper **and that** Magistrate Coody denied it on grounds that the testimony could put the defense at a disadvantage during trial, **and also quoted** Magistrate Coody saying, "The importance of this court not violating the defendant's 6th Amendment right outweighs the public's rights to know."; **AND NOTE** the averments of exhibit & law in **Ex.S-DC-NR-4 (par.2-A - 2-C on pages 4-7** and **par.17-C - 17-E-3 on pages 38-43)** in the above (par.2 on page 3), **along with** the above (par.13-E - 13-F on pages 30-33), **show**

**that** lock-down/lockout judiciary conspiracies on citizens having rights to even a hearing in federal court on U.S. Magistrate Coody being brought to justice for his conspiracy engagement in obstructing justice in the federal CV-94-D-1112-N case, **was included** in the connecting & related lock-down/lockout judiciary conspiracies on rights to a hearing in the U.S. District Court in Montgomery Al., **(1)** by U.S. Magistrate Walker & U.S. District Judge Fuller in the 1st notice of removal case (CV-02-F-1214-N, **Dec.2002 thru Feb.25,2003**), **(2)** by U.S. Magistrate Walker & U.S. District Judge Albritton in the 2nd notice of removal case (CV-04-A-677-N, **Jul.2004**), and **(3)** by U.S. Magistrate Walker & U.S. District Judge Thompson in the 3rd notice of removal case (CV-05-T-179-N, **Mar.2005**)!

15. The Montgomery federal attorneys in the below (par.15-A - 15-C-2) are due to be indicted to be held criminal/civil liable to government/citizens **under** the fraud, conspiracy & racketeering claims in the national class action injunctive demands, for their connecting/related obstruction of federal criminal prosecution, **that was** related/connected to U.S. Magistrate Coody & U.S. District Judge DeMent's obstruction of civil prosecution in the CV-94-D-1112-N case in U.S. District Court on the state officials, lawyers & citizens conspirators in the Lowndes cow case (CV-92-03), **which** has been documented in the **Ex.S-DC-NR-4 (par.17-E - 17-E-3 on pages 41-43)** in the above (par.2 on page 3); **AND NOTE TO CV-94-D-1112-N CASE** the averments on **Ex.18 & Ex.18-A** bound in Exhibit Pack 5 to DC-NR-4 **and** Century 21 v. Alabama Real Estate, 401 So.2nd 764 (Ala.1981) and Mcgruder v. B & L Construction Co. Inc., 331 So.2d 764 (Ala.1981) in **Ex.S-DC-NR-4 (1-par.17-A on pages 36-37, 2-par.17-E-1 on page 42 and 3-par.17-H on page 44)**, **has also shown** that by refusing to file their out-of-court demands for attorney fees, the CV-94-D-1112-N case in U.S. District Court **barred the Beasley**

**Firm by res judicata,** from having rights to demands attorney fees from the upcoming proceeds

in Watson's pending case against CSX in Lowndes County Circuit Court (CV-91-78)**!**

    **15-A. Ex.US-7** bound in Exhibit Pack 5 to DC-NR-4 **shows that** Assistant U.S. Attorney

Charges R. Niven claimed in a letter to Watson on August 12,1994, **that the** material Watson

had left was insufficient evidence to initiate an investigation, **on Watson's** claims that all the

lawyers, the trial judge, the Alabama Court of Civil Appeals, and the Alabama Supreme Court,

**had conspired** to violate Watson's civil rights; **AND NOTE** in addition to the trial conspiracy in

the cow case (CV-92-03), **Ex.2-A & Ex.6-A** bound in Exhibit Pack 4 to DC-NR-4, **Ex.AL-45 &**

**Ex.AL-46** bound in Exhibit Pack 5 to DC-NR-5 **and the** averments in the **Ex.S-DC-NR-4**

**(par.17-C - 17-C-3 on pages 38-40** and **par.21 - 21-B-1 on pages 54-56** in the above par.2 on

page 3) **has shown** that just those four exhibits are all the evidence needed, **to show that** in

Watson's appeal (AV9300143) of the cow case (CV-92-03) to the Alabama Civil Court of

Appeals, there was a appeal conspiracy obstruction of justice on the trial conspiracy on

Defendant Watson & civil jury of citizens in the cow case (CV-92-03)**!**

    **15-B. Ex.US-8** bound in Exhibit Pack 5 to DC-NR-4, **shows that** Assistant U.S. Attorney

R. Randolph Needy claimed in a letter to Watson on May 17,1995, **that there** was insufficient

evidence in the material Watson had left, to warrant an investigation on Watson's claims, of a

conspiracy between two or more persons to violate Watson's constitutional rights **and also**

perjury; **AND NOTE** the averments on exhibit court documents/letter in the above (15-A), **along**

**with** the averment on exhibit court documents/letters in the above (par.13-B-1 - 13-B-2 on pages

27-28) **has shown** the amount of evidence Watson needed to provide federal prosecutor Needy,

**to show that** federal prosecutor Niven's obstruction on federal criminal prosecution on

conspirators on August 12,1994 (**above par.15-A**) **which** included Plaintiff Thomas's perjury

trial testimony to the civil jury in the Lowndes cow case (CV-92-03) in the above (par.13-B-1 on

pages 27-28) **was connecting/related** to Hinton of the Gidiere Firm conspiring to sign-off on

Allen of the Beasley Firm to give lying/perjury testimony in an affidavit in the CV-94-D-1112-N

case in U.S. District Count on January 13,1995 (**above par.13-B-2 on page 28**), **in order** for the

Beasley Firm to evade a federal civil jury trial in the CV-94-D-1112-N case, on the conspiracy

on Watson & civil jury of citizens in the Lowndes cow case (CV-92-03) **and** on the Beasley

Firm's out-of court demands that Watson pay the Beasley Firm attorney fees from the proceeds

of Watson's upcoming case against CSX in Lowndes  CV-91-78 case!

**15-B-1.** Judge DeMent's Order/Judgment (6/6/95) in the federal CV-94-D-1112-N case

in **Ex.D** bound in Exhibit Pack 4 to DC-NR-NR-4, **shows/states** that Judge DeMent's judgment

in summary judgment on June 6,1996, **overruled** Watson's objection to the magistrate

recommendation **and approved/affirmed** the Magistrate Judge Recommendation on May 17,

1995, **and the** exhibits court documents/letters in above (par.15-B), **along with** the Magistrate

Coody's Recommendation (5/17/95) in **Ex.D** bound in Exhibit Pack 4 to DC-NR-4 and **Ex.18,**

**Ex.18-A, & Ex.50** bound in Exhibit Pack 5 to DC-NR-4 **and the** averments on those exhibits, 64

ALR4th 323 & Alabama Legal Services Liability Act (§ 6-5-570) in the **Ex.S-DC-NR-4**

**(par.17-E -17-E-3 on pages 41-43)** in the above (par.2 on page 3), **show there is a connection**

between federal prosecutor Needy's obstruction of criminal prosecution on May 17,1995, and

Magistrate Coody's obstruction of civil prosecution in the CV-94-D-1112-N case on May 17,

1995, **in which** Magistrate Coody refused to recognize any claims involving Watson's pending

CSX case (CV-91-78) in Lowndes County Circuit Court, **in order** to evade having to address the

Beasley Firm's known out-of-court demands for attorney fees from Watson's pending Lowndes CSX case (CV-91-78), **in addition** to refusing to identify/state that any member of the Beasley Firm was a defendant on Plaintiff Watson's claims involving the Lowndes cow case (CV-92-03) **AND NOTE** by refusing to identify/state any member of the Beasley Firm was a defendant **along with** claiming lack of jurisdiction on Watson's due process claims that were attacking the propriety of the state judicial proceeding in the Lowndes cow case (CV-92-03), **lack of jurisdiction** was clearly claimed in the federal CV-94-D-1112-N case on Watson's state law claims against the Beasley Firm for legal malpractice in the Lowndes cow case (CV-92-03), **because** under 64 ALR4th 323 which is referred to in the Alabama Legal Services Liability Act (§ 6-5-570), just attorney incompetence in the Lowndes cow case (CV-92-03) by Portis of the Beasley Firm, **gave** Watson rights in the CV-94-D-1112-N case, **to relief** of the state civil judgment in the Lowndes cow case (CV-92-03) **which** the averments on **Ex.2-A & Ex.6-A** above (par.13-B-1 on pages 27-28) **has shown** that Portis conspired with Judge Bozeman, Plaintiff Thomas & plaintiff attorney Butler by unlawful means **and also** for a phantom felony crime **that the** trial conspirators knew was not the phantom felony crime that Plaintiff Thomas had accused & sued Defendant Watson for!

15-C. **Ex.US-12** bound in Exhibit Pack 5 to DC-NR-4 is a copy of a letter to Watson from First Assistant U.S. Attorney Stephen P. Feaga on July 20,1998, **which** shows/states was in response to Watson's letters dated May 5, May 25, and July 13,1998, **and also which** Feaga claimed the material Watson provided had been reviewed and did not contain evidence of a violation prosecutable under federal law; **AND NOTE** the averments on **Ex.S-DC-NR-4** concerning the CV-94-D-1112-N case in U.S. District Court in the above (par.15 on page 37),

41

**along with** the averments on exhibit court documents/letters in the above (par.15-A - 15-B),

**show that** in addition to state, lawyer & citizens conspirators, Watson is providing the media

with exhibit court document/letters **that are** concrete evidence, **that** First Assistant U.S.

Attorney Feaga also obstructed federal criminal prosecution on Montgomery federal officials

three connecting/related obstructions of criminal/civil prosecution, **(1)** Assistant U.S. Attorney

Niven's obstruction of federal criminal prosecution on August 12,1994, **on** state/lawyer/citizen

conspirators, **(2)** U.S. Magistrate Coody & U.S. District DeMent obstruction of civil prosecution

in the CV-94-D-1112-N case **on the same** state/lawyer/citizens conspirators and **(3)** on Assistant

U.S. Attorney Needy obstruction of federal criminal prosecution on May 17,1995, **on the same**

state/lawyer/citizen conspirators; **AND NOTE TO FEAGA,** the averment on exhibits court

documents/letters **and case law** in the above (NOTE TO CV-94-D-1112-N CASE on pages

37-38), **has shown why** the CV-94-D-1112-N case in U.S. District Court, **barred the Beasley**

**Firm by res judicata** from having rights to demands attorney fees from the upcoming proceeds

in Watson's pending case against CSX in Lowndes County Circuit Court (CV-91-78) **and the**

averments on **Ex.D** (recommendation) 64 ALR4th 323, Alabama Legal Services Liability Act

(§ 6-5-570), **Ex.2-A & Ex.6-A** in the above (par.15-B-1 on pages 40-41) **has shown** that lack of

jurisdiction was claimed in the federal CV-94-D-1112-N case, **on Watson** state law claims

against the Beasley Firm **for legal malpractice** in the Lowndes cow case (CV-92-03)**!**

    **15-C-1.** The averments on exhibits court documents/letter in the **Ex.S-DC-NR-4**

(**1**-par.11-A - 11-B-2 on pages 20-22, **2**- par.25-C - 25-C-1 on pages 74-75 and **3**-par.34-B -

34-B-1 on pages 107-108) in the above (par.2 on page 3), **has shown** that Judge McFerrin's

conspiracy with the Beasley Firm/Gidiere Firm lawyers in the Lowndes CV-91-78 case **in**

**refusing** on Watson's demand (4/23/96) **for** Watson's money from the settlement with CSX

(2/16/96) and the Beasley Firm's 40% lien/demand thereon (3/26/96) **be transferred** for a jury

trial in the CV-95-1944-G case in Montgomery County Circuit Court, **which** Watson's motion in

Lowndes CV-91-78 case on September 1,1995, **had served notice** the Montgomery suit Watson

filed against the Beasley Firm on September 1,1995, **would have** jurisdiction over any

claims/demands that the Beasley Firm was to make for attorney fees in Watson pending case

against CSX (CV-91-78), **was connected/related** to the conspiracy in the Montgomery Watson

v. Beasley Firm case (CV-95-1944-G) **that defraud** Watson of a jury trial on the Beasley Firm's

40% lien/demand (3/26/96) on Watson's CSX settlement money **verses** Watson's claims against

the Beasley Firm for legal malpractice in the Lowndes CSX case (CV-91-78) & Lowndes cow

case (CV-92-03), **which was** pulled-off in the Montgomery case (CV-95-1944-G), **(1)** by

Herndon of the Gidiere Firm conspiring to sign-off on Greg Allen of the Beasley Firm to give

lying/perjury testimony in a affidavits in the CV-95-1944-G case on May 15,1996, and **(2)** by

Judge William Gordon **(the judge** who had transferred Thomas fraud claims of conversion

against Watson in the Montgomery CV-91-1875-G case **to the** Lowndes CV-92-03 case)

**conspiring** with the Beasley Firm/Gidiere Firm lawyers, **to dismissed** Watson's complaint in

summary judgment on June 18,1996, **on grounds** that the federal case (CV-94-D-1112-N)

**barred** Watson's claims in the CV-95-1944-G case **by res judicata,** because contrary to

Watson's argument, federal court (CV-94-D-1112-N) had not claimed lack of jurisdiction on

Watson's state law claims against the Beasley Firm for legal malpractice in the Lowndes CSX

case (CV-91-78) and Lowndes cow case (CV-92-03); **AND NOTE** the averments on the federal

CV-94-D-1112-N case in the above (par.15 on pages 38-39 **and** par.15-B-1 on pages 40-41)

**has shown** Judge Gordon knew he conspired with the Beasley Firm to use the federal CV-94-D-1112-N case & res judicata to deprive/interfere with Watson's rights to a civil jury trial against the Beasley Firm in the Montgomery CV-95-1944-G case!

     **15-C-2.** The averment in the above (par.15-C-1) on what been shown in **Ex.S-DC-NR-4** along with the averments on exhibit court documents in the **Ex.S-DC-NR-4 (par.**11-C - 11-D-1 on pages 22-24) in the above (par.2 on page 3), **has shown** that after attorneys Kenneth Hemphill & Donald Harrison filed motions in the Lowndes CV-91-78 case on September 3,1996 and January 22,1997, **that claimed** Watson was entitled to his settlement money **because** the prior cases in U.S. District Court (CV-94-D-1112-N) & Montgomery County Circuit Court (CV-95-1944-TH) **barred** the Beasley Firm lien/demand on Watson's money in the CV-91-78 case **by res judicata,** Judge McFerrin conspired to deprive/interfere with Watson's rights to a jury trial in the CV-91-78 case on the demand attorney Harrison filed on April 3,1997, that demanded a jury trial on the Beasley Firm's barred res judicata demand Greg Allen of the Beasley Firm filed on Watson's settlement money on March 14,1997 (**in opposition** to the motions Hemphill/Harrison had filed on 9/3/96 & 1/22/97), **which fraudulently** claimed the Beasley Firm had a 50% contingency-fee contract **and also** had filed a 50% attorney lien in the CV-91-78 case when the Beasley Firm withdrew as Watson's attorneys on August 30,1994, **because** Judge McFerrin & Beasley Firm knew **that** because of the elements of **res judicata** shown in the above (par.15 on pages 38-39), **without question** the Beasley Firm 40% lien/demand (3/26/96) on Watson's settlement money **was barred by res judicata**, because of the connecting conspiracies in the Lowndes CV-91-78 case and Montgomery Watson v. Beasley Firm case (CV-95-1944-G) in the above (par.15-C-1)!

44

16. **Ex.Z-5 & Ex.Z-6** bound in Exhibit Pack 5 to DC-NR-4 **along with** pages 1-3 of the

recommendation in **Ex.F** bound in Exhibit Pack 4 to DC-NR-4, **show that** on September 11,

1998, Assistant U.S. Attorney Kenneth E. Vines **removed** the complaint Watson filed in the

CV-98-1871-PR case in Montgomery County Count Court on August 10,1998, **to the**

CV-98-D-1023-N case in U.S. District Count, **in which** Watson's claims **involved** the

connecting conspiracies on Watson's civil rights and property, (**above** par.15-C-1) the recent

Montgomery CV-95-1944-G case and (**above** par.15-C-2) **ongoing** in the Lowndes CV-91-78

case; **and sued** that following for having conspiracy engagement therein **(1)** Beasley Firm

partners, **(2)** attorneys Kenneth Hemphill & Donald Harrison, **(3)** Judge McFerrin, **(4)** officials of

the Alabama State Bar Association, **(5)** officials on the Alabama Judicial Inquiry Commission,

**(6)** state attorneys in the Alabama Attorney General's Office, and **(7)** federal attorneys in

Montgomery U.S. Attorney's Office; **AND NOTE** the averments on exhibit court documents in

the **Ex.S-DC-NR-4** (par.17-H - 17-H-3 on pages 44-46 & par.18-D on page 48) in the above

(par.2 on page 3), **has shown that** U.S. Magistrate McPherson (3/1/99) & U.S. District Judge

DeMent (3/17/99 & 4/5/05) civil obstriction on Watson's claims against the Beasley Firm and

attorneys Hemphill/Harrison included,  **(a)**  claiming lack of jurisdiction on Watson's state law

claims against the Beasley Firm, **after using** the Beasley Firm's motion to dismiss to dismiss

Watson's federal law claims on three grounds, **(a-1)** that Watson had failed to state claim in

which relief could be granted under U.S. Title 42 (§ 1983), **because** the Beasley Firm were

private parties (not public officials) **and as private parties**, there was not any law which the

Beasley Firm lawyers could be held liable under U.S. Title 42 (§ 1983), **which was a lie**,

because there is a state law that holds lawyers liable (the Alabama Legal Services Liability Act,

(§ 6-5-570), (a-2) that Watson's claims were barred by the statutes of limitations, **which was a lie**, because the ongoing conspiracy **on/after April 3,1997**, on Watson's civil rights & property in the Lowndes CV-91-78 case shown in the above (par.15-C-2 on page 44), and **(a-3)** that Judge DeMent's judgment in the CV-94-D-1112-N case on June 6,1995, **barred** Watson's claims in the CV-98-D-1023-N case **by res judicata**, **NOTE which** the above (par.15-B-1 on pages 40-41) has shown **is proven to be a lie,** by Judge DeMent's Order/Judgment (6/6/95) and Magistrate Coody's Recommendation (5/17/95) in the CV-94-D-1112-N case,   **(b)**   that because attorneys Hemphill/Harrison **had not** filed a motion to dismiss **and made** an effort to defend themselves, Magistrate McPherson and Judge DeMent represented their behalf **and on the court's motion to dismiss**, claimed lack of jurisdiction on Watson's state law claims against attorney Hemphill & Harrison, **after** dismissing Watson's federal law claims against attorneys Hemphill/Harrison on the same three fraud grounds used to dismiss Watson's federal law claims against the Beasley Firm, and   **(c)**   that on Watson demand thereof on March 24,1999, Judge DeMent refused on April 5,1999, to send Watson's state law claims against the Beasley Firm and attorneys Hemphill/Harrison back to the CV-98-1871-PR case in Montgomery County Circuit Court, **which** federal attorney Vines had removed to federal court (CV-98-D-1023-N) **and which** Magistrate McPherson (3/1/99) and Judge DeMent (3/17/99) had claimed lack of jurisdiction on!

    **16-A.** Magistrate Recommendation (pages 5-6) in **Ex.F** bound in Exhibit Pack 4 to DC-NR-4, **has her** recommendation on the above (a - b in par.16) and Judge DeMent's Order on March 17,1999 in **Ex.F** (bound in Ex. Pk. 4 to DC-NR-4) **shows/states** that Judge DeMent **overruled** Watson's objection on March 12,1999 (**to** the magistrate's recommendation), and **approve/affirmed** the Magistrate Judge Recommendation on March 1,1999 (**on the** above a - b

in par.16); **AND NOTE** Magistrate Walker & Judge DeMent knew **that because** of their above

(par.16) representation of attorneys Hemphill/Harrison behalf **and also** using res judicata &

Judge DeMent's judgment in the CV-94-D-1112-N case on June 6,1995 (**to dismiss** Watson's

federal law claims against attorneys Hemphill/Harrison), **Magistrate McPherson** was well

aware she **was conspiring** with Judge DeMent in a conspiracy scam to obstruct civil prosecution

in the federal CV-98-D-1023-N case, **(1)** because the averments on **Ex.14** thru **Ex.18 & Ex.24** in

the **Ex.S-DC-NR-4 (par.11-C - 11-D-1** on pages 22-24) in the above (par.2 on page 3), **has**

**shown** that Judge McFerrin's affidavit in the CV-98-D-1023-N case on January 20,1999,

**acknowledged** that Watson's claims against attorneys Hemphill/Harrison **involved** the

1996/1997 motions in the Lowndes CV-91-78 case in the above (15-C-2 on page 44), and **(2)**

because Magistrate McPherson's Recommendation (par.5 on page 3) in **Ex.F** bound Pack 4 to

DC-NR-4, **shows that** Magistrate Walker claimed Watson's claims against attorneys Hemphill

& Harrison involved deprivation of rights from June 1996 to March 1998 in a civil lawsuit in

Montgomery County Circuit Court (**above** par.15-C-1 on pages 42-43), which **Ex.E** bound in

Exhibit Pack 4 to DC-NR-4 **shows/states** was dismissed in summary judgment on June 18,1996,

**and by** Magistrate McPherson **herself** stating Watson's deprivation of rights claims against

attorneys Hemphill/Harrison **had not started** occurring until a year after Judge DeMent's

judgment in the CV-94-D-1112-N case on June 6,1995 (**from** June 1996 **thru** March 1998),

Magistrate McPherson knew that Judge DeMent could not have even considered, **much less**

made a judgment in the federal CV-94-D-1112-N case on June 6,1995, **before** Watson claims

deprivation of rights claims against attorneys Hemphill/Harrison had been committed from June

1996 thru March 1998!

**16-A-1.** Watson's complaint (8/10/98) **shows that** Magistrate McPherson & Judge DeMent knew that Watson did not seek civil damages from the state/federal defendants in the above (par.16 on page 45), **but did demands** state/federal officials be held criminally liable **and** pay civil restitution to government for conspiring to use their public positions & taxpayers money to obstruct justice; **AND NOTE** being versed on federal law, Magistrate McPherson & Judge DeMent their above (par.16 - 16-A) conspiracy scam, kept the Beasley Firm lawyers & attorneys Hemphill/Harrison from also being held civilly liable for state officials conspiracy deprivations on Watson's civil rights/property under <u>Chicarelli v. Plymouth Garden Apartments,</u> D.C.Pa.1982, 551 F.Supp.532:

> "Civil rights liability will attach to a private party where he is a willful participant in joint activity with the state or its agents; if such a conspiracy is shown, the private parties are not absolved of liabilities because one or all the coconspirators who are state actors or officials are immune or because one or all of the state conspirators are not joined in the case, or are dismissed from the case."

**16-B.** In regards to Watson's conspiracy claims against the Alabama State Bar & Alabama Judicial Inquiry Commission in the above (par.16 on page 45), **(1)** averments in the **Ex.S-DC-NR-4 (par.20-C-1 - 20-C-2** on pages 53-54) in the above (par.2 on page 3), **has shown** that exhibits Watson filed in Exhibit Pack 5 and Exhibit Pack CC in the 2nd notice of removal case (CV-04-A-677-N), **show that** Watson had complaints to **and** responses **that is persuasive** those two state governing agencies for lawyers/judges **had connecting/related** conspiracy engagement in obstructing justice on Watson's complaints against attorneys/judges for fraud and conspiracy; **NOTE** being versed on federal law, Magistrate McPherson & Judge DeMent knew that U.S. Title 28 (**§** 1343) gave U.S. District Court jurisdiction over state officials/agencies conspiracy crimes, **and the above (par.16-A-1) shows that** Magistrate

McPherson & Judge DeMent also knew that Watson was not seeking civil damages from the state defendants, **but was demanding** they be held criminally liable and pay civil restitution to the state, **AND NOTE** Magistrate McPherson Recommendation (pages 7-9) in **Ex.F** bound in Exhibit Pack 4 to DC-NR-4, **shows/states** Magistrate McPherson agreed with the state defendants that Watson claims should be dismissed, **because** under the 11th Amendment to the U.S. Constitution , the State of Alabama and its officials/agents could not be sued in federal court, **and also** because they were acting on behalf of the state, **all the state officials/agents** were entitled to absolute immunity from being held liable for their actions, **including** Judge McFerrin for his judicial acts that were within the subject matter of a circuit judge!

   **16-B-1.** The above (par.16-B) is shown to be a conspiracy scam on the defendant state officials/agents being held criminally/civilly liable to the state for committing conspiracy crimes on the state's citizens **(that** Magistrate McPherson & Judge DeMent conspired in with the state defendants), by **Ex.M-4** bound in Exhibit Pack 5 to DC-NR-4, **note which is a copy** of Defendant McFerrin's memorandum brief in support of motion to dismiss, **which on behalf** of Attorney General William H. Pryor, Jr., **that** Assistant Attorney General Fred F. Bell filed in the Watson v. Judge McFerrin case (CV-02-2048-JH) in Montgomery County Circuit Court on September 4,2002, **in which the averments** on that exhibit state brief in the **Ex.S-DC-NR-4 (par.16 on page 33)** in the above (par.2 on page 3) **has shown,** that after claiming that Judge McFerrin was entitled to immunity under the 11th USCA, state attorney Bell acknowledged that in addition Judge McFerrin, every state official who conspires in enforcing unconstitutional law, **can be held** liable for civil damages to the injured party/parties!

   **16-B-2.** The Alabama State Bar is a non-state agency **that** acts as a state agent, **because**

Bar governs attorneys on behalf of the state **and which** who lawyers hand-pick the Bar officials who govern the state's licensed attorneys, **and in addition** to be a state/federal attorney, to be a state/federal judge you have to be a licensed attorney, **AND NOTE** the just the averments of exhibits in the above (par.15 thru par.16-B-1 on pages 38-49) **has shown** that by crooked lawyers hand-picking crooked officials to run the Bar, **that has played a roll** in the State of Alabama having crooked state/federal attorneys **and** crooked state/federal judges!

      **16-C.** The above (par.16-A-1 on page 48) **shows that** Magistrate McPherson & Judge DeMent knew that Watson did not seek civil damages from the defendant federal attorneys, **but did demands** the defendant federal attorneys be held criminally liable **and** pay civil restitution to federal government for conspiring to use their public positions & taxpayers money to obstruct justice; **NOTE** Magistrate McPherson Recommendation (pages 9-10) in **Ex.F** bound in Exhibit Pack 4 to DC-NR-4, **shows/states** that Magistrate McPherson agreed with the defendant federal attorneys that Watson's claims against them should be dismissed, **on grounds** of sovereign immunity, **because** the United States had consented to be sued in that suit, **and because** Watson's had not exhausted the administration remedies under the Federal Torts Claim Act (FTCA), 28 U.S.C § 2675, **and also that** Magistrate McPherson stated federal court lack subject matter jurisdiction over the state law claims against the United States Attorneys **because** Watson had not exhausted the administration remedies pursuant to the FTCA; **AND NOTE** the above (par.16-A-1 on page 48) **along with** the above (par.16-B-2 on pages 49-50) **show that** Magistrate McPherson & Judge DeMent were fully aware that Watson federal/state claims **that had nothing to do with** TORT CLAIMS (civil restitution liability to federal government), **included** getting the federal attorney defendants **(1)** criminally prosecuted by federal government and

50

**(2)** disbarred by state government!

**16-C-1.** Magistrate McPherson & Judge DeMent were well aware that under U.S. Title

28 **(§ 1346),** **that** U.S. District Court had jurisdiction over the federal/state conspiracy/fraud

claims against federal officials **and also** that federal officials were civilly liable under the same

federal/state laws that the defendant attorneys (Beasley Firm lawyers **and** attorneys Hemphill &

Harrison) were liable under in the federal CV-98-D-1023-N case; **AND NOTE** that federal law

**along with** the averments in above (par.15 - 16-A-1 on pages 38-48) **show that** agreeing to use

Judge DeMent's judgment (6/6/95) in the CV-94-D-1112-N case & res judicata to unlawfully

dismiss Watson's federal law claims against the Beasley Firm lawyers and attorneys Hemphill &

Harrison, Magistrate McPherson knew that conspiracy with Judge DeMent, Beasley Firm

lawyers and attorneys Hemphill/Harrison, was also obstructing justice on Judge DeMent &

Magistrate Coody being criminally prosecuted by federal government and paying civil restitution

to federal government, for conspiring to obstruct civil prosecution in the CV-94-D-1112-N case!

**17. Ex.USA-J1 & Ex.USA-J2** bound in Exhibit Pack 5 to DC-NR-4 are copies of,

**(Ex.USA-J1)** Watson's complaint to Marcia Johnson, Legal Counsel for the Executive Office of

U.S. Attorneys (EOUSA) in Washington DC on May 13,1999, **which** shows demanded civil &

criminal intervention by the U.S. Department of Justice, against federal attorneys & federal

judges in Montgomery Al., for conspiring to obstruct justice in the CV-98-D-1023-N case in U.S.

District Court, and **(Ex.USA-J2)** Washington federal attorney Johnson's response on July 14,

1999, **which** shows, **(a)** claimed that Watson's complaint was only against federal judges **and**

**that** because the U.S. Department of Justice is part of the executive branch of federal

government, did not have authority to resolve a matter involving federal judges who are in the

judicial branch of federal government, and **(b)** advised Watson that if he believed federal laws had been violated, to contact the FBI to do an investigation thereof **and that if** the FBI determined there was evidence thereof, the FBI would refer the matter to the appropriate U.S. Attorney's office!

**17-A.** The above (par.17) **Ex.USA-J1** shows that it had a letter attached from Assistant U.S. Attorney Kenneth E. Vines on October 29,1999 (see **Ex.Z-5 & Ex.Z-6** in the above par.16 on page 45, **who represented** the defendant federal attorneys in the federal CV-98-D-1023-N case he **removed** from the state CV-98-1871-PR case), **that** gave the address **and** stated the EOUSA in Washington DC was where demands for civil damages against U.S. Attorneys were to be filed; **AND NOTE** the above (par.16-C - 16-C-1 on pages 50-51) **verses** the above (par.17) **show that because** of Washington EOUSA federal attorney Johnson's scam in obstructing criminal prosecution on Montgomery federal attorneys/judges with civil restitution to federal government for conspiring to obstruct criminal and/or civil justice, **by fraudulently** claiming Watson's complaint was only against federal judges **and that** federal prosecutors did not have jurisdiction authority to take action against federal judges, **Watson** exhausted the administration remedies required by U.S. Title 28 (§ 2675), to have conspiring federal judges/attorneys in Montgomery Al. brought to criminal/civil justice; **AND NOTE** the averments in the above (par.3 - 8-E on pages 3-17) **has shown** that Washington federal civil rights attorney Weathers letter on July 29,2005 (**Ex.USDJ-CRD** in Ex. Pk. USAGG to DC-NR-4), **was another** Washington conspiracy scam on federal prosecutors jurisdiction authority to bring conspiring federal officials in Montgomery Al. & Washington DC, to criminal/civil justice for conspiring to enforce unconstitutional law, **which** addition the Washington EOUSA attorney Johnson for the above

52

(par.17), **included** the Washington federal officials in the below (par.17-B **and** par.17-D) **!**

**17-B. Ex.USA-Z1, Ex.USA-McC1 & Ex.USA-McC3** bound in Exhibit Pack 5 to DC-NR-4, Washington EOUSA attorneys Lynn A. Zentner (Legal Counsel) & Leslie B. McClendon (Deputy Legal Counsel), **for conspiring** to obstruct federal criminal/civil prosecution on federal attorneys (**Aug.16,02** thru **Dec.6,02**).

**17-B-1.** The above (par.17 - 17-A) **verses** the above (par.17-B), **show that** after Washington EOUSA attorney Johnson July 99 scam had exhausted administrative remedies on getting Washington federal justice officials to do their job on bringing conspiring Montgomery federal justice officials to justice, **Watson** made another effort with the Washington EOUSA Office in 2002; **AND NOTE** the above (par.17-B) **Ex.USA-McC3** shows that in advising Watson **that was** the Washington EOUSA office's final response in her letter on December 6, 2002, Washington EOUSA attorney McClendon also referred to Washington EOUSA attorney Johnson's letter on July 14,1999 (**above par.17 - 17-A**), **in claiming** the Washington EOUSA Office had just cause to refuse to communicate with Watson in the future!

**17-C.** The above (par.16 - 17-B-1 starting on page 45) along with **Ex.FC-18** bound in Exhibit Pack 5 to DC-NR-4, **show that** in addition to Washington EOUSA attorney Zentner **and** the other Montgomery federal attorneys, Assistant U.S. Attorney Kenneth E. Vines **also** **represented** himself in Watson's 1st notice of removal case, and **Ex.FC-18** (page 3) **shows** that Vines claimed **because** that was the second time Watson had maliciously sued federal attorneys for obstruction/conspiracy **concerning** the Beasley Firm's attorney lien **and also** the third time federal court was having to address Watson's baseless allegations **concerning** the Beasley Firm's attorney lien, **the court** had the authority to protect itself and the defendants who had

53

repeated been required to expend their resources in Watson's frivolous harassing litigation, **to enter in an Order,** that Watson did not have right of access to the courts to pursue litigation of the same without leave of the Court, **note** permission from a judge to demand federal attorneys be brought to justice for conspiring to obstruct criminal prosecution on conspiring federal/state judges for conspiring to obstruct civil prosecution on conspirators; **AND NOTE** the above (par.9 - 9-B on pages 18-20) **has shown that** Magistrate Walker & federal attorney Vines have criminal/civil liability to government/citizens, **includes** their conspiracy scam in the 1st notice of removal case (CV-02-F-1214-N), in U.S. Magistrate Walker not holding the federal attorney defendants in default & federal attorney Vines in contempt of court on Watson's demand on January 2,2003, **because** federal attorney Vines had knowingly lied & fraudulently claimed in the federal attorney defendant motion (CV-02-F-1214-N) on December 23,2002 (**that** the federal attorney defendants had not been served with the complaint on 10/31/02), **in order** to keep the federal attorney defendants from being held in default on Watson demand thereof in a motion (CV-02-F-1214-N) on December 18,2002, **because** the federal attorney defendants had not filed an answer within 30 days in the 1st notice of removal case (CV-02-F-1214-N) **after** being served with the complaint (10/31/03) with a summon by the Court (CV-91-78) on November 12,2002;

**17-D. Ex.USA-M1 & Ex.USDJ-1** bound in Exhibit Pack 5 to DC-NR-4, Washington federal civil rights justice officials, **for conspiring** in June/July 2003, to obstruct justice on Watson's two petitions to U.S. Attorney General John Ashcroft on May 16,2003, **which** demanded federal criminal prosecution on all the lawyer/state/federal conspirators **and because** he was one of the state conspirators to be criminally prosecuted, for Attorney General Ashcroft advise/inform the U.S. Congress he was withdrawing Alabama Attorney General Bill Pryor's

nomination for a judgeship on the U.S. 11th Circuit Court of Appeals; **Ex.USA-M1** shows to

claim there was not any federal criminal civil rights violation, that Washington justice official

(6/6/03) **referred** to the Washington federal justice official letter (8/16/02) in the above

(**Ex.USA-Z1** in par.17 on page 53) and **Ex.USDJ-1** shows that Washington official (7/8/03)

**advised** Watson to address Pryor's nomination with his congressional representative!

17-E. **Ex.USSS-R** in Exhibit Pack USAGG to DC-NR-4, U.S. Senator Richard Shelby,

**for conspiring** to withhold the above (par.17-C - 17-C-1) from the U.S. Congress on June 4,

2004, **by claiming** lack of jurisdiction authority to intervene, **by claiming** the matter only

involve private legal matters **and that** as a federal official he could not intervene in private legal

matters!

17-E-1. Watson's petition to U.S. Senator Shelby on July 13,2004 (**Ex.USSS-P3, par.1 -**

**1-A on pages 1-2**) in the above (par.12-B on page 25) **shows that** Senator Shelby knew under

the injunctive demands in this case, he would be willingly making himself a federal criminal &

civil liable defendant to government/citizens, **if he** wanted to stand-behind his above (par17-E)

scam jurisdiction authority letter on June 4,2004!

18. **Ex.FBI-1** bound in Exhibit Pack 6 to DC-NR-4 (Part 3) is a copy of Watson's

complaint to the FBI in Montgomery Al. on May 12,2000 ( **that the FBI** did not even respond

to), **WHICH SHOWS** demanded an investigation of federal judges & federal attorneys in

Montgomery Al., for conspiring to obstruct justice in the CV-98-D-1023-N case in U.S. District

Court, **on the** ongoing conspiracies on Watson's civil rights & property **involving** two state court

cases in Lowndes County Circuit Court (CV-91-78 & CV-92-03) **AND HAD** court records &

exhibit evidence included **that provided** the FBI with persuasive evidence of federal justice

officials conspiracy obstruction of justice in the federal CV-98-D-1023-N case on the ongoing

conspiracies involving two cases in state court in the Circuit Court of Lowndes County

(CV-91-78 & CV-92-03), **note** which has been well documented in the above (par.15 - 16-C-1

on pages 38-51); **AND NOTE** Watson's petition to U.S. Senator Shelby on July 13,2004

(**Ex.USSS-P3 (par.5-D on page 15** in the above par.12-B on pages 24-25), **shows that** Watson's

petitions to U.S. Senator Shelby & U.S. Attorney General Ashcroft on April 1,2004, **included**

the Montgomery FBI doing nothing on Watson's complaint/evidence on May 12,2000, **as a**

**means** to obstruct a federal criminal investigation/prosecution on the conspiring Montgomery

federal judges/attorneys!

    **18-A. Ex.MA-1330** (by the Advertiser's reporter Mike Linn on 5/2/06), **Ex.MA-1334**

(by the Advertiser's reporter Mike Linn on 5/4/06), and **Ex.MA-1393** (by AP reporter Bob

Johnson on 6/8/06) bound in Exhibit Pack 6 to DC-NR-6 (Part 4) **are in regards** to the

Siegelman corruption trial, **note** in which, **Ex.MA-1330** (by the Advertiser's reporter Mike Linn

on 5/2/06) **including reporting** that in opening arguments to the jury in the Siegelman's

corruption trial, **(a)** federal prosecutors described former Gov. Siegelman as a crooked politician

who violated his oath by accepting bribes from a lobbyist, demanding cash from businessmen

and turning the state's most powerful office into an unlawful enterprise, and **(b)** Siegelman's

attorney Vince Kilborn told the jurors, **(b-1)** that federal prosecutors two key witnesses (Nick

Bailey, **Siegelman's** former executive secretary **who had** pleaded guilty to accepting bribes **and**

Lanny Young, a lobbyist **who** pleaded guilty to bribing state officials), **were** both con artists,

thieves and liars who agreed to testify against Siegelman & others for lighter sentences **and** that

neither men would tell the truth when they testified to the jury, and **(b-2)** that evidence would

show that Bailey told prosecutors Siegelman had nothing to do with the corrupt dealing nine times, **before** Bailey signed a confession typed by agents at the Federal Bureau of Investigation, **note** in which **Ex.MA-1334** (by the Advertiser's reporter Mike Linn on 5/4/06), **included reporting** that Siegelman's attorney David McDonald said he found it odd that Bailey testified to knowing what the governor said in a meeting with Scrushy in May 2000, **but couldn't** remember the subject of a conversation Bailey had with a retired FBI agent three months ago**!**

    **18-B. Ex.MA-1154** (by the Advertiser's reporter Julia Arrington on 11/18/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 2) and **Ex.MA-1223** (by the Advertiser's reporter Mike Linn on 1/26/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3), **are in regards** to Montgomery federal prosecutors getting a grand jury indictment against a Auburn (Al.) black police officer for accepting brides to fix traffic tickets (**note** taking money in exchange for reducing charges **or** dropping charges), **which show** that federal prosecutors charged two (2) of eleven (11) witnesses for giving perjury testimony to the grand jury, **after** the eleven (11) witnesses gave affidavits that they were **coerced** and **threatened** by members of the Auburn Police Department **and a** federal agent (FBI), to testify to the grand jury against the black police officer, **and also after** Montgomery attorney Julian McPhillips **had requested** that U.S. Attorney General Gonzales to order the assignment of an independent prosecutor to do an investigation on the government wrongdoing in the FBI investigation on the black police officer; **AND NOTE** the exhibits in the above (par.15-B - 18 on pages 39-56), **show that** Montgomery federal prosecutors charging two (2) of eleven (11) witnesses for giving perjury testimony to a federal grand jury, **could be a scheme** between the Montgomery FBI Office, Montgomery U.S. Attorney's Office, and the U.S. Department of Justice in Washington DC, **to ward-off** the ordering of an investigation by a

independent prosecutor, on a Montgomery FBI agent taking-part in coercing & threatening eleven (11) witnesses to testify to the Montgomery federal grand jury!

18-C. **Ex.MA-1333** (**see** D.C. briefing on 5/3/06) bound in Exhibit Pack 6 to DC-NR-4) reported, **(1)** that FBI Director Robert Mueller told the Senate Judiciary Committee that the bureau had tightened its rules for dealing with confidential informants after recent scandals on both coasts, including a retired agent's indictment, **that the** unspecified changes followed embarrassing revelations of a love affair and gangland killings that an earlier overhaul of informant guildlines was intended to prevent **and quoted** Mueller "Given the circumstance in New York, the protocols relating to our handing of informants changed dramatically," and **(2)** that retired FBI agent R. Lindley Devecchio was indicted in March in state court in Brooklyn, N.Y., for helping a mobster (**who** was also an FBI informant) plot four murders in the 1990's **and that** in Los Angeles, another informant, Katrina Leung admitted in December that she lied to the FBI about her intimate relationship with her FBI handler, James J. Smith.

18-C-1. **Ex.MA-1289** (by the Associated Press on 3/31/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3) **is in regards** to retired New York FBI agent DeVecchio's state indictment in the above (par.18-C), **which reported** that colleagues of the retired FBI agent were quick to defend him **and** claimed he was not capable of doing those kind of things; and **Ex.MA-135** by AP reporter Jeff Donn on 10/11/03) bound in Exhibit Pack 6 to DC-NR-4 (Part 3), **reported that** in Boston Mass., **in addition** to FBI agents being charged with taking bribes for shrugging off gangsters crimes and shielding informants from police, **a retired FBI agent** was charged with aiding a mob hit on a reputable businessman, **and also that** in Kentucky in 1990, **a FBI agent** pleaded guilty to strangling a woman tipster to stop her from exposing their affair!

**18-D.** Watson's petition to U.S. Senator Shelby on July 13,2004 **(Ex.USSS-P3, par.12 -**

**12-H on pages 20-24** in the above par.12-B on page pages 24-25), shows that since July 2004,

Senator Shelby has been conspiring in a lock-down/lockout conspiracy with the conspiring

Montgomery federal district judges & U.S. 11th Circuit Court of Appeals Judge Pryor, **on**

**Watson's rights** under the injunctive demands (7/13/04), **to testify** to the Senate Judiciary

Committee on the evidence that demands the conspiring Montgomery federal district judges **and**

**also** U.S. 11th Circuit Court Appeal Judge Pryor, **be impeached** by the U.S. Congress; **AND**

**NOTE** Watson's petition to U.S. Senator Shelby on July 13,2004, **(Ex.USSS-P3 (par.5-B on**

**page 15** and **par.5-D on page 15** in the above par.12-B on pages 24-25), **show that** U.S. Senator

Shelby knew that in Watson petitioning **(4/1/04 & 7/13/04)** for justice on the Montgomery FBI

related obstruction of a federal criminal investigation/prosecution on the conspiring Montgomery

federal judges/attorneys (**above** par.18 on pages 55-56), **the corruption** within FBI that Watson

showed, **included** that in Boston Mass in the **Ex.MA-135** in the above (par.18-C-1)!

**18-D-1.** The **Ex.MA-1333** (D.C. briefing on 5/3/06 in the above par.18-C on page 58),

**shows that** under the federal legislative injunctive demands in this national class action

criminal/civil injunctive/civil jury case, the U.S. Senate Judiciary Committee is also where

Watson's abuse on rights complaint/evidence involving the Montgomery FBI in the above

(par.18 on page 55-56) **is due to be** addressed first, **and** the above (par.18-A - 18-B on pages

56-58), **shows that** accusations of abuse in two federal criminal bilberry cases, have made

against Montgomery FBI!

**19. Ex.MA-920** (by AP reporter Phillip Rawls on 5/23/05) bound in Exhibit Pack 5 to

DC-NR-4 reported, **(1)** that Siegelman's attorney Jack Drake said it was not a state ethics crime

for lobbyist Lanny Young giving Siegelman a motorcycle, trailer and all-terrain vehicle while Young was doing a lot of business with the state, **(2)** that State Ethics Commission Executive Director Jim Sumner said the four year statute of limitations had ran-out on Siegelman being charged with a state ethics crimes for accepting those gifts from Young in 1999 & 2000, and **(3)** that federal prosecutor Louis Franklin said that federal offenses generally have a five-year statute of limitations, **but** in racketeering cases prosecutors can go back 10 years, provided one act in the offense occurred within the past five years; and **Ex.GR-P1, Ex.GR-P2, Ex.LGB-P1, Ex.HSH-P1 & Ex.EC-R** in the above (par.12-B on page 25), **Ex.MA-89** (by AP reporter Phillip Rawls on 6/9/03) bound in Exhibit Pack 5 to DC-NR-4, **and the averment** in the **Ex.CSX-16 (par.9-B - 9-D on pages 10-12)** in the above (par.7 on pages 9-10) **show that** Watson showed in the motion to compel in the Lowndes CV-91-78 case on June 3,2005, Gov. Bob Riley, Lt. Gov. Lucy Baxley, House Speaker Seth Hammett **and** officials of the Ethics Commission, **are state officials** who are also due to be indicted and held criminally/civilly liable to government & citizens, **under** the fraud, conspiracy & racketeering claims in the national class action injunctive demands: **AND NOTE** that in **Ex.CSX-16** along with **the above** (par.1 - 10-B on pages 2-22) **show that** the obstruction on the ordering of the Montgomery grand jury investigation **by the conspirators** in the Washington conspiracy on July 29,2005 (**1**-civil rights justice official Weathers, **2**-one or more officials in the U.S. Attorney General's Office, and **3**-U.S. Senator Shelby), **included** the political/judicial corruption in current Gov. Bob Riley's administration!

    **19-A. Ex.GR-P1, Ex.GR-P2, Ex.LGB-P1, Ex.HSH-P1 & Ex.EC-R** in the above (par.12-B on page 25), **Ex.MA-89** (by AP reporter Phillip Rawls on 6/9/03) bound in Exhibit

Pack 5 to DC-NR-4, **and the averment** in the **Ex.CSX-16 (par.9-B - 9-D on pages 10-12)** in the

above (par.7 on pages 9-10) **show that** the state officials in the above (par.19) can be indicted &

held criminally/civilly liable to government/citizens for their connecting conspiracy engagement,

 **(a)** Gov. Bob Riley, for hiring Jere Beasley to represent his interest in the retry the state's

lawsuit against Exxon **along with** the lawyers from Mobile Al. that former Gov. Siegelman had

hired, **after** Gov. Riley refused to even respond to Watson's petition on March 31,2003, **which**

had exhibit evidence included showing the ongoing conspiracy **and that** demanded Gov. Riley

uphold his duty to stop state court officials ongoing conspiracy with the Beasley Firm in the

Lowndes CV-91-78 case, and **Ex.MA-89** (by AP reporter Phillip Rawls on 6/9/03) **reported** that

Gov. Riley's son (attorney Rob Riley) had worked Beasley on nursing home lawsuits,

**(b)**  Gov. Riley, Lt. Gov. Baxley & House Speaker Hammett, for refusing to even respond to

Watson's petitions on February 6,2004, **which** had evidence included showing state officials &

Beasley Firm's ongoing conspiracy ongoing conspiracy in the Lowndes CV-91-78 case, **and that**

demanded each of those officials to uphold their duties to take or initiate executive/legislative

action to deal with bringing an end to state officials using their state positions & state taxpayers

money to conspire with the Beasley Firm, and

**(c)**  officials of the Alabama Ethics Commission for conspiring to obstruct justice on Watson's

ethics complaints against **(c-1)** former Attorney General Pryor, **(c-2)** Gov. Riley, **(c-3)** Lt. Gov.

Baxley, **(c-4)** House Speaker Hammett, and **(c-5)** Judge McFerrin,

   **19-A-1.** The averment in Watson's above (par.19 -19-A) petitions on February 6,2004

**(Ex.GR-P2, Ex.LGB-P1 & Ex.HSH-P1)** clearly show that Gov. Riley, Lt. Gov. Baxley &

House Speaker Hammett had all refused to uphold their constitutional duties to help bring an end

to Attorney General Pryor & Judge McFerrin conspiring to use their state positions & state taxpayers money to obstruct justice on their own federal criminal prosecution for conspiring with the Beasley Firm to keep Watson's money unlawfully held in the Lowndes CV-91-78 case on the Beasley Firm's barred by res judicata liens/demands!

**19-A-2** The **Ex.EC-R** in the above (par.19 -19-A) shows Ethics Commission General Counsel Hugh R. Evans, III claimed on April 13,2004, **that Watson** had failed to show where any of the state officials had used their public positions in a manner that would provide a personal benefit to themselves, a family member **or a business with which they are associated**, the above (par.20-A) on **Ex.GR-P1** & **Ex.MA-89** (by AP reporter Phillip Rawls on 6/9/03), **along with** all the averments in **Ex.GR-P2** in the above (par.19 - 19-A), **show that** in refusing to respond to Watson's petition's on February 6,2004, **also kept** Gov. Riley from having to address, **that after** refusing to even respond to Watson's petition on March 31,2003 **(in regards** to state officials ongoing conspiracy with the Beasley Firm in the Lowndes CV-91-78 case), **Gov. Riley** associated himself with Jere Beasley (**who** is in the suing business) **and that** Gov. Riley's son Rob Riley (**who** is in the suing business) had prior association with Beasley in suing nursing homes, **AND NOTE** the conspiring Ethic Commission officials were also well aware that in the Lowndes CV-91-78 case, **that Judge McFerrin** was currently using his tax-paid-position to obstruct justice on Judge McFerrin's own federal criminal prosecution, **for conspiring** with the Beasley Firm to keep Watson's money unlawfully held in the Lowndes CV-91-78 case on the Beasley Firm's barred by res judicata liens/demands!

**19-B. Ex.AL-49** thru **Ex.AL-51** bound in Exhibit Pack 5 to DC-NR-4 **and the averments** on those exhibit in Watson's petition to Gov. Riley on February 6,2004 **(Ex.GR-P2,**

62

**par.3 - 3-A on pages 11-12** in the above par.19), **show that** because Exxon had rights to claim it

was entitled to the same rights under the equal rights clause in the 14th USCA, **Gov. Riley** knew

his hiring of Jere Beasley to sue Exxon for punitive damages **had created** a problem for the

state, **because** of the double punishment scam on punitive damages that U.S. 11th Circuit Court

Appeal Judge Pryor (**as attorney general of Alabama**) engaged in with the Beasley Firm in the

Watson v. Beasley Firm case (CV-00-1545-GR) in Montgomery County Circuit Court, **in which**

Pryor refused to oppose the Beasley Firm's claim that it would be unconstitutional **under** the

equal protection clause in the 14th USCA, **that** compensatory damages would punish the

Beasley Firm for any wrong they committed **and that** having punitive damages imposed on the

Beasley Firm would be unconstitutional, because it would punish the Beasley Firm a second time

for the same wrong (**double** punishment for the same wrong in violation of the equal protection

clause in the 14th USCA)**!**

19-B-1. From the **Ex.AL-49** thru **Ex.AL-51** in the above (par.19-B), **Watson showed**

that conspiracy scam on punitive damages by state officials/lawyers in the Montgomery Watson

v. Beasley Firm case (CV-00-1545-GR) in July 2000 on the equal protection clause in the 14th

USCA (to keep the Beasley Firm from being held liable for punitive damages), **in the** motion to

compel in the Lowndes CV-91-78 case on March 11,2005 **(Ex.CSX-15, par.4-B-1 on page 23** in

the above par.7 - 7-C on pages 9-12) **and also** the **Ex.S-DC-NR-4 (par.17-G on pages 43-44** in

the above par.2 on page 3); **AND NOTE** Montgomery U.S. Attorney Leura G. Canary **and**

Alabama Attorney General Tory King **can claim** they are not aware of the conspiracy scam on

punitive damages in the Montgomery Watson v. Beasley Firm case (CV-00-1545-GR), **because**

**the** certificate of service on page 29 in the **Ex.CSX-15,** shows that Watson served  them on

March 11,2005!

19-B-2. **Ex.MA-89** (by AP reporter Phillip Rawls on 6/9/03) bound in Exhibit Pack 5 to DC-NR-4 **reported** that on a 6-3 decision, the Alabama Supreme Court overturned the December 2000 jury judgment for $87.7 million in compensatory damages and $3.42 billion in punitive damages **(for cheating** the state of amount of royalties due from natural gas wells drilled in waters along the Alabama coast), **on grounds** that Montgomery County Circuit Judge Tracy McCooey had wrongfully allowed the jury to see an internal Exxon memo that outlined the company's options on royalty demands from Alabama's conservation department, **and that** Gov. Riley's advisor Troy King said Gov. Riley had significant confidence in Jere Beasley's ability to try the Exxon case; and **Ex.MA-1028** (by AP reporter Phillip Rawls on 7/25/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 1) and **Ex.MA-1062** (by AP reporter Phillip Rawls on 8/17/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 2) show, **(1)** that the November 2003 jury judgment against Exxon was for $102.8 million in compensatory damages **&** $11.8 billion in punitive damages **AND THAT** trial Judge McCooey reduced the punitive damages to $3.5 billion, and **(2)** that in their appeal to the Alabama Supreme Court**,** in addition to Exxon claiming the state is not entitled to punitive damages on grounds the state did not prove Exxon committed fraud, Exxon is also claiming the 2003 judgment is due to be dismissed on the same grounds the Alabama Supreme Court had dismissed a similar but smaller judgment against Hunt Petroleum ($24.6 million) in April 2004, **note that the state government** failed to prove that it relied to its detriment on monthly royalty reports from the oil company to prove the oil company defrauded the state of the amount of royalties due from the oil company; **NOTE** the **Ex.MA-1062** (by AP reporter Phillip Rawls on 8/17/05) bound in Exhibit Pack 6 to DC-NR-4

64

**also shows** Exxon & the state had been fighting in court since 1999, **over what amount** to

Exxon stealing the citizens of Alabama's natural gas from wells drilled in waters along the

Alabama coast; **AND NOTE** the above (par.19 on pages 58-59 **and** par.19-B-1 on page 63),

along with **Ex.D & Ex.G** bound in Exhibit Pack 4 to DC-NR-4, **Ex.ASC-1** thru **Ex.ASC-3** bound

in Exhibit Pack 5 to DC-NR-4 **and the** averments in **Ex.CSX-15 (par.2-H-1 - NOTE to**

**par.2-H & 2-H-1 on pages 12-13**  and **par.4-C on pages 23-25** in the above par.7 on pages

9-10), **show that** the Washington federal conspirators **and also** U.S. Attorney Canary & Attorney

General King (**note** Alabama federal/state prosecutor conspirators) **were well aware** that the

Alabama Supreme Court had conflict of interest on Exxon's appeal, **because** the criminal/civil

liability the justices serving in January 2002, **have to** government/citizens **under** the fraud,

conspiracy & racketeering claims in the national class action criminal/civil injunctive demands,

**for their** connecting/related conspiracy obstructions/enforcements of unconstitutional law, **on**

**Watson's** writ of mandamus against Judge McFerrin in the Lowndes CV-91-78 case**, and on**

**Watson's** appeal of the Montgomery Watson v. Beasley Firm case (CV-00-1545-GR) **which**

**also included concealing** the above (par.19-B - 19-B-1) conspiracy scam (CV-00-1545-GR), to

make it unconstitutional under the equal rights clause in the 14th USCA for punitive damages to

be imposed on the Beasley Firm lawyers!

    **19-B-3.** When ordered (**because** that is included in this motion to compel for default on

rights to oppose), the Montgomery federal grand jury in the above (par.20 **that** the Washington

conspirators obstructed justice on the ordering of), **has just** cause to also investigate how many

state favors the Beasley Firm has received from state officials, **who** themselves **or** their family

members, who have made money by working with the Beasley Firm in lawsuits against business,

**because** in addition to Gov. Riley's son working with Beasley on nursing home lawsuits in the

**Ex.MA-89** (by AP reporter Phillip Rawls on 6/9/03) in the above (par.19-A on pages 60-61), the

**Ex.MA-188** (by AP reporter Phillip Rawls on 12/13/03) attached to **Ex.C-N-M** in the above

(par.12-B on page 24) and **Ex.GR-P2 (NOTE 3 to 6-E on page 23** in the above par.19 - 19-A)

**shows that** in Watson's averments regarding the above (par.19-B) conspiracy scam in the

**Ex.AL-49** thru **Ex.AL-51** in his petition to Gov. Riley on February 6,2004, **Watson** referred to

**Ex.MA-188** which had **reported** (12/13/03) that in a case in Bullock County Circuit Count in

which the Beasley Firm & another law firm represented that court's clerk **and** got a $122 million

negligent punitive damage judgment against General Motors, because the passenger

compartment of the clerk's 1993 Oldsmobile Delta 88 collapsed in a two-vehicle head-on

collision (**which** was automatically cut to $82 million because of state law limiting punitive

damage verdicts), **that case had to be retried** because the judge had allowed five potential

jurors to sit in during jury selection, who were related by blood or marriage to state Senator

Myron Penn, a lawyer who was associated with one of the law firms representing the court's

clerk in that case!

    **19-C. Ex.MA-855** (by the Advertiser's reporter Dan E. Way on 3/20/05) bound in

Exhibit Pack 5 to DC-NR-4, **and** Watson's motion to compel in the Lowndes CV-91-78 case on

June 3,2005 (**Ex.CSX-16, par.15 - 15-A on pages 20-21** in the above par.7 -7-C on pages 9-12),

**show that** corruption claims against Gov. Riley's administration's **that the** Montgomery federal

grand jury has rights to investigate (**which** the Washington conspirators in the above par.20

obstructed justice on the ordering of), **includes the claims that** Jackson Hospital & Baptist

Hospital filed in a lawsuit against **(1)** Gov. Riley, **(2)** Rob Riley (Gov. Riley's son), **(3)** State

Finance Director Jim Main (**who** is a ex-Beasley Firm partner), and **(4)** Ben Main (who is State Finance Director Main's brother), **for engaging** in a scheme to get certification for a group of investors to build a hospital on Vaughn Road in Bullock County just over the Montgomery/Bullock county-line, to serve the affluent in east Montgomery (who live near the proposed hospital) **and** not the poor citizens of Bullock County (who live many miles away from the proposed hospital); **NOTE** the certification to build that hospital to serve the affluent of east Montgomery, **was from** the State's Certificate of Need Review Board **(whose** board members Gov. Riley appoints)**!**

**19-C-1.** The certificate of service on page 35 in **Ex.CSX-16** in the above (par.20-C) **shows that** Watson also served (3/11/05) the Alabama federal/state prosecutor conspirators (U.S. Attorney Canary **&** Alabama Attorney General King), **with** the motion to compel for change of venue to U.S. District Court & Exhibit Pack SC-MCCV that Watson filed in the Lowndes CV-91-78 case on June 3,2005**!**

**19-D. Ex.MA-818** (by the Advertiser's reporter John Davis on 1/28/05) bound in Exhibit Pack 5 to DC-NR-4 **and the averments** in Watson's above (par.19-B) motion to compel in the Lowndes CV-91-78 case on June 3,2003 **(Ex.CSX-16, par.16 - 16-A on page 21),** show that with Attorney King hiring Jere Beasley & Mobile Al. lawyers to sue 79 drug companies in a lawsuit for hundred of millions in Medicaid drug fraud **(in which** federal government is to receive 70% of the compensatory damages **and** the state to get all the punitive damage), **demanded** Attorney General King also be charged with conspiring with Jere Beasley to enforce unconstitutional law on the 79 drug companies, **because** over the past ten years federal/state prosecutors have repeatedly conspired to use their federal/state positions & taxpayers money to

67

obstruct justice on a jury of citizens to bring the Beasley Firm, other lawyers & state/federal officials to criminal/civil justice, for conspiring to obstruct justice/enforce unconstitutional law, **note which** documentation thereof has been shown throughout the above **and which** the above (par.19-B - 19-B-2 on pages 62-65) **has shown** that since March 2005, **includes** Attorney General King conspiring with federal prosecutors in Montgomery Al. & Washington DC, **to obstruct justice on a federal jury of citizens** from bringing the state officials/lawyers to criminal/civil justice, **who were involved** in the conspiracy punitive damage scam under the equal protection clause in the 14th USCA, **to make it unconstitutional** for punitive damages to be imposed on the Beasley Firm lawyers in the Montgomery Watson v. Beasley Firm case (CV-00-1545-GR), **which includes** former Alabama Attorney General/U.S. 11th Circuit Court Appeal Judge Pryor **and the** Justices serving on the Alabama Supreme Court in January 2002!

**19-E.** The following exhibits bound in Exhibit Pack 1 to DC-NR-4 being filed in U.S. District Court today, show the following: **(Ex.MA-12** by the Advertiser's reporter John D. Alcorn on 11/4/97, **Ex.AL-24 & Ex.AL-25)** that after Republican Gov. James had is executive secretary to send Watson a brush-off letter on October 31,1995 **(Ex.AL-25),** to Watson's petition on March 8,1995 **(Ex.AL-25)** that demanded chief executive action on state officials conspiracy with the Beasley Firm, **Gov. James** hired Jere Beasley's partner James Main as his chief of staff, **which** resulted in Tory King (an assistant in the administration's legal office) being reassigned to serve as acting executive secretary; **(Ex.AL-30 & Ex.JM)** Watson's petition to Gov. James on August 10,1998 **(Ex.AL-30)**, had a copy of the complaint Watson filed (8/10/98) in Montgomery County Circuit Court against the lawyer/state/federal defendants in the above (par.16 on page 45) **and** demanded state officials not be allowed to use their state positions & /

68

taxpayers money to obstruct justice on the conspiracy claims against those lawyer/state/federal

defendants, **and that** the Montgomery County Circuit Clerk sent Watson a notice on August 12,

1998 **(Ex.JM)**, that someone had claimed James Main was DECEASED on August 11,1998, **to**

**keep** ex-Beasley Firm partner Main from being served with the complaint (8/10/98) with a

summon at the State Capital!

19-E-1. **Ex.S-DC-NR-4 (par.3-C - 3-C-5 on pages 8-11** and **par.39 on pages 113-114**

in the above par.2 on page 3), **shows that** the exhibits bound in Exhibit Pack 1 to DC-NR-4 **thru**

Exhibit Pack 3 to DC-NR-4 and Exhibit Pack EC, are being filed in support of all the pending

demands for federal arrest warrants, **that were** demanded against a host of federal/state officials

& lawyers on February 25,2005; **AND NOTE** because of the 10 year statute of limitations on

racketeering in the **Ex.MA-920** (by AP reporter Phillip Rawls on 5/23/05 **in above** par.19 on

pages 59-60), the criminal/civil liability that Troy King and the Beasley Firm lawyers (**which**

includes ex-Beasley partner/state Finance Director James Main) have to state government & its

citizens under the fraud, conspiracy & racketeering claims in the national class injunctive

demands, **also includes** the above (par.19-E) in former Republican Gov. James's administration!

20. **Ex.MA-1153** (by the Advertiser's reporter Mike Linn on 11/17/05) bound in

Exhibit Pack 6 to DC-NR-4 (Part 2), **is in regards** to Beasley Firm's federal Vioxx lawsuit in

Texas was the first federal Vioxx lawsuit to be determined by a federal jury, **which in addition**

to claiming he would be a David versus a Goliath in that trial, **by having** to go head-to-head with

Merck lawyer Phil Beck **who was** one of the nation's top lawyers, **who had represented**

President Bush in the Florida "hanging chad" case during the disputed 2000 presidential

election, **former Lt. Governor/trial lawyer Jere Beasley** also use the free press in that article

to reminisce of how Beasley because an ex-politician **(note** byway of his good friend Fob James soundly defeating Beasley in the 1978 Democratic race for governor; **AND NOTE** the above (par.19-E on pages 68-69) **has shown** the favors Fob James gave the Beasley Firm lawyers in 1995 & 1998, **after** former Democratic Gov. James was elected governor as a Republican**!**

**20-A. Ex.MA-1118** (by AP reporter Phillip Rawls on 10/26/05) bound Exhibit Pack 6 to DC-NR-4 (Part 2), **is in regards** to President Bush's aide Karl Rove **(who** was under investigation in the CIA leak case), having built his reputation as one of the nation's top political strategists, by helping change the Alabama Supreme Court from all Democrats in 1993, to all Republicans in 2004, **which shows** plaintiff lawyer Jere Beasley was used as a source to show **that change was because** citizens of Alabama were fed-up with trial lawyers having control over the Alabama Supreme Court, **AND WHICH** also reported the following, **(1)** that in addition to helping Republican candidates get elected to the Supreme Court, Karl Rove also helped Republican Bill Pryor get elected as attorney general of Alabama in 1998, and **(2)** that Jere Beasley said that a campaign ad Rove's people ran in the 2000 chief justice race for Republican Associate Justice Harold See **against** Roy Moore **was a lie,** in addition to, **on one hand**, Beasley describes Rove as "vicious," but Beasley says Rove has a knack for picking emotional issues that appeal to voters.

**20-A-1.** With the above (par.20-A) showing that he helped Pryor get elected attorney general in 1998, President Bush's aide Carl Rove could be involved in the Washington conspiracy, involving President Bush being mislead to make his senate recess appointment of Pryor to the U.S. 11th Circuit Court of Appeals on February 20,2004**!**

**20-B.** The trend to citizens of Alabama electing Republican to statewide held positions,

**started in the 1986 general election** when citizens elected Republican Guy Hunt as governor of Alabama, **in response** to Democratic party bosses stunt in 1986 Democratic party runoff race for Lt. Governor between Charlie Graddick & Bill Baxley, by Democratic party bosses (**who are** trial lawyers) making their candidate Baxley the next Lt. Governor instead of the candidate citizens elected (Graddick), **by calculating** that Graddick had beat Baxley in the runoff by getting crossover votes from citizens who had voted in the Republican primary **and** declaring Baxley the winner, **which** made Baxley the state's next Lt. Governors, **because** back then the candidates who got elected to statewide positions **ran as** Democrats; **AND NOTE** former Gov. Siegelman, **is the only Democrat** to be elected governor since that trend started in 1986!

20-C. The above (par.20-B) historical 1986 Democratic party controversy on voting (**that** initiated the trend to citizens of Alabama electing Republicans to statewide held positions), is referred to in **Ex.MA-1202** (by AP reporter Phillip Rawls on 1/8/06) and **Ex.MA-1210** (by AP reporter Phillip Rawls on 1/14/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3), **that are in regards** to the Alabama Republican Executive Committee considering to not allow crossover voting in the 2006 Republican runoff, **which** the Alabama Democratic party has long prohibited citizens of Alabama to do!

21. **Ex.MA-1327** (by AP reporter Phillip Rawls on 4/29/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4), **is in regards** to Democratic Jere Beasley's law firm funding anti-GOP ads by the Alabama Values Coalition (**a new** political group of loosely knit group of mostly young adults who hope to get public officials to focus more on the needs of the poor **and** to change the minds of people who have "come to associate God and the GOP as being synonymous."), **whose** ads blasted the Alabama Republican party for requiring legislative candidates to sign a pledge to

71

vote for Republican legislative leaders and legislative operating rules recommended by the House and Senate Republican caucuses (**which** said the GOP was requiring its legislative candidates to "swear allegiance to a small group of party bosses instead of the folks back home - you know the voters."), **which included reporting**, that Jere Beasley said that until contacted by the Associated Press, he did not know another lawyer in his firm handled the political contributions, **but** Beasley said "I thought it was a good move, but I don't think it had any lasting effect," **and also** Beasley, one of Alabama's most successful plaintiff lawyers, heads a Montgomery-based law firm that has long been a major contributor to political campaigns - **initially to Democrats but to some Republicans in recent years!**

22. **Ex.MA-499** (by the Advertiser's reporter Ana Radelat on 5/11/04) attached to **Ex.C-N-M** in the above (par.12-A on page 24), **is in regards** to business and trial lawyers competing for control of the Alabama Supreme Count with their campaign donations, **which focus on** the campaign money business had been giving Republican Associate Justice Harold See (**in the unsuccessful 2000** race for chief justice against Roy Moore and **the successful 2002** associate justice race against a Democrat), **and quoted** Arizona Republican U.S. Senator John McCain saying, "Perception of corruption undermines our judicial system" **and** "Justices are forced to dial for dollars from lawyers and litigants that appear in front of them in court."; **Ex.MA-580** (by AP reporter Kyle Wingfield on 7/13/04) attached to **Ex.C-N-M** in the above (par.12-A on page 24) and **Ex.MA-1382** ( by the Associated Press on 6/3/06 ) bound Exhibit Pack 6 to DC-NR-4 (Part 4), **show that** former Democratic Lt. Governor/trial lawyer Beasley's law firm has been giving campaign money to Republicans candidates for the Alabama Supreme Court; **NOTE** the article on **Ex.MA-1382** (by the Advertiser's reporter Mike Linn on 6/3/06) **is**

72

**in regards** to the opposing public accusations of judicial activism's that the Republican Justices

had been accusing each other being in the media  as a result Associate Justice Tom Parker

opposing Chief Justice Drayton Nabers, **in which**  Jere Beasley said the public is probably

turned off by the race, **quoted Beasley saying** "The thing that really concerns is we've let this

get so totally out of hand that we're running for chief justice of the Alabama Court like you

would run for coroner in Elmore County, **in addition** to Beasley saying negative campaigning in

Supreme Court elections is nothing new. **In 1996, for example,** Justice Harold See defeated

Democratic incumbent Kenneth Ingram after the public turned angry over a pro-Ingran ad

comparing See to a skunk; **AND NOTE  Ex.MA-1092** (by AP reporter Phillip Rawls on

11/20/05), and **Ex.MA-1155** (by AP reporter Phillip Rawls on 11/20/05) bound in Exhibit Pack 6

to DC- NR-4 (Part 2), and **Ex.MA-1313** (by the Advertiser's reporter Mike Linn on 4/19/06)

bound in Exhibit Pack 6 to DC-NR-4 (Part 4) **show that**  Democratic trial lawyers solution for

ending the dirty judicial campaigns **and also to** remove the appearance **that the** state's appellate

judges are being bought-off with campaign donations from special interests, **is for the citizens**

**of Alabama** to agree (**by** constitutional amendment vote), **to give-up their rights to elect** the

state's 19 appellate judges (**9** justices on the Supreme Court, **5** judges on the Civil Court of

Appeal and **5** judges on Criminal Court of Appeals), **and for** Democrat trial lawyers **through**

**the Alabama State Bar,** to hand-pick a group, **who will hand-pick** a group of nominees it

considers qualified to be appellate judges, **and for the governor** to appoint the state's 19

appellate judges from the **Bar's group** list of nominees!

    **22-A. Ex.MA-1322** (by AP reporter Phillip Rawls on 4/27/06) bound in Exhibit Pack 6 to

DC-NR-4 (Part 4), **is in regards** to the judicial ethics complaint filed against Associate Justice

Tom Parker (**for in violation** of the Alabama Cannons of Judicial Ethics, accusing the other eight Republican Justices in an op-ed page article in the Birmingham News, **of being judicial activists** for upholding the law on a U.S. Supreme Court ruling that banned death sentences on convicted murders whose murders were committed when they were under the age of 18), **being dismissed** by the Alabama Judicial Inquiry Commission on two grounds **(ONE)** a 2002 U.S. Supreme Court ruling that struck down speech restrictions on judicial candidates, and **(TWO)** a 2002 Alabama Supreme Court ruling that said the state's judicial cannons  apply to conduct, not speech; **ExMA-1386** (Advertiser opinion article on 6/5/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4), **is in regards** to the Alabama Judicial Campaign Oversight Committee, being a nonpartisan group composed of retired judges, lawyers and everyday citizens, that was the brainchild of an Alabama State Bar task force that has been endorsed by **the** Alabama Defense Lawyers Association, **the** Alabama Trial Lawyers Association, **and the** Alabama State Bar Association Board of Bar Commissioners, **which purposes** include judicial candidates to take the "high road" when campaigning **and that** because some candidates aren't listening, **the committee** issued a letter that expressed concern that "a number of ads in this year's election" have not focused on "what research shows, as Americans and Alabamas, expect from a strong judicial system." **and those** expectations of values include: **(a)** A "strong belief in the courts role in protecting individual rights by upholding the Constitution.", **(b)** A belief "**that all Americans should have access to justice**.", **(c)** A "desire for the courts to be fair and impartial, **which** means free from political influence or pressure once on the bench." and **(d)** A belief that "there is a need for accountability to ensure that judges follow the law and the Constitutional and not their own personal beliefs; **AND NOTE** the names on **Ex.ASC-1 & Ex.ASC-3** bound in Exhibit

Pack 5 to DC-NR-5 **along with** the averments in the **Ex.S-DC-NR-4 (par.20 - 20-A on pages 51-52** in above par.2 on page 3), **show that** the following former/present justices have criminal/civil liability to government/citizens under the fraud, conspiracy & racketeering claims in the national class action injunctive demands, **because of their** conspiracy alliance with Beasley Firm lawyers in January 2002, **(1)** Chief Justice Moore **who is** former, **(2)** Associate Justice Houston **who is** former, **(3)** Associate Justice Johnstone **who is** former, **(4)** Associate Justice Brown **who is** former, **(5)** Associate Justice See, **(6)** Associate Justice Lyons, **(7)** Associate Justice Woodall, **(8)** Associate Justice Stuart, and **(9)** Associate Justice Harwood!

    **22-A-1. Ex.MA-1295** (by the Advertiser's reporter Mike Linn on 4/6/06), **Ex.MA-1306** (by AP reporter Phillip Rawls on 4/15/06), **Ex.MA-1314** (by the Associated Press 4/20/06), **Ex.MA-1321** (by the Associated Press on 4/26/06), **Ex.MA-1350** (by the Advertiser's reporter Mike Linn on 5/15/06), and **Ex.MA-1377** (by the Advertiser's reporter Mike Linn on 6/1/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4), **show that** during the course of the campaign for the 2006 primary election, the citizens of Alabama got a dose of Associate Justice Parker **verses** the other eight Republican justices, **using the free press** to exercise their 1st USCA free speech rights to accuse each other being judicial activists **and/or** not doing their job!

    **22-A-1. Ex.MA-1325** (Advertiser's opinion on 4/27/06) and **Ex.MA-1343** (Advertiser's opinion on 5/9/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4), **show that** in seeking the Montgomery Advertiser's endorsement, **in addition** to Chief Justice Nabers & Associate Justice Parker, **the following present/former** justices of the of the nine present/former justices in the above (par.22-A), **have acknowledge** that obstructing justice is judicial activism on the United States Constitution **and** citizens rights/interests thereunder, **(1)** Associate Justice Woodall,

**(2)** Associate Justice Lyons, **(3)** Associate Justice Stuart, and **(4)** former Associate Justice Brown!

**22-B.** In addition to **conspiring** to obstruct justice/enforce unconstitutional law on Watson's writ of mandamus against Judge McFerrin in the Lowndes CV-91-78 case **and** Watson's appeal (1002154) of the Montgomery Watson v. Beasley Firm case (CV-00-1545-GR), the **Ex.S-DC-NR-4 (par.20 - 20-B on pages 51-53** in the above par.2 on page 3), **has shown** the former/present nine justices in the above (par.22), **can also be** charged and held criminally & civilly liable to government/citizens, **for conspiring** to obstruct justice/enforcing unconstitutional law on Watson's related complaints against the Alabama State Bar **&** Alabama Judicial Inquiry Commission **for related** conspiracy obstructions of justice/enforcements of unconstitutional law in November 2001, **(1)** the State Bar for refusing on November 2,2001, **to take action** on Watson's complaints against the Beasley Firm **&** Hinton of the Gidiere Firm, **for** attorney fraud & conspiracy in the Lowndes CV-91-78 case **and** Montgomery Watson v. Beasley Firm case (CV-00-1545-NR), and **(2)** the Judicial Inquiry Commission for refusing on November 16,2001, **to take action** on Watson's complaints against Judge Greenhaw in the Montgomery Watson v. Beasley Firm case (CV-00-1545-GR) **&** Judge McFerrin in the Lowndes CV-91-78 case **for** judicial fraud & conspiracy!

**22-C.** The **Ex.S-DC-NR-4 (par.20-C - 20-C-2 on pages 53-54)** in the above (par.2 on page 3), **has shown** that the Bar & Judicial Inquiry Commission knew their 2001 connecting conspiracies in the above (par.22-B), **were a continuation** of their connecting  conspiracies **that went** back to September 1993, **WHICH** Watson sued the Bar officials & Judicial Inquiry Commission officials for in the CV-98-D-1023-N case in U.S. District Court **AND WHICH** the

above (par.16 - 16-C-1 on pages 45-51) **has shown** that the federal defendant attorneys removed

from the CV-98-1871-PR case in Montgomery County Circuit Court, **AND ALSO THAT**

Magistrate McPherson & Judge DeMent conspired with the lawyer/state/federal defendants to

obstruct justice/enforce unconstitutional law in the federal CV-98-D-1023-N case, **AND NOTE**

because of the racketeering 10 year statute of limitations in the above (par.19 on pages 59-60),

**under** the national class action injunctive demands in this case, there should be no question that

Bar/Judicial Inquiry Commission officials, can be indicted and held criminally/civilly to

government/citizens for their 2001 connecting conspiracies alliance with the Beasley Firm

lawyers in the above (par.22-B)!

    **22-D. Ex.MA-899** (by the Advertiser's reporter Jannell McGrew on 4/5/05) bound in

Exhibit Pack 5 to DC-NR-4 and **Ex.MA-995** (by AP reporter Phillip Rawls on 6/22/05) bound in

Exhibit Pack 6 to DC-NR-4, **show that** a complaint was filed to the Alabama Judicial Inquiry

Commission by the Washington Legal Foundation (a conservative legal group), **against** the Clay

County Circuit judge who is presiding over the Beasley Firm's Vioxx lawsuit, **that claimed** the

judge was bias **because** Beasley Firm's large campaign donations to the judge: **AND NOTE**

from what's reported the **Ex.MA-884** (by the Advertiser's reporter Dan E. Way on 4/13/03),

**Ex.MA-897** (by AP reporter Theresa Agovino on 4/27/05), **Ex.MA-901** (by the Advertiser's

reporter Jannell McGrew on 4/29/05), **Ex.MA-903** (by AP reporter Jay Reaves on 5/4/05) and

**Ex.MA-905** (by AP reporter Samira Jafari on 5/7/05) attached to the **Ex.C-N-M** in the above

(par.12-A on pages 24-25), **there was** just cause to file said complaint against the Clay County

judge, **because** the judge had denied Merck motion to dismiss, **with the Merck** having the

following evidence in support of, **(1)** deposition testimony from the doctor who prescribed &

gave Beasley's client's dead husband samples of Vioxx to take, **that if the husband** had taken the amount of Vioxx that the wife claimed he took during the month before his death, **the dead husband** had been taking three times the amount the doctor had written on the prescription for the husband to take,   **(2)**   that the lot numbers on the samples boxes of Vioxx that Beasley's client had put forth, **had not been** put on the market until six months after the husband's death **(which** the Beasley Firm & their client claimed no fraud was intended on Merck by putting forth samples boxes of Vioxx that were not put on the market until six months after her husband's death), **because** the client wife got confused **and** had the sample boxes of Vioxx her husband had taken, **at home in a safe**), and   **(3)**   that the Beasley Firm/client **agreed** for Merck's lawyers to examine the samples boxes of Vioxx she had at home in a safe that her dead husband had taken, **(which became** PHANTOM EVIDENCE), **BECAUSE WHEN** the she returned a few days later, **the client wife** said she had placed the boxes in a book bag **and left it** in her car in Duluth, Ga. **while she** was there purchasing a new vehicle, **AND THAT** when her old car was returned, **those boxes** were missing; **AND NOTE** that averments on exhibit court documents/letters throughout above, **along with** all the averments on exhibit documents/letters in the **Ex.S-DC-NR-4** in the above (par.2 on page 3), **has shown** that state/federal judges have had a long standing conspiracy alliance with the Beasley Firm lawyer, **in creating phantoms** (evidence, judgment, attorney lien) **to obstruct justice** and/or **using those phantoms** (evidence, judgment, attorney lien) **to obstruct justice!**

**22-D-1.** The Washington conspirators in the above (par.19 on pages 60-61) **and** the Alabama federal/state prosecutor conspirators in the above (par.19-C-1 on page 67), **may also** be due to be charged as conspirators in the Beasley Firm being allowed to try get a civil jury

78

judgment against Merck in the Clay County Vioxx lawsuit in the above (par.22-D), **with the**

prescribing having testified in deposition that Merck was not at fault **and the** Beasley Firm using

phantom evidence **after** Merck caught the Beasley Firm trying to use fraud evidence, because

the **Ex.MA-884** (by the Advertiser's reporter Dan E. Way on 4/13/03), **Ex.MA-897** (by AP

reporter Theresa Agovino on 4/27/05), **Ex.MA-899** (by the Advertiser's reporter Jannell

McGrew on 4/5/05), **Ex.MA-901** (by the Advertiser's reporter Jannell McGrew on 4/29/05),

**Ex.MA-903** (by AP reporter Jay Reaves on 5/4/05), and **Ex.MA-905** (by AP reporter Samira

Jafari on 5/7/05) in the above (par.22-D), **and the averments** on those media exhibits in the

**Ex.CSX-16 (par.17 -17-D on pages 22-27** in the above par.7 on pages 9-10), **shows that**

Watson showed some that scam in the Beasley Firm's Clay County Vioxx lawsuit, **in the** motion

to compel for change of venue to U.S. District Court in the Lowndes CV-91-78 case on June 3,

2005!

22-E. **Ex.MA-1169** (by the Advertiser's reporter Mike Linn on 12/16/05) bound in

Exhibit Pack 6 to DC-NR-4 (Part 3), **is in regards** to Alabama being included in the American

Tort Reform Association 68 page report titled "Judicial Hellhole in 2005", **(1)** that targets trial

lawyers seeking executive verdicts against giant drug, oil and insurance companies, and

**(2)** criticizes trial judges for sidestepping laws that would prevent such verdict, **AND WHICH**

**SHOWS** that in addition to members of the Alabama Trial Lawyers Association (ATLA) saying

the criticism of the state's $11.9 billion verdict against Exxon was unwarranted because that

case is before the Alabama Supreme, **quoted** the ALTA president Scott Powell saying, "This

case is important to taxpayers and needs to be decided impartially by our Supreme Court,

without the appearance of political pressure by Exxon and other big oil companies through the

American Tort Reform Association," **and** "If money has been stolen from Alabama and its taxpayers, Exxon should be punished."; **NOTE** from what's reported in the **Ex.MA-89** (by AP reporter Phillip Rawls on 6/9/03), **Ex.MA-1028** (by AP reporter Phillip Rawls on 7/25/05) and **Ex.MA-1062** (by AP reporter Phillip Rawls on 8/17/05) in the above (par.19-B-2 on pages 64), **if Exxon & Hunt Petroleum** have made campaign donations to the justices on the Alabama Supreme Court, **that could** have bought them favoritism, **if the** Exxon internal memo was not illegal obtained, **and if the** state did rely on state reports from oil companies to **prove that** Exxon **and** Hunt Petroleum committed fraud on the State of Alabama & its citizens, **which** the internal Exxon memo is also part of the proof against Exxon, **because** it proves that Exxon **planned to cheat** the state of amount of royalties due from natural gas wells drilled in waters along the Alabama coast; **AND NOTE** the averments on exhibit documents in the above (par.19-A - 19-B-2 on pages 60-65) **has shown** that state's lawsuit against Exxon has to be retried again, **because** of Gov. Riley, Attorney General King and the Alabama Supreme Court Justices (serving in January 2002), **conspiracy alliance** with the Beasley Firm lawyers!

    **22-F. Ex.MA-1136** (by AP reported Phillip Rawls on 11/6/05) bound in Exhibit Pack 6 to DC-NR-4 (Part 2) **shows that** U.S. Attorney Canary stepped aside on the public corruption investigation on former Gov. Siegelman, **because** her husband, Alabama Business Counsel President William Canary has been a frequent advisor to Gov. Riley; **AND NOTE** the averments on clams/evidence throughout the above, **has shown that** the public corruption claims in the national class action criminal/civil injunctive demands **against** Business Counsel President Canary's **wife Republican U.S. Attorney Canary**, include conspiring to unlawful use taxpayers money to obstruct criminal/civil prosecution on former Democratic Lt. Governor/trial lawyer

Jere Beasley & Beasley's law partners, **with** former Republican Attorney General/U.S. 11th

Circuit Court of Appeal Judge Pryor **(note during** former Democratic Gov. Siegelman's

administration), **and currently with** Republicans Gov. Riley **and** Attorney General King!

    **23. Ex.MA-1225** (3B on 2/2/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3) **shows**

**that** the incumbents Republican candidates the Business Counsel of Alabama endorsed, included

**(1)** Gov. Riley, **(2)** Attorney General King **(who** Gov. Riley appointed to replace U.S. 11th

Circuit Court Appeal Judge Pryor), **(3)** Chief Justice Nabers **(who** Gov. Riley appointed to

replace ousted Chief Moore **and also who** Gov. Riley had appointed State Finance Director), and

**(4)** Associate Justice Stuart; **AND NOTE** from what's reported in **Ex.MA-1295** (by the

Advertiser's reporter Mike Linn on 4/5/06) and **Ex.MA-1344** (by AP reporter Phillip Rawls on

5/9/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4), **show that** if they knew the kind of

**conspiracy alliance that** Gov. Riley, Attorney General King **and** the present justices in the

above (par.22-A - 22-A-1 on pages 73-75) **have made** with Democrat Jere Beasley's law firm,

**most of the businessmen** who contribute money to the PAC's that fund Republicans campaigns,

**would not have allowed** their money to go Gov. Riley, Attorney King, **and** Associate Justices

Lyons, Woodall & Stuart!

    **23-A. Ex.MA-1295** (by the Advertiser's reporter Mike Linn on 4/6/06) in the above

(par.23) **shows that** in Associate Justice Tom Parker's public announcement he will oppose

Chief Justice Drayton Nabers' in the June 2006 Republican primary, **that members** of the

Alabama Civil Justice Reform Committee **and** Business Counsel of Alabama, **were** at the

Supreme Court to criticize Parker for accepting large campaign contributions from trial lawyers,

**which** Parker denied the charge; **AND NOTE** the **Ex.MA-1382** (by the Associated Press on

6/3/06) in the above (par.22 on page 72), **shows that** Parker's biggest contributions (a total of

$199,650), **came from** six related political action committees that in recent years have been

funded heavily by former Lt. Gov. Jere Beasley's Montgomery law firm, <u>known for its plaintiffs'</u>

<u>lawsuits against businesses;</u> **and** the **Ex.MA-580** (by AP reporter Kyle Wingfield on 7/13/04) in

the above (par.22 on page 72), **is in regards** to Republican party officials opposition to Parker

and the two other associate justice candidates former Chief Justice Moore wanted elected,

**accepting** campaign money from trial lawyers, **which** reported **(1)** that former Democrat Lt.

Governor/trial lawyer Jere Beasley was one of the trial lawyers who had given PAC campaign

money to three Republican associate justice candidates, **(2)** that Beasley said he had given

campaign money to the three Moore backed Republican associate justices candidates, **because**

**Beasley** wanted to see a <u>level playing field in those races,</u> and **(3)** quoted **Beasley saying,**

<u>"It concerns me greatly though when the other side, being the Business Counsel (of Alabama)</u>

<u>primarily and related entities, probably spent $6 million this time, including the hidden money</u>

<u>they spent with the groups they set up."</u>

     **23-B. Ex.MA-1405** (Advertiser's Editorial Board on 6/15/05) bound in Exhibit Pack

DC-NR-4 (Part 4), **stated** that the Birmingham News had reported **that the** $100,000

Washington PAC money Republican Attorney General King, **had** money hidden by a shell game

**that covered-up** where the $100,000 came from; **Ex.MA-1305** (by AP reporter Phillip Rawls on

4/16/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4), **show that in** Gov. Riley's campaign for

governor against Siegelman in 2002, **Riley** got the following campaign money from convicted

Washington lobbyist Michael Scanlon (**a former** press secretary **to former** U.S. Representative

Bob Riley), **$100,000** in four Packs run by Montgomery Al. lobbyists **and more than $625,000**

that was funneled through the national Republican Governors Association **and also that the**

Echols' PAC campaign money Riley received **had** money from trial lawyers **which** included

**$90,000** from Jere Beasley's law firm**!**

     **23-C. Ex.MA-1305** (by the Associated Press on 4/14/06) bound in Exhibit Pack 6 to

DC-NR-4 (Part 4), **shows that** the federal political bribery charges that lobbyist Scanlon's

pleaded guilty to, **are connected** to the growing Washington DC corruption scandal involving

lobbyist Jack Abramoff**;** and **Ex.MA-1189** (by the Advertiser's reporter Greg Wright on 1/4/06),

**Ex.MA-1190** (by USA reporters Jim Drinkard & Kevin Johnson on 1/4/06), **Ex.MA-1191** (by

AP reporter Tom Raum on 1/4/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3), **show that** after

lobbyist Adramoff pleaded guilty to conspiracy, tax evasion, mail fraud charges, **and agreed** to

help in the federal inquiry on whether Adramoff used expensive golf trips, meals and other perks

to influence lawmakers, **in order** to disassociate themselves from that federal Republican

political scandal, **the Republican who quickly** donated  Adramoff campaign donations to them

included, **(1)** President Bush , **(2)** U.S. Senator Shelby, and **(3)** Alabama Gov. Riley**!**

     **23-D. Ex.MA-1211** (by the Advertiser's reporter Greg Wright on 1/15/06) **reported** that

Abramoff's gambling clients included the Mississippi Band of Choctaw Indians, **who had**

Abramoff to funnel $850,000 to the Alabama Christian Coalition in 2000 **through** the

Americans for Tax Reform (a group that opposes higher taxes), **and that** former Christian

Coalition Chairman Ralph Reed helped secure **by having** known Abramoff since the two

worked at the College Republicans about 20 years earlier**;** **Ex.MA-1240** (by AP reporter Phillip

Rawls on 2/15/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3) **shows that** Republican Party

Chairman Twinkle  Cavanaugh, **had served** as Gov. Riley's appointment secretary & deputy

chief of staff before Cavanaugh's election as party chairman in February 2005 without any

opposition; **Ex.MA-1296** (Stateline on 2/23/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 3)

**shows that** Cavanaugh resigned from her job with a Mississippi lobbying firm (Capitol

Resources of Jackson Miss., **note whose** clients include the Mississippi Band of Choctaw

Indians **which operates** two casinos in Philadelphia Miss.), **and that** Cavanaugh said her job did

not involve gambling issues, **but  quit** to ensure that there was not an appearance of any conflict

of interests while she was serving as chairman of the Alabama Republican Party; and

**Ex.MA-1419** (by the Associated Press on 6/30/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4)

**show that** because that would represent nearly every dollar Riley reported raising and spending

on his 2002 race, a spokesman for Gov. Riley said that Abramoff had lied about contributing 13

million of the Mississippi Choctaw Indians money to Riley in the 2002 governors race!

24. **Ex.MA-1418** (by AP reporter Bob Lowry on 6/30/06) bound in Exhibit Pack 6 to

DC-NR-4 (Part 4), **shows that** if the jury's guilty verdicts stand, former Gov. Siegelman and

Richard Scrushy could be sentence to 100 years on their connecting 6 counts/charges, **(1)** up 20

years each on the four mail fraud counts, **(2)** up to 10 years on the one bribery charge, and **(3)** up

to five years on the conspiracy charge, **in addition** Siegelman facing up to 10 years on the

obstruction of justice charge; **and** page 2 **shows** that Siegelman's attorney Vince Kilborn said

those verdicts are not likely to stand for a number of reasons, **including** the jury finding

Siegelman not guilty on 25 other counts, **that included** the government best courts,

**racketeering**; and **Ex.MA-1419** (by David Irvin on 6/30/06) bound in Exhibit Pack 6 to

DC-NR-4 (Part 4) **shows that** William Stewart (professor emeritus of political science and

former chairman of the political science at the University of Alabama) said **(a)** that U.S. District

Judge Fuller had been very careful in his rulings and charging of the jury, **and** would not likely

throw-out the jury verdicts, **(b)** that Siegelman chances in appeal on procedural errors were not

good, **because** most of the judges on the U.S. 11th Circuit Court of Appeals, have been

appointed by Republican presidents, **who wouldn't** be extremely sympathetic to a former

Democratic Alabama governor, **(c)** that federal prosecutors hurt themselves, by relying on people

who changed their stories, and **(d)** "And this RICO rubric for trying to charge the Siegelman

administration, that obviously wasn't something that was very convincing to the jurors.", **by the**

**jury** acquitting Siegelman of two counts of violating the RICO Act; **AND NOTE** the averments

of federal law, the complaints (7/13/04, 2/25/05 & 5/11/05) **and** exhibit documents throughout

the above, **has shown that** Washington civil rights justice official Weathers conspired to lie in a

letter on July 29,2005, **in order** to obstruct justice of the fraud, conspiracy & racketeering claims

against federal/state officials & lawyers in the national class action criminal/civil injunctive/civil

jury demands, **that are** combination of federal legislative criminal/civil issues **and** federal

criminal/civil jury issues!

    **24-A.** Except for **Ex.DC-O** bound in Exhibit Pack 4 to DC-NR-4, all the **(1)** exhibit court

orders from federal/state judges, **(2)** exhibit motions of federal/state officials & lawyers, and **(3)**

exhibit letters from federal officials & lawyers, **that are** bound in Exhibit Pack 4 to DC-NR-4,

Exhibit Pack 5 to DC-NR-4 **and** Exhibit USAGG to DC-NR-4, **were** served to Watson byway of

the U.S. Mail, **AND NOTE** the averments on those exhibits throughout the above and the

**Ex.S-DC-NR-4** in the above (par.2 on page 3), **along with** the jury verdicts in the **Ex.MA-1418**

(by AP reporter Bob Lowry on 6/30/06) in the above (par.24), **show that** because of the number

of cases in federal/state court that federal/state officials & lawyers have conspired to obstruct

justice in, the Beasley Firm lawyers, Gidiere Firm lawyers, and federal/state officials, **are due to be charged** with several counts of mail fraud, conspiracy and obstruction of justice!

**24-B.** Ex.G bound in Exhibit Pack 4 to DC-NR-4 **shows that** Judge Greenhaw stated in her Order in the Montgomery Watson v. Beasley Firm case (CV-00-1545-GR) on July 30,2001, **that Watson** had demanded that case become a RICO class action, **and** Watson had just cause to demand that, **because** of Washington EOUSA attorney Johnson's scam on jurisdiction authority on July 14,1999 (**above** par.17 - 17-A on pages 51-52), **which** obstructed justice on federal officials (federal attorney Vines, Magistrate McPherson & Judge DeMent) conspiracy with the federal/state/lawyers defendants in the CV-98-D-1023-N case in the above (par.16 - 16-C-1 on pages 45-51), **note which** obstructed justice on Magistrate Coody & Judge DeMent's conspiracy with the defendants in the CV-94-D-1112-N case **and** federal attorneys Niven, Needy & Feaga connecting/related conspiracy obstructions (**above** par.15 - 15-C-2 on pages 38-44); **AND NOTE** the averment in **Ex.S-DC-NR-4 (par.17 - 17-H-3 on pages 36-46** in the above par.2 on page 3), **has shown** that Judge Greenhaw was well aware that she conspired with the Beasley Firm lawyers & Hinton of the Gidiere Firm, to use Judge DeMent's phantom judgment (6/6/95) in the federal CV-94-D-1112-N case (**on Watson's** state law claims against the Beasley Firm) and res judicata/collateral estopped, **to deceive/defraud** Watson of rights to a jury trial in the CV-00-1545-GR case, **against** the Beasley Firm **(1)** for legal malpractice in the Lowndes CSX case (CV-91-78) & Lowndes cow case (CV-92-03), **(2)** for demanding to be paid attorney fees from the proceeds of Watson settlement with CSX!

**25. Ex.MA-1407** (by AP reporter Bob Johnson on 6/17/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4), **shows that** the jury verdict in the **Ex.MA-1418** (by AP reporter Bob Lowry

on 6/30/06) in the above (par.24 on **was made** after U.S. District Judge Fuller told the jury that

neither Siegelman or Scrushy had to receive any personal value from the $500,000 campaign

donation Scrushy had made to Siegelman's lottery campaign **and** Siegelman appointing Scrushy

to an influential hospital regulatory board, **for the jury** to find them guilty of bribery; **AND**

**NOTE** the above (par.19-C - 19-C-1 on pages 65-66) **has shown** the scheme involving that same

hospital regulatory board, that **(1)** Gov. Riley, **(2)** Rob Riley (Gov. Riley's son), **(3)** State Finance

Director Jim Main (**who** is a ex-Beasley Firm partner), and **(4)** Ben Main (who is State Finance

Director Main's brother) were schemers in, **that the** Washington conspirators in the above (par.

19 on pages 59-60) **and the** Alabama federal/state prosecutor conspirators (U.S. Attorney Canary

& Alabama Attorney General King) have been conspiring to obstruct a federal grand jury

investigation on since June of 2005!

    **24-A. Ex.MA-1330** (by the Advertiser's reporter Mike Linn on 6/2/06) bound in Exhibit

Pack 6 to DC-NR-4, **shows that** in opening arguments, Scrushy attorneys told the jurors that

Scrushy had served on that board under three other governors and had no reason to bribe

Siegelman; **Ex.MA-1217** (by AP reporter Phillip Rawls on 1/21/06) bound in Exhibit Pack 6 to

DC-NR-4 (Part 3), **shows that** Nick Bailey's (**who** had pleaded guilty in June of 2003 to taking

bribes while working for Siegelman) grand jury testimony that was released to the public **which**

**showed that** in the 1998 governors race, Scrushy had supported incumbent Republican Gov. Fob

James over Democrat Siegelman, **that to** smooth over their differences, Siegelman wanted a

$500,000 in contributions to his campaign to legalize a state lottery, **and that** Siegelman arrived

at that figure, by calculating that Scrushy had raised $350,000 for James and then added interest

to it; **AND NOTE** the above (par.19-E -19-E-1 on pages 68-69) **has shown** that Attorney

General King and the Beasley Firm lawyers (**which** includes ex-Beasley Firm partner James Main **who is currently** Gov. Riley's Finance Director) also have criminal/civil liability for their criminal enterprising in the governor's office during former Republican Gov. James's administration!

25. **Ex.MA-1401** (by the Advertiser's reporter Mike Linn on 5/15/06) bound in Exhibit Pack 6 to DC-NR-4 (Part 4), **reported** that in addition to sending a message that public corruption in Alabama won't be tolerated in closing arguments to the jury in the Siegelman trial, Assistant U.S. Attorney Steve Feaga also told the jury, **(1)** "Remember the message you'll send to other public officials by your verdict in this case," **(2)** "These defendants are guilty. There isn't any question about that.", **(3)** "Deals that have their origins in the bowels of hell are not often witnessed by angels", **note** just because they have a checkered past doesn't means they aren't telling the truth (former Siegelman aide Bailey & lobbyist Young who pleaded guilty and agreed to testify for reduced sentence), and **(4)** "Power corrupts, and absolute power corrupts absolutely, and over time defendant Hamrick and Gov. Siegelman lost sight of where the line was, and they not on stepped over it, they rubbed it out." by entering into an agreement with Bailey & Young to turn the governor's office into a criminal enterprise; **AND NOTE** the above (par.15-C - 15-C-2 on pages 41-44) **verses** the above (par.15 - 15-B-1 on pages 38-41) **has shown** that Feaga has criminal/civil liability to government/citizens, **for being** a federal conspirator with federal prosecutors Niven & Needy, Magistrate Coody and Judge DeMent, in making a criminal enterprise out of the U.S. Attorney Office & U.S. District Court in Montgomery for the Beasley Firm lawyers!

25-A. **Ex.MA-1357** (by the Advertiser's reporter Mike Linn on 4/16/06) bound in Exhibit

88

Pack 6 to DC-NR-4 (Part 4), **shows that** the Mobile Register exposing that Lanny Young's G.H.

Construction Company was a fraud in 2001, **put an end** to the corrupt $21 million bond deal to

build a state warehouse, **and also** initiated the investigation on corruption in Siegelman's

administration; **Ex.MA-1307** (by the Advertiser's reporter Mike Linn on 4/16/06) bound in

Exhibit Pack 6 to DC-NR-4 (Part 4), **shows that** before trial, Siegelman's attorney Vince

Kilborn said, that prosecutors are trying to violate the governor's freedom of speech rights, **and**

"What the government needs to do is take their heads out of the news papers and put it back in

the Constitution."; **AND NOTE** all of the above shows that Watson is petition/demanding the

media give Watson 1st USCA rights to speech in the free press, **to expose** and **bring an end** to

corrupt government officials conspiracy with the Beasley Firm lawyers, **on defrauding citizens**

of their 1st **and** 5th **thru** 5th USCA rights to access to the courts **to speech** to a jury, **to bring** the

Beasley Firm lawyers, other corrupt lawyers and corrupt government officials to criminal & civil

justice!

 **25-B. Ex.MA-1423** (by the Advertiser's reporter David Irvin on 7/2/06) bound in Exhibit

Pack 6 to DC-NR-4 (Part 4), is a question/answer article on Feaga's roll in the Siegelman public

corruption case which shows, **(a)** that Feaga was the strategic advisor to the team of government

lawyers that was lead by Louis Franklin, **(b)** that because they support the process in system

**(TRIAL BY JURY)** Feaga said federal prosecutors were pleased with the verdict, even though

some of the jurors probably thought there was other offenses that had been established, **(c)** that

Feage said the convictions are bulletproof and will not be reversed by the appeal courts, **(d)** that

Feaga acknowledged that courtroom observers saw that federal prosecutors had a credibility

problems with their key witnesses, **(e)** that Feaga said he had prosecuted probably 25 public

officials since 1985, **which** he believed that a significant number of the people of Alabama felt

justice had been served **and also that** the Siegelman case had struck a major blow against

corruption in Alabama, and **(f)** that Feaga's prior corruption prosecutions included former Gov.

Guy Hunt in 1993, **which** Feaga said a significant number of people still don't understand that

Guy Hunt broke the law, that he stole $200,000 from a charity fund - money that was supposed

to go to the state to do repair work on the mansion (the state's governor's mansion); and

**Ex.MA-1329** (by AP reporter Bob Johnson on 5/1/06) bound in Exhibit Pack 6 to DC-NR-4

(Part 4), **is in regards** to Siegelman being a defendant in mid-campaign, **which stated**

Siegelman was not the first Alabama governor to be tried on criminal charges, that former Gov.

Guy Hunt was forced to leave office in 1993, when he was convicted of an ethics charge

involving personal use of tax-exempt inaugural funds; **AND NOTE** the above (par.19 - 19-B-3

on pages 59-66) **has shown** that since June 2005, the Washington conspirators and the Alabama

federal/state prosecutor conspirators have been  conspiring to obstruct justice on a federal grand

jury investigation, on Republican Gov. Riley taking bribes to operate the governor's office as a

criminal enterprise for former Democratic Lt. Governor/trial lawyer Jere Beasley's lawyer firm**!**

    **25-C.** The **Ex.MA-1305** (by AP reporter Phillip Rawls on 4/16/06) in the above

(par.23-B on pages 82-83) **shows that** there is a record where Democrat Beasley's law firm gave

Republican Riley **$90,000** in the 2002 governor's race against Democrat Siegelman; **AND**

**NOTE** the above (par.22 on pages 72-73) **shows that** if Democratic trial lawyers could pull-off

their scheme on the state's 19 appellate judges, Beasley having the governor bought-off, would

play a roll in the majority of the judges on the appellate the governor would appoint, be from

Beasley's choices**!**

26. **Ex.MA-1392** (by the Advertiser's reporter Mike Linn on 6/7/06) bound in Exhibit

Pack 6 to DC-NR-4 (Part 4), reported,  **(a)**  that Chief U.S. District Judge Mark Fuller

confirmed that U.S. Magistrate Judges Delores R. Boyd and Vanzetta Penn McPherson are

resigning,  **(b)**  that Montgomery has four magistrate judges **and that** the court will appoint a

merit selection committee to make recommendations for filling the vacancies of Boyd and

McPherson, and  **(c)**  that district judges supervise the activities of the magistrate judges by

assigning civil cases for jury or non-jury trial upon consent of the parties and for pretrial matters,

**AND NOTE** district judges assigning magistrates upon consent of the parties, **IS A LIE**,

**because** Watson has never been asked, much less consented to a magistrate presiding over the

pretrial issues in any of Watson's jury demand complaints (**which have** included claims against

judges & lawyers conspiring in the courts to enforce unconstitutional law), **and also** because,

**(1)** in the CV-94-D-1112 case, Magistrate Coody's Recommendation (5/17/95) and Judge

DeMent's Order/Judgment (6/5/95) in **Ex.D** bound in Exhibit Pack 4 to DC-NR-4, **show that**

Judge DeMent overruled Watson's objection to Magistrate Coody's Recommendation, **(2)** in the

CV-98-D-1023-N case **that** the federal attorney defendants removed from Montgomery County

Circuit Court, Magistrate McPherson's Recommendation (3/1/99) and Judge DeMent's Orders

(3/17/99 **&** 4/5/99) **show that after** Judge DeMent overruled Watson objection to Magistrate

McPherson's first Recommendation, Judge DeMent overruled Watson's objection to Magistrate

McPherson second Recommendation, **which also** objected to Judge DeMent overruling Watson

objection to Magistrate McPherson's first Recommendation,, **(3)** in the CV-02-F-1214-N case

(**Watson's** 1st notice of removal case, **Ex.FC-19** (Magistrate Walker's Recommendation on

1/29/03) and **Ex.FC-23** (Judge Fuller's Order on 2/12/03) bound in Exhibit Pack 4 to DC-NR-4,

**show that** Judge Fuller overruled Watson's objection to Magistrate Walker's Recommendation, **(4)** in the CV-04-A-677-N case **(Watson** s 2nd notice of removal case), **Ex.DC-NR-2** (Watson's notice of removal on 7/13/04), **Ex.DC-CD-1** (CIVIL DOCKET) and **Ex.DC-O** (Judge Albritton's Order on 67/23/04) **show that** after assigning Magistrate Walker (**knowing** that she had criminal/civil liability to government & citizens under the injunctive demands), Judge Albritton quickly remanded the complaint back to Judge McFerrin in the Lowndes CV-91-78 case (**who** Judge Albritton knew also had criminal/civil liability to government/citizens under the injunctive demands), and **(5)** in the CV-05-T-179-N case (**Watson's** 3rd notice of removal case), Judge Thompson & Magistrate Walker's conspiracy in obstructing justice a a federal jury bringing them to criminal/civil justice, **had been shown** the averment in the above (par.7 - 7-C on 9-11), **Ex.DC-OJ-O** (Watson's objection to Judge Thompson & Magistrate Walkers orders)**, Ex.JT-O-1** (Judge Thompson's Order on 3/2/02 **that** assigned Magistrate Walker), **Ex.MW-O-1** (Magistrate Walker's Order on 3/2/05, **giving** Watson until 3/11/05 to show where Judge McFerrin had given Watson leave to have Judge McFerrin, Magistrate Walker, Judge Thompson and others brought to criminal/civil justice in federal court), **Ex.JT-O-3** (Judge Thompson's Order on 3/15/05 **that** denied Watson's objection to Judge Thompson & Magistrate Walker orders) and **Ex.JT-O-4** (Judge Thompson's Order on 3/25/05 **that** remanded the complaints on 7/13/04 & 2/25/05 back to Judge McFerrin in the Lowndes CV-91-78 case)**!**

**26-A.** The notice of removal (par.2 - 2-H on pages 4-7) being filed today, **shows that** it is demanding recusal on the Montgomery federal district judges/magistrates, **(1)** because the injunctive demands (2/25/05) that federal justice officials are due to be held in default on having rights to oppose on the motion to compel on May 11,2005, **include** the U.S. Congress having a

special judge (**who** will follow/uphold the law on judges) **to preside over** Citizens of Alabama & United States national class injunctive demands (7/13/04, 2/25/05 & 5/11/05) that are federal criminal/civil jury issues **and also** Watson's national class civil jury demands (2/25/05),

**(2)** because Citizens of Alabama & United States national class injunctive demands (7/13/04) that federal justice officials are due to be held in default on having rights to oppose on the motion to compel for default on February 25,2005, **include** citizens as federal jurors having rights to hold the following Montgomery federal district judges/magistrate for conspiring to use their positions & taxpayers money to obstruct justice/enforce unconstitutional law,

**(CV-94-D-1112-N case)** U.S. District Judge Ira DeMent & U.S. Magistrate Charles S. Coody, **(CV-98-D-1023-N case)** U.S. District Judge Ira DeMent & U.S. Magistrate Vanzetta Penn McPherson, **(CV-01-T-1268-N case)** U.S. District Judge Myron H. Thompson, **(CV-02-F-1214-N case** Watson's 1st notice of removal) U.S. District Judge Mark E. Fuller & U.S. Magistrate Susan Russ Walker, **and the** U.S. Congress impeaching Judge DeMent, Judge Thompson & Judge Fuller **along with** U.S. 11th Circuit Court Appeal Judge Bill Pryor (**for** Pryor's conspiracy engagement in obstructing justice when Pryor was attorney general of Alabama), **(b)** because Citizens of Alabama & United States national class action injunctive demands (2/25/05) that federal justice officials are due to be held in default on having rights to oppose on the motion to compel for default on May 11,2005, **include** citizens as federal jurors having rights to hold U.S. District Judge W. Harold Albritton III criminally/civilly to government/citizens **(CV-04-A-677-N,** Watson's 2nd notice of removal), **in addition** to the U.S. Congress impeaching Judge Albritton, and **(c)** because in the CV-05-T-179-N **(Watson's** 3rd notice of removal), U.S. District Judge Myron H. Thompson & U.S. Magistrate Susan Russ

Walker conspired to use their position & taxpayers money to obstruct justice/enforce unconstitutional law on citizens rights as federal jurors, to bring Judge Thompson, Magistrate Walker and the other Montgomery conspiring federal district judges/magistrates to criminal & civil justice!

**26-B.** All of the above, shows that  the court (the judges) appointment of a merit selection committee to make recommendations for filling the vacancies of Magistrates Boyd and McPherson in the **Ex.MA-1392** (by the Advertiser's reporter Mike Linn on 6/7/06) in the above (par.26), **will be** a hand-pick**ed**-group **who will** select magistrate candidates **who will also** use their positions & taxpayers to conspire to obstruct justice/enforce unconstitutional law on citizens rights as federal jurors in the Montgomery U.S. District Court, to bring the Montgomery conspiring district judges/magistrates to criminal/civil justice, **for conspiring** with state judges & lawyers to use the courts as a criminal enterprise; **AND NOTE** the above (par.22 on pages 72-73) **shows that** Democratic trial lawyers are trying to use the federal merit selection process on magistrates through the Alabama State Bar Association and the governor, **to hand-pick** the state's 19 appellate judges!

**26-C.** The above (par.15 - 15-C-2 on pages 38-44 **verses** par.16 - 16-C-1 on pages 45-51) **has shown that** Magistrate McPherson conspiracy with Judge DeMent in the CV-98-D-1023-N case, included obstructing justice on State Bar officials being brought to justice **and also** the State Bar to disbar (take licensed to practice law), **(1)** Judge DeMent, **(2)** Magistrate Coody, **(3)** federal attorneys Niven, Needy & Feaga, **(4)** state judges, **(5)** state attorneys, and **(6)** lawyers **which** included  the Beasley Firm lawyers, **for their** conspiracy engagement in conspiring to obstruct criminal and/or civil justice; **AND NOTE** the **ExMA-1386** (Advertiser opinion article

94

on 6/5/06) in the above (par.22-A on pages 73-74) **verses** all of the above, **shows that**
Democratic trial lawyers are also trying to pull-off their Bar/governor scheme on the state's 19
appellate judges in the above (par.22 on pages 72-23), **by fraudulent claiming** everyone will
have their United States Constitutional rights to access to justice!

**26-C-1.** In addition to the federal expunging in the above (par.14-C on pages 32-33), the
**Ex.S-DC-NR-4 (par.3-C-1 on pages 8-9 and par.9 - 11-G-1 on pages 17-26)** in the above
(par.2 on page 3) **has shown** from exhibit court records, **that Judge McFerrin** conspired to use
fraud (A PHANTOM ATTORNEY LIEN) in the Lowndes CV-91-78 case on April 18,2002 **and**
again on February 26,2003, to expunge fraud, conspiracy & racketeering claims against Judge
McFerrin, lawyers & state/federal officials, **for their conspiracy engagement,** for conspiring in
**and/or** for allowing the conspirators to continue their conspiracy in the Lowndes CV-91-78 case
in keeping Watson's money unlawfully held on the Beasley Firm's barred by res judicata
liens/demands, **AND NOTE** the names of the state defendants on **Ex.DC-NR-1** bound in Exhibit
Pack 4 to DC-NR-4 **show that** Judge McFerrin's conspiracy expunging on February 26,2003,
**included** the former/present Alabama Supreme Court Justices in the above (page 75 in par.22-A
on pages 73-75), and the **Ex.MA-1271** (by AP reporter Desiree Hunter on 3/11/06) in the above
(par.14-C on page 32) **shows that after** the Mobile Register exposed that the president of the
Mobile County School Board had a drunken driving charge expunged in 1998, the Alabama
Supreme Court ruled in favor of the Mobile Register rights to know appeal, **that the public**
should be allowed to see all the criminal files have been expunged by the Mobile municipal
court and kept from public review since 1968!

**27. Ex.MA-1113** bound in Exhibit Pack 6 to DC-NR-4 (Part 2) is a news article by the

Advertiser's reporters Mike Linn & John Davis on October 27,2005, **is in regards** to the grand jury's indictments in the Siegelman public corruption case, **which shows** in a press conference, Alabama Attorney General King **&** federal prosecutor Louis Franklin claimed **politics played no roll in the indictment or its timing**, and **quoted** Franklin saying, "Our job is to follow the evidence," **and** "Corruption in government threatens the integrity of our system of democracy."; **AND NOTE** all of the above shows there is a trial of exhibit court documents/letters/petitions **and** news articles, that prove corruption in state/federal government is threatening citizens of Alabama & United States rights to a system of democracy the United States Constitution demands, **because** of state officials of Alabama **(which** includes Attorney General King), federal justice officials (in Montgomery Al. & Washington DC) and U.S. Senator Shelby's conspiracy engagement in government being operated as a criminal enterprise for the Beasley Firm lawyers!

 **27-A. Ex.MA-846** (by AP reporter Bob Johnson on 3/15/05) bound in Exhibit Pack 5 to DC-NR-4, **is in regards** to the Alabama Legislature passing a new open meeting law, **which was** suppose to make state government more accessible to the public **and which** shows, **(1)** that Attorney General King & Gov. Riley both said it would help provide more accountability at a time when the public is often cynical of government officials, and **(2)** that Attorney General King said, he sees the legislation as a victory not just for media organizations, but for **"the people who own the government of the state of Alabama."**

 **27-A-1.** In regards their claims of being accountable the citizens owners of state government in the above (par.27-A), all of the above has shown that **Gov. Riley & Attorney General King** are both conspirators in concealing from the public and also obstructing justice on

Judge McFerrin's two state criminal conspiracies (4/18/02 & 2/26/03) in the Lowndes CV-91-78 case (**above** par.26-C-1 on page 95), **that used** the Beasley Firm's phantom attorney lien to expunge fraud, conspiracy & racketeering claims, **against** himself, Beasley Firm lawyers, other lawyers, federal officials, and other state officials (on 2/26/03), **that were** federal jury issues under federal law; **AND NOTE** the above (par.**7 - 7-C** on pages 9-12 **and** par.19 - 19-D on pages 59-68) **show that** by refusing to even take-up Watson's motion to compel for change of venue to U.S. District Court in the Lowndes CV-91-78 case on Jnue 3,2005, **Judge McFerrin** has also been a state conspirator in obstructing justice on a federal grand jury investigation, **on the ongoing criminal enterprising** that Gov. Riley & Attorney General King are conspiring in with the Beasley Firm lawyers!

    **27-A-2.** In regards to media organizations victory under the state's new open meeting & access law in the above (par.27-A), **the media exhibits** in the above (par.14-B - 14-B-1), **show that includes** the commissioners appointed to served on the Alabama Criminal Justice Center, ruling the media does not have access rights to  obtain copies of state crimes reports from state law enforcement agencies throughout the State of Alabama!

    **27-B.** The above (par.24-A on pages 85-86) **has shown** the Beasley Firm lawyers, Gidiere Firm lawyers and federal/state officials are due to be charged with several counts of mail fraud, **and the** just averments on media exhibits throughout the above, **verses** the averments on the other exhibits throughout the above, **show that** Jere Beasley, state officials of Alabama and federal justice officials should also be charged with the fraud that applies to fraud in/through the media, because of all the deceiving they have done in the free press **while conspiring** to operate government as a criminal enterprise!

**27-C.** The averments on the Beasley Firm's Texas federal Vioxx in the **MA-1153** (by the Advertiser's reporter Mike Linn on 11/17/05) in the above (par.20 on page 69) and **Ex.MA-1166** (Advertiser's Staff & Wire Reports on 12/13/05) in the above (par.13-B on page 27), **along with** the above (par.19 - 19-B-1 on pages 60-63), **show that** the Washington conspirators (**1**-civil rights justice official Weathers, **2**-one or more officials in the U.S. Attorney General's Office, and **3**-U.S. Senator Shelby), **are also due** to be charged with conspiring with the Beasley Firm lawyers, to operate federal government as a criminal enterprise for the Beasley Firm in federal lawsuits!

**28. Ex.MA-499** (by the Advertiser's reporter Ana Radelat on 5/11/04) and **Ex.MA-580** (by AP reporter Kyle Wingfield on 7/13/04) in the above (par.22 on pages 72-73 **and** par.23-A on pages 81-82) **and the** averment in Watson's petition to U.S. Senator Shelby on July 13,2004 (**Ex.USSS-P3, par.13 on page 24** in the above par.12-B on page 30) **show that** since July 2004 Shelby has been obstructing justice on the U.S. Congress dealing with to a just solution on businesses and former Democratic Lt. Gov. Jere Beasley's law firm competing to buy favoritism from the Republican justices on Alabama Supreme Count with their campaign donations!

**28-A.** On Democratic trial lawyers Bar/governor scheme on the state's 19 appellate judges in the above (par.22 - 22-A on pages 72-75), **Ex.MA-1075** bound in Exhibit Pack 6 to DC-NR-4 (Part 3) **shows what** Republican Chairman Twinkle Cavanguh stated in an opinion article the Advertiser published on September 3,2005, **included the following,** <u>At a time when American troops are deployed around the globe risking their lives to bring democracy and voting rights to places where they do not currently exist, a group of politically motivated liberal lawyers are working feverishly to erode those very same rights here in Alabama,</u> **that** Bobby Segall, an

98

American Civil Liberties Union attorney, **who** serves as president of the Alabama State Bar

Association had unveiled that proposal, **who** is a well-known plaintiff trial lawyer **and**

Democratic operative who said the appointment process would remove partisanship from the

state's judicial system and raise the overall decorum of the Courts; **AND NOTE** on the scams

involving hidden PAC money in the above (par.23 - 23-D on pages 81-84), **Ex.MA-1315** bound

in Exhibit Pack 6 to DC-NR-4 (Part 4) **shows what** the Advertiser stated in its editorial article

on April 21,2006,  **included the following,** because Alabama's campaign laws allow PAC's to

commingle funds from donors and to move donations from PAC to PAC, it is impossible to link

specific funds from specific donors to specific candidates, **and until the voting citizens of**

**Alabama demand the law be changed,** the state voters will continue to get the kind of

government that only special interest can buy!

    **28-A-1.** In regards to well-known Democratic operative plaintiff trial lawyers the

**Ex.MA-1075** in the above (par.28-A), **the above** (par.22 - 22-F on pages 72-81) **has shown that**

former Democratic Lt. Governor Jere Beasley & Beasley's law firm, are major Democrat

operatives **who are** trying to scam the citizens of Alabama out of their rights to elect the state's

19 appellate judges!

    **28-A-2.** In regards to the State of Alabama having the kind of government that only

special interest can buy in the **Ex.MA-1315** the above (par.26-A), **the above** (par.19 - 23-D on

pages 59-84) **has shown that** because some of those businessmen were unaware of their

conspiracy enterprising with Democrat Jere Beasley's law firm in lawsuits against business,

**(1)** Republican  Gov. Riley, **(2)** Republican Attorney General King, and **(3)** Republicans

Associate Justices Lyons, Woodall & Stuart, are also due to be charged with the fraud that

applies to ripping-off the businessmen who gave campaign money to them, in PAC's organized by lobbyist in the State of Alabama and Washington DC!

**29. Ex.ASC-W/M** bound in Exhibit Pack 5 to DC-NR-5, is a copy of the writ of mandamus Watson is filing today against Judge McFerrin in CV-91-78 case to the Alabama Supreme Court, **which** is demanding **for the** Justices on said court in January 2002, be recused because of their criminal & civil liability to the state/citizens under the injunction relief demands in this national class action case, **for conspiring** in connecting/relating obstructions of justice & enforcements of unconstitutional law in January 2002, on Watson's writ of mandamus against Judge McFerrin in the Lowndes CV-91-78 case **and** on Watson's appeal (1002154) of the Montgomery Watson v. Beasley Firm case (CV-00-1545-GR), **and that the** other Justices to order Judge McFerrin to transfer Watson's money to federal court for a jury trial!

**29-A.** The above (par.29) puts constitutional duty on the non criminal/civil liable Justices to uphold their oath of office; **AND IF** the non criminal/civil liable justices do not uphold the law on the above (par.29), **they** will be conspiring with the criminal/civil liable justices, to obstruct justice/enforce unconstitutional law on the judicial process **in which** the law demands the judicial process to work on corrupt state judges **who** conspire to use their judicial positions & taxpayers money to obstruct federal criminal/civil prosecution on themselves; **AND NOTE** if the non criminal/civil liable justices do conspire with the criminal/civil liable justices, **that will** then put duty on U.S. Attorney General Gonzales to have said money removed from the Lowndes state CV-91-78 case to federal court under U.S. Title 18 (§ 1442), **because** the second amendment to the amended complaint (7/13/04) on May 11,2005 (par.AA-9 on pages 6-7) shows that is included in the injunction relief demands (5/11/05) **in which** U.S. Attorney General

100

Gonzales is due to be held in default on having to oppose on this motion to compel!

**29-B.** The averments in the **Ex.S-DC-NR-4 (par.20 -20-A on pages 51-52** in the above

par.2 on page 3), **along with** the jurors convictions in the Siegelman corruption case in the

**Ex.MA-1418** (by AP reporter Bob Lowry on 6/30/06) in the above (par.24 on page 84) **and** the

mail fraud in this case in the above (par.24-A on pages 85-86) **which** includes **Ex.ASC-1** thru

**Ex.ASC-3** bound in Exhibit Pack 5 to DC-NR-4, **shows that** because of their connecting

conspiracies in January 2002 on Watson's writ of mandamus against Judge McFerrin in the

Lowndes CV-91-78 case **and** appeal (1002154) of the Montgomery Watson v. Beasley Firm case

(CV-00-1545-GR), **the nine former/present Alabama Supreme Court Justices** in the above

(page 75 in par.22-A on pages 73-75), are facing up to 90 years prison sentences **(1)** two counts

of conspiracy (**which** each have up to 5 year sentences, **(2)** two counts of obstruction of justice

(**which** each have up to 10 year sentences) and **(3)** three counts of mail fraud (**which** each have

up to 20 year sentences); **AND NOTE** by being state codefendants with Judge McFerrin, the

former/present justices also should facing some criminal liability in Judge McFerrin conspiracy

in the Lowndes CV-91-78 case on February 26,2003, **in using** the Beasley Firm's phantom

attorney lien **(that** Judge McFerrin conspired to create on 4/18/02), **to expunge** fraud, conspiracy

& racketeering claims against federal/state officials & lawyers, **for their conspiracy**

**engagement** in keeping Watson's money unlawfully held on the Beasley Firm's barred by res

judicata liens/demands, **which** all of the above along with the **Ex.DC-NR-4 (par.9 - 14-C on**

**pages 17-31** in the above par.2 on page 3) **has shown** documentation thereof!

**30.** Under the FIRST AMENDMENT **and** FREEDOM OF INFORMATION ACT,

Watson is also petitioning/demanding the media in the above (par.12 on pages 23-24), to use the

101

free press to notify/inform **the federal legislators in the U.S. Congress** and also **U.S. Attorney General Gonzales,** of the filing of this notice of removal, **(1)** because the above (par.5 - 5-A on pages 7-8) **shows** that U.S. Attorney General Gonzales may not even be aware of this national class action case, **as a result** of having office staff members **who** are holdovers from Ashcroft's staff **who** have withheld from Gonzales, the pleadings & exhibits Watson mailed U.S. Attorney General Gonzales on February 25,2005, on March 11, 2005, on May 11,2005, and June 3,2005, **OR** U.S. Attorney General Gonzales is another conspiring federal justice officials in this case **who** the U.S. Congress will have duty to see is removed as this nation's chief law enforcement officer **and held** criminally/civilly liable to government/citizen **for conspiring** to keep illegally concealed/seized in state court (Lowndes CV-91-78), the fraud, conspiracy & racketeering complaint claims (7/13/04, 2/25/05 & 5/11/05) against lawyers & state/federal officials **(for conspiring in or for conspiring to allow** court officials & lawyers to conduct the known illegal search & seizure of property in the Lowndes CV-91-78 case), **that are** federal criminal/civil legislative/jury issues, and **(2)** because by the media reporting/exposing the Washington conspiracy, **will result** in U.S. Attorney General Gonzales publicly demanding justice thereon **if he** is not a conspirator therein, **which now also includes** the U.S. Congress being mislead to give Pryor a lifetime position on the U.S. 11th Circuit Court of Appeals on June 9,2005 (see **Ex.MA-959** bound in Ex. Pk. 6 to DC-NR-4, Part 1), **which concealed** U.S. Senator Shelby & former U.S. Attorney General Ashcroft's conspiracy **(starting in April of 2004)** in the above (par.4 on pages 5-6)**, that concealed** Washington federal civil rights justice officials conspiracy in June/July 2003, **which had** mislead President Bush to make his senate recess appointment of Pryor to the U.S. 11th Circuit Court of Appeals on February 20,2004**!**

**30-A.** The above (par.18 - 18-B on pages 55-58 **and** 18-D - 18-D-1 on page 59) **shows that** the U.S. Congress needs to also hear testimony from others concerning connecting abuse by the FBI & federal prosecutors in Montgomery Al.; **and the above** (par.18-C - 18-C-1 on page 58) **shows that** being a known witness against the FBI could result in being murdered before you testify; **AND NOTE** the above (par.14-E - 14-E-2 on pages 34-37) **shows** the Montgomery Advertiser is also well aware of the concern of federal witnesses & federal jurors being murdered, that Judge Thompson created!

**30-B.** By having already done so and if they have opportunity, it assured that Washington justice officials **and** U.S. Senator Shelby will again conspire to keep the U.S. Congress from being informed of its duty under today's filing **AND THAT** can not happen if the media will uphold their responsibilities under FIRST AMENDMENT & FREEDOM OF INFORMATION ACT, to use the free press report/inform the U.S. Congress & U.S. Attorney General Gonzales that today's documents are in the U.S. Mail to U.S. Attorney General Gonzales & U.S. Senator Shelby; **AND NOTE** the **Ex.MA-1004** (by AP reporter Will Lester on 6/27/05), **Ex.MA-1077** (by the Associated Press on 9/11/05), and **Ex.MA-1168** (D.C. briefing concerning FOIA REQUESTS on 12/15/05) in the above (par.14-A on pages 30-31), **show that** Watson also has just cause to petition/demand CNN Headline News under the First Amendment & Freedom Information Act, to report/expose Washington justice officials & U.S. Senator Shelby's conspiracy in withholding the national class action federal legislative criminal/civil injunctive demands from the U.S. Congress!

**31.** The certificates in the below **and the Ex.S-DC-NR-4 (pages 115-116)** in the above (par.2 on page 3), **show that** U.S. Attorney General Gonzales **and also** the media are being

served by U.S. Mail **before** the filing thereof, **and after** the filing thereof Watson is hand

delivering the documents to the U.S. Marshal, **which** is being done, to use the media as

safeguarding/observing witnesses for citizens rights/interests in this case, **(1)** because of Watson

demanding they be bought to criminal/civil justice for conspiring to enforce unconstitutional law

on this nation's bill of rights and citizens rights/interests thereunder, **one or more** of the

Montgomery conspiring judges have declared Watson of being some threat/security risk to the

administration of justice in the Montgomery federal courthouse **and** had the U.S. Marshal to

assign a marshal to guard Watson when he comes the Montgomery courthouse seeking

criminal/civil justice on the Montgomery conspiring judges, and **(2)** because of the harsh

criminal & civil punishments the Montgomery conspiring judges are facing because of their

racketeering conspiracy engagement in the ongoing conspiracy illegal judicial search/seizure in

Lowndes CV-91-78 case, **if they** could get away with it, **one or more** of the Montgomery

conspiring judges would try to order the U.S. Marshal **to deprive** Watson of his rights to

swear-out the 5 arrest warrants in the above (par.11 on page 22, **which** will open the door on the

ordering of all the outstanding demands for federal bench arrest warrants that have been pending

since February 25,2005, **which are** shown in the **Ex.S-DC-NR-4 (par.3-C -  3-C-5 on pages**

**8-11** in the above par.2 on page 3), **and also to** issue an oral arrest warrant to arrest Watson on

some trump-up fraud charge, **and** Watson knows that one of the racketeering conspiring

criminal/civil judges will issue an oral arrest warrant, **because** the **Ex.MA-725** (by the

Advertiser's reporters Donna Pierce Adams & Jessica Walker on 9/24/04) and **Ex.MA-728** (by

the Advertiser's reporter Donna Pierce Adams on 9/28/04) in the above (par.14-D on pages

32-33) **show that** Judge Fuller has previously done against an attorney in federal illegal

search/seizure lawsuit against Covington County officials!

**31-A.** The averments on **Ex.MA-732** (Advertiser editorial article on 9/29/04) bound in

Exhibit Pack 5 to DC-NR-4 in the above (par.14-D on page 33), **shows** that by the media having

to sue the U.S. Marshal Service to obtain positions of two reporters property **that** U.S. Supreme

Court Justice Antonin Scalia was responsible for marshals seizing, is justification for Watson to

petition the media to be the safeguarding/observing witnesses in the above (par.31)!

*Teddy A. Watson*

Teddy A. Watson
Plaintiff/Defendant Pro Se
on behalf of himself,
Citizen of Alabama
Citizens of the United States

ADDRESS OF PLAINTIFF/DEFENDANT PRO SE

Teddy A. Watson
4362 Eastmont Drive
Montgomery, Alabama 36109
(334) 272-6252

**FIRST CERTIFICATE OF SERVICE**

I hereby certify that before or after the filing thereof, a copy of this motion to compel for
default was served by U.S. Mail **or** hand delivered to the following on October 30 ,2006.

| MAILED | HAND DELIVERED |
|---|---|
| BEFORE THE FILING THEREOF | AFTER THE FILING THEREOF |

U.S. Attorney General Alberto Gonzales         U.S. Marshal
950 Pennsylvania Avenue, NW                 Federal Courthouse
Washington DC 20530-0001                   Montgomery Alabama

*Teddy A. Watson*

Teddy A. Watson

105

## SECOND CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion to compel for default was mailed to the following on October _30_ ,2006.

U.S. Senator Richard Shelby
110 Hart Boulevard, Senate Office Building
Washington, DC 20510-0103

U.S. Attorney Leura Canary
Post Office Box 197
Montgomery Alabama 36101

Alabama Attorney General Troy King
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Jack B. Hinton, Jr.
Gidiere, Hinton & Herndon
904 Region Tower
60 Commerce Street
Montgomery, Alabama 36104

Teddy A. Watson

## THIRD CERTIFICATE OF SERVICE

I hereby certify that before the filing thereof, a copy this motion to compel for default was mailed to the following media on October _30_,2006.

Wanda S. Lloyd
Executive Editor of Montgomery Advertiser
425 Molton Street
Montgomery, Alabama 36104

Associated Press reporter Phillip Rawls
201 Monroe Street, Suite 1940
Montgomery, Alabama 36104

News Director of WSFA TV (NBC)
12 E Delano Avenue
Montgomery, Alabama 36105

News Director WAKA TV (CBS)
3020 Eastern Boulevard
Montgomery, Alabama 36116

Editor
Mobile Register
Post Office Box 2488
Mobile, Alabama 36652-2488

Editor
Birmingham News
2200 Fourth Avenue
Birmingham, Alabama 35203

News Director
CNN Headline News
One CNN Center
Atlanta, Georgia 30303

News Director
WBRC (FOX)
1720 Valley View Drive
Birmingham, Alabama 35209

Teddy A. Watson