**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| TEDDY A. WATSON, *etc.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06-cv-00978-MEF-VPM |
| JERE L. BEASLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Comes now Misty S. Fairbanks, a member of the bar of this Court, respectfully enters her appearance as counsel for the State of Alabama.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

s/ Misty S. Fairbanks
Misty S. Fairbanks
Bar Number ASB-1813-T71F
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
11 South Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 353-8674
Facsimile:  (334) 353-8440
E-mail:     mfairbanks@ago.state.al.us

Attorney for the State of Alabama

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on November 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Jack B. Hinton, Jr., Esq., and Leura Garrett Canary, Esq., and I hereby certify that I have mailed by United States Postal Service to the following non CM/ECF participant: Teddy A. Watson, 4362 Eastmont Drive, Montgomery, AL 36109.

        Respectfully submitted,

        s/ Misty S. Fairbanks
        Misty S. Fairbanks
        Bar Number ASB-1813-T71F
        Assistant Attorney General
        Attorney for the State of Alabama
        OFFICE OF THE ATTORNEY GENERAL
        STATE OF ALABAMA
        11 South Union Street
        Montgomery, AL  36130-0152
        Telephone:  (334) 353-8674
        Fax:  (334) 353-8440
        E-mail:  mfairbanks@ago.state.al.us