## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| TEDDY A. WATSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-CV978-MEF |
| | ) |
| JERE BEASLEY, ET AL. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

COMES NOW defendants formerly and hereinafter known as the Beasley firm and respectfully request that this Honorable Court deny plaintiff's Motion to Compel (Document 4). As grounds therefore, these defendants state that plaintiff's Motion has no basis in law or fact, that this Court does not have jurisdiction to entertain such a motion regardless of its merits and/or such a motion is barred by the doctrines of res judicata and collateral estoppel.

WHEREFORE, PREMISES CONSIDERED, the Beasley firm respectfully requests that this Honorable Court deny as moot or, alternatively, deny on the merits plaintiff's Motion to Compel.

Respectfully submitted,

_____
Jack B. Hinton, Jr. (HIN020)

OF COUNSEL:
Gidiere, Hinton & Herndon
60 Commerce Street
Suite 904
Montgomery, Alabama 36104
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 29th day of November, 2006:

Teddy A. Watson
4362 Eastmont Drive
Montgomery, AL 36109

I do hereby certify that I have on this 29th day of November, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following

Misty S. Fairbanks
Assistant Attorney General
Office of the Attorney General
State of Alabama
11 South Union Street
Montgomery, AL 36130-0152

_____
Jack B. Hinton, Jr.