IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TEDDY A. WATSON, on behalf of himself, citizens of Alabama & citizens of the United States, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-978-MEF |
| JERE L. BEASLEY, *et al.,* | )<br>)<br>) |
| Defendants. | ) |

### **O R D E R**

Upon consideration of the defendants' Motion to Dismiss or in the Alternative Motion to Remand (Doc. #7) filed on November 29, 2006, it is hereby

ORDERED that the plaintiff file his response to defendants' Motion to Dismiss or in the Alternative Motion to Remand, which shall include a brief and any evidentiary materials on or before **December 15, 2006.** Additionally, it is further ORDERED that on or before **December 15, 2006**, the plaintiff shall file a brief with this Court addressing the two additional concerns of this Court: (1) whether this Court has subject matter jurisdiction over this action and (2) whether there is any legal authority for a plaintiff, as opposed to a defendant, to remove an action pursuant to 28 U.S.C. §§ 1441 & 1443. It is further ORDERED that the defendants shall file a reply brief addressing plaintiff's submissions and the Court's concerns on or before **December 22, 2006.**

DONE this 1st day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE