# EXHIBIT P/D-C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TEDDY A. WATSON ON BEHALF OF HIMSELF, CITIZENS OF ALABAMA CITIZENS OF THE UNITED STATES * * * | |
| Plaintiffs/Defendants, | |
| vs. | * CASE NO.2:06-cv-978-MEF |
| JERE L. BEASLEY, <br> J. GREG ALLEN, <br> MICHAEL J. CROW, <br> THOMAS J. METHVIN, <br> J. COLE PORTIS & <br> DANIEL MILES, III, <br>     OF THE BEASLEY LAW FIRM, | * WITH <br> * DEMANDS <br> * FOR <br> * "JURY TRIAL" <br> "INJUNCTION RELIEF" <br> "NATIONAL CLASS ACTION STATUS" |
| PHILIP S. GIDIERE, JR., <br> JACK B. HINTON, JR. & <br> STEVEN K. HERNDON <br>     OF THE GIDIERE LAW FIRM, | * * * * |
| STATE OFFICIALS OF ALABAMA, | * * |
| FEDERAL OFFICIALS OF THE <br> UNITED STATES OF AMERICA, | * * * |
| WANDA LLOYD, <br> MONTGOMERY ADVERTISER, <br> GANNETT NEWS SERVICE, | * * * * |
| PHILLIP RAWLS, <br> ASSOCIATED PRESS, | * * * |
|     Defendants/Plaintiffs | * |

Received stamps: DEC 20 2006 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.; 2006 DEC 15 P 1:29 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA.

**PLAINTIFFS/DEFENDANTS COMPLIANCE
WITH
U.S. DISTRICT JUDGE ORDER ON DECEMBER 1, 2006**

1

SCANNED

Comes now Layman Pro Se Plaintiff/Defendant Teddy A. Watson, on behalf of himself, the Plaintiff/Defendant Citizens of Alabama, and the Plaintiff/Defendant Citizens of the United States, compliance with U.S. District Judge Mark E. Fuller's Order on December 1,2006:

1. The motion to compel for recusal of the district & magistrate judges of the Court, **that** was filed in this Court (2:06-cv-978-MEF) on December 4,2006 **(Ex.DC-MC-R)**, along with the third amendment to the amended complaint on July 13,2004, **that** is being filed today in this Court (2:06-cv-978-MEF), have responded and addressed every issue in criminal/civil liable U.S. District Judge Mark E. Fuller's Order on December 1,2006, which a copy is attached as **Exhibit JF-O-1**, in addition to today's third amendment to the amended complaint on July 13,2004, **showing** justification for the styling of this national class action criminal/civil injunctive/civil jury case as PLAINTIFFS/DEFENDANTS **v.** DEFENDANTS/PLAINTIFFS.

2. The attached **Exhibit DC-N** is a copy of this Court's notice to Watson, **which** states that all attorney who wish to practice in this district are required to register and file their pleadings electronically through this Court's

web site.

**2-A.** This Court's Clerk told Layman Pro Se Watson on December 4, 2006, that the above (par.2) did not apply to Watson, **and** if that is not the case, Watson is demanding this Court inform Watson of that **and Watson** will address that.

                              Teddy A. Watson
                              Layman Pro Se Petitioner
                              on behalf of himself,
                Citizen of Alabama & United States

ADDRESS

Teddy A. Watson
4362 Eastmont Drive
Montgomery, Alabama 36109
(334) 272-6252

## FIRST CERTIFICATE OF SERVICE

I hereby certify on December 15, 2006, that copies of Plaintiffs/Defendants Compliance with U.S. District Judge Order on December 1, 2006 **(EXHIBIT P/D-C)** and the attached exhibits, are being attached to the third amendment to the complaint (7/13/04) and summons being filed today, to be served to the following parties by this Court.

Wanda Lloyd
Executive Editor of the Montgomery Advertiser
425 Molton Street
Montgomery, Alabama 36104

Board of Directors of the Montgomery Advertiser
C/O Montgomery Advertiser
425 Molton Street
Montgomery, Alabama 36104

Board of Directors of the Gannett News Service
C/O Montgomery Advertiser (A Gannett Newspaper)
425 Molton Street
Montgomery, Alabama 36104

Phillip Rawls
Reporter for the Associated Press
201 Monroe Street, Suite 1940
Montgomery, Alabama 36104

Board of Directors of the Associated Press
C/O Associated Press
201 Monroe Street, Suite 1940
Montgomery, Alabama 36104

_____
Teddy A. Watson

## SECOND CERTIFICATE OF SERVICE

I hereby certify that copies of Plaintiffs/Defendants Compliance with U.S. District Judge Order on December 1, 2006 **(EXHIBIT P/D-C)**, and the attached exhibits, were served to the following parties by U.S. Mail on December 15, 2006.

U.S. Attorney General Alberto Gonzales
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

U.S. Senator Richard Shelby
110 Hart Boulevard, Senate Office Building
Washington, DC 20510-0103

U.S. Attorney Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

Attorney General Troy King
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Jack B. Hinton, Jr.
Gidiere, Hinton & Herndon
904 Region Tower
60 Commerce Street
Montgomery, Alabama 36104

_____
Teddy A. Watson

## THIRD CERTIFICATE OF SERVICE

I hereby certify that copies of Plaintiffs/Defendants Compliance with U.S. District Judge Order on December 1, 2006 **(EXHIBIT P/D-C)**, and the attached exhibits, were served to the following media board of directors by U.S. Certified Mail on December 15, 2006.

Board of Directors of WSFA TV (NBC)
C/O WSFA TV
12 E Delano Avenue
Montgomery, Alabama 36105

Board of Directors of WAKA TV (CBS)
C/O WAKA TV
3020 Eastern Boulevard
Montgomery, Alabama 36116

Board of Directors of the Mobile Register
C/O Mobile Register
Post Office Box 2488
Mobile, Alabama 36652-2488

Board of Directors of the Birmingham News
C/O Birmingham News
2200 Fourth Avenue
Birmingham, Alabama 35203

Board of Directors of WBRC TV (FOX)
C/O Birmingham News
1720 Valley View Drive
Birmingham, Alabama 35209

Board of Director of CNN Headline News
C/O CNN Headline News
One CNN Center
Atlanta, Georgia 30303

Teddy A. Watson