IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 DEC 20 P 4: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| TEDDY A. WATSON ON BEHALF OF HIMSELF, CITIZENS OF ALABAMA CITIZENS OF THE UNITED STATES | * * * * | |
| Plaintiffs/Defendants, | * * | |
| vs. | * | CASE NO.2:06-cv-978-MEF |
| | * | |
| JERE L. BEASLEY, J. GREG ALLEN, MICHAEL J. CROW, THOMAS J. METHVIN, J. COLE PORTIS & DANIEL MILES, III, OF THE BEASLEY LAW FIRM, | * * * * | WITH DEMANDS FOR "JURY TRIAL" "INJUNCTION RELIEF" "NATIONAL CLASS ACTION STATUS" |
| | * | |
| PHILIP S. GIDIERE, JR., JACK B. HINTON, JR. & STEVEN K. HERNDON OF THE GIDIERE LAW FIRM, | * * * * * | |
| STATE OFFICIALS OF ALABAMA, | * * | |
| FEDERAL OFFICIALS OF THE UNITED STATES OF AMERICA, | * * * | |
| WANDA LLOYD, MONTGOMERY ADVERTISER, GANNETT NEWS SERVICE, | * * * | |
| PHILLIP RAWLS, ASSOCIATED PRESS, | * * * | |
| Defendants/Plaintiffs | * | |

## MOTION TO COMPEL FOR LEAVE TO AMEND

Comes now Layman Pro Se Plaintiff/Defendant Teddy A.

Watson, on behalf of himself, the Plaintiff/Defendant

1

Citizens of Alabama, and the Plaintiff/Defendant Citizens of the United States, motion to compel for leave to amend the connecting fraud, conspiracy and racketeering claims, **in** Watson's national class action civil jury demands (2/25/05), **and in** Citizens of Alabama & United States national class action criminal/civil injunctive demands (7/13/04, 2/25/05 & 5/11/05).

**1.** This motion to compel for leave to amend is being filed, because Watson was advised by phone on December 18, 2006, that a motion for leave to amend would have to be filed on the third amendment to the amended complaint (7/13/04) that was filed on December 15,2006.

**1-A.** Under Rule 15 of the Alabama Rules of Civil Procedure **and also** under Rule 15 of the Federal Rules of Civil Procedure, an amendment can be filed without leave if the case has not been docketed for trial; **AND UNDER** those state/federal rules of civil procedure, a motion for leave to amend should not be needed on the third amendment to the amended complaint (7/13/04) on December 15,2006,

**(a)** because the jury demands in three existing complaints 7/13/04, 2/25/05 & 5/11/05) have not been docketed for a

2

jury trial, **(b)** because the fraud, conspiracy &
racketeering jury demands in the three existing complaints
(7/13/04, 2/25/05 & 5/11/05), **include** jury demands against
federal judges in Montgomery Al., for conspiring to use
fraud to obstruct justice on jury demands in complaints in
five (5) prior cases in the U.S. District Court in
Montgomery Al., (**1**-U.S. District Judge Ira DeMent **&** U.S.
Magistrate Judge Charles S. Coody **in the** CV-94-D-1112-N
case **on a** prior complaint, **2**-U.S. District Judge Ira DeMent
**&** U.S. Magistrate Judge Vanzetta Penn McPherson **in the**
CV-98-D-1023-N case **on a prior** complaint, **3**-U.S. District
Judge Mark E. Fuller **&** U.S. Magistrate Judge Susan Russ
Walker **in the** CV-02-F-1214-N case **on a** prior complaint,
**4**-U.S. District Judge W. Harold Albritton, III **&**
U.S. Magistrate Judge Susan Russ Walker **in the**
CV-04-A-677-N case **on the** pending complaint on 7/13/04),
and **5**-U.S. District Judge Myron H. Thompson **&** U.S.
Magistrate Judge Susan Russ Walker **in the** CV-05-T-179-N
case **on the** pending complaints on 7/13/04 **&** 2/25/05), and
**(c)** because they were presiding over the three existing
complaints (7/13/04, 2/25/05, 5/11/05) with criminal/civil

3

liable to government/citizens, **the amendments** (12/15/06)

**included adding** U.S. District Judge Mark E. Fuller **&** U.S.

Magistrate Judge Vanzetta Penn McPherson as civil liable to

Watson **under** Watson's national class action civil jury

demands, **and under** Citizens of Alabama & United States

national class action criminal/civil injunctive demands,

**that** U.S. District Judge Fuller & U.S. Magistrate McPherson

be held liable for additional criminal/civil liability to

government/citizens.

    **1-B.** Under Rule 15 of the Alabama Rules of Civil

Procedure **and also** under Rule 15 of the Federal Rules of

Civil Procedure, **when** leave is needed to file amendments to

a complaint, <u>leave shall be freely given when justice so</u>

<u>requires</u>; **AND** justice does require leave to be freely given

on the amendments (12/15/06) **under** this motion to compel

for leave to amend, because the fraud, conspiracy &

racketeering jury demands in the three existing complaints

(7/13/04, 2/25/05 & 5/11/05), **include** jury demands against

the following judges for their connecting conspiracies in

fraudulently using leave to obstruct justice, on fraud,

conspiracy & racketeering jury demands in complaints,

4

**(1)** Alabama Second Judicial Circuit Judge H. Edward McFerrin **in the CV-91-78 case** in Lowndes County Circuit Court, **on** April 18,2002 (**on the** amended complaint on 4/2/02), **and on** February 26,2003 (**on the** amended complaint on 10/31/02), **(2)** U.S. District Judge Mark E. Fuller & U.S. Magistrate Judge Susan Russ Walker **in** January/February 2003 **in the CV-02-F-1214-N case** in U.S. District Court (**on the** amended complaint on 10/31/04), and **(3)** U.S. District Judge Myron H. Thompson & U.S. Magistrate Judge Susan Russ Walker **in** March 2005 **in the CV-05-T-179-N case** in U.S. District Court (**on the** pending complaints on 7/13/04 & 2/25/05).

    **1-C.** The notice of removal on October 30,2006 (opening statement on pages 1-2), **shows that** Watson also removed from the Lowndes CV-91-78 case, **the** pending motion for leave to amend **that** Watson filed in the CV-91-78 case on May 11,2005, **which** Judge McFerrin refused to even take-up; **AND NOTE** the three existing complaints (7/13/04, 2/25/05 & 5/11/05) along with **Ex.CSX-8** bound in Exhibit Pack 4 to DC-NR-4, **show that** before Watson filed those complaints, Watson had filed a motion for leave to amend in the CV-91-78 case on March 21,2003, **which** Judge McFerrin refused to even take-up.

2. What stated/recorded in **Ex.DC-NR-1, Ex.B, Ex.C,**

**Ex.BF-B, Ex.C-6, Ex.C-19, Ex.C-20, Ex.C-21, Ex.18** and **Ex.24**

bound in Exhibit Pack 4 to DC-NR-4, are persuasive evidence

of the following in the CV-91-78 case in Lowndes County

Circuit Court; **(1)** that Judge McFerrin is aware the 10%

attorney lien Julia Asam filed on May 23,1995, was the only

attorney lien on file when Plaintiff Watson made his pro se

settlement with Defendant CSX on February 16,1996, **AND THAT**

the Beasley Firm file/made a 40% lien/demand on Watson's

settlement money in the attorney lien hearing, **that** Judge

McFerrin ordered on February 29,1996, **and held** on March

26,2006, **(2)** that in his Amended Order on April 18,2002,

Defendant Judge McFerrin fraudulently created a phantom

attorney lien Codefendant Beasley Firm was to have had on

file before Watson's pro se settlement with CSX on February

16,1996, **in order** to have grounds to expunge Watson's

fraud, conspiracy & racketeering jury demands (4/2/02), **on**

**grounds** those claims were filed too late **and without** leave

of the court, **because** Judge McFerrin had held a final

hearing (4/26/96) on an attorney lien Watson's former

attorneys had on file before Watson's pro se settlement

(2/16/96), and **(3)** that in his Order on February 26,2003,

6

Defendant Judge McFerrin used Codefendant Beasley Firm's phantom attorney lien again that Defendant Judge McFerrin had fraudulently created on April 18,2002, **to expunge** Watson's fraud, conspiracy & racketeering jury demands (10/31/02) **on the** same grounds.

    **3.** What stated/recorded in **Ex.DC-NR-1**, **Ex.FC-19**, **Ex.FC-23**, **Ex.C** and **Ex.G** bound in Exhibit Pack 4 to DC-NR-4, are persuasive evidence of the following in the CV-02-F-1214-N case in U.S. District Court on the Watson's fraud, conspiracy & racketeering jury demands (10/31/02):

**(1)** that in her Recommendation on January 29,2003, U.S. Magistrate Walker falsified what is stated/recorded in Montgomery County Circuit Judge Sally Greenhaw's Order in the Watson v. Beasley Firm case (CV-00-1545-GR) on July 30, 2001, **in order** to be able to show/claim Watson had filed and removed the complaint (10/31/02) in violation of Rule 15 of the Alabama Rules of Civil Procedure, **and in order** to recommend the amended complaint (10/31/02) be remanded back to Defendant Judge McFerrin in the Lowndes CV-91-78 case, **to expunge** on the same grounds **that** Defendant Judge McFerrin had expunged (4/18/02) the fraud, conspiracy & racketeering jury demands on April 2,2002, and **(2)** that on

7

February 12, 2003, U.S. District Judge Fuller, overruled Watson's objection to **and** approved U.S. Magistrate Walker's recommendation (1/29/03).

4. The three existing complaints (7/13/04, 2/25/05 & 5/11/05) show: **(1)** that the civil conspiracy jury demands **in** Watson's national class civil jury demands **and in** Citizens of Alabama & United States national class action criminal/civil injunctive demands, **are filed** under U.S. Title 42 (**§** 1981, **§** 1983 & **§** 1985), **(2)** that under U.S. Title 28 (**§** 1343), U.S. District Court has jurisdiction over the civil conspiracy jury demands against Judge McFerrin, Attorney General Troy King, and other state officials of Alabama, and **(3)** that under U.S. Title 28 (**§** 1346), U.S. District Court has jurisdiction over the civil conspiracy jury demands against the federal judges in Montgomery Al., federal attorneys in Montgomery Al. & Washington DC **(which** includes former U.S. Attorney General John Ashcroft), **and** U.S. Senator Richard Shelby.

5. **Exhibit F** (**SEE** pages 4-5 in Recommendation) bound in Exhibit Pack 4 to DC-NR-4, **shows that** the following was taken from U.S. Magistrate Vanzetta Penn McPherson's

8

Recommendation in the CV-98-D-1023-N case in U.S. District Court on March 1,1999, **IN REGARDS TO THE FEDERAL COURT** (THE PRESIDING JUDGES) ASSESSING A MOTION TO DISMISS pursuant to Federal Rules of Civil Procedure 12(b)(6): **(1)** the court must accept as true any allegations in the plaintiffs Complaint, **Hishon v. King & Spalding**, 467 U.S. 69, 73 (1984), **AND Jackson v. Okaloosa County, Fla.**, 21 F.3d 1531, 1534 (11th Cir.1994); **(2)** "A court may dismiss a complaint only if it is clear that no relief could be granted under any set of facts that could be proved with the allegations", **Hishon v. King & Spalding**, 467 U.S. at 73 (1984), **AND Powell v. United States**, 945 F.2d 374, 375 (11th Cir.1991); **(3)** "[D]ismissal is justified when the allegations of the complaint itself clearly demonstrate that plaintiff does not have a claim.", **5A Wright & Miller, Federal Practice and Procedure § 1357, AND Bradberry v. Pinellas County**, 789 F.2d 1513, 1515 (11th Cir.1986); **(4)** For the purpose of a motion to dismiss, the complaint is construed in the light most favorable to the plaintiff, and all facts alleged by the plaintiff are accepted as true, **Hishon v. King & Spalding**, 467 U.S. 69, 73, 104 S.Ct.

2229, 2232-33, 81 L.Ed.2d 59 (1984); and **(5)** The issue is not whether the plaintiff will ultimately prevail, **but** "whether the claimant is entitled to offer evidence to support the claims.", **Scheuer v. Rhodes**, 416 U.S. 232, 236, 94 S.Ct. 1683, 1686, 40 L.Ed.2d 90 (1974): **AND NOTE** just the exhibit court records in the above (par.2 thru 3), **is persuasive** evidence of connecting conspiracies to obstruct justice on the fraud, conspiracy & racketeering jury demands on October 31,2002, **by** U.S. Magistrate Walker (1/29/03) **&** U.S. District Judge Fuller (2/12/03) in U.S. District Court (CV-02-F-1214-N) **and by** Defendant Judge McFerrin (2/26/03) in Lowndes County Circuit Court (CV-91-78), **under** Sykes v. State of Cal. (Dept. of Motor Vehicles), C.A. 9 (Cal.) 1974, 497 F.2d 197:

> "In order to recover for conspiracy to deprive
> plaintiff of civil rights, plaintiff is required
> to alleged purpose of the conspiracy was to deprive
> plaintiff of equal protection, privileges and
> immunities, or to obstruct course of justice, that
> defendants intended to discriminate against plaintiff,
> that the defendants acted under color of state law and
> authority, and that the acts done in furtherance of
> conspiracy resulted in an injury to plaintiff's person
> or property or prevented him from exercising a right
> or privilege of a United States citizen."

**5-A.** On behalf of criminal/civil liable Alabama

Attorney General Troy King, Assistant Alabama Attorney
General Misty S. Fairbanks filed a motion to remand in this
case (2:06-cv-978-MEF) on November 28,2006; **AND BECAUSE**
Watson had shown in the motion to compel for recusal of the
district/magistrate judges on December 4,2006 (**Ex.DC-MC-R,**
par.8 thru 8-B on pages 39-41) that criminal/civil liable
Attorney King & Assistant Attorney General Fairbanks knew
that was a conspiracy act fraud **and also** unlawful use of
state government & taxpayers money, **to try** obstruct justice
on the fraud, conspiracy & racketeering jury demands in
this national class action criminal/civil injunctive/civil
jury case, **the amendments** on December 15,2005, include
**adding** Assistant Attorney General Fairbanks as a civil
liable party to Watson, **under** the national class action
civil jury Demands, **AND ALSO** that Attorney General King **&**
Assistant Attorney General Fairbanks be held criminally &
civilly liable to the State of Alabama & its citizens (**for**
that fraud/conspiracy effort on 11/28/06), **under** Citizens
of Alabama & United States national class action criminal &
civil injunctive demands.

    **5-B.** On behalf of criminal/civil liable Beasley Law

Firm partners, criminal/civil liable Jack B. Hinton, Jr.
(of the Gidiere Law Firm **whose** partners also have civil
liability to Watson **&** criminal/civil liability to
government/citizens), filed a motion to dismiss or in the
the alternative motion to remand in this case
(2:06-cv-978-MEF) on November 29,2006: **AND BECAUSE** Watson
had shown in the motion to compel for recusal of the
district/magistrate judges on December 4,2006 (**Ex.DC-MC-R,**
par.9 on pages 42-44), **that** was a fraud/conspiracy
effort by criminal/civil liable Hinton on November 29,2006,
**to try** obstruct justice on the fraud, conspiracy &
racketeering jury demands in the national class action
criminal/civil injunctive/civil jury case **and connected** to
criminal/civil liable Attorney General King & Assistant
Attorney General Fairbanks fraud/conspiracy efforts
(11/28/06) in the above (par.5-A), **the amendments** on
December 15,2006, include demanding the Beasley Firm
partners and the Gidiere Firm partners be held criminally &
civilly to government/citizens under the national class
action criminal/civil injunctive demands, **for**
criminal/civil liable Hinton fraud/conspiracy efforts
(11/29/06) on behalf of criminal/civil liable Beasley Firm

12

partners.

6. In regards to Alabama Rules of Civil Procedure
**and/or** the Federal Rules of Civil Procedure, an issue that
has to be addressed, **is that** because federal officials have
refused to file answers/responses to the three existing
complaints (7/13/04, 2/25/05 & 5/11/05), there is three
motions to compel (2/25/05, 5/11/05 & 10/31/06), that are
demanding federal officials be held in default on having
rights to oppose the fraud, conspiracy & racketeering jury
demands in the three existing complaints (7/13/04, 2/25/05
& 5/11/05): **AND NOTE** because there is just cause to file
the amendments against federal officials on December 15,
2006, **because** federal officials **have also refused** to file
an answer/response to the notice of removal in this case
(2:06-cv-978-MEF) on October 30,2006, **and because** the above
(par.1 thru 5-B) **along with** U.S. District Judge Fuller's
Order (2:06-cv-978-MEF) on December 1,2006, **show that**
criminal/civil U.S. District Judge Fuller is trying to
fraudulently use the Federal Rules of Civil Procedure, **to
obstruct justice** on Judge Fuller's own criminal/civil
prosecution **under** Citizens of Alabama & United States
national class criminal/civil injunctive demands (7/13/04,

13

2/25/05 & 5/11/05).

7. Protecting/serving the jury system demanded in this nation's bill of rights, is the most sacred duty a judge has to the citizens under the U.S. Constitution; **AND**

**BECAUSE** of the conspiracy contempt that the federal judges in Montgomery Al., have exerted on the U.S. Constitution, **on the** jury system demanded therein, **and on the** citizens rights as federal jurors, **justice demands that leave be freely given** to file the amendments on December 15, 2006, **and also** any other amendments that needs to be filed on the connecting fraud, conspiracy & racketeering jury demands in this national class criminal/civil injunctive/civil jury case.

Teddy A. Watson
Layman Pro Se Petitioner
on behalf of himself,
Citizen of Alabama & United States

ADDRESS

Teddy A. Watson
4362 Eastmont Drive
Montgomery, Alabama 36109
(334) 272-6252

14

## FIRST CERTIFICATE OF SERVICE

    I hereby certify that on December 20,2006, that copies
of this motion to compel for leave to amend, are being
given to the Clerk of this Court, to served to the
following parties with summons and the third amendment to
the amended complaint (7/13/04) on December 15,2006.

Wanda Lloyd
Executive Editor of the Montgomery Advertiser
425 Molton Street
Montgomery, Alabama 36104

Board of Directors of the Montgomery Advertiser
C/O Montgomery Advertiser
425 Molton Street
Montgomery, Alabama 36104

Board of Directors of the Gannett News Service
C/O Montgomery Advertiser (A Gannett Newspaper)
425 Molton Street
Montgomery, Alabama 36104

Phillip Rawls
Reporter for the Associated Press
201 Monroe Street, Suite 1940
Montgomery, Alabama 36104

Board of Directors of the Associated Press
C/O Associated Press
201 Monroe Street, Suite 1940
Montgomery, Alabama 36104

Teddy A. Watson

15

## SECOND CERTIFICATE OF SERVICE

I hereby certify that a copy this motion to compel for leave to amend, was served to the following parties by U.S. Mail on December 20,2006.

U.S. Attorney General Alberto Gonzales
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

U.S. Senator Richard Shelby
110 Hart Boulevard, Senate Office Building
Washington, DC 20510-0103

U.S. Attorney Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

Attorney General Troy King
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Jack B. Hinton, Jr.
Gidiere, Hinton & Herndon
904 Region Tower
60 Commerce Street
Montgomery, Alabama 36104

Board of Directors of WSFA TV (NBC)
C/O WSFA TV
12 E Delano Avenue
Montgomery, Alabama 36105

Board of Directors of WAKA TV (CBS)
C/O WAKA TV
3020 Eastern Boulevard
Montgomery, Alabama 36116

Board of Directors of the Mobile Register
C/O Mobile Register
Post Office Box 2488
Mobile, Alabama 36652-2488

16

Board of Directors of the Birmingham News
C/O Birmingham News
2200 Fourth Avenue
Birmingham, Alabama 35203

Board of Directors of WBRC TV (FOX)
C/O WBRC TV
1720 Valley View Drive
Birmingham, Alabama 35209

Board of Director of CNN Headline News
C/O CNN Headline News
One CNN Center
Atlanta, Georgia 30303

Teddy A. Watson

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TEDDY A. WATSON ON BEHALF OF
HIMSELF, CITIZENS OF ALABAMA
CITIZENS OF THE UNITED STATES

    Plaintiffs/Defendants,      *
                                   *

vs.                           *  CASE NO.2:06-cv-978-MEF
                                   *

JERE L. BEASLEY,           *      WITH
J. GREG ALLEN,             *    DEMANDS
MICHAEL J. CROW,         *      FOR
THOMAS J. METHVIN,       *  "JURY TRIAL"
J. COLE PORTIS &         *  "INJUNCTION RELIEF"
DANIEL MILES, III,        "NATIONAL CLASS ACTION STATUS"
   OF THE BEASLEY LAW FIRM,

                                   *
PHILIP S. GIDIERE, JR.,    *
JACK B. HINTON, JR. &     *
STEVEN K. HERNDON       *
   OF THE GIDIERE LAW FIRM,  *
                                   *
STATE OFFICIALS OF ALABAMA,  *
                                   *
FEDERAL OFFICIALS OF THE    *
UNITED STATES OF AMERICA,   *
                                   *
WANDA LLOYD,              *
MONTGOMERY ADVERTISER,    *
GANNETT NEWS SERVICE,     *
                                   *
PHILLIP RAWLS,            *
ASSOCIATED PRESS,        *
                                 *
    Defendants/Plaintiffs     *

**THIRD AMENDMENT TO THE AMENDED COMPLAINT ON JULY 13,2004**

This third amendment to the amended complaint on July

13,2004, is being filed Layman Pro Se Plaintiff/Defendant

1



Teddy A. Watson, on behalf of himself,

the Plaintiff/Defendant Citizens of Alabama, and the

Plaintiff/Defendant Citizens of the United States, **and is**

amending the connecting/related fraud, conspiracy &

racketeering claims against federal officials of the United

States, state officials of Alabama, and lawyers, **in**

Watson's national class action jury demands (2/25/05), **and**

**in** Citizens of Alabama & United States national class

action criminal/civil injunctive demands (7/13/04, 2/25/05

& 5/11/05), to include the following:

### CIVIL FRAUD RELIEF

**AAA-1.** The civil fraud jury demands against lawyers and

state/federal officials, **in** Watson's national class action

civil jury demands 2/25/05), **and in** Citizen of Alabama &

United States national class action civil injunctive

demands (7/13/04, 2/25/05 & 5/11/05), **are filed** under the

Alabama Legal Service Liability Act (§ 6-5-570); **AND THAT** is

being amended to also include civil fraud under the

following fraud statutes of Alabama: (§ 6-5-101)

misrepresentations of material facts, (§ 6-5-102)

suppression of material facts, (§ 6-5-103) deceit - right

2

of action generally, (§ 6-5-104) fraudulent deceit, and (§ 6-5-120) nuisances, **in which** U.S. District Court has jurisdiction over the civil fraud claims against federal officials under U.S. Title 28 (§ 1346).

### CIVIL CONSPIRACY RELIEF

**AAA-2.** The civil conspiracy jury demands against lawyers and state/federal officials, **in** Watson's national class action civil jury demands 2/25/05), **and in** Citizen of Alabama & United States national class action civil injunctive demands (7/13/04, 2/25/05 & 5/11/05), **are filed** under U.S. Title 42 (§ 1981, § 1983 & § 1985); **AND THAT** is being amended to include a civil conspiracy under U.S. Title 42 (§ 1986), **in which** U.S. District Court has jurisdiction over the civil conspiracy claims against state/federal officials under U.S. Title 28 (§ 1343 & § 1346).

### CRIMINAL CONSPIRACY RELIEF

**AAA-3.** The criminal conspiracy relief being demanded against lawyers and state/federal officials in Citizens of Alabama & United States national class action criminal injunctive demands, **is being** demanded under the following

3

federal criminal conspiracy statutes, § 241; § 371, § 1505, § 1506, and § 1510, **in which** U.S. District Court has jurisdiction the federal criminal conspiracy claims against state/federal officials under U.S. Title 28 (§ 1343 & § 1346).

## CIVIL & CRIMINAL RACKETEERING RELIEF

**AAA-4** The connecting/related civil & criminal racketeering relief being demanded against lawyers and state/federal officials, **in** Watson's national class action civil jury demands (2/25/05), **and in** Citizens of Alabama & United States national class action criminal/civil injunctive demands (7/13/04, 2/25/05 & 5/11/05), **is being** demanded under U.S. Title 18 (§ 1961 thru § 1968, the Racketeer Influence and Corrupt Organizations Act), **in which** U.S. District Court has jurisdiction over the criminal/civil racketeering claims against state/federal officials of under U.S. Title 28 (§ 1343 & § 1346).

## PLAINTIFFS/DEFENDANTS VS. DEFENDANTS/PLAINTIFFS

**AAA-5.** By being the demanding parties, makes Watson and Citizens of Alabama & United States the PLAINTIFFS and the civil/criminal liable federal/state officials & lawyers the

4

DEFENDANTS, in this national class action criminal/civil injunctive/civil jury case, **AND** because Citizens of Alabama are the owners of state government, and Citizens of the United States are of federal government, **that also makes** the State of Alabama & its citizens the DEFENDANTS and the United States & its citizens the DEFENDANTS, in this national class action criminal/civil injunctive/civil jury case against civil/criminal liable DEFENDANT federal officials of the United States, DEFENDANT state officials of Alabama, and DEFENDANT lawyers.

   **AAA-6.** Under U.S. Title 28 (**§** 1343), a DEFENDANT can remove a civil or criminal case from state court, if they are being deprived of their equal rights to due process of law; **and the** notice of removal on October 30,2006 (open statement on pages 1-2 **and** par.1-B on page 3), **show that** by the Beasley Firm being the demanding party on Watson's money in the attorney lien dispute in Lowndes County Circuit Court (CV-91-78), the Beasley Firm is the PLAINTIFF and Watson is the DEFENDANT, **and that** under the provisions in U.S. Title 28 (**§** 1343), on behalf of himself and Plaintiffs/Defendants Citizens of Alabama & United States, Plaintiff/Defendant Layman Pro Se Watson removed Citizens

of Alabama & United States national class criminal/civil
injunctive demands (7/13/04, 2/25/05 & 5/11/05) and
Watson's national class action civil jury demands (2/25/05
from Lowndes County Circuit Court (CV-91-78).

   **AAA-7.** The criminal/civil liable federal/state
officials & lawyers are also being named as PLAINTIFFS,
**because** of the long running conspiracy in Lowndes County
Circuit Court (CV-91-78), on DEFENDANT Watson's rights to
due process of law on Plaintiff Beasley Firm's lien/demands
on money from Watson's pro se settlement with CSX on
February 16,1996; and **Ex.C, Ex.C-6, Ex.C-19, Ex.C-20,
Ex.C-21, Ex.18 & Ex.24** bound in Exhibit Pack 4 to DC-NR-4
that was filed with the notice of removal on October 30,
2006, **are** seven exhibit court records **in which** six are
signed by Judge H. Edward McFerrin, **and what** stated &
recorded in those seven exhibit court records are
indisputable and compelling evidence, **that** Judge McFerrin
is aware he is holding in the Lowndes CV-91-78 case, half
of the money from Plaintiff Watson's pro se settlement with
CSX on February 16,1996, on a phantom attorney lien the
Beasley Firm was to have had on file in the CV-91-78 case
before Watson's pro se settlement with CSX on February 16,

6

1996, **that** Judge McFerrin created for the Beasley Firm in his Amended Order (CV-91-78) on April 18,2002.

## CIVIL JURY DEMANDS

   **AAA-8.** Watson's national class action civil jury demands (2/25/05) against **lawyers** (the Beasley Law Firm partners **&** Gidiere Firm partners), **two state officials of Alabama** (Second Judicial Circuit Judge H. Edward McFerrin **&** Attorney General Troy King), **and five federal officials of the United States** (**1-**U.S. Attorney Leura G. Canary, **2-**U.S. Magistrate Susan Russ Walker, **3-**U.S. District Judge W. Harold Albritton III, **4-**former U.S. Attorney General John Ashcroft, and **5-**U.S. Senator Richard Shelby), **are being amended** to now include the following: **TO ALSO SERVE** as a cross-complaint on Defendant Watson's (the former plaintiff in Watson vs. CSX CV-91-78 case in the Lowndes County Circuit Court), claims against Plaintiff Beasley Law Firm partners (the former plaintiff attorneys in the Watson vs. CSX CV-91-78 case in Lowndes County Circuit Court), **involving** the 40% attorney lien/demand the Beasley Law Firm made on Plaintiff Pro Se Watson's CSX settlement money (2/26/96) in the Lowndes CV-91-78 case on March 26,1996

7

(see **Ex.C-6**, **Ex.C-19**, **Ex.C-20**, **Ex.C-21**, **Ex.18** & **Ex.24** bound in Ex. Pk. 4 to DC-NR-4), **and** the phantom attorney lien in the above (par.AAA-7), **that** Judge McFerrin fraudulent claimed on April 18,2002, that the Beasley Firm had on file in the Lowndes CV-91-78 case **before** Plaintiff Pro Se Watson's settlement with Defendant CSX on February 16,1996; **AND TO ADD** the following parties, **(federal officials of the United States)** Theresa Weathers (Civil Rights Division) U.S. Department of Justice (Washington DC), U.S. District Judge Mark E. Fuller, and U.S. Magistrate Vanzetta Penn McPherson, **(state officials of Alabama)** Assistant Attorney General Misty S. Fairbanks, and **(journalists & news organizations)** the Montgomery Advertiser's Executive Editor Wanda Lloyd, the Montgomery Advertiser (A Gannett Newspaper), the Gannett News Service, Associated Press reporter Phillip Rawls, and the Associated Press.

## CRIMINAL/CIVIL INJUNCTIVE DEMANDS

**AAA-9.** Citizens of Alabama and United States national class action injunctive demands (7/13/04, 2/25/05 & 5/11/05) **are being** amended to include, **except for** former Alabama Gov. Don Siegelman, **for the** ordering/execution of

8

the demands for federal bench arrest warrants that were
demanded on February 25,2005, **against** a host of the
federal/state officials & lawyers who have criminal/civil
liability to government/citizens under the national class
action injunction demands (7/13/04 & 2/25/05), **and also**
petitioning U.S. Attorney General Alberto Gonzales for the
ordering/execution of federal arrest warrants against the
following, for their connecting conspiracy efforts to
obstruct justice on the connecting fraud, conspiracy &
racketeering claims against federal/state officials &
lawyers in the national class action criminal/civil
injunctive/civil jury demands, **(from March 2005 to present)**
Alabama Second Judicial Circuit Judge H. Edward McFerrin in
the CV-91-78 case in Lowndes County Circuit Court, **(March
2005)** U.S. District Judge Myron H. Thompson and U.S.
Magistrate Susan Russ Walker, in the CV-05-T-179-N case in
U.S. District Court, **(July 29,2005)** Theresa Weathers (Civil
Rights Division) in the U.S. Department of Justice in
Washington DC, **(November 28,2006)** Alabama Attorney General
Troy King and Assistant Alabama Attorney General Misty S.
Fairbanks, in this case in U.S. District Court
(2:06-cv-978-MEF), **(November 29,2006)** attorney Jack B.

9

Hinton, Jr., in this case in U.S. District Court
(2:06-cv-978-MEF), and **(December 1,2006)** U.S. District
Judge Mark E. Fuller, in this case in U.S. District Court
(2:06-cv-978-MEF).

   **AAA-9-a.** Watson is withdrawing the demands for former
Gov. Don Siegelman to be indicted and held criminally &
civilly to government/citizens under the national class
action criminal/civil injunctive demands, **because** what the
media reported on the Siegelman government corruption
criminal case in this U.S. District Court, **along** with the
evidence that Watson has and is putting forth today in this
case in U.S. District Court (2:06-cv-978-MEF), former
Democratic Gov. Siegelman was not part of the government
corruption conspiracy during Gov. Siegelman's
administration, **involving** Republican state/federal
prosecutors, former Democratic Lt. Governor/trial lawyer
Jere Beasley and Beasley's former & present law partners,
**and because** former Gov. Siegelman and Richard Scrushy have
already been deprived of their 6th Amendment rights to a
fair trial, **by** federal prosecutors, **and by** federal judges
(district & magistrate), **who** have criminal/civil liability
to government/citizens in this case under Citizens of

10

Alabama & United States national class action criminal &
civil injunctive demands (7/13/04, 2/25/05 & 5/11/05), **and
who are also** conspirators in the ongoing government
corruption in Republican Gov. Bob Rilely's administration,
**involving** former Democratic Lt. Governor/trial lawyer Jere
Beasley and Beasley's former & present law partners.

**AAA-10.** Some of the civilly liable federal/state
officials to Watson in the above (par.AAA-8), already have
criminal/civil liability to government/citizens for
unlawfully using their government positions and taxpayers
money to conspire with the Beasley Firm partners & Gidiere
Firm partners to obstruct justice in this matter, **AND**
Citizens of Alabama and United States national class action
injunctive demands (7/13/04, 2/25/05, & 5/11/05) **are** being
amended **and** demanding that Alabama Second Judicial Circuit
Judge H. Edward McFerrin, U.S. District Judge Myron H.
Thompson, and U.S. Magistrate Susan Russ Walker, Theresa
Weathers (Civil Rights Division) U.S. Department of Justice
(Washington DC), Alabama Attorney General Troy King,
Assistant Alabama Attorney General Misty S. Fairbanks, and
U.S. District Judge Mark E. Fuller, be held criminally &

11

civilly liable to government/citizens, for their above
(par.AAA-9) unlawful use of their government positions and
taxpayers money to conspire with the Beasley Firm partners
and Gidiere Firm partners, to obstruct justice on the
criminal/civil relief being demanded in this national class
action criminal/civil injunctive/civil jury case, **which
also** includes being charged and held criminally liable for
mail fraud, **by having** served their fraud/conspiracy efforts
to obstruct justice to Watson through the U.S. Mail.

    **AAA-11.** Citizens of Alabama and United States national
class action injunctive demands (7/13/04, 2/25/05 &
5/11/05), **are** being amended **and** demanding that the Beasley
Firm partners and Gidiere Firm partners, also be held
criminally/civilly held liable to government/citizens, for
Hinton's above (par.AAA-9) fraud/conspiracy efforts in this
U.S. District Court (2:06-cv-978-MEF) on November 29,2006,
to obstruct justice of the criminal/civil relief being
demanded under the connecting fraud, conspiracy &
racketeering claims against federal/state officials &
lawyers in the national class action criminal/civil
injunctive/civil jury demands.

    **AAA-12** Because of their refusal to comply with the

media petition demands (10/30/06 & 12/4/06) to inform **the** Citizens of Alabama, **the** Citizens of the United States, **the** federal legislators U.S. Congress, **and** U.S. Attorney General Gonzales, has knowingly and willfully **aided** and **abetted** in federal/state officials to continue unlawfully using their public positions and taxpayers money to conspire with the Beasley Firm partners and Gidiere Law Firm partners, to obstruct federal criminal/civil prosecution on themselves and other federal/state officials, Citizens of Alabama and United States national class action criminal/civil injunction demands (7/13/04, 2/25/05 & 5/11/05), **are** being amended **and** demanding:

**(1)** that the Montgomery Advertiser's Executive Editor Wanda Lloyd and Associated Press reporter Phillip Rawls, be held criminally/civilly liable **to the** State of Alabama & its citizens **and to the** United States & its citizens, for knowingly/willfully engaging in **aiding/abetting conspiracy**, to allow federal/state to continue to unlawfully use their government positions and taxpayers money, to conspire with the Beasley Firm partners and Gidiere Firm partners, **to try obstruct justice** on their and other federal/state officials federal criminal/civil prosecution in this U.S. District

13

Court (2:06-cv-978-MEF) **and also** to continue to commit

racketeering conspiracy crimes of fraud on the United

States Constitution and citizens constitutional rights &

interests thereunder, in order to defraud the State of

Alabama and its citizens of a constitutional/lawful state

and federal judicial system (criminal & civil); **(2)** that

the Montgomery Advertiser (A Gannett Newspaper), the

Gannett News Service, and the Associated Press be held

civilly liable **to the** State of Alabama & its citizens **and**

**to the** United States & its citizens, **for their** journalists

(Lloyd & Rawls) refusals to use the free press as a means

to protect/serve citizens constitutional rights/interests

to due process of law on federal/state officials & lawyers

conspiracy on this nation's bill of rights and citizens

constitutional rights thereunder; and **(3)** that by the

reporting thereof, the Montgomery Advertiser, the Gannett

News Service, and the Associated Press, inform **the** Citizens

of Alabama, **the** Citizens of the United States, **the** federal

legislators in the U.S. Congress, **and** U.S. Attorney General

Alberto Gonzales, **why** the Montgomery Advertiser's Executive

Editor Wanda Lloyd and Associated Press reporter Phillip

Rawls, were made criminal/civil liable parties in this

14

national class action criminal/civil injunctive/civil jury

case, **and why** the Montgomery Advertiser (A Gannett

Newspaper), the Gannett News Service, and the Associated

Press, were made civil liable parties in this national

class action criminal/civil injunctive/civil jury case.

**AAA-12-a.** The purpose of petitioning the media

(10/30/06 & 12/4/06) to use the free press to inform the

federal legislators in the U.S. Congress and U.S. Attorney

General Gonzales, **is because** U.S. Attorney General Gonzales

may not even be aware of Citizens of Alabama & United

States national class action injunctive demands (7/13/04,

2/25/05 & 5/11/05), as a result of having office staff

members who are holdovers from former U.S. Attorney General

John Ashcroft's office staff, **who** have conspired with U.S.

Senator Richard Shelby to withhold the national class

action criminal/civil injunctive demands from all the other

federal legislators in the U.S. Congress and U.S. Attorney

General Gonzales, **OR** that U.S. Attorney General Gonzales is

another Washington federal conspiracy on this nation's bill

of rights and citizens constitutional rights thereunder,

**that** the federal legislators will also have constitutional

duty under the federal legislative demands in the national

15

class action injunctive demands in this case, **to see** is
removed as this nation's chief law-enforcement-officer **and**
held criminally/civilly liable to government/citizens; **AND**
**NOTE** the media's civil liability to Watson in the above
(par.AAA-8) and criminal and/or civil liability to
government/citizens in the above (par.AAA-9), is being
demanded, **because** out of the eight media organizations who
were petitioned in the notice of removal on October 30,
2006, and in the revised notice of removal on December 4,
2006, the Montgomery Advertiser's Executive Editor Wanda
Lloyd and Associated Press reporter Phillip Rawls, were the
only two journalists named, **and because** the Montgomery
Advertiser's Editor Lloyd and Associated Press reporter
Rawls have refused to address their failures to comply with
the media petition demands (10/30/06 & 12/4/06) **which**
Watson demanded on behalf of himself and Citizens of
Alabama & United States on December 8,2006, see **EXHIBIT**
**MA/AP** attached **EXHIBIT P/D-C** (PLAINTIFFS/DEFENDANTS
COMPLIANCE WITH THE U.S. DISTRICT JUDGE ORDER ON DECEMBER
1,2006), **that** is being filed today in this case in U.S.
District Court (2:06-cv-978-MEF).

   **AAA-12-b.** The civil liability being demanded in the

16

above (par.AAA-8 & par.AAA-12) against the Montgomery
Advertiser (A Gannett Newspaper), the Gannett News Service,
and the Associated Press, **will** be withdrawn if the Board of
Directors of those news organizations, **(1)** will not use the
resources of those news organizations to try keeping the
Montgomery Advertiser's Executive Editor Wanda Lloyd and
Associated Press reporter Phillip Rawls, from being bought
to criminal/civil justice for the above (par.AAA-12),
**(2)** to order their editors and reporters to use the free
press as a means to protect/serve citizens constitutional
rights/interests to due process law on the national class
action injunctive demands (**that** are federal legislative
criminal/civil issues **and** federal criminal/civil jury
issues), **which** include the above (par.AAA-12-a) to
determine if U.S. Attorney General Gonzales is a victim **OR**
another Washington federal conspirator **and also** the
injunctive relief being demanded in the below (starting in
par.AAA-14), **(3)** because of the media's own interest in
protecting/defending constitutional rights under the First
Amendment, **to also** do what was requested & demanded of the
eight media organizations in the amendment to the amended
complaint (7/13/04) on February 25,2005 (26-A - 27-A on

17

pages 55-57), **which** requested the eight media organizations
to file/make their media organizations **and** their
journalists class action claimants with Citizens of Alabama
& United States in the criminal/civil injunctive demands,
**and demanded** the eight media organizations to use the free
press to inform the citizens of this nation, **that the**
national class action injunctive demands in this case, **are**
**open** to any citizen **or** group of citizens (**including** every
media organization & journalist throughout the United
States), **who have** been deprived by government officials, **of**
**rights** to access to government **and/or of rights** to obtain
information from government.

    **AAA-12-c.** Because Watson does not know their addresses
**and** the editors/reporters can forward them to the board
directors, the related summons Watson has prepared for this
Court to serve the Board of Directors **of the** Montgomery
Advertister (A Gannett Newspaper) **and of the** Gannett News
Service, is C/O the Montgomery Advertiser in Montgomery
Al.; **AND** to the Board of Directors of the Associated Press,
is C/O the Associated Press in Montgomery Al.; **AND NOTE** in
addition to copies of the four complaints (12/15/06,

5/11/05, 2/25/05 & 7/13/04), Watson has made copies for

those three board of directors **and is demanding** this Court

to serve **EXHIBIT P/D-C** (PLAINTIFFS/DEFENDANTS COMPLIANCE

WITH THE U.S. DISTRICT JUDGE ORDER ON DECEMBER 1,2006),

**which** has attached exhibits, **that** is also being filed today

in this Court (2:06-cv-978-MEF).

    **AAA-13.** The other six media organizations who were

petitioned in the notice of removal on October 30,2006, and

the revised notice of removal on December 4,2006, are

**(1)** News Director of WSFA TV (NBC) in Montgomery Al.,

**(2)** News Director of WAKA TV (CBS) in Montgomery Al.,

**(3)** Editor of the Mobile Register in Birmingham Al.,

**(4)** Editor of the Birmingham News in Birmingham Al.,

**(5)** News Director of WBRC TV (FOX) in Birmingham Al., and

**(6)** News Director of CNN Headline News in Atlanta Ga.: **AND**

**IN THIS** third amendment to the amendment to the amended

complaint on July 13,2004, on behalf of himself and the

Citizens of Alabama & United States, Watson is petitioning

the Board of Directors of WSFA TV (NBC), WAKA TV (CBS),

Mobile Register, Birmingham News, WBRC TV (FOX), and CNN

Headline News, **(a)** to take appropriate action on their news

19

editors/directors for refusing to comply with the media
petition demands in the notice of removal on October 30,
2006, and revised notice of removal on December 4,2006,
**(b)** to have their news editors/directors and reporters, to
use the free press as a means to protect/serve citizens
constitutional rights/interests to due process law on the
national class action injunctive demands (**that** are federal
legislative criminal & civil issues **and** federal criminal &
civil jury issues), **which** include the above (par.AAA-12-a)
to determine if U.S. Attorney General Gonzales is a victim
**OR** another Washington federal conspirator **and also** the
injunctive relief being demanded in the below (starting in
par.AAA-14), **(3)** because of the media's own interest in
protecting/defending constitutional rights under the First
Amendment, **to also** do what was requested & demanded of the
eight media organizations in the amendment to the amended
complaint (7/13/04) on February 25,2005 (26-A - 27-A on
pages 55-57), **which** requested the eight media organizations
to file/make their media organizations **and** their
journalists class action claimants with Citizens of Alabama
& United States in the criminal/civil injunctive demands,
**and demanded** the eight media organizations to use the free

20

press to inform the citizens of this nation, **that the national class action injunctive demands in this case, are open** to any citizen **or** group of citizens (**including** every media organization **&** journalist throughout the United States), **who have** been deprived by government officials, **of rights** to access to government **and/or of rights** to obtain information from government.

**AAA-13-a.** Because their addresses are unknown **and** because the staff can forward this complaint to them, the second certificate of service in the below shows by U.S. Certified Mail this complaint is being served, **(1)** Board of Directors of WSFA TV (NBC), C/O WSFA TV in Montgomery Al., **(2)** Board of Directors of WAKA TV (CBS), C/O WAKA TV in Montgomery Al., **(3)** Board of Directors of the Mobile Register, C/O Mobile Register in Mobile Al., **(4)** Board of Directors of the Birmingham News, C/O Birmingham News in Birmingham Al., **(5)** Board of Directors of WBRC TV (FOX), C/O WBRC TV in Birmingham Al., and **(6)** Board of Director of CNN Headline News, C/O CNN Headline News in Atlanta Ga.

**AAA-13-b.** The **EXHIBIT C-N-MBD** attached to the **Exhibit P/D-C** in the above (par.AAA-12-a **and** par.AAA-12-c), is a

copy of the notice to the media board directors in the
above (par.AAA-13 - AAA-13-a).

**AAA-14.** If the Alabama Supreme Court has not acted on
the writ of mandamus (1060172) on December 4,2006 (see
**Ex.R-ASC-W/M** attached to the revised notice of removal on
12/4/06 **Ex.R-DC-NR-4)** and/or has acted on and did not
order Judge McFerrin to transfer Watson's money to this
Court (2:06-cv-978-MEF), under today's injunctive demands
Watson is petitioning U.S. Attorney General Gonzales (**when**
served through the U.S. Mail), to immediately have a
federal justice official under U.S. Title 28 (**§** 1342), to
remove Watson's money from Lowndes County Circuit Court
(CV-91-78) to this case in U.S. District Court
(2:06-cv-978-MEF), **for a civil jury trial** to be held on the
Beasley Firm's liens/demands on Watson's money, **verses**
Watson's national class action civil jury demands (2/25/05)
in the above (par.AAA-8).

**AAA-15.** Under today's injunctive demands, Watson is
petitioning U.S. Attorney General Gonzales, to provide the
federal legislators in the U.S. Congress, **the** federal
legislative demands in the national class action injunctive
demands (7/14/04, 2/25/05 & 5/11/05), **which include** federal

legislators having, **(1)** special congressional investigators & prosecutors assigned to hold federal/state officials criminally & civilly liable to government/citizens, and **(2)** a special federal judge assigned in this U.S. District Court (**who** will follow/uphold the law on corrupt federal judges), **to preside** over Citizens of Alabama & United States national class action criminal/civil injunctive demands (7/13/04, 2/25/05 & 5/11/05), **that are** federal criminal & civil jury issues **and also** Watson's national class action civil jury demands (2/25/05).

**AAA-16.** Because of Watson's knowledge of federal/state officials & lawyers civil liability to government/citizens, under today's injunctive demands, Watson is petitioning U.S. Attorney General Gonzales to order, **(1)** that Watson be allowed to assist the above (par.AAA-15) investigators & prosecutors to hold federal/state officials & lawyers civilly liability to government/citizens, **(2)** that discovery testimony hearings be held in the U.S. District Court in Montgomery Al., **to take** discovery testimony from the host of federal/state officials & lawyers who have civil liability to government/citizens, **and that** those discovery testimony hearings be open to citizens and the

media.

**AAA-17.** Under today's injunctive demands, Watson is petitioning U.S. Attorney General Gonzales, to immediately order the federal criminal grand jury investigations in Montgomery Al. **and** Washington DC, that were demanded in the second amendment to the amended complaint (7/13/04) on May 11,2005.

**AAA-18.** Because of federal/state officials conspiracy with the Beasley Firm lawyers and Gidiere Firm lawyers, under today's injunctive demands, Watson is petitioning U.S. Attorney General Gonzales to order that the defendants in state civil cases in Alabama in which the Beasley Firm lawyers are the plaintiff's lawyers, **be informed** of their rights to have those cases removed to federal court under U.S. Title 28 (**§** 1343) **and** to also to challenge the constitutionality of them being held civilly liable for punitive damages under the equal protection clause in the 14th Amendment to the U.S. Constitution, **because** of the State of Alabama (Attorney General Office) not opposing Hinton of Gidiere Firm's claims on that on Defendant Beasley Firm in the Watson v. Beasley Firm case (CV-00-1545-GR) in Montgomery County Circuit Court (see

**Ex.AL-49, Ex.AL-50** & **Ex.AL-51** attached to the **Exhibit P/D-C**

in the above par.AAA-12-a, par.AAA-12-c, and par.AAA-13-c);

**AND NOTE** the following media exhibits attached to the

**Exhibit P/D-C** shows that those civil cases include,

**(Ex.MA-89** by AP reporter Phillip Rawls on 6/9/03) the State

of Alabama's civil lawsuit against Exxon, **in which** Gov.

Riley hired Beasley to represent his interest, **(Ex.MA-818**

by the Advertiser's reporter John Davis on 1/28/05) the

State of Alabama's civil lawsuit against 79 drug companies,

**in which** Attorney General King hired Beasley **and in which**

the United States is a CO-plaintiff with the state in state

court, and **(Ex.MA-899** by the Advertiser's reporter Jannell

McGrew on 4/5/05), the Beasley Firm's Vioxx civil lawsuit

against Merck in Clay County Circuit Court, **which also**

reported that in order for the media to be able to inform

the public, that Plaintiff lawyer Jere Beasley demanded

Defendant Merck lawyers file a joint motion for the judge

to lift his gag order on all documents, depositions and

other evidentiary material, **and quoted** Beasley saying "We

would like for that to be done because we think the public

is entitled to know,"

   **AAA-18-a.** On Gov. Riley's hiring of Beasley in the

**Ex.MA-89** in the above (par.AAA-18), Citizens of Alabama national class action criminal/civil injunctive demands (7/13/04, 2/25/05, 5/11/05 & 12/15/06), are demanding that a federal grand jury of citizens, be allowed to consider indicting Gov. Riley and the Beasley Firm partners for bribery, because **Exhibit MA-1305** (by the Associated Press on 4/14/06) attached to **EXHIBIT P/D-C** in the above (par.AAA-12-a, par.AAA-12-c, par.AAA-13-c & par.AAA-18), **reported** that are records that show where Jere Beasley law firm gave Riley $90,000 campaign donations in Riley's 2002 campaign for governor.

AAA-19. Because the equal protection clause in the 14th Amendment to the U.S. Constitution forbids anyone from being deprived of their equal rights under the law, **and** because there is no provision under U.S. Title 28 for a plaintiff to remove a case from state court if the state judge and the plaintiff's attorneys engage in depriving the plaintiff of their 14th USCA rights equal rights to due process of law, under today's injunctive demands, Watson is petitioning U.S. Congress to pass legislation to give a plaintiff that rights, **because** the exhibit court records Watson filed in the case on October 30,2006, is persuasive

evidence **(1)** that as a means to obstruct justice on Portis
of the Beasley Firm (Defendant Watson's lawyer), Lowndes
County Officials, Plaintiff Thomas and plaintiff attorney
Butler being brought to justice for their conspiracy on
Defendant Watson and civil jury of citizens in the cow case
(CV-92-03-03) in Lowndes County Circuit Court, Judge
McFerrin and Plaintiff Watson's attorneys (Beasley Firm
lawyers), engaged in depriving Plaintiff Watson of his
rights to due process of law in the CSX case (CV-91-78) in
Lowndes County Circuit Court (CV-91-78), and **(2)** that in
the CV-94-D-1112-N, CV-98-D-1023-N & CV-02-F-1214-N cases
in the U.S. District Count in Montgomery Al, the federal
district/magistrate judges conspired to deprive Plaintiff
Watson of his rights to a civil jury trial against the
defendants (which included the Beasley Firm lawyers &
Lowndes County Officials) **for their** connecting conspiracies
on Watson in Lowndes County Circuit Court, **as the** defendant
in the cow case (CV-92-03) **and as the** plaintiff in the CSX
case (CV-91-78).

**AAA-19-a.** The **Exhibit JF-O-1** attached to the **EXHIBIT
P/D-C** in the above (par.AAA-12-a, par.AAA-12-c,
par.AAA-13-c, par.AAA-18 & par.AAA-18-a), is a copy of U.S.

District Judge Fuller's Order on December 1,2006, **which shows** gave Watson until December 15,2006, **to file** a response to the defendants motion to dismiss or remand on November 29,2006, **and also** to file a brief that address Judge Fuller's concerns **(1)** on whether U.S. District Court has subject matter jurisdiction, and **(2)** whether there is any legal authority for a plaintiff, as opposed to a defendant, to remove an action pursuant to 28 U.S.C. **§§** 1441 & 1443; **NOTE** the above (par.AAA-1 thru par.AAA-4 **verses** par.AAA-5 thru par.AAA-7), **shows that** with having and filing evidence of a ongoing conspiracy in the CV-91-78 case involving Plaintiff Beasley Firm's liens/demands on Defendant Watson's money, Watson removed the demands for criminal/civil relief in the complaints (7/13/04, 2/25/05 & 5/11/05) on October 30,2006, **under** the provision in U.S. Title 28 (§ 1443) that allows a DEFENDANT to remove a civil case or criminal case from state court when they are being deprived of their equal rights under the law, **and the** above (par.AAA-8 and par.AAA-9) shows that U.S. District Judge Fuller now has civil liability and Watson **and additional** criminal/civil liability to government/citizens, for unlawfully using his federal government position &

28

taxpayers money on December 1, 2005, to conspire with state

officials & lawyers to try obstruct federal criminal/civil

prosecution on themselves in this Court (2:06-cv-978-MEF);

**AND NOTE** in the motion to compel for recusal of the federal

district/magistrate judges of this Court **that** Watson filed

in the Court (2:06-cv-978-MEF) on December 4, 2006

**(Ex.DC-MC-R)**, Watson has already responded/addressed

criminal/civil liable Hinton of the Gidiere Firm's

fraud/conspiracy efforts in Defendant criminal/civil liable

Beasley Firm's motion to dismiss or remand in this Court

(2:06-cv-978-MEF) on November 29, 2006, **and** the above

(par.AAA-9 & par.AAA-11) shows that today amendments to

Citizens of Alabama & United States national class action

criminal/civil injunctive demands, are demanding the

Beasley Firm partners and Gidiere Firm partners have

additional criminal/civil liability to government/citizens

because of Hinton's fraud/conspiracy efforts in this U.S.

District Court (2:06-cv-978-MEF) on November 29, 2006.

   **AAA-20.** The media board of directors in the above

(par.AAA-12-c **and** par.AAA-13), can see the petition demands

that are being demanded of them throughout the above, are

just from the other media exhibits that are attached to

29

**EXHIBIT P/D-C** in the above (par.AAA-12-a, par.AAA-12-c, par.AAA-13-c, par.AAA-18, par.AAA-18-a & par.AAA-19-a), which include, **Exhibit DEA/WSFA** (by the Advertiser's reporter Erica Pippins on 2/9/05), **that reported** in defense of a defamation civil lawsuit, WSAF's attorney said WSFA TV had offered the plaintiff news time to tell the public about the federal criminal charges against him, **Exhibit MA-1047** (by the Advertiser's reporter William F. West on 7/19/05) which along with **Exhibit DEA/WSFA**, show **reported that** in a post-trial hearing in which one of the convicted defendants was the plaintiff who sued WSFA TV for defamation, U.S. District Judge Myron Thompson (**note who** has criminal/civil liability to government/citizens in this national class action criminal/civil injunctive/civil jury case), **ordered** the U.S. Marshal to keep the public/media from attending that hearing, **in addition** to ordering the Court's record of that public/media barred hearing sealed, **in order** to keep the public/media from knowing what was said therein, **Exhibit MA-1179** (by the Associated Press on 12/23/05) **which reported** that in defense of a defamation civil lawsuit, the Birmingham News cited First Amendment protection to the media, and **Exhibit MA-1275** (by the

30

Advertiser's reporter Mike Linn on 3/15/06), **reported that** in a pretrial hearing in the Siegelman government corruption case, **after** the media heard damaging testimony against federal prosecutors from Defendant Richard Scrushy's attorney Art Leach, U.S. Magistrate Judge Charles Coody (**note who** has criminal/civil liability to government & citizens in this national class action criminal/civil injunctive/jury case), **ordered** the media out of the courtroom for about 20 minutes, **in order** to keep the media From hearing and reporting what else defense attorney Leach said.

**AAA-20-a.** The amendment to the amended complaint (7/13/04) on February 25,2005 (par.21-A thru 21-A-5 on pages 35-45), **shows that** this national class action criminal/civil injunctive/civil jury case, **also involves** state/federal judges conspiring to defraud citizens of their rights to even a hearing in the courts, **on complaints** in which a judge is a defendant, **for conspiring** to defraud citizens of a hearing on complaints in which a judge is a defendant.

31

_Teddy A. Watson_
Teddy A. Watson
Layman Pro Se Petitioner
on behalf of himself,
Citizen of Alabama & United States

ADDRESS

Teddy A. Watson
4362 Eastmont Drive
Montgomery, Alabama 36109
(334) 272-6252

## FIRST CERTIFICATE OF SERVICE

I hereby certify that a copy of the third amendment to the amended complaint on July 13,2004, was served to the following parties by U.S. Mail on December 15,2006.

U.S. Attorney General Alberto Gonzales
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

U.S. Senator Richard Shelby
110 Hart Boulevard, Senate Office Building
Washington, DC 20510-0103

U.S. Attorney Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

Attorney General Troy King
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Jack B. Hinton, Jr.
Gidiere, Hinton & Herndon
904 Region Tower
60 Commerce Street
Montgomery, Alabama 36104

_Teddy A. Watson_
Teddy A. Watson

## SECOND CERTIFICATE OF SERVICE

I hereby certify that a copy of the third amendment to the amended complaint on July 13,2004, was served to the following media board of directors by U.S. Certified Mail on December 15,2006

Board of Directors of WSFA TV (NBC)
C/O WSFA TV
12 E Delano Avenue
Montgomery, Alabama 36105

Board of Directors of WAKA TV (CBS)
C/O WAKA TV
3020 Eastern Boulevard
Montgomery, Alabama 36116

Board of Directors of the Mobile Register
C/O Mobile Register
Post Office Box 2488
Mobile, Alabama 36652-2488

Board of Directors of the Birmingham News
C/O Birmingham News
2200 Fourth Avenue
Birmingham, Alabama 35203

Board of Directors of WBRC TV (FOX)
C/O WBRC TV
1720 Valley View Drive
Birmingham, Alabama 35209

Board of Director of CNN Headline News
C/O CNN Headline News
One CNN Center
Atlanta, Georgia 30303

Teddy A. Watson