# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TEDDY A. WATSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-CV978-MEF |
| | ) |
| JERE BEASLEY, ET AL. | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO COURT'S ORDER OF
## DECEMBER 1, 2006[1]

COMES NOW Defendants (heretofore commonly referred to as "the Beasley firm") and respond to plaintiff's filing of December 15, 2006 and in compliance with the Court's December 1, 2006 Order state as follows:

1. On December 1, 2006, (Doc. #9) this Honorable Court provided plaintiff an opportunity to respond to these defendants' Motion to Dismiss or in the alternative Motion to Remand (Doc. #7). At that time, the Court Ordered plaintiff to brief 1) whether this Court has subject matter jurisdiction and 2) whether there is any legal authority for a plaintiff to remove. Plaintiff's filing fails on both fronts.

2. In response to and in ostensible compliance with this Court's Order, plaintiff served these defendants with a pleading purportedly filed and styled

---

[1] These defendants do not believe a reply is substantively necessary in response to plaintiff's filing. However, out of an abundance of caution, these defendants make this brief reply.

"Plaintiffs/Defendants Compliance with U. S. District Judge Order on December 1, 2006". (Doc. #13).

3. Additionally, Watson has served the undersigned counsel with a pleading styled "Motion to Compel for Leave to Amend" dated December 20, 2006 (Doc.#14) and a pleading styled "Plaintiffs/Defendants Response to U. S. District Judge Order" dated the same date (Doc. #12). In these two later filings, Watson asserts that he was told in a telephone call on December 18, 2006 that his December 15, 2006 filing was in some way defective.

4. Plaintiff appears to assert that federal jurisdiction is proper because he is bringing his Amended Complaint pursuant to various federal criminal conspiratorial statutes. But, his amendment has never been allowed by the Circuit Judge in State Court and, thus, does not provide a vehicle to "bootstrap" jurisdiction into the United States District Court for the Middle District. His most recent "Amendment" was not filed in State but in Federal Court.

5. On the issue of removeability, plaintiff purports to assert that because this is a state and national class action of which he is the representative and because that "class" is made up of citizens of Alabama and of the United States and because that class of persons "owns" the government, he, in essence, represents plaintiffs and defendants in this action. He also alleges that because the Beasley firm's attorney fee lien claim is the lead issue then the Beasley firm is in reality the plaintiff and he the defendant. Therefore, he argues, he can remove as a defendant. This is circular reasoning which does not support the argument that

this plaintiff should be allowed to remove what remains of his own personal injury case from the Circuit Court of Lowndes County.

6. Regardless of the merits of plaintiff's answer to the Court's two inquiries, as pointed out in these defendants' earlier motion (Doc. #7) this matter is still barred by three previous rulings by Article III Judges of this District on the identical issue before this Court.

7. Respectfully, this Court does not have jurisdiction to entertain or grant plaintiff's request for relief. To the extent this Court has or accepts jurisdiction on whatever grounds, plaintiff's requested relief should be denied as barred by res judicata or collateral estoppel.

Respectfully submitted,

/s/ [signature]
Jack B. Hinton, Jr. (HIN020)

OF COUNSEL:
Gidiere, Hinton & Herndon
60 Commerce Street
Suite 904
Montgomery, Alabama 36104
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 22nd day of December, 2006:

Teddy A. Watson
4362 Eastmont Drive
Montgomery, AL  36109

I do hereby certify that I have on this 22nd day of December, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following

Misty S. Fairbanks
Assistant Attorney General
Office of the Attorney General
State of Alabama
11 South Union Street
Montgomery, AL  36130-0152

/s/ _____
Jack B. Hinton, Jr.

4